R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
agregson@djp.law.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| JOSHUA CHATWIN, Plaintiff, v. DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10, Defendants. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Civil No. 2:14-cv-00375 <br> Judge Dale A. Kimball |
|---|---|

**NOTICE** is hereby given of the entry of the undersigned as counsel for Defendants

Draper City, Draper City Police Department, Police Chief Mac Connole, Officer J. Patterson,

Officer David Harris, and Officer Heather Baugh in the above-entitled action. Pursuant to Fed.

SLC_1962999.1

R. Civ. P. 5, all notices and copies of pleadings, papers and other material relevant to this action should be served upon:

>Ashley M. Gregson
>agregson@djplaw.com
>Durham Jones & Pinegar, P.C.
>111 E. Broadway, Suite 900
>Salt Lake City, Utah 84111

**DATED** this 26th day of November, 2014.

>**DURHAM JONES & PINEGAR, P.C.**
>
>/s/ Ashley M. Gregson
>R. Blake Hamilton
>Ashley M. Gregson
>ATTORNEYS FOR DEFENDANTS

2

SLC_1962999.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **NOTICE OF APPEARANCE OF COUNSEL** was served this 26th day of November, 2014, via CM/ECF electronic filing upon the following:

Lisa A. Marcy
AARON & GIANNA, PLC
2150 South 1300 East, Ste. 500
Salt Lake City, UT 84106

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

/s/ Melani Thatcher
Paralegal