# Draper City Police Department
## WITNESS STATEMENT

**Case Number:** 2010-003060

**Name:** Jason Scott
**Date of Birth:** 05/23/75
**Home Phone:** (801) 302-5995
**Street Address:** 4076 Lake Vista Drive
**Work Phone:**
**City:** Saratoga Springs
**State:** UT
**Zip Code:** 84045
**Mobile Phone:**
**Driver's License/ID Number:** 162109641
**E-mail Address:**

### Details of Events:

[Sketch showing: "Car", "cluster of Police officers", a figure with "head Down hill", "face in gutter"]

Steve & I were leaving his house. I witnessed the suspect who appeared to be unconscious with his hands handcuffed behind his back. His face was facing south. The Police officers were laughing in a group. One was opening the white Honda Civic in the Driveway. No officers were attending to the suspect or moving him.

Pursuant to Rule 1102, Utah Rules of Evidence and Section 76-8-504.5, Utah Code Annotated: You are hereby notified that the statements made herein may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. Any false statement you make and that you do not believe to be true may be subject to criminal punishment as a Class A Misdemeanor.

I have read and understand the statement above: [signature]   Date: