**Draper City Police Department**
**WITNESS STATEMENT**

Case Number: 2010-003060

Name: MEHDI MAHMOUDI
Date of Birth: 3/22/1955
Home Phone: 801-495-3777
Street Address: 12559 S. 150 E
Work Phone:
City: DRAPER
State: UT
Zip Code: 84020
Mobile Phone:
Driver's License/ID Number:
E-mail Address: MOODI777@YAHOO.COM

**Details of Events:**

I SAW POLICE OFFICER WAS CHECKING A YOUNG MAN IN MY NEIBOGHR'S HOUSE (ASKING HIM TO WALK ON A LINE), I WAS CHANGING MY CAR'S TIRE AND I HEARD A NOISE LIKE DROPING SOMETHING ON A GROUND I LOOKED AND SAW THAT YOUNG MAN ON THE GROUND WITH NO MOVEMENT AND LATER I WENT TO SEE WHAT HAPPEN AND I SAW HE WAS BLEEDING I DID NOT SEE IF HE FALL HIMSELFE OR SOMETHING ELSE HAPPENED

Pursuant to Rule 1102, Utah Rules of Evidence and Section 76-8-504.5, Utah Code Annotated: You are hereby notified that the statements made herein may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. Any false statement you make and that you do not believe to be true may be subject to criminal punishment as a Class A Misdemeanor.

I have read and understand the statement above.
Date: 5/18/2010