| Draper City Police Department **WITNESS STATEMENT** | Case Number 2010-003060 |
|---|---|

| Name: Steve Merrin | Date of Birth: 2/1/1971 | Home Phone: 801 878-4074 |
|---|---|---|
| Street Address: 12548 S 150 E | | Mobile Phone: 801 634-6540 |
| City: Draper | State: UT | Zip Code: 84020 | Work Phone: |
| Driver's License/ID Number: 165632279 | E-mail Address: stevemerrin@comcast.net | |

**Details of Events:**

I came outside of my garage at approximately 12 pm on the 17th of May 2010 to find my next door neighbor face down in a slanted driveway. He was facing downhill, passed out and handcuffed. He was completely motionless as I entered my vehicle and drove away.

Sincerely,

Steve Merrin

Pursuant to Rule 1102, Utah Rules of Evidence and Section 76-8-504.5, Utah Code Annotated: You are hereby notified that the statements made herein may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make and that you do not believe to be true may be subject to criminal punishment as a Class A Misdemeanor.**

I have read and understand the statement above: _____ Date: _____