5-18-2010 APPROX
12:00P.M. 1ST

THIS OCCURED ACCROSS THE ST FROM MY HOME.

AT APPROX 12:00P.M. I WITNESSED A DRAPER CITY POLICE TRUCK PARKED AT A ~~AT~~ SOUTHERN ANGLE BEHIND MY NEIGHBORS WHITE CAR. THE OFFICER APPROCHED THE CAR. THE "MAN" IN THE CAR HANDED OVER PAPERWORK TO THE OFFICER. THE OFFICE RETURNED TO HIS TRUCK ROLLED UP HIS WINDOW. NEXT 2 MORE FORD EXPLORES ARRIVED (DRAPER POLICE) 1 WOMAN OFFICER (LATIN) ONE MALE OFFICER (WHITE). THEY EXPLAINED HOW TO DO THE SOBRITY TEST. THE "MAN" TRIED TO DO THE TEST BUT DID NOT DO TO GOOD. I ALSO NOTICED HE REFUSED A BREATH ALIZER TEST. AT WHICH POINT THEY HANDCUFFED HIM. THE 1ST OFFICER WAS TAKING PIC'S OF THE CAR (BACK) AND INSIDE. A BOTTLE IN A BROWN BAG WAS REMOVED. (ALSO IN THE BEGINNING THE OFFICERS DID A PAT DOWN HE LIFTED HIS SHIRT TO SHOW NOTHING WAS HIDDEN.) THE SECOND OFFICER TOOK THE MAN (THE 1ST OFFICER WAS REMOVING STUFF, JACKET, RIFFEL IN CASE MISC. TO THE BACK (BED) OF THE TRUCK. ONCE DONE THE 1ST OFFICER WENT BACK TO THE WHITE CAR THE SECOND OFFICER TOOK THE MAN TO THE TRUCK. WITH HIS HANDS HANDCUFFED BEHIND HIM. HE PUT THE MAN AGAINST THE TRUCK FACING THE TRUCK, BEHIND THE SECOND DOOR, ON DRIVERS SIDE. I SAW THE MAN SAY SOMETHING TO THE OFFICER BEHIND HIM AT WHICH POINT THE OFFICER GRAB THE MAN BY THE HANDCUFFS AND

(THE MAN LOOKED MY WAY OVER HIS SHOULDER WHEN HE SAID SOMETHING TO THE OFFICE RIGHT B-4 THE COP THREW HIM TO THE GROUND)

IN A COUNTER CLOCKWISE TURN. THRU THE MAN TO THE GROUND AT AN AGRESSIVE MANNER WHERE THE MAN'S HEAD HIT THE CONCRET WITH SUCH FORCE HIS HEAD BOUNCED. THE FEMALE OFFICER CAME OVER AND THRU HER HANDS IN THE AIR TALKING TO THE 1ST OFFICER LIKE "WHAT WAS THAT". THE MAN'S FACE WAS BULE AN RED HE LAYED MOTIONLESS ON THE CEMENT. THE SECOND OFFICER CONTINUED TO DO SOME TOUCHING OF THE MAN'S HANDCUFFS. HE PATTED HIM ON THE SHOULDER BLADES AT LEAST 2 DIFFERENT TIMES, THE 1ST OFFICER DIDN'T COME OVER AND THE FEMALE AND SECOND OFFICER STAYED WITH THE MAN. HE WAS BLEEDING FROM THE LEFT SIDE OF HIS HEAD. ANIMAL CONTRO ARRIVED, SUPERVISOR ARRIVED ALONG WITH THE FIRE DEPT. I WENT TO MY NEIBOR HEIDI'S TO GET #'S FOR DAVE + BARBARA (GRAND-PARENTS) AND SCOTT & DEBBIE (PARENTS) SHE HELPED FACILITATE GETTING THE #'S FOR (GRANDPARENTS) FROM HER NEB'S ON THE SOUTH SIDE. I LIVE DIRECTLY ACROSS THE STREET AND WITNESSED THE ENTIRE ARREST.

THE WHITE CAR WAS LATER TOWED.
I SUBMITTED A REPORT TO THE SUP. KURT ON 5-18-2010.

