## Draper City Police Department
## WITNESS STATEMENT

**Case Number**
2010-003060

**Name** MEHDI MAHMOUDI

**Date of Birth** 3/22/195?

**Home Phone** 801-495-3777

**Work Phone**

**Street Address** 12559 S. 150 E

**City** DRAPER

**State** UT

**Zip Code** 84020

**Mobile Phone** —

**Driver's License/ID Number**

**E-mail Address** MOODI777@YAHOO.COM

### Details of Events:

I SAW PLOICE OFFICER WAS CHECKING A YOUNG MAN IN MY NEIBOGHR'S HOUSE (ASKING HIM TO WALK ON A LINE), I WAS CHANGING MY CAR'S TIRE AND I HEARD A NOISE LIKE DROPING SOMETHING ON A GROUND I LOOKED AND SAW THAT YOUNG MAN ON THE GROUND WITH NO MOVEMENT AND LATER I WENT TO SEE WHAT HAPPEN AND I SAW HE WAS BLEEDING I DID NOT SEE IF HE FALL HIMSELFE OR SOMETHING ELSE HAPPENED

Pursuant to Rule 1102, Utah Rules of Evidence and Section 76-8-504.5, Utah Code Annotated: You are hereby notified that the statements made herein may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. **Any false statement you make and that you do not believe to be true may be subject to criminal punishment as a Class A Misdemeanor.**

I have read and understand the statement above.

Date: 5/18/2010