# Draper City Police Department
## WITNESS STATEMENT

**Case Number:** 2010-003060

**Name:** Steve Merrin
**Date of Birth:** 2/1/1971
**Home Phone:** 801 878-4071
**Street Address:** 12548 S 150 E
**Mobile Phone:** 801 634-6540
**City:** Draper
**State:** UT
**Zip Code:** 84020
**Work Phone:**
**Driver's License/ID Number:** 165632279
**E-mail Address:** stevemerrin@comcast.net

**Details of Events:**

I came outside of my garage at approximately 12pm on the 17th of May 2010 to find my next door neighbor face down in a slanted driveway. He was facing downhill passed out and handcuffed. He was completely motionless as I entered my vehicle and drove away.

Sincerely,

Steve Merrin

Pursuant to Rule 1102, Utah Rules of Evidence and Section 76-8-504.5, Utah Code Annotated: You are hereby notified that the statements made herein may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. Any false statement you make and that you do not believe to be true may be subject to criminal punishment as a Class A Misdemeanor.

I have read and understand the statement above:                    Date: