R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

ATTORNEYS FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>                             Plaintiff,<br><br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>                             Defendants. | **MOTION TO STRIKE LATE-FILED AMENDED COMPLAINT**<br><br>(Oral Argument Requested)<br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball |

Defendants Draper City, Draper City Police Department, Police Chief Mac Connole,

Officer J. Patterson, Officer David Harris, and Officer Heather Baugh (collectively

"Defendants"), hereby move to strike Plaintiff's Amended Complaint [Doc. 12].  This Motion is

supported by the following memorandum of points and authorities.

SLC_2095447.1

## BACKGROUND

Plaintiff moved to amend his complaint on January 15, 2015.[1]  Defendants filed a notice

of non-opposition to the motion on February 2, 2015.[2]  This Court granted Plaintiff's Motion to

Amend on February 3, 2015 and ordered that Plaintiff file the Amended Complaint within 7 days

of that date.[3]  Plaintiff filed its Amended Complaint on March 6, 2015, thirty-one days after the

Court's Order.[4] Counsel for Plaintiff emailed counsel for Defendants on the day the amended

complaint was filed and stated that she did not see the Court's Order and therefore missed the

deadline.[5]

## ARGUMENT

### I.      PLAINTIFF'S LATE-FILED AMENDED COMPLAINT SHOULD BE STRIKEN.

Utah Local Rule 15-1 requires that "[a] party who has been granted leave to file must

subsequently file the amended complaint with the court."  Here, the Court set a deadline for

Plaintiff to file its amended complaint 7 days after its order, or February 10, 2015.[6]  Plaintiff

failed to comply with the Court's order.  In similar cases where a Plaintiff is directed to file its

Amended Complaint by a certain date, Utah District Courts take adverse action against the

Plaintiff when it fails to meet that deadline.  *See, e.g. Hussell v. Federal Government*, 2012 WL

5523151, *2 (D. Utah October 24, 2012).

Furthermore, a District Court has discretion to deny a motion for late filing of an

amended complaint when it has considered "the adequacy of the reasons Plaintiff provided for

---

[1] Doc. 9.
[2] Doc. 10.
[3] Doc. 11.
[4] Doc. 12.
[5] See email from Lisa Marcy, attached hereto as Exhibit A.
[6] Doc. 11.

2

the delay." *Cohen v. Longshore*, 621 F.3d 1311, 1314 (10th Cir. 2010).  Plaintiff's counsel

explained that she did not see the Court's Order in her email, nor did anyone in her office.  *See*

Emails, Exhibit A.  Plaintiff's counsel receives copies of all Court filings to six separate email

addresses, at least two of which go to a separate law firm.  Failing to notice six emails with a

Court's Order granting their client's motion for nearly a month is not an adequate reason for

Plaintiff's delay.  Therefore this Court should strike Plaintiff's Amended Complaint for failure to

comply with the Court's Order.

## CONCLUSION

Plaintiff failed to file its Amended Complaint by the deadline set by this Court and has

not shown an adequate reason for its delay, therefore this Court should strike the amended

pleading.

DATED this 12th day of March, 2015.

**DURHAM JONES & PINEGAR, P.C.**

/s/ R. Blake Hamilton
R. Blake Hamilton
Ashley M. Gregson
ATTORNEYS FOR DEFENDANTS

3

SLC_2095447.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **MOTION TO STRIKE LATE-FILED AMENDED COMPLAINT** was served this 12th day of March, 2015, via CM/ECF electronic filing upon the following:

Lisa A. Marcy
AARON & GIANNA, PLC
2150 South 1300 East, Ste. 500
Salt Lake City, UT 84106

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

/s/ Carrie Watters

4

SLC_2095447.1