# Hamilton, R. Blake

**From:** Lisa Marcy <lmarcy@aarongianna.com>
**Sent:** Friday, March 06, 2015 4:53 PM
**To:** Hamilton, R. Blake
**Subject:** Re: Chatwin v. Draper City et al  Offer of Judgment and of Settlement [IWOV-WorkSiteSLC.FID2022627]

Blake:

Hi. As you can see, I just filed the Amended Complaint with the attachments noted below. I completely missed the Order in my email wherein I was ordered to file the A.C. within ten days. No one caught it here either. I have never missed a deadline before like that and can't believe it happened. It is completely my fault.

If you are going to strike it, I will throw myself at the mercy of Judge Kimball. I would ask for your professional courtesy in answering it instead. The changes are not much in the way of substance and for the most part, respond to your concerns about quotation marks and paragraph numbering. Please let me know. Thank you.

Lisa

Lisa A. Marcy*
Aaron & Gianna, PLC**
A Professional Law Corporation
2150 South 1300 East, Suite 500
Salt Lake City, UT 84106
Tel. 801-359-2501
Fax. 801-990-4601
Email: lmarcy@aarongianna.com
URL: www.aarongianna.com
*Licensed in Utah
**Aaron & Gianna, PLC is ranked a Best Law Firm by U.S. News and World Report and Best Lawyers

PLEASE NOTE THAT AS OF FEBRUARY 1, 2014, MY CONTACT INFORMATION HAS CHANGED.

This electronic mail transmission (and/or documents accompanying it) may be privileged and may contain confidential information intended only for the recipient(s) listed above and intended to be protected by the attorney-client privilege, the work product doctrine or other applicable law. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any review, disclosure, distribution, dissemination or copying of this transmittal or taking of any action in reliance on its contents is prohibited. If you received this transmittal in error, please notify us immediately at 504-569-1800 and forward the transmittal back to us via electronic mail. Please destroy this electronic message and delete it from your electronic mail server and destroy any and all copies.

---

From: Lisa Marcy
Sent: Thursday, January 15, 2015 7:58 AM
To: Hamilton, R. Blake
Subject: Re: Chatwin v. Draper City et al  Offer of Judgment and of Settlement [IWOV-WorkSiteSLC.FID2022627]

1