

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, Utah  84110
801.415.3000
801.415.3500 Fax
www.djplaw.com

R. Blake Hamilton
Attorney at Law
bhamilton@djplaw.com

December 23, 2014

VIA REGULAR MAIL

Lisa A. Marcy
AARON & GIANNA, PLC
2150 South 1300 East, Ste. 500
Salt Lake City, UT  84106

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Ste. 800
Salt Lake City, UT 84101

Re:   *Chatwin v. Draper City, et al.*
      *Civil No. 2:14-cv-00375-DAK*

Dear Lisa & John:

We have evaluated the claims made in your Complaint and believe that they are either inadequately pled, fail to state a claim for which relief can be granted, and/or will not be supported by the undisputed record evidence. We therefore intend to file a Motion for Judgment on the Pleadings, which we anticipate will result in the dismissal of several of your causes of action. Then, at the close of discovery we believe that the Court will dismiss the remainder of your claims for lack of evidentiary support.



Lisa A. Marcy
John K. Johnson
December 23, 2014
Page 2

Thank you for your anticipated cooperation and courtesy moving forward.

Sincerely,

DURHAM JONES & PINEGAR, P.C.

R. Blake Hamilton

RBH:amg
Enclosure
cc: Douglas Ahlstrom
    Libby Lowther

SLC_1993674.1