# Purchased MARCY/LISA ANNE 01-22-2015 New Orleans LA DL

ABLAIN@TRAVLEAD.COM <ablain@travlead.com>

Mon 12/1/2014 2:37 PM

Inbox

Cc:Lisa Marcy <lmarcy@aarongianna.com>; wvelez@nita.org <wvelez@nita.org>;

📎 4 attachments

MVLMDL.pdf; DL Flight number 4768 SLC MSY Departs 505 PM (Local Time) LISA ANNE MARCY.ics; DL Flight number 4736 MSY SLC Departs 720 AM (Local Time) LISA ANNE MARCY.ics; MVLMDL.txt;

Travel Leaders
10202-D Coldwater Road
Fort Wayne, IN 46825

If email attachments are not compatible with your company calendar configuration, click on the links below to add to your calendar.

For a single calendar entry click here

**Travel Itinerary**
Agency Booking Confirmation Number: **MVLMDL**

**Passenger Names**

MARCY/LISA ANNE - GULF115

**Please examine the itinerary carefully for accuracy and notify us within 24 hours if corrections are required.**

Prepared by Amy B. 574-269-7111 / 800-759-7112

## DELTA AIRLINES - Flight Number 4768                          Confirmation: GMYYJE

| | | |
|---|---|---|
| **Departure:** Thu, 01/22/2015 5:05 PM | **Arrival:** Thu, 01/22/2015 9:19 PM | **Equipment:** CR7 |
| **Departure City:** Salt Lake City, UT (SLC) | **Arrival City:** New Orleans, LA (MSY) | **Meal:** V |
| **Departing Terminal:** 2 | **Arrival Terminal:** | **Travel Time:** 3 hour(s) 14 minute(s) |
| **Status:** HK | **Class of Service:** T - Economy | Add flight to Calendar Baggage Info [http://~none~]Operating Carrier Baggage Info |

**Operated By SKYWEST DBA DELTA CONNECTION**

Seat Assignments: MARCY/LISA ANNE - 06B

## DELTA AIRLINES - Flight Number 4736         Confirmation: GMYYJE

| | | |
|---|---|---|
| **Departure:** Sun, 02/1/2015 7:20 AM | **Arrival:** Sun, 02/1/2015 10:16 AM | **Equipment:** CR7 |
| **Departure City:** New Orleans, LA (MSY) | **Arrival City:** Salt Lake City, UT (SLC) | **Meal:** V |
| **Departing Terminal:** | **Arrival Terminal:** 2 | **Travel Time:** 3 hour(s) 56 minute(s) |
| **Status:** HK | **Class of Service:** X - Economy | Add flight to Calendar<br>Baggage Info<br>[http://~none~]Operating Carrier Baggage Info |

Operated By SKYWEST DBA DELTA CONNECTION

Seat Assignments: MARCY/LISA ANNE - 06C

## Invoice Detail

**Name:** MARCY/LISA ANNE

| | | |
|---|---|---|
| **Delta Airlines Ticket:** 0067542230859 | **Issue Date:** 12/1/2014 | **Amount:** $593.20 |
| **Professional Fee Number:** 8900634531289 | **Issue Date:** 12/1/2014 | **Amount:** $33.00 |
| **Professional Fee Number:** 8900634531284 | **Issue Date:** 12/1/2014 | **Amount:** $33.00 |
| | | **Total Fare:** USD $659.20 |

Your total has been charged to American Express ending in 2005

## Frequent Flyer Info

DELTA AIRLINES XXXXXXX543

**General Remarks**

$150,000 flight insurance compliments of Travel Leaders

Government issued photo ID required at check-in

*** CAREFULLY REVIEW THIS ITINERARY ***

For conditions of contract, online check in with major domestic carriers, the most recent TSA boarding procedures, and other helpful travel links: http://www.travlead.com/biz_travel_links.php

Baggage policies vary by airline. Checked baggage may incur additional charges at check-in.

For baggage policies of virtually any airline in the world follow this link: https://mytripandmore.com/baggage.aspx

After hours emergency care: 800-309-9918
Calling Code: 9VO (nine victor oscar)
Calls to this number will incur a $20 charge billed to the credit card on file for this itinerary (in addition to any other applicable fees).