# Building Trial Skills: New Orleans
## January 24 - 30, 2015          $2695

**Program Directors:**

Dominic Gianna  
Aaron & Gianna  
New Orleans, LA

Lisa Marcy  
Aaron & Gianna  
Salt Lake City, UT

Dominic Gianna, a Fellow of the International Society of Barristers, is one of America's finest trial lawyers and most dynamic and creative teachers of advocacy and persuasion. He has taught advocacy throughout the English-speaking world and has tried cases throughout the USA in an enormous variety of areas representing both individuals and corporate and insurance interests from both sides of the courtroom.

Lisa Marcy has made her mark nationally as a trial lawyer and as one of America's most dynamic and inspired teachers of advocacy, persuasion and communication skills. She has spent her professional life prosecuting and defending cases for clients ranging from disabled individuals to large corporations from both sides of the courtroom in a large variety of areas.

The Directors have assembled a national faculty, including a communications expert, trial judges and jury/trial consultant who have tried and handled numerous cases and have been teaching advocacy and trial persuasion for decades.

**Hampton Inn & Suites**  
**New Orleans, LA**  
**Estimated CLE: 49 hrs**  
Register at: www.nita.org/GULF115



**NITA**

**Contact Us Today!**  
**800.225.6482**          www.nita.org

Enrolment is restricted to licensed attorneys. The National Institute for Trial Advocacy and the NITA Foundation do not discriminate against applicants for program admission or scholarship assistance on the basis of race, national origin, creed, religion, gender, sexual orientation, age, color, disability or status as a parent. Furthermore, NITA and the NITA Foundation comply with the provisions of Title IX of the Education Amendments of 1974, Title VI of the Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, and federal and state laws and regulations pertaining to affirmative action and equal opportunity.

BETTER LAWYERING
BETTER RESULTS
BETTER JUSTICE

Building Trial Skills
New Orleans
January 24 - 30

Teaching The Art Of Advocacy Since 1971

There are over
**38,000**
lawyers in LA, AL & MS.

How will you stand out?

## Practice and Perfect Your Skills In The Art of Trial Advocacy

**Advocacy Skills**

- Learn the art of storytelling
- Verbal, non-verbal and visual communication techniques
- Using the art and the science of advocacy and persuasion to win
- Create Openings that win in the beginning
- Deliver empowerment Closings that sway jurors

**Examination Skills**

- Direct examinations that tell stories
- Constructive and destructive cross examinations
- Impeachment and redirect examinations
- Lay evidentiary foundations
- Perform a modern voir dire

On the final day you will try a **full jury** trial as counsel and witness, then **watch** and **listen** to the deliberations and get juror feedback. This program will change the way you approach trials and the art of persuasion. Immersing yourself in NITA's *Learning-by-Doing* method will train you to win any trial or hearing. This Trial Program is formulated for all experience levels from those who have tried few or many jury or bench trials.

> **"** Valuable experience. I can't think of another way to get this kind of experience in handling a case. I've sat 2nd chair for several trials with a fantastic partner/mentor attorney who has taken the time to explain the process to me, but that's still not the same as doing the skills like at NITA. **"**
>
> —2014 Participant