R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 E. Broadway, Suite 900
PO Box 4050
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>                    Plaintiff,<br><br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>                    Defendants. | **REQUEST TO SUBMIT DEFENDANTS' RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>(Oral Argument Requested)<br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball |

Pursuant to DUCivR 7-3, Defendants hereby submit their Motion for Judgment on the Pleadings [Doc. 17] for oral argument and decision, and state the following:

1.      Defendants filed their Motion for Judgment on the Pleadings [Doc. 17] on July 7, 2015.

2.      Plaintiff filed his Memorandum in Opposition to Defendants' Motion for Judgment on the Pleadings [Doc. 18] on August 25, 2015.

3.      Defendants filed their Reply Memorandum in Support of their Motion for Judgment on the Pleadings [Doc. 19] on September 11, 2015.

Therefore, this Motion has been fully briefed and is ready for decision.  Defendants have requested oral argument on this Motion.

DATED this 15th day of September, 2015.

**DURHAM JONES & PINEGAR, P.C.**

/s/ R. Blake Hamilton
R. Blake Hamilton
Ashley M. Gregson
ATTORNEYS FOR DEFENDANTS

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **REQUEST TO SUBMIT DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** was served this 15th day of September, 2015, via electronic filing upon the following:

Lisa A. Marcy
AARON & GIANNA, PLC
2150 South 1300 East, Ste. 500
Salt Lake City, UT 84106

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

/s/ Sarah Peck
Secretary