Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111
Telephone: 801-322-2516

John K. Johnson (#3815)
Jkjohnson1080@hotmail.com
**JOHN K. JOHNSON, LLC**
10 West 300 South, Suite 800
Salt Lake City, Utah  84111
Telephone: 801-915-2616

*Attorneys for Plaintiff Joshua Chatwin*

# IN THE THIRD UNITED STATES DISTRICT COURT FOR THE STATE OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>    Plaintiff,<br>v.<br><br>DRAPER CITY; *et al.,*<br><br>    Defendants. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Civil No. 2:14-cv-375<br><br>Judge Dale A. Kimball |

PLEASE TAKE NOTICE that Lisa A. Marcy, counsel for Plaintiff Joshua Chatwin, has changed her address and firm affiliation as follows:

> Lisa A. Marcy
> Clyde Snow & Sessions, P.C.
> 201 South Main Street, 13th Floor
> Salt Lake City, Utah  84111
> Telephone:  801-322-2516
> Email: lmarcy@clydesnow.com

{00849126-1 }

DATED this 12th day of October, 2015.

                                              CLYDE SNOW & SESSIONS

                                              /s/ Lisa A. Marcy
                                              Lisa A. Marcy
                                              *Attorneys for Plaintiff Joshua Chatwin*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October, 2015, I caused a true and accurate copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** to be filed via the Court's ECF system, which in turn sent copies to counsel of record in accordance with the Court's protocols.

*/s/ Jean Layton*
Legal Assistant