Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah  84111
Telephone: 801-322-2516

John K. Johnson (#3815)
jkjohnson1080@hotmail.com
**JOHN K. JOHNSON, LLC**
10 West 300 South, Suite 800
Salt Lake City, Utah  84111
Telephone: 801-915-2616

*Attorneys for Plaintiff Joshua Chatwin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>         Plaintiff,<br>v.<br><br>DRAPER CITY; *et al.,*<br><br>         Defendants. | CERTIFICATE OF SERVICE FOR PLAINTIFF'S SECOND SUPPLEMENTAL ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIES<br>[Interrogatory Nos. 2, 3, & 7]<br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball |

I hereby certify that on the 28th day of October 2015, I caused a true and correct copy of Plaintiff's Second Supplemental Answers to Defendants' First Set of Interrogatories [Interrogatory Nos. 2, 3 & 7] and this Certificate of Service to be mailed via first-class U.S. mail, postage prepaid, to the following:

{00865960-1 }

R. Blake Hamilton
Ashley M. Gregson
Durham, Jones & Pinegar
111 East Broadway #900
Salt Lake City, Utah  84111

DATED this 28th day of October 2015.

            CLYDE SNOW & SESSIONS

            /s/ Lisa A. Marcy
            Lisa A. Marcy
            *Attorneys for Plaintiff Joshua Chatwin*