R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 E. Broadway, Suite 900
PO Box 4050
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>　　　　　　　　Defendants. | **STIPULATED MOTION FOR PROTECTIVE ORDER**<br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball |

　　　　The parties, Plaintiff Joshua Chatwin and Defendants Draper City, Draper City Police

Department, Police Chief Mac Connole, Officer J. Patterson, Officer David Harris, and Officer

SLC_2549362.1

2

Heather Baugh respectfully move for entry of the attached Stipulated Protective Order.  Good cause exists to enter the Protective Order because the parties have stipulated to its terms and the parties expect that discovery in this case will involve the exchange of personal or sensitive information.  The attached Protective Order would govern the dissemination of this type of information and would help maintain its confidentiality.  Accordingly, the parties respectfully request that this Court enter the attached Stipulated Protective Order.

DATED this 3rd day of November, 2015.

**DURHAM JONES & PINEGAR, P.C.**

/s/ R. Blake Hamilton
R. Blake Hamilton
Ashley M. Gregson
ATTORNEYS FOR DEFENDANTS

DATED this 3rd day of November, 2015.

**CLYDE SNOW & SESSIONS**

/s/ Lisa Marcy (by permission)
Lisa Marcy
ATTORNEY FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **STIPULATED MOTION FOR PROTECTIVE ORDER** was served this 3rd day of November, 2015, via electronic filing upon the following:

Lisa A. Marcy
AARON & GIANNA, PLC
2150 South 1300 East, Ste. 500
Salt Lake City, UT 84106

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

/s/ Sarah Peck
Secretary

SLC_2549362.1