# Gregson, Ashley

**From:** Hamilton, R. Blake
**Sent:** Wednesday, November 04, 2015 5:00 PM
**To:** Lisa A. Marcy
**Cc:** Gregson, Ashley
**Subject:** RE: Chatwin v. Draper City, et al. - Motion to Amend

Lisa,

I think it would actually be in the best interests of both of our clients if your Motion to Amend is stayed until after a ruling on the Motion for Judgment on the Pleadings. That way, if he dismisses any causes of action without prejudice, you can respond accordingly (perhaps by withdrawing the Motion and re-filing with a revised proposed amended complaint to address the Judge's concerns) instead of being stuck with the proposed amended complaint you prepared before the ruling.

Anyway, if I don't hear from you tomorrow, I will file at the close of business a motion to stay and/or for extension of time to respond to your Motion only after the Court has ruled. Please let me know as soon as possible.

Sincerely,

Blake


**From:** Lisa A. Marcy [mailto:LMarcy@clydesnow.com]
**Sent:** Friday, October 30, 2015 12:52 PM
**To:** Hamilton, R. Blake <BHamilton@djplaw.com>
**Cc:** Gregson, Ashley <AGregson@djplaw.com>
**Subject:** RE: Chatwin v. Draper City, et al. - Motion to Amend

Blake:

Hi, on the other hand, I am concerned that if I do that, he may be waiting to decide on the Motion to Amend first. If he grants it, then the MJOP could be rendered moot. I am pretty swamped today and traveling Monday until afternoon, but I could talk about this later afternoon.

Lisa


**From:** Hamilton, R. Blake [mailto:BHamilton@djplaw.com]
**Sent:** Wednesday, October 28, 2015 6:14 PM
**To:** Lisa A. Marcy <LMarcy@clydesnow.com>
**Cc:** Gregson, Ashley <AGregson@djplaw.com>
**Subject:** Chatwin v. Draper City, et al. - Motion to Amend

Lisa,

1

By my count Defendants' opposition to your Motion to Amend is due next Thursday. In light of the fact that the Court has heard argument and taken the Motion for Judgment on the Pleadings under advisement, it doesn't make sense to for either of us to continue briefing your Motion when the Judge may soon dismiss some of the claims. With that in mind, would you be willing to stipulate to stay the briefing on your Motion until after the Court has ruled?

Please advise at your earliest convenience and I will prepare a proposed stipulated motion.

Sincerely,

Blake


**R. Blake Hamilton | Attorney at Law**
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900 | Salt Lake City, UT 84111
Phone: 801.415.3000 | Fax: 801.415.3500 | BHamilton@djplaw.com



This email message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact BHamilton@djplaw.com by reply email and destroy all copies of the original message.

Please consider the environment before printing this e-mail.

<u>Salt Lake City</u> | <u>Lehi</u> | <u>Ogden</u> | <u>St. George</u> | <u>Las Vegas</u>


Lisa A. Marcy
Of Counsel
ClydeSnow
ATTORNEYS AT LAW
201 South Main Street, Suite 1300
Salt Lake City, UT 84111
P: 801.322.2516
F: 801.521.6280
lmarcy@clydesnow.com

CONFIDENTIALITY NOTICE This electronic mail transmission, and any documents, files, or previous e-mail messages attached to it, is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution, use of any of the information, or the taking of action in reliance on the contents of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner.


Please consider the environment before printing this email