R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN, <br><br> Plaintiff, <br><br> v. <br><br> DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10, <br><br> Defendants. | **DEFENDANTS' RULE 34 REQUEST FOR ENTRY ONTO PREMISES** <br><br> Civil No. 2:14-cv-00375 <br> Judge Dale A. Kimball |

Pursuant to Rule 34(a)(2) of the Federal Rules of Civil Procedure, Defendants hereby request entry onto property controlled by Plaintiff, namely, the front driveway and front yard of the property located at 12534 South 150 East, Draper, Utah, so that Defendants, their representatives, employees, and other individuals retained by Defendants, may inspect, measure, survey, and photograph the property. Defendants wish to enter the property on February 11,

SLC_2580064.1

2016, beginning at 10:00 a.m. and continuing until complete. This entry will include the temporary placement of one or more vehicles and persons in the front driveway of the property in order to recreate the placement of the vehicles and persons during the incident of May 18, 2010. Pursuant to Rule 34(2), Plaintiff must respond to this request in 30 days and state that the entry will be permitted or state the grounds for objecting to this request.

DATED this 5th day of January, 2016.

**DURHAM JONES & PINEGAR, P.C.**

/s/ R. Blake Hamilton
R. Blake Hamilton
Ashley M. Gregson
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **DEFENDANTS' RULE 34 REQUEST FOR ENTRY ONTO PREMISES** was served this 5th day of January, 2016, via email, upon the following:

Lisa A. Marcy
CLYDE SNOW & SESSIONS
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, UT 84111

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

/s/ Sarah Peck