# EXHIBIT 2

Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111
Telephone: 801-322-2516

John K. Johnson (#3815)
Jkjohnson1080@hotmail.com
**JOHN K. JOHNSON, LLC**
10 West 300 South, Suite 800
Salt Lake City, Utah 84101
Telephone: 801-915-2616

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>     Plaintiff,<br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>     Defendants. | DECLARATION OF<br>DAVID SCOTT CHATWIN<br><br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball |

I, David Scott Chatwin, declare and state as follows:

{00940524-1 }

1. I am the father of Joshua Chatwin and the record owner, along with my wife Debbie Chatwin, of the property located at 12534 South 150 East, Draper, Utah.

2. I have personal knowledge of the facts contained herein.

3. Since November 2015 through the date of this Declaration, Joshua Chatwin has spent only intermittent time with my wife and me.

4. Since November 2015, my wife and I have seen Joshua approximately once per week.

5. Joshua Chatwin does not have permission to allow individuals onto our property.

I declare under criminal penalty that the foregoing is true and correct.

DATED this 16th day of February 2016.

*[signature]*
DAVID SCOTT CHATWIN
*Declarant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February 2016, I caused a true and accurate copy of the foregoing Declaration of David Scott Chatwin to be filed via the Court's ECF system, which in turn sent copies to counsel of record in accordance with the Court's protocols.

/s/ Michelle Carter