MY SHADES WERE COMPLETLY OPEN AND PULLED UP. I STOOD DIRECTLY INFRONT OF THE WINDOW WITH AN EXCELLENT VIEW.

DID THE PEN TEST (EYES FOLLOW)
GRAB YOUR CHIN
WALK A LINE
~~HE SHOULD SHOWED HIM~~
FOOT OUT IN FRONT
HE ~~KEPT~~ ~~WOULDN'T~~ WOULD TALK TO THEM, PUT HIS ARMS OUT ~~AF~~ THEN THE 1ST OFFICER WENT TO HIS TRUCK TO GET THE BREATH-A-LIZER. THE MAN REFUSED SO HE TOSSED IT ON THE LAWN AND HANDCUFFED HIM

THE 2ND OFFICERS TRUCK WAS # 627

THE MAN WAS WEARING FLIP FLOPS SHORTS (BEIGH) AND T-SHIRT (DARK COLORED)

MAY/21/2010/FRI 09:27 AM JUSTICE CENTER FAX No. 435 615 3833 P. 013

05/17/2010 10:34 4356553447 UHP PAGE 09/14

COMMERCIAL VEHICLE INFORMATION
COMMERCIAL VEHICLE ☐YES ☐NO
HAZMAT ☐YES ☐NO
16+ OCCUPANTS ☐YES ☐NO
OUT OF SERVICE ☐YES ☐NO
CVSA INSPECTION ☐YES ☐NO

GVW
DOT NO.
TYPE
COMPANY/ UNIT #
ADDRESS
CITY/ STATE

UTAH HIGHWAY PATROL SECTION 7
UNIFORM CITATION OR INFORMATION AND SUMMONS TO APPEAR

CASE: 0711 H
CITATION NO.: C10089245
INCIDENT NO.: CO958147
ORI: UTUHP0200

| NAME (Last) | (First) | (Middle) | DOB | PHONE |
|---|---|---|---|---|
| PHAM | CHI | | 01/30/1978 | (763) 389-7749 |

| ADDRESS | (City) | (State) | (Zip) |
|---|---|---|---|
| 3410 SPRING GLEN CIR | PRIOR LAKE | MN | 55372 |

| Driver License No. | CDL Possessed | Expires | State | Restriction | Place of Birth | Social Security No. | Motorcycle |
|---|---|---|---|---|---|---|---|
| W714120898812 | No | 01/2012 | MN | A | | - - | No |

| Gender | Ethnic Code | Height | Weight | Eyes | Hair | Vehicle/Vessel License No. | State | Expires |
|---|---|---|---|---|---|---|---|---|
| M | A | 5'3 | 155 | BRO | BLK | 841BUW | MN | 01/2010 |

| Person ID | Vehicle Make | Vehicle Model | Vehicle Type | Vehicle Year | Vehicle Color | Accident |
|---|---|---|---|---|---|---|
| Yes | NISS | ALTIMA | 4D | 2010 | BLU | No |

STATE OF UTAH
☒ COUNTY OF SUMMIT
☐ CITY OF

THE DEFENDANT IS HEREBY GIVEN NOTICE TO APPEAR IN: COURT OF 3rd District Court - Silver Summit
LOCATION 6300 North Silver Creek Drive, Park City, UT, 84098, Fax: (435) 615-4087

Not less than (5) five nor more than (14) fourteen days after issuance of this citation. IF YOU FAIL TO APPEAR, THE COURT MAY ISSUE A WARRANT FOR YOUR ARREST.

ON (DATE) 05/02/2010 MILITARY TIME (FIRST CONTACT) 14:15 DIRECTION OF TRAVEL E
LOCATION I80, COUNTY SUMMIT MILE POST NO. 154

| UT | CO | CY | THE ABOVE NAMED DEFENDANT IS CHARGED WITH VIOLATING THE FOLLOWING Description | Code No. | Code Type |
|---|---|---|---|---|---|
| ✓ | | | POSS WITH INTENT TO DISTRIBUTE | 58-37-8(1)(a)(iv) | OTHER |
| ✓ | | | POSS FELONY MARIJUANA (16+ OZ) | 58-37-8(2)(a)(i) | OTHER |
| ✓ | | | POSS OF DRUG PARAPHERNALIA | 58-37a-5 | MISD |
| ✓ | | | NO DRUG STAMP | 59-19-105 | OTHER |

| | Speeding | MPH Over | Arrested | Alcohol/BAC |
|---|---|---|---|---|
| | | | Yes | |

FOR COURT USE ONLY
DATE OF CONVICTION
FINE SUSPENDED
JAIL SUSPENDED
DISPOSITION FELONY ☐Yes ☐No
PLEA/FINDING SEVERITY
☐Guilty ☐Conviction ☐Minimum
☐No Contest ☐Diversion ☐Intermediate
☐Not Guilty ☐Dismissed ☐Maximum
☐Plea in Abeyance ☐Forfeited Bail

Signature of Judge or Court Clerk Required

WITHOUT ADMITTING GUILT I PROMISE TO APPEAR AS DIRECTED HEREIN
SIGNATURE OR
OFFENSE TRACKING NUMBER: X

I CERTIFY THAT A COPY OF THIS CITATION OR INFORMATION WAS DULY SERVED UPON THE DEFENDANT ACCORDING TO LAW ON THE ABOVE DATE AND I KNOW OR BELIEVE AND SO ALLEGE THAT THE ABOVE NAMED DEFENDANT DID COMMIT THE OFFENSE HEREIN SET FORTH CONTRARY TO LAW. I FURTHER CERTIFY THAT THE COURT TO WHICH THE DEFENDANT HAS BEEN DIRECTED TO APPEAR IS THE PROPER COURT PURSUANT TO SECTION 77-7-21, U.C.A.

OFFICER BADGE NO./ID: 428
COMPLAINANT DATE OF CITATION 05/02/2010

OFFICE COPY DATE SENT TO DLD DOCKET NO. RIGHT INDEX

Case 2:14-cv-00375-DAK Document 9-3 Filed 01/15/15 Page 5 of 5

# Draper City Police Department
## WITNESS STATEMENT

| Case Number | 2010-00 3060 |
|---|---|
| Name | KATHY TORRENCE |
| Date of Birth | 11-4-60 |
| Home Phone | 801 878-9332 |
| Street Address | 12543 S. 150 EAST |
| Mobile Phone | 909 489-9673 |
| City | DRAPER |
| State | UT |
| Zip Code | 84020 |
| Work Phone | |
| Driver's License/ID Number | 152774264 |
| E-mail Address | |

**Details of Events:**

AT APPROX 12:00 P.M I FITNESSED THE NEIBOR BEING PULLED OVER IN HIS DRIVEWAY. THE OFFICER APPROCHED THE VEHICAL. THE DRIVER HANDED THE OFFICER PAPERS OF SOME SORT. 2 MORE OFFICERS ARRIVED ON THE ~~SEAN~~ SCENE (1) MALE (1) FEMALE OFFICER THEY PROCEEDED TO ADMINISTER A ~~[illegible]~~ SOBRITY TEST. THEY HANDCUFFED THE GENTLEMEN AND WALKED HIM TO THE OFFICERS TRUCK. HE WAS HANDCUFFED FACING THE CAR (TRUCK) WHEN THE SECOND OFFICER ON THE SCENE GRAB THE BOY BY THE HANDCUFFS, WHIPPED HIM AROUND SO HARD THAT WHEN HE HIT THE PAVEMENT HIS HEAD BOUNCED UP. THAT'S WHEN I SAW THE BLOOD COMING OUT OF HIS HEAD. HE LAYED IN THE STREET. HIS FACE WAS RED AND BLUE DUE TO THE HEAD TRAMA. I WITNESSED EXCESSIVE FORCE TO A BOY WHO WAS HANDCUFFED WITH HIS BACK TO THE OFFICER. I ALSO SAW THE FEMALE OFFICER THREW HER ARMS IN AIR IN A QUESTION MANNER TO THE ORIGINAL OFFICER AFTER IT HAPPENED.

Pursuant to Rule 1102, Utah Rules of Evidence and Section 76-8-504.5, Utah Code Annotated: You are hereby notified that the statements made herein may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make and that you do not believe to be true may be subject to criminal punishment as a Class A Misdemeanor.**

I have read and understand the statement above. *Kathy Torrence* Date: 5-18-2010