# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION


JOSHUA CHATWIN,                          )
                                         )CASE NO.
                    PLAINTIFF,           )2:14-cv-00375
                                         )
Vs.                                      )
                                         )
DRAPER CITY; OFFICER J. PATTERSON,       )
IN HIS INDIVIDUAL AND OFFICIAL           )
CAPACITY; OFFICER DAVID HARRIS, IN       )
HIS INDIVIDUAL AND OFFICIAL              )
CAPACITY; OFFICER HEATHER BAUGH, IN      )
HER INDIVIDUAL AND OFFICIAL              )
CAPACITY; AND JOHN DOES 1-10.            )
                                         )
                    DEFENDANTS.          )
_____  )



Deposition of Joshua Chatwin

Taken:  November 18, 2015




Reported by: Linda J. Smurthwaite, RDR

### *Intermountain Court Reporters*
### *Murray, UT 84107*
### *(801) 263-1396*



1

1     stolen property.

2          Q.    Okay.  So even though a probation violation

3     is a separate incident, you didn't feel to list that?

4          A.    I didn't think that it was necessary, no.

5          Q.    Okay.  Even though you spent six months in

6     jail because of that probation violation?

7          A.    Yes, sir.

8          Q.    Okay.  I hand you what we'll mark as Exhibit

9     Number 15.

10       (Exhibit No. 15 was marked for identification.)

11    BY MR. HAMILTON:

12         Q.    If you look at this exhibit, Mr. Chatwin,

13    you'll notice the top that the incident occurred on

14    July 3, 2012, do you see that?

15         A.    Yes, sir.

16         Q.    And down in the narrative, officer -- the

17    officer listed that on July 3rd, 2012, that he was

18    dispatched to the address of 248 East 13800 South, do you

19    see that?

20         A.    Yes, sir.

21         Q.    'For suspicious person'.  Do you see that?

22         A.    Yes, sir.

23         Q.    It says, 'an individual called to report a

24    male sleeping behind a dumpster located at this address'?

25         A.    Yes, sir.

                                                    170

1        Q.    It says in the narrative that the officer

2     'arrived in the area and met with Joshua Chatwin, who

3     told me he had just broke up with his live-in girlfriend

4     and had no place to go.'  Do you see that?

5        A.    Yes, sir.

6        Q.    It continues on and says that, 'I noticed

7     Josh had a beer in front of him and asked if he had been

8     drinking.  Josh informed me that he had four beers.  I

9     told Josh he was able to stay at this location, but he

10    would need to stop drinking.'  Do you see that?

11       A.    Yes, sir.

12       Q.    So here, you were publicly intoxicated,

13    correct?

14       A.    Yes, sir.

15       Q.    The officer told you that you could remain at

16    the location, but had to stop drinking, correct?

17       A.    Yes, sir.

18       Q.    He didn't arrest you, did he?

19       A.    No, sir.

20       Q.    It continues on and says, 'Josh informed me

21    -- or Joshua told me he would.  I asked Joshua if there

22    was a place that I could take them to sleep tonight, and

23    get his thoughts together, and if he chose to leave, that

24    would be his choice.'  Do you see that?

25       A.    Yes, sir.

                                                          171

1          Q.    And you told the officer that you didn't have

2     a place to go, do you see that?

3          A.    Yes, sir.

4          Q.    And then the officer suggested you go to

5     detox, do you see that?

6          A.    Yes, sir.

7          Q.    And then you informed him that your parents

8     were close, but you did not want to go there?

9          A.    Correct.

10         Q.    Why did you not want to go there?

11         A.    Because I really wasn't welcome at my

12    parents' home because of my alcoholism, at the time.

13         Q.    So, on April of 2012, or July 2012, during

14    that period of time, you weren't welcome at your parents'

15    house?

16         A.    We had a pretty strained relationship at that

17    point.

18         Q.    Okay.  This incident took place approximately

19    two years after the May 18th, 2010 incident, right?

20         A.    Correct.

21         Q.    With Draper police, correct?

22         A.    Un-huh, yes, sir.

23         Q.    And here you have a Draper police officer,

24    right?

25         A.    Yes, sir.

                                                          172

1          Q.    Mr. Chatwin, I'm going to hand you what we're

2     going to mark as Exhibit Number 17.

3        (Exhibit No. 17 was marked for identification.)

4     BY MR. HAMILTON:

5          Q.    Mr. Chatwin, I've handed you what we've

6     marked as Exhibit Number 17.  It's a Draper Police

7     Department Officer Report, do you see that?

8          A.    Yes, sir.

9          Q.    It's dated February 23rd, 2013, do you see

10    that?

11         A.    Yes, sir.

12         Q.    And there is a narrative, and Officer Crane

13    there lists or states that 'I responded to the area of

14    11400 South Street -- State Street, for a welfare check.

15    The call came in from Gold Cross Ambulance crew who said

16    there was a male walking south on State Street.'  Do you

17    see that?

18         A.    Yes, sir.

19         Q.    It says, 'they said that he appeared to be

20    intoxicated and they were concerned because he was not

21    wearing a coat.  They described him as a 30-year white

22    male wearing a black hooded sweatshirt and a white

23    backpack.'  Do you see that?

24         A.    Yes, sir.

25         Q.    Okay.  Continuing on, it says, 'I located the

                                                         185

1    individual at approximately 11900 South State Street.  I

2    identified the individual as Joshua Chatwin using his

3    Utah driver's license.  Joshua had slipped on the snow

4    and passerby had stopped to help him.'

5         Do you recall that, you had slipped on the snow on

6    this day in question?

7         A.    Yes, sir.

8         Q.    And do you recall that you had fallen down?

9         A.    Yes, sir.

10        Q.    And that a passerby stopped and helped you?

11        A.    Yes, sir.

12        Q.    And again, on this date in question, you were

13   intoxicated, correct?

14        A.    Yes, sir.

15        Q.    We previously established that when you have

16   become intoxicated, that you have difficulty with

17   respecting your ability to walk?

18        A.    Correct.

19        Q.    And you have difficulty with your balance?

20        A.    Yes, sir.

21        Q.    And this is another incident which shows that

22   you had difficulty on this occasion of walking down the

23   sidewalk, true?

24        A.    Yes, sir.

25        Q.    And you had actually fallen down.  There was

186

1    a passerby that helped you, the police officer shows up,

2    correct?  Do you remember that?

3         A.   There's parts of this that I remember and

4    parts that I don't.  I don't remember them calling the

5    police officer.

6         Q.   You don't recall a police officer showing up

7    that day?

8         A.   I recall paramedics stopping, talking to me.

9    And then I remember getting home with an officer, but

10   that's about the limit of my recollection on this

11   occasion.

12        Q.   Okay.  And that was because you were

13   intoxicated?

14        A.   Yes, sir.

15        Q.   And we've already previously established that

16   when you would drink, that there are times you don't

17   recall certain things because of your drinking, correct?

18        A.   Yes, sir.

19        Q.   The narrative continues and says, 'I could

20   smell odor of an alcoholic beverage on his breath.  I

21   asked if he had been drinking, and he answered 'yes'.  I

22   asked how much, and he said a lot.'  Do you recall that

23   interaction with the officer?

24        A.   No, sir.

25        Q.   It continues on and says that 'Josh said he

                                                          187

1   was walking from South Town mall area and was going to

2   his home at 12534 South 150 East.'  Do you see that?

3       A.   Yes, sir.

4       Q.   'He said he felt he could make it.  In

5   Joshua's condition I did not feel comfortable letting him

6   walk the remainder of his way home, especially with the

7   weather conditions.  It was a heavy snow coming down and

8   the roads were slippery.  I provided a courtesy shuttle

9   to his home.  Joshua did not want his parents to know he

10  was intoxicated, because they would be mad.  I explained

11  I needed to release him to a sober, responsible adult.

12  He agreed.'

13       Do you see that?

14       A.   Yes, sir.

15       Q.   So you recall getting the ride from the

16  officer?

17       A.   Correct.

18       Q.   Do you recall actually being released in to

19  your parents' custody?

20       A.   Yeah, very vaguely.

21       Q.   Do you recall having the discussion with the

22  officer about the fact that you didn't want your parents

23  to know?

24       A.   No, sir.

25       Q.   Okay.  And at this time we previously talked

1    about an incident where you had stated that you were not

2    welcome at the home, and that was in 2012.  In 2013 were

3    you welcome in the home?

4        A.    Like I said, it was a pretty strained

5    relationship.

6        Q.    Well, that's where you were living though; is

7    that correct?

8        A.    At that point in time, I'm not sure if I was

9    staying there or if I was at a shelter, or exactly where

10   I was calling home.

11       Q.    You told the officer that you were going to

12   your home, and you gave him the address of your parents'

13   residence, correct?

14       A.    Yes, sir.

15       Q.    So, isn't it practical to think that, or

16   logical to think that that's where you were living at the

17   time?

18       A.    Not necessarily.

19       Q.    You were calling it your home?

20       A.    Sure.

21       Q.    True?

22       A.    Yes, definitely.

23       Q.    Do you recall your interaction with your

24   mother when she took custody of you that day?

25       A.    Not really, no.

1        Q.    Okay.  And prior to that, you can recall

2   three other separate occasions where you went and did

3   this?

4        A.    Yes, sir.

5        Q.    Okay.  And the last time you can recall doing

6   that was approximately two years ago?

7        A.    Yes, sir.

8        Q.    I'll hand you what we'll mark as Exhibit

9   Number 19.

10     (Exhibit No. 19 was marked for identification.)

11   BY MR. HAMILTON:

12       Q.    Exhibit Number 19 is another Draper Police

13   Department Crime Report.  If you look at it, it's dated

14   January 11, 2014, do you see that?

15       A.    Yes, sir.

16       Q.    If you look down to the narrative it talks

17   about how on January 11, 2014, the officer was dispatched

18   to 'an intoxicated male who had fallen down the stairs at

19   the Cinemark Movie Theatre'.  Do you recall that

20   incident?

21       A.    Yes, sir.

22       Q.    Do you recall going to the movie and being so

23   drunk that you fell down the stairs?

24       A.    Yes, sir.

25       Q.    Again, this is another occasion where you

                                                        193

1   were so intoxicated that you had trouble with your

2   balance?

3          A.    Yes, sir.

4          Q.    And this is an incident that involved Draper

5   police, correct?

6          A.    Yes, sir.

7          Q.    And in this incident, you actually fell down

8   stairs and injured yourself, true?

9          A.    Correct.

10          Q.    And earlier I talked to you about why you

11   ended up going for alcohol treatment at Renaissance, do

12   you remember that?

13          A.    Yes, sir.

14          Q.    And that treatment started the end of

15   January, correct?

16          A.    Yes, sir.

17          Q.    Isn't it true that this incident was what

18   provoked you to go into treatment?

19          MS. MARCY:  Objection, vague and ambiguous.

20          MR. HAMILTON:  Again, this incident happened in the

21   middle of January, 2014.  The end of January 2014, you

22   checked yourself into rehab, true?

23          A.    Yes, sir.

24          Q.    And in this incident you were so drunk you

25   were falling down stairs at the movie theatre?

194

```
1              A.    Yes, sir.

2              Q.    Injuring yourself?

3              A.    Yes, sir.

4              Q.    Correct?  And you were cited for public

5     intoxication, true?

6              A.    Yes, sir.

7              Q.    And again, you had talked to me about the

8     fact that you considered the UVA just a place like a

9     shelter where you could go?

10             A.    The VOA, yes.

11             Q.    The VOA.  Here it says that 'Joshua's cited

12    for public intoxication and released to Utah Volunteers

13    of America'?

14             A.    Yes.

15             Q.    Who is the Utah Volunteers of America?

16             A.    That's the acronym, VOA is for Volunteers of

17    America.

18             Q.    Okay.  So, they actually came and picked you

19    up here from the police, true?

20             A.    Yes, sir.

21             Q.    Is that because, again, you were not welcome

22    at your parents' home at that time?

23             A.    Yes.

24             Q.    And so, the VOA, it's more than just a

25    shelter, it's a place where you receive treatment for
```

195

```
 1    publically intox -- you're still intoxicated, true?

 2         A.    Yes, sir.

 3         Q.    And the police are called again, correct?

 4         A.    Yes, sir.

 5         Q.    And here Officer Larson says, in his

 6    narrative, 'On Tuesday 5/26/2015, intoxicated male

 7    walking from the Draper City offices at 1020 East Pioneer

 8    Road to the Trax station at 1131 East Pioneer Road.

 9    Intoxicated male was identified as Officer Boyle's

10    arrestee.'

11         So Officer Boyle was the one that previously

12    arrested you and cited you, correct?

13         A.    Yes, sir.

14         Q.    'Joshua Chatwin.  Joshua was reportedly

15    belligerent and uncooperative with his family.'  Do you

16    remember earlier in this deposition we talked about this

17    incident that happened back in May, and you said that you

18    couldn't recall being belligerent to your family?

19         A.    I do not recall that.  When were we talking

20    about that?

21         Q.    We're talking about May of 2015.

22         A.    This incident?

23         Q.    Six months ago, yes.

24         A.    And I said I did not recall being belligerent

25    with my family?
```

```
1         Q.    Right.

2         A.    I'm not sure.

3         Q.    It's true you were belligerent with your

4    family, correct?

5         A.    I don't think so.  I don't know what -- where

6    you're getting that information, but my father -- I was

7    -- wanted to get into the VOA.  We called, there was no

8    beds available.  I didn't want to stay at his house, so I

9    had him drive me to the Trax, where I would go down to

10   the shelter.  Apparently there was an agreement between

11   my father and Officer Boyle, that if I were to leave my

12   father's custody, my father could get in trouble.  So

13   when I got out of the car and approached the Trax, my

14   father notified the Draper City police that I had left

15   his custody.  And that's when the officers responded

16   here.

17        So, belligerent with my family, I don't know that I

18   ever --

19        Q.    How do you have the understanding that there

20   was this agreement between Officer Boyle and your father?

21        A.    My father told me later on.

22        Q.    When did he tell you?

23        A.    The day after.

24        Q.    What did he tell you?

25        A.    That's what he told me, that he had an
```

1    agreement with the officer that if he -- that I would be

2    in his custody, and that if I were to leave my father's

3    custody, that he may be responsible.  And so that's why

4    my father called the police when I -- when he dropped me

5    off at the Trax station.

6         Q.    So your testimony is that your father didn't

7    tell you that until the day after?

8         A.    Correct.

9         Q.    So your father dropped you off and

10   immediately called the police and said, 'I've dropped off

11   my son, you should go arrest him because I don't want to

12   get in trouble'?

13        A.    That's my understanding of the situation,

14   yes.

15        Q.    Okay.  And you said that you wanted to go to

16   the VOA?

17        A.    Correct.

18        Q.    So are you still being treated by the VOA?

19        A.    No, sir.  It's not -- it's an at-will

20   facility, but they have a limited number of beds and

21   there's people who are trying to get in all the time.  So

22   they aren't always able to accept you.

23        Q.    When you left the Renaissance treatment

24   facility back in January, or back in March of 2014, you

25   were supposed to seek follow-up counseling and

205

## $

**$1,400** [2] - 214:15, 215:7
**$10,000** [1] - 240:23
**$1400** [1] - 214:8
**$2,400** [1] - 245:20
**$20** [1] - 245:20
**$224** [1] - 220:17
**$300** [1] - 227:8
**$36,000** [1] - 244:20
**$400** [1] - 241:2
**$411** [1] - 221:18
**$50,000** [1] - 253:9
**$500** [1] - 220:1
**$80,000** [2] - 41:25, 240:19

## '

**'03** [1] - 241:4
**'05** [2] - 221:6, 241:5
**'10** [2] - 105:17, 247:4
**'11** [3] - 132:8, 133:5, 247:4
**'13** [3] - 104:18, 122:23, 247:5
**'14** [8] - 122:25, 132:9, 133:5, 133:13, 133:17, 137:14, 207:22, 247:4
**'90s** [1] - 222:20
**'97** [1] - 35:6
**after** [2] - 111:10, 175:17
**'aggravating** [1] - 111:22
**'alcohol** [1] - 141:3
**'alcoholism** [1] - 123:10
**'all** [2] - 30:18, 63:11
**'an** [2] - 170:23, 193:18
**'and** [1] - 209:12
**'answer** [1] - 127:15
**'any** [1] - 144:23
**'are** [1] - 174:12
**'arrived** [1] - 171:2
**'as** [3] - 11:13, 13:11, 107:6
**'assault** [2] - 107:11, 163:6
**'at** [4] - 19:4, 19:7, 111:5, 163:17
**'Barrier** [3] - 138:19, 138:21, 139:17
**'based** [3] - 96:25, 97:14, 103:14

**'both'** [3] - 142:13, 143:8, 143:12
**'by** [1] - 90:16
**'chief** [1] - 110:9
**'concussions'** [1] - 146:20
**'denies** [1] - 112:12
**'describe** [1] - 80:24
**'diagnosis/problems '** [2] - 141:20, 142:3
**'do** [1] - 144:1
**'Draper** [3] - 10:23, 11:1, 17:6
**'drug** [1] - 115:14
**'em** [1] - 154:18
**'ETOH'** [1] - 143:11
**'evaluation** [1] - 110:17
**'explanation** [2] - 122:9, 123:9
**'field** [1] - 27:16
**'findings'** [1] - 83:13
**'fire** [3] - 35:17, 36:3, 36:7
**'follow** [3] - 201:22, 229:20, 229:21
**'for** [1] - 170:21
**'form** [1] - 126:8
**'go** [1] - 154:18
**'good** [1] - 13:20
**'had** [1] - 100:5
**'have** [2] - 147:18, 148:13
**'he** [9] - 22:10, 27:1, 30:10, 97:19, 164:4, 164:11, 164:14, 188:4, 199:4
**'hey** [1] - 219:8
**'high** [1] - 146:15
**'his** [2] - 94:2, 94:5
**'how** [4] - 74:6, 123:24, 127:5, 128:21
**'I'll** [1] - 244:15
**'I've** [1] - 205:10
**'identify** [2] - 151:15, 210:15
**'impaired** [2] - 124:7, 124:11
**'in** [1] - 96:5
**'Intake** [1] - 134:5
**'it** [4] - 28:20, 91:9, 102:21, 128:22
**'jail'** [1] - 254:1
**'January** [1] - 122:20
**'Josh** [3] - 30:14, 171:20, 187:25
**'Joshua** [14] - 24:25, 27:8, 27:22, 29:1,

29:11, 29:21, 31:17, 31:24, 32:8, 33:8, 33:24, 35:21, 175:14, 203:14
**'list** [1] - 135:24
**'made** [1] - 127:6
**'marijuana** [1] - 135:10
**'medical** [1] - 146:4
**'most** [1] - 31:2
**'Mr** [1] - 164:21
**'never** [3] - 127:21, 128:14, 136:20
**'no** [1] - 83:15
**'no'** [4] - 33:2, 125:4, 147:19, 148:15
**'none'** [3] - 112:12, 115:15, 115:25
**'not'** [1] - 136:25
**'number** [1] - 142:11
**'objection** [1] - 126:8
**'Offenses'** [1] - 202:6
**'on** [2] - 197:19, 203:6
**'one** [1] - 135:11
**'only** [1] - 82:15
**'p4** [1] - 147:14
**'p5** [1] - 145:25
**'p6** [1] - 143:21
**'passionate'** [1] - 252:19
**'past** [1] - 112:6
**'past'** [1] - 146:22
**'patient** [1] - 141:7
**'plan** [1] - 116:21
**'please** [2] - 156:24, 215:13
**'present** [1] - 110:6
**'prior** [1] - 26:10
**'public** [1] - 197:15
**'rant'** [1] - 252:12
**'reasons** [1] - 144:24
**'recreational** [1] - 114:18
**'reducing** [1] - 117:16
**'repeat** [1] - 116:19
**'right'** [1] - 246:16
**'schedule** [2] - 116:17, 116:23
**'service** [2] - 137:7, 137:16
**'setting** [1] - 111:9
**'so** [1] - 152:13
**'social** [2] - 112:7, 112:23
**'state** [1] - 214:4
**'suffered** [1] - 85:15
**'targeted'** [1] - 66:23
**'that** [1] - 29:7
**'the** [12] - 18:12,

19:21, 19:25, 20:3, 22:1, 22:4, 88:2, 88:16, 90:3, 94:16, 95:6, 198:17
**'there** [1] - 199:14
**'there'** [1] - 253:21
**'they** [1] - 185:19
**'this** [3] - 76:21, 83:19, 250:4
**'times** [2] - 110:18, 110:24
**'timing** [1] - 110:21
**'to** [1] - 163:21
**'today** [2] - 17:21, 17:23
**'treatment** [2] - 114:7, 130:22
**'until** [1] - 72:13
**'Valley** [1] - 130:24
**'Visit** [1] - 110:2
**'we** [3] - 68:18, 208:17, 209:2
**'we'** [1] - 61:4
**'well** [1] - 131:9
**'went** [1] - 251:21
**'what** [4] - 74:15, 127:1, 155:13, 184:7
**'which** [1] - 136:16
**'with** [1] - 86:20
**'within** [1] - 149:13

## 0

**0** [1] - 97:2

## 1

**1** [7] - 3:7, 10:15, 10:16, 10:19, 120:19, 121:7, 215:16
**1-10** [1] - 1:10
**1/11/14** [1] - 3:17
**1/30** [2] - 122:24, 133:13
**1/30/2014** [1] - 134:8
**10** [29] - 2:12, 3:7, 3:12, 64:22, 71:10, 150:7, 150:8, 150:10, 150:12, 156:23, 156:24, 159:13, 159:14, 159:16, 159:17, 159:24, 160:6, 165:16, 165:19, 169:19, 169:24, 176:1, 176:8, 176:11, 200:6, 200:15, 200:18,

200:22, 210:8
**10,000** [1] - 240:20
**10/20/12** [1] - 3:16
**10/3/04** [1] - 3:14
**101401517** [1] - 159:22
**1020** [2] - 2:19, 203:7
**107** [1] - 3:10
**10th** [2] - 163:15, 163:16
**11** [20] - 3:13, 7:16, 7:17, 8:1, 13:16, 18:10, 29:23, 57:21, 57:22, 71:10, 80:17, 161:8, 161:9, 161:11, 193:14, 193:17, 210:13, 210:15
**111** [2] - 2:2, 2:16
**1116** [1] - 202:7
**1119** [2] - 17:21, 17:23
**1131** [1] - 203:8
**11400** [1] - 185:14
**114th** [1] - 211:16
**11900** [1] - 186:1
**11:30** [5] - 10:1, 13:14, 18:8, 57:20, 173:19
**11:39** [2] - 19:5, 19:7
**11:56** [2] - 33:18, 35:18
**12** [8] - 3:14, 7:16, 7:17, 8:1, 56:4, 162:21, 162:22, 238:8
**12-step** [1] - 142:18
**1200** [1] - 254:21
**1200-a-day** [1] - 254:6
**121** [1] - 3:11
**12200** [2] - 197:21, 199:21
**12300** [1] - 191:5
**12450** [1] - 19:8
**12534** [6] - 19:10, 19:13, 163:18, 168:14, 188:2, 199:22
**12:11** [2] - 35:17, 35:19
**13** [6] - 3:14, 81:22, 165:12, 165:13, 165:23, 166:8
**133** [1] - 3:11
**13800** [1] - 170:18
**13th** [1] - 2:10
**14** [4] - 3:15, 168:2, 168:3, 168:5
**140** [1] - 3:12
**146th** [1] - 10:9
**15** [5] - 3:15, 66:15, 150:23, 170:9,

170:10
**150** [7] - 3:13, 15:1, 19:9, 163:18, 168:15, 188:2, 199:22
**16** [8] - 3:8, 3:10, 3:16, 69:5, 71:10, 89:20, 173:11, 173:13
**16-year-old** [1] - 71:17
**161** [1] - 3:13
**162** [1] - 3:14
**1642** [1] - 163:17
**1647** [1] - 164:12
**165** [1] - 3:14
**168** [1] - 3:15
**16th** [3] - 104:18, 106:11
**17** [10] - 3:16, 185:2, 185:3, 185:6, 214:3, 214:4, 215:23, 215:25, 222:19, 241:14
**170** [1] - 3:15
**173** [1] - 3:16
**17th** [3] - 9:5, 137:14, 138:3
**18** [24] - 1:15, 2:3, 3:17, 4:1, 4:5, 73:24, 100:9, 115:10, 115:22, 116:13, 135:10, 137:3, 151:11, 152:4, 190:21, 190:22, 190:25, 216:19, 234:22, 240:13, 254:13, 254:24, 258:8, 262:1
**180** [1] - 64:15
**185** [1] - 3:16
**18th** [36] - 6:15, 9:25, 17:17, 18:18, 35:5, 43:2, 48:1, 57:1, 57:15, 69:11, 78:23, 79:1, 81:3, 86:3, 87:7, 98:4, 98:11, 98:23, 100:10, 101:12, 102:11, 104:12, 105:17, 118:5, 118:15, 148:18, 149:17, 172:19, 177:23, 178:12, 182:17, 190:12, 234:12, 243:4, 243:23, 251:5
**19** [10] - 3:17, 140:1, 140:2, 140:5, 193:9, 193:10, 193:12, 207:24, 208:13, 240:14
**190** [1] - 3:17

**193** [1] - 3:17
**1942** [2] - 202:4, 202:5
**1942'** [1] - 201:23
**197** [1] - 3:18
**1st** [2] - 3:9, 261:16

## 2

**2** [6] - 3:8, 16:9, 16:10, 16:13, 81:25, 135:11
**2/23/13** [1] - 3:16
**20** [13] - 3:18, 156:22, 159:9, 159:14, 159:18, 160:5, 173:14, 197:4, 197:5, 197:7, 201:10, 250:13
**200** [1] - 183:5
**2000** [2] - 4:1, 168:20
**2004** [1] - 163:15
**2005** [7] - 120:20, 121:7, 131:10, 215:16, 215:24, 216:2, 216:13
**2006** [1] - 165:24
**2007** [3] - 217:13, 218:8, 218:9
**2008** [2] - 217:20, 239:17
**2009** [4] - 69:7, 168:6, 218:9, 220:15
**201** [2] - 2:9, 3:18
**2010** [52] - 6:15, 9:25, 17:17, 18:18, 35:5, 43:2, 48:1, 57:1, 57:16, 69:11, 78:24, 79:1, 81:3, 84:15, 86:3, 87:7, 98:5, 98:12, 98:23, 100:9, 100:11, 101:12, 102:11, 104:12, 104:16, 118:5, 118:15, 148:18, 149:17, 151:11, 152:4, 161:12, 161:23, 162:14, 172:19, 177:23, 178:12, 182:17, 190:12, 224:10, 227:4, 234:12, 234:22, 243:5, 243:23, 244:5, 244:6, 245:3, 251:6, 254:13, 254:24, 258:8
**2011** [25] - 103:14, 104:9, 104:20, 105:2, 105:4, 105:9, 105:18, 106:11,

106:19, 110:2, 113:7, 113:20, 115:7, 117:3, 117:20, 130:25, 131:12, 131:21, 132:14, 132:16, 133:9, 134:23, 145:9, 196:7, 246:25
**2012** [9] - 105:17, 106:16, 117:6, 170:14, 170:17, 172:13, 173:14, 189:2
**2013** [26] - 3:10, 79:8, 89:20, 102:1, 104:18, 105:23, 110:14, 117:7, 120:22, 122:17, 123:1, 124:3, 132:2, 132:11, 132:14, 132:18, 132:21, 133:8, 134:15, 185:9, 189:2, 191:1, 227:2, 227:4, 247:6
**2014** [23] - 122:20, 131:24, 132:16, 133:9, 133:16, 133:19, 134:11, 134:23, 138:12, 139:22, 141:10, 141:12, 193:14, 193:17, 194:21, 196:7, 205:24, 207:14, 207:16, 207:21, 207:24, 208:7
**2015** [11] - 1:15, 2:3, 4:5, 81:25, 150:23, 197:10, 203:21, 216:2, 261:16, 262:1, 262:23
**2016** [1] - 261:25
**21** [6] - 3:18, 151:9, 151:14, 201:6, 201:7, 201:9
**212** [1] - 191:5
**21st** [1] - 138:3
**22** [1] - 168:6
**2316** [2] - 202:4, 202:5
**235** [1] - 3:4
**23ish** [1] - 78:21
**23rd** [1] - 185:9
**24** [3] - 8:15, 8:16, 73:25
**24/48** [2] - 73:9, 73:12
**248** [1] - 170:18
**25** [1] - 252:24
**26** [1] - 18:13, 197:10
**272** [2] - 197:21, 199:21

**29th** [1] - 141:10
**2:14-cv-00375** [1] - 1:5
**2nd** [1] - 3:12

## 3

**3** [9] - 3:8, 59:17, 59:18, 79:22, 82:9, 83:5, 83:6, 96:3, 170:14
**30** [4] - 33:11, 134:11, 208:9, 238:6
**30-day** [1] - 208:3
**30-days** [2] - 208:1, 208:10
**30-minute** [1] - 140:11
**30-pack** [3] - 191:10, 191:19, 191:22
**30-year** [1] - 185:21
**300** [2] - 2:12, 211:16
**30th** [3] - 138:12, 207:14, 207:17
**31st** [2] - 120:22, 191:1
**3300** [1] - 254:3
**343** [1] - 141:23
**347** [1] - 143:19
**348** [1] - 146:1
**349** [1] - 147:15
**3:04** [1] - 137:14
**3rd** [1] - 170:17

## 4

**4** [28] - 3:3, 3:9, 79:21, 79:24, 80:2, 85:13, 85:14, 91:12, 93:24, 94:15, 120:13, 122:16, 129:1, 131:3, 135:22, 150:5, 150:11, 159:13, 159:16, 165:15, 165:18, 165:19, 166:9, 200:5, 210:12, 214:2, 232:11
**4/22/09** [1] - 3:15
**4/28/2011** [1] - 159:23
**4/9/06** [1] - 3:14
**4000** [1] - 87:21
**4277** [1] - 201:24
**48-hour** [2] - 136:2, 136:17
**4K10034** [1] - 163:6

## 5

**5** [12] - 3:10, 89:2, 89:3, 89:6, 93:22, 93:24, 94:1, 96:3, 107:22, 110:4, 110:13, 120:17
**5/18/10** [2] - 3:8, 17:4
**5/26/15** [3] - 3:18, 3:18, 202:1
**5/26/2015** [2] - 197:19, 203:6
**59** [1] - 3:8

## 6

**6** [4] - 3:10, 107:19, 108:7, 110:1
**6'1** [2] - 18:13, 18:24
**6'4** [2] - 18:23, 183:6
**60** [3] - 138:13, 208:11, 238:6
**60-day** [3] - 138:8, 206:7, 208:3
**60-days** [1] - 208:2
**6:20** [1] - 202:12
**6:21** [1] - 197:20

## 7

**7** [6] - 3:11, 121:21, 121:22, 121:24, 133:20, 134:21
**7/3/12** [1] - 3:15
**7/31/13** [1] - 3:17
**7/8/10** [1] - 3:13
**742** [2] - 201:22, 202:7
**750** [1] - 14:7
**79** [1] - 3:9
**7:30** [4] - 6:21, 6:22, 8:1, 39:14

## 8

**8** [11] - 3:11, 106:16, 110:2, 133:22, 133:23, 134:1, 137:7, 137:13, 161:12, 161:23, 162:14
**800** [1] - 2:12
**84020** [1] - 2:19
**84101** [1] - 2:13
**84111** [2] - 2:10, 2:17
**89** [1] - 3:10
**8:00** [2] - 6:21, 8:1
**8th** [6] - 103:14, 104:9,

2

104:20, 105:2,
105:4, 106:11

## 9

**9** [3] - 3:12, 140:20,
165:23
**90** [4] - 206:7, 208:11,
228:20, 238:6
**90-day** [2] - 208:2,
208:4
**900** [1] - 2:16
**9:00** [2] - 2:3, 4:1
**9:04** [1] - 4:5

## A

**a.m** [4] - 4:1, 4:6, 8:1,
13:17
**AA** [3] - 238:4, 249:19,
249:20
**abeyance** [2] - 157:1,
239:6
**abiding** [2] - 72:9,
118:13
**abilities** [1] - 259:10
**ability** [6] - 48:12,
88:17, 94:17, 95:7,
186:17, 258:21
**able** [21] - 14:15,
62:12, 68:19, 75:5,
79:18, 87:20, 88:9,
130:2, 164:22,
171:9, 181:18,
205:22, 208:11,
228:18, 236:1,
236:10, 236:14,
238:6, 238:17,
245:6, 245:7
**absolutely** [9] -
164:20, 181:8,
182:15, 212:4,
212:8, 231:20,
235:11, 259:19,
259:21
**abundantly** [1] - 76:11
**abuse** [4] - 120:18,
121:3, 149:9
**accelerate** [1] -
107:12
**accept** [2] - 79:18,
205:22
**accident** [5] - 157:7,
165:20, 166:5,
166:12, 220:11
**according** [3] - 35:18,
158:13, 184:4
**accordingly** [1] -
127:15

**account** [3] - 64:8,
72:12, 73:2
**accurate** [28] - 11:20,
19:1, 30:25, 42:16,
69:7, 91:6, 91:8,
92:2, 92:11, 101:14,
116:1, 127:2, 127:9,
127:17, 136:25,
144:4, 147:22,
147:24, 157:23,
157:24, 158:9,
158:18, 174:10,
208:23, 218:16,
233:13, 233:17,
251:3
**accurately** [7] - 7:14,
9:2, 9:15, 62:7,
65:21, 101:7, 262:8
**accused** [2] - 213:5,
213:6
**acknowledged** [1] -
164:5
**acknowledging** [1] -
113:17
**acronym** [3] - 143:9,
143:15, 195:16
**act** [5] - 165:7, 210:16,
210:19, 254:8
**action** [2] - 60:14,
179:23, 261:14
**actions** [1] - 241:10
**active** [1] - 238:4
**actively** [2] - 218:12,
218:14
**activities** [1] - 9:12
**activity** [1] - 212:16
**actual** [4] - 17:2,
70:24, 104:19,
141:22
**acute** [1] - 141:4
**added** [1] - 175:19
**Addiction** [2] - 3:11,
137:14
**addiction** [11] - 79:17,
85:24, 86:1, 115:14,
142:20, 192:15,
236:3, 236:12,
237:24, 249:1, 249:2
**addiction-based** [1] -
85:24
**addictions** [1] -
235:25
**addicts** [1] - 235:17
**address** [3] - 170:18,
189:12, 215:15
**address'** [1] - 170:24
**addressed** [2] - 89:23,
96:8
**adjudicated** [1] -
200:11

**adjudication** [1] -
160:20
**admit** [20] - 12:10,
37:12, 47:18, 47:21,
47:25, 48:4, 48:8,
92:13, 101:10,
139:17, 165:7,
166:11, 176:13,
176:15, 177:19,
192:1, 233:20,
238:17, 249:7,
249:21
**admitted** [1] - 135:14
**admitting** [1] - 139:3,
249:24
**adult** [1] - 188:11
**adverse** [2] - 234:25
**advised** [1] - 78:5
**affect** [1] - 128:5
**affected** [3] - 127:6,
128:22, 223:25
**affecting** [1] - 95:2
**affixed** [1] - 261:16
**afford** [2] - 192:19,
248:4
**afraid** [1] - 259:5
**afterwards** [1] -
166:22
**age** [2] - 135:10,
148:14
**agency** [2] - 168:15,
231:14
**ages** [1] - 86:12
**aggravating** [1] -
112:4
**aggressive** [16] - 37:9,
37:22, 38:5, 40:25,
41:4, 41:17, 41:20,
41:22, 42:11, 165:5,
165:7, 210:22,
211:7, 211:13,
211:21, 212:1
**agitated** [5] - 37:8,
37:21, 38:5, 51:10
**ago** [26] - 47:14, 57:7,
65:25, 68:12, 85:5,
89:10, 104:14,
108:12, 108:22,
108:23, 109:10,
111:11, 122:24,
140:2, 140:5,
179:20, 193:6,
197:12, 198:8,
203:23, 207:25,
208:14, 217:15,
222:19, 226:4
**agree** [16] - 49:2,
112:19, 112:22,
113:2, 113:4,
113:19, 118:18,

119:11, 119:13,
119:19, 125:6,
129:12, 231:17,
231:25, 234:7,
240:19
**agreed** [2] - 188:12,
213:12
**agreement** [3] -
204:10, 204:20,
205:1
**ahead** [8] - 27:23,
28:10, 37:16, 42:15,
102:4, 119:6,
149:21, 167:4
**aids** [4] - 103:19,
107:8, 107:12,
258:15
**ain't** [1] - 39:11
**air** [1] - 103:16
**alcohol** [46] - 10:6,
10:14, 12:18, 12:21,
25:25, 35:13, 39:15,
41:3, 41:9, 67:6,
67:17, 67:21, 76:10,
76:13, 76:15, 79:13,
114:7, 114:11,
114:15, 116:3,
116:4, 128:3, 130:3,
136:1, 136:11,
140:4, 142:20,
143:5, 149:6,
166:16, 169:12,
169:15, 175:9,
175:10, 191:23,
192:7, 192:12,
192:13, 192:16,
192:19, 194:11,
198:14, 225:8,
236:13, 236:16
**alcohol/drug** [1] -
128:21
**alcohol/substance**
[1] - 127:5
**alcoholic** [10] -
112:14, 112:17,
112:25, 113:7,
113:21, 113:23,
114:3, 124:4,
187:20, 248:23
**alcoholic'** [1] - 123:25
**Alcoholic's** [1] -
249:19
**alcoholics** [2] -
235:17, 235:21
**alcoholism** [43] -
39:17, 40:4, 78:12,
79:7, 86:1, 112:13,
113:10, 113:13,
113:25, 125:7,
128:1, 129:11,

129:14, 129:23,
130:19, 131:6,
131:10, 131:14,
139:3, 139:23,
140:8, 142:18,
142:23, 148:10,
149:15, 149:18,
149:23, 150:1,
172:12, 196:1,
216:9, 223:25,
231:19, 232:1,
234:7, 235:7,
235:10, 236:3,
237:2, 237:7,
237:24, 238:2, 251:6
**alcoholism'** [1] -
112:10
**allegation** [1] - 212:3
**alleged** [4] - 103:10,
136:3, 136:17,
212:17
**allow** [2] - 5:14, 5:16
**allowed** [4] - 126:10,
133:2, 133:3, 210:17
**allowing** [1] - 126:16
**alluring** [1] - 128:3
**almost** [4] - 19:11,
81:13, 88:3, 101:25
**alone** [2] - 43:21,
44:13
**altercation** [1] - 163:2
**altering** [1] - 142:19
**AM** [1] - 2:3
**AMA** [1] - 96:25
**ambiguous** [10] -
40:9, 47:24, 72:20,
74:24, 95:5, 123:19,
160:23, 194:19,
212:19, 213:10
**ambulance** [1] - 55:13
**Ambulance** [1] -
185:15
**amended** [1] - 136:3
**America** [3] - 195:15,
195:17, 217:9
**America'** [1] - 195:13
**American** [2] - 217:1,
217:4
**amount** [5] - 214:4,
214:6, 245:19,
250:10, 252:24
**AND** [4] - 1:8, 1:9,
1:10, 1:10
**and-a-half** [2] -
106:13, 216:18
**angry** [1] - 154:16
**animal** [1] - 184:9
**Anonymous** [1] -
249:19
**Answer** [1] - 210:12

3

answer [21] - 5:7, 6:4, 21:13, 39:20, 62:17, 62:18, 85:14, 88:16, 91:12, 99:21, 119:6, 120:20, 120:24, 122:15, 129:19, 135:23, 169:18, 180:15, 183:15, 236:22, 236:25
answered [21] - 28:9, 43:17, 44:6, 44:15, 49:16, 52:2, 52:15, 53:1, 53:12, 53:18, 53:25, 55:15, 55:21, 114:4, 129:16, 163:22, 180:13, 181:20, 187:21, 212:5, 225:7
answering [4] - 55:13, 55:19, 158:15, 164:14
answers [8] - 5:16, 120:9, 127:17, 129:1, 150:5, 150:18, 151:3, 200:5
Answers [3] - 3:9, 3:12, 80:2
anxieties [1] - 77:18
anxiety [1] - 258:10
anyway [1] - 184:8
anywise [1] - 261:14
apologize [13] - 16:15, 57:9, 61:7, 93:11, 93:23, 96:4, 105:2, 116:10, 160:3, 223:6, 228:2, 228:16, 234:18
appear [1] - 244:12
appearances [1] - 4:9
APPEARANCES [1] - 2:7
appeared [6] - 12:15, 12:25, 163:23, 185:19, 198:13, 199:14
application [8] - 220:24, 221:23, 222:1, 222:4, 232:24, 233:22, 234:5, 256:15
applications [4] - 233:19, 256:4, 256:13, 256:14
applied [1] - 256:11
apply [1] - 146:5
appreciate [3] - 196:23, 200:25, 206:25
approach [1] - 66:9
approached [10] -

11:13, 11:17, 27:23, 28:7, 58:2, 63:23, 63:24, 71:11, 74:15, 204:13
approximate [1] - 192:9
April [6] - 165:23, 168:6, 168:19, 172:13, 207:18
arching [1] - 46:12
area [5] - 171:2, 173:20, 185:13, 188:1, 232:8
areas [1] - 15:24
argue [2] - 13:6, 13:8
argued [1] - 32:8
arguing [1] - 32:11
argument [1] - 224:7
argumentative [4] - 38:6, 38:12, 42:12, 181:21
arise [1] - 87:2
arm [7] - 31:25, 36:8, 43:6, 43:15, 54:4, 54:7, 85:8
arms [12] - 31:3, 31:4, 32:1, 32:4, 32:10, 32:13, 33:8, 43:3, 43:10, 44:4, 52:17, 82:22
around' [2] - 229:20, 229:21
arrest [3] - 162:13, 171:18, 205:11
arrested [6] - 33:17, 33:20, 35:18, 41:6, 161:18, 203:12
arrested' [1] - 32:24
arrestee [1] - 203:10
arrests [1] - 157:1
arrived [5] - 35:17, 35:19, 163:18, 198:12, 199:16, 200:4
arriving [4] - 51:5, 51:8, 54:15, 73:24
Ashley [1] - 2:15
Ashton [3] - 151:21, 151:23, 152:25
aside [2] - 241:6
assault [11] - 111:11, 111:15, 157:2, 159:24, 164:1, 164:5, 164:7, 164:24, 165:2, 183:11, 241:20
assaulted [7] - 71:25, 72:5, 74:10, 107:13, 111:18, 149:11, 183:3

assaulter [1] - 164:24
assaulting [1] - 74:3
assess [3] - 102:24, 215:2, 215:5
asshole [1] - 45:18
assist [1] - 168:15
assistance [3] - 62:19, 206:1
assisted [2] - 190:15, 200:4
assume [1] - 176:24
assumed [1] - 224:8
assumes [18] - 50:5, 50:9, 50:14, 51:14, 51:19, 52:1, 52:14, 52:25, 53:11, 53:17, 53:24, 55:14, 55:20, 67:22, 72:21, 99:8, 99:19, 102:4
assumption [1] - 177:12
at-will [2] - 132:24, 133:19
ate [2] - 7:10, 9:10
ATL [2] - 17:24, 18:12
attempt [1] - 241:20
attempted [4] - 25:24, 42:7, 50:24, 157:20
attempts [1] - 35:22
attend [1] - 243:1
attended [3] - 120:19, 121:13, 123:7
attending [2] - 132:15, 132:17
attention [2] - 199:18, 244:17
attorney [12] - 60:24, 61:15, 89:24, 96:9, 104:22, 106:9, 108:17, 108:20, 108:24, 109:10, 109:13, 164:13
Attorney [1] - 2:18
attorney/client [5] - 60:19, 61:3, 62:16, 99:8, 99:19
audio [1] - 116:20
audiogram [6] - 102:23, 103:15, 103:16, 104:9, 104:14, 105:6
augment [1] - 238:25
August [3] - 145:9, 207:14, 207:16
aunt [6] - 55:2, 72:24, 153:15, 153:16, 154:5, 243:15
automobile [1] - 175:19
available [1] - 204:8

avenue [1] - 257:2
awaking [1] - 7:1
aware [22] - 18:3, 67:5, 67:21, 68:2, 72:14, 74:14, 78:10, 118:22, 130:18, 152:9, 152:11, 177:17, 183:22, 196:22, 211:5, 212:15, 212:22, 213:1, 213:2, 213:4, 213:18, 213:22
awesome [1] - 238:4

## B

baby [2] - 184:18, 244:12
backboard [3] - 52:11, 53:4, 53:7
background [3] - 158:5, 256:17, 256:18
backpack [4] - 185:23, 191:11, 191:19, 191:23
backwards [1] - 25:8
bad [1] - 254:5
badge [2] - 183:23, 184:16
bail [6] - 253:8, 253:9, 253:10, 253:12, 253:19, 254:20
bailed [2] - 240:5, 254:18
balance [11] - 25:8, 25:9, 25:12, 31:14, 47:19, 49:11, 186:19, 190:3, 194:2, 198:2, 199:8
banged [1] - 219:17
Barbara [2] - 155:8, 155:12
Barker [1] - 2:18
barrier [1] - 236:8
based [3] - 73:5, 85:24, 106:23
basing [1] - 86:21
basis [2] - 97:22, 214:6
basketball [1] - 82:21
bates [4] - 141:23, 143:18, 146:1, 147:15
Baugh [11] - 37:1, 43:14, 43:20, 44:11, 60:7, 182:12, 182:19, 184:2, 184:3, 184:11, 243:8

BAUGH [1] - 1:9
BCI [11] - 158:1, 158:9, 158:13, 158:17, 200:23, 201:1, 238:23, 239:1, 239:25, 251:1
bearing [1] - 83:20
beaten [1] - 242:6
beautifully [1] - 183:13
became [3] - 37:21, 42:11, 226:8
become [7] - 38:5, 38:6, 40:25, 129:21, 186:16, 229:24, 259:11
becoming [3] - 38:12, 41:4, 226:7
bed [3] - 56:3, 58:16, 59:4
beds [2] - 204:8, 205:20
beer [3] - 171:7, 191:11, 191:23
beers [1] - 171:8
began [9] - 25:7, 29:1, 31:24, 44:4, 44:13, 50:18, 120:20, 123:10, 218:7
begged [1] - 208:24
begin [1] - 66:16
beginning [7] - 38:4, 78:5, 138:2, 138:9, 141:5, 150:14, 239:3
begins [2] - 19:4, 20:20
behalf [2] - 2:1, 4:12
behavior [8] - 210:22, 211:7, 212:1, 241:8, 241:10, 242:3, 259:24, 260:3
behind [6] - 20:11, 51:24, 170:24, 181:18, 181:24, 182:9
belief [2] - 73:18, 252:3
belligerent [6] - 203:15, 203:18, 203:24, 204:3, 204:17, 241:22
below [1] - 144:24
belt [1] - 45:15
benefits [1] - 245:7
bent [1] - 33:10
beside [1] - 50:3
best [1] - 252:5
better [5] - 5:21, 36:8, 87:1
between [14] - 7:16,

7:17, 8:1, 13:23, 115:24, 160:5, 204:10, 204:20, 217:8, 227:3, 236:3, 236:8, 237:23, 248:16

**beverage** [2] - 187:20, 198:14

**beyond** [2] - 181:14, 251:18

**biceps** [1] - 46:23

**big** [2] - 219:21, 220:3

**biggest** [1] - 235:19

**bill** [1] - 245:23

**bills** [4] - 244:20, 245:12, 245:15, 245:18

**binaurally** [1] - 97:3

**binding** [1] - 70:3

**binges** [1] - 123:11

**biological** [2] - 236:2, 237:23

**BioPsychoSocial** [1] - 3:11

**bit** [16] - 9:4, 77:10, 105:15, 108:15, 151:9, 152:1, 156:21, 160:8, 179:7, 229:16, 229:21, 231:3, 232:9, 241:12, 247:19, 256:3

**bits** [2] - 58:12, 58:17

**black** [1] - 185:22

**blackout** [1] - 78:22

**Blake** [3] - 2:15, 4:12, 4:19

**blank** [1] - 58:14

**bleeding** [1] - 63:6

**blessing** [1] - 182:25

**blinker** [1] - 15:25

**blinkers** [1] - 16:1

**blood** [4] - 52:5, 146:15, 146:17, 236:8

**blow** [1] - 58:13

**Bluffdale** [1] - 79:11

**board** [1] - 52:22

**bob** [1] - 49:7

**body** [1] - 88:9

**Bohne** [2] - 2:20, 4:6

**bone** [3] - 103:16, 163:2, 164:25

**bones** [1] - 41:23

**book** [1] - 255:7

**bother** [1] - 244:13

**bottle** [12] - 7:9, 8:20, 10:3, 10:13, 12:9, 14:4, 14:5, 14:6, 14:16, 35:12, 57:19,

58:1

**bottom** [7] - 17:3, 17:11, 106:18, 126:23, 130:21, 141:24, 230:13

**bounced** [1] - 184:5

**bouncing** [1] - 93:23

**bowl** [1] - 135:15

**bowl'** [1] - 135:11

**bowls** [2] - 116:12, 248:6

**box** [6] - 22:6, 22:8, 23:19, 24:3, 124:13, 128:15

**boy** [3] - 62:2, 69:4, 71:20

**Boyle** [6] - 197:19, 203:11, 204:11, 204:20, 209:14, 210:2

**Boyle's** [1] - 203:9

**brain** [19] - 81:9, 85:15, 86:17, 129:3, 129:7, 129:15, 130:1, 130:4, 130:11, 130:16, 145:3, 145:15, 145:19, 147:9, 162:10, 231:23, 236:7, 236:8, 259:7

**brand** [1] - 35:13

**break** [14] - 5:24, 6:1, 6:5, 40:1, 56:22, 56:25, 117:22, 117:24, 140:11, 184:22, 213:14, 227:3, 232:3, 255:21

**break-up** [1] - 40:1

**breaking** [3] - 41:7, 140:12, 165:9

**breaks** [1] - 164:24

**breath** [4] - 168:17, 168:25, 169:11, 187:20

**breathing** [1] - 49:25

**brethren** [1] - 178:20

**Bridge** [8] - 131:17, 131:18, 131:19, 132:5, 132:6, 133:2, 133:9, 134:23

**brief** [5] - 63:13, 64:22, 65:5, 71:13, 117:22

**briefly** [2] - 63:1, 148:14

**Brightstar** [1] - 221:15

**bring** [2] - 61:21, 62:1

**Broadway** [2] - 2:2, 2:16

**broke** [2] - 41:23,

171:3

**broken** [3] - 163:2, 240:12, 240:13

**brother** [1] - 151:24

**brother-in-law** [1] - 151:24

**brotherhood** [3] - 177:8, 178:21

**brought** [5] - 71:11, 219:16, 225:12, 243:8, 247:20

**brown** [1] - 35:12

**bucks** [1] - 231:15

**buddies** [1] - 40:7

**buddy** [1] - 211:14

**Bueler's** [1] - 246:20

**building** [2] - 61:16, 61:19

**buildings** [2] - 15:23, 164:7

**burst** [1] - 64:16

**business** [2] - 68:18, 221:12

**but..** [1] - 82:23

**Butler** [3] - 246:25, 247:12, 247:25

## C

**caffeine** [2] - 117:17, 117:19

**cage** [1] - 209:15

**California** [1] - 183:17

**Cally** [1] - 183:15

**calm** [2] - 76:21, 77:17

**calorie** [1] - 254:6

**canal** [6] - 64:16, 91:3, 91:4, 246:4, 246:10, 251:16

**cannot** [1] - 107:10

**capabilities** [2] - 130:6, 133:1

**capability** [2] - 129:18, 253:16

**CAPACITY** [3] - 1:8, 1:9, 1:10

**car** [23] - 13:12, 13:22, 20:3, 24:21, 63:6, 167:4, 167:15, 167:17, 174:13, 175:14, 182:4, 204:13, 219:12, 219:17, 219:22, 219:25, 220:3, 220:8, 220:10, 220:12, 240:7, 259:23

**car'** [1] - 219:9

**care** [6] - 42:23, 78:7,

156:17, 206:17, 206:23, 239:19

**career** [2] - 229:7, 245:9, 257:1

**careful** [1] - 246:8

**carry** [3] - 77:22, 84:6, 85:8

**cars** [4] - 218:22, 218:23, 219:15, 219:20

**CASE** [1] - 1:5

**Case** [1] - 262:1

**case** [30] - 5:1, 16:19, 61:16, 61:19, 70:18, 72:11, 74:8, 85:4, 85:10, 105:14, 141:25, 152:14, 152:19, 153:21, 154:7, 155:16, 159:11, 159:21, 159:22, 160:16, 160:21, 163:6, 164:1, 177:3, 201:3, 234:20, 240:9, 240:14, 242:23, 247:24

**cashier** [1] - 10:13

**catch** [1] - 92:3

**categorizing** [1] - 144:15

**caused** [16] - 39:14, 66:18, 118:5, 119:1, 119:24, 119:25, 120:1, 120:5, 123:14, 123:18, 125:7, 128:1, 166:18, 234:13, 234:23, 240:18

**causes** [2] - 60:14, 128:10

**causing** [3] - 41:25, 178:8, 251:12

**cement** [1] - 260:8

**center** [15] - 15:7, 15:11, 19:11, 88:18, 94:13, 94:18, 95:4, 95:8, 95:11, 96:1, 138:6, 138:7, 246:22, 246:24, 247:6

**CENTRAL** [1] - 1:2

**certain** [9] - 59:21, 59:23, 60:4, 90:11, 118:15, 126:23, 187:17, 199:2, 250:10

**CERTIFICATE** [1] - 262:2

**certificate** [1] - 23:5

**Certified** [3] - 2:4,

261:5, 261:21

**certified** [1] - 4:6

**certify** [3] - 261:6, 261:11, 261:13

**challenge** [2] - 40:14, 236:19

**chance** [1] - 5:1

**change** [13] - 83:20, 97:20, 99:15, 99:23, 99:24, 100:6, 100:10, 100:12, 103:17, 119:1, 119:18, 120:1

**CHANGE/ CORRECTIONS** [1] - 262:8

**changed** [3] - 118:5, 119:12, 216:3

**changes** [1] - 102:24

**changing** [1] - 51:23

**charge** [4] - 164:24, 175:19, 240:4, 253:1, 254:17

**charged** [11] - 158:2, 158:9, 183:11, 183:12, 209:22, 239:6, 254:10, 254:23, 255:1, 255:17

**charges** [6] - 169:25, 176:16, 239:9, 253:1, 253:8, 255:24

**chart** [7] - 83:6, 93:7, 93:13, 105:6, 112:20, 124:7, 127:14

**charts** [1] - 103:24

**CHATWIN** [2] - 1:4, 4:14

**Chatwin** [38] - 1:14, 2:1, 3:3, 3:12, 4:3, 4:11, 4:18, 22:5, 89:5, 97:1, 118:3, 133:25, 137:14, 140:16, 140:23, 141:23, 143:18, 146:1, 147:15, 153:3, 163:10, 164:11, 164:12, 164:21, 168:10, 170:12, 171:2, 185:1, 185:5, 186:2, 198:17, 203:14, 232:8, 261:7, 262:1, 262:6, 262:22

**Chatwin'** [1] - 141:7

**Chatwin's** [1] - 97:15

**check** [11] - 64:23, 146:4, 146:16, 158:5, 164:16,

167:23, 185:14, 247:2, 256:18, 258:2
**checked** [9] - 49:25, 116:11, 124:13, 128:14, 138:10, 146:22, 194:22, 247:21
**checking** [2] - 125:3, 238:24
**checkmark** [1] - 146:24
**checks** [1] - 190:8
**cheek** [7] - 41:7, 41:23, 163:2, 164:24, 165:10, 240:12, 240:13
**Chief** [1] - 210:17
**child** [3] - 98:13, 98:17, 98:20
**chin** [2] - 28:14, 28:24
**chips** [1] - 123:7
**choice** [1] - 171:24
**chose** [1] - 171:23
**chronic** [6] - 144:1, 144:7, 144:10, 144:14, 144:15, 144:19
**chronologically** [1] - 239:4
**cigarette** [1] - 236:12
**Cindy** [1] - 154:1
**Cinemark** [1] - 193:19
**circle** [2] - 78:6, 78:8
**circumstances** [2] - 190:4, 209:2
**citation** [4] - 199:24, 200:1, 200:11, 202:20
**cite** [2] - 173:5, 178:6
**cited** [6] - 160:13, 175:8, 195:4, 195:11, 203:12, 239:6
**citizen** [9] - 183:21, 184:19, 212:24, 213:3, 213:20, 252:10, 255:15, 255:25, 259:13
**citizens** [3] - 72:9, 212:23, 213:17
**CITY** [1] - 1:7
**city** [1] - 158:7
**City** [38] - 2:2, 2:10, 2:13, 2:17, 2:18, 4:1, 4:3, 4:5, 10:23, 11:1, 14:23, 16:2, 16:5, 60:4, 61:21, 77:3, 77:6, 197:18, 198:6, 198:25, 203:7, 204:14, 210:16,

210:17, 211:17, 212:16, 212:23, 213:3, 213:5, 213:16, 213:19, 213:23, 225:13, 230:19, 230:21, 230:23, 259:14, 262:1
**Civic** [1] - 35:6
**civilization** [1] - 260:11
**claim** [6] - 80:25, 128:8, 133:7, 151:17, 210:16, 214:5
**claiming** [7] - 92:6, 92:24, 106:3, 224:11, 225:13, 225:14, 234:19
**claims** [1] - 215:14
**class** [14] - 157:3, 157:7, 157:10, 157:21, 158:20, 158:24, 159:2, 159:6, 159:25, 176:4, 176:5, 210:1
**classified** [1] - 147:9
**classifies** [1] - 107:11
**classify** [3] - 145:3, 149:18, 152:17
**cleaning** [1] - 52:5
**clear** [11] - 56:3, 60:23, 61:9, 62:3, 76:11, 134:22, 180:16, 213:15, 225:12, 257:16, 258:7
**clerk** [6] - 11:17, 12:17, 13:20, 14:12, 18:3, 25:20
**client's** [2] - 138:21, 139:17
**client's** [1] - 138:19
**clinic** [1] - 102:22
**close** [4] - 18:24, 172:8, 219:22, 232:4
**closer** [4] - 18:10, 57:21, 123:11
**closure** [1] - 76:18
**clustered** [1] - 63:5
**CLYDE** [1] - 2:8
**co** [1] - 61:3
**co-counsel** [1] - 61:3
**coat** [1] - 185:21
**cocaine** [1] - 136:1
**cognitive** [1] - 259:10
**column** [1] - 135:8
**combative** [2] - 55:12, 55:18
**comfortable** [1] -

188:5
**coming** [12] - 39:4, 49:14, 50:13, 54:21, 55:9, 56:1, 86:15, 109:14, 188:7, 222:14, 226:17, 229:15
**commencing** [1] - 2:3
**comment** [4] - 117:11, 176:18, 251:4, 251:20
**commenting** [1] - 177:9
**comments** [1] - 69:23
**Commission** [1] - 261:24
**commit** [1] - 259:12
**committed** [1] - 74:3
**common** [2] - 126:14, 235:13
**commonness** [1] - 237:9
**communicated** [1] - 151:16
**communicating** [2] - 67:14, 112:3
**community** [3] - 77:14, 211:11, 255:10
**company** [1] - 227:18
**Company** [6] - 216:23, 217:1, 217:5, 222:7, 224:4, 224:15
**compensatory** [1] - 214:5
**complained** [2] - 212:23, 213:3
**complaining** [2] - 104:2, 166:21
**complaint** [9] - 60:4, 60:12, 60:13, 110:9, 136:3, 136:18, 213:19, 213:23, 242:11
**complaints** [4] - 80:25, 91:13, 94:22, 255:15
**complete** [5] - 229:23, 230:11, 238:24, 240:25, 251:1
**completed** [3] - 138:12, 200:17, 230:5
**completely** [5] - 179:6, 233:18, 251:2, 253:1, 260:12
**compliant** [1] - 242:4
**compound** [2] - 213:11, 255:22
**concentrate** [1] - 88:9

**concentrating** [8] - 128:2, 128:6, 128:7, 128:9, 128:10, 128:11, 128:18, 128:19
**concentrating'** [1] - 127:20
**concentration** [5] - 125:1, 125:4, 125:8, 125:19, 128:5
**concentration'** [2] - 124:7, 124:11
**concern** [2] - 65:4, 226:21
**concerned** [10] - 47:15, 74:7, 75:22, 124:19, 127:25, 129:2, 148:2, 185:20, 226:16, 226:20
**conclude** [1] - 28:21
**concluded** [1] - 260:23
**conclusion** [1] - 139:11
**concrete** [1] - 259:16
**concussion** [6] - 86:14, 145:1, 145:6, 145:9, 147:10
**concussion'** [1] - 144:25
**concussions** [3] - 86:10, 86:23, 259:6
**condition** [6] - 6:11, 97:19, 99:14, 100:5, 123:25, 188:5
**conditions** [1] - 188:7
**conduct** [2] - 210:23, 212:12
**conducted** [3] - 183:24, 209:14, 211:1
**conducting** [1] - 212:11
**confirm** [1] - 206:24
**confused** [1] - 66:21
**congruent** [1] - 78:7
**Connole** [1] - 210:17
**conscious** [1] - 75:5
**consciousness** [1] - 56:1
**consequence** [1] - 234:25
**consider** [6] - 71:19, 81:14, 144:6, 144:10, 184:17, 248:15
**considered** [4] - 16:23, 142:20, 195:8, 237:16

**consistent** [6] - 26:7, 31:9, 78:15, 116:3, 124:15, 248:20
**consistently** [1] - 208:12
**constant** [5] - 81:12, 82:12, 88:2, 88:11, 254:7
**consumed** [11] - 7:6, 8:11, 8:17, 136:2, 136:6, 136:11, 136:12, 136:14, 136:16, 137:2, 140:4
**consuming** [1] - 169:15
**consumption** [1] - 76:15
**contact** [4] - 27:3, 49:14, 163:21, 198:12
**contacted** [4] - 18:4, 67:9, 67:11, 117:5
**contacting** [1] - 208:18
**contents** [1] - 262:7
**contesting** [1] - 182:8
**continue** [5] - 13:10, 33:4, 33:5, 45:2, 132:22
**continued** [3] - 19:10, 76:13, 207:8
**continues** [14] - 12:13, 19:20, 21:25, 27:1, 27:8, 29:21, 30:10, 164:4, 171:6, 171:20, 187:19, 187:25, 198:11, 208:17
**continuing** [2] - 185:25, 244:25
**continuous** [1] - 217:24
**contraband** [2] - 162:14, 162:17
**contradicted** [1] - 180:21
**contribute** [1] - 234:17
**control** [4] - 36:8, 184:9, 235:18, 235:25
**controlling** [1] - 49:3
**Convergys** [3] - 220:16, 220:19, 220:22
**conversation** [19] - 26:15, 62:24, 64:20, 65:17, 65:19, 65:22, 65:24, 66:14, 66:17, 67:3, 68:5, 68:6,

6

68:11, 68:14, 73:22, 75:18, 75:24, 75:25, 155:17
**conversations** [25] - 61:10, 65:8, 65:13, 65:16, 68:8, 69:21, 70:5, 70:8, 71:15, 71:18, 74:5, 75:9, 75:12, 75:15, 76:3, 76:6, 77:8, 152:2, 152:6, 152:12, 152:18, 153:7, 154:6, 155:15, 237:5
**convicted** [19] - 157:3, 157:7, 157:11, 157:14, 157:17, 157:22, 158:9, 158:21, 159:3, 159:6, 160:10, 160:14, 160:15, 165:2, 176:5, 176:15, 191:15, 191:20, 210:3
**conviction** [2] - 159:23, 161:4
**convictions** [3] - 157:1, 159:10, 160:9
**convinced** [2] - 71:24, 72:5
**convincing** [1] - 118:10
**cooler** [2] - 191:10, 191:18, 191:24
**cooperation** [1] - 58:9
**cop** [2] - 58:3, 179:5
**coping** [1] - 238:2
**cops** [3] - 63:5, 220:5, 255:11
**corner** [1] - 11:1
**Corp** [2] - 215:21, 216:23
**correcting** [1] - 105:3
**corrections** [2] - 262:7, 262:19
**corrupt** [2] - 184:3, 184:12
**counsel** [12] - 61:3, 125:25, 154:13, 196:17, 196:24, 211:2, 211:3, 247:20, 251:4, 251:23, 253:23, 261:13
**Counsel** [1] - 4:8
**counseling** [1] - 205:25
**count** [3] - 33:10, 215:25, 218:8
**COUNTY** [1] - 261:3
**County** [4] - 209:16,

209:20, 261:22, 262:4
**county** [1] - 254:3
**couple** [19] - 4:23, 19:3, 79:15, 89:10, 108:12, 108:22, 109:10, 116:12, 155:8, 192:22, 208:1, 208:3, 218:15, 231:5, 231:14, 234:3, 248:6
**course** [1] - 76:9
**court** [11] - 4:7, 5:12, 62:21, 68:19, 79:14, 113:12, 113:15, 113:24, 121:5, 160:19, 253:23
**COURT** [1] - 1:1
**Court** [1] - 4:8
**court-ordered** [4] - 79:14, 113:15, 113:24, 160:19
**courtesy** [5] - 5:16, 188:8, 190:17
**covered** [2] - 58:19, 210:9
**Crane** [1] - 185:12
**crap** [2] - 183:21, 184:13
**Creek** [5] - 232:25, 233:2, 233:8, 233:11
**crew** [1] - 185:15
**Crime** [5] - 3:13, 3:16, 17:6, 190:25, 193:13, 197:8
**crime** [2] - 74:3, 191:16
**criminal** [14] - 156:25, 159:11, 179:24, 201:1, 238:20, 238:21, 239:5, 239:18, 241:6, 241:8, 242:15, 250:18, 250:23
**criminally** [1] - 183:15
**Cross** [1] - 185:15
**CT** [1] - 56:11
**cubicle** [1] - 227:22
**cuff** [2] - 36:4, 36:7
**cuffed** [5] - 36:5, 36:9, 38:21, 38:23, 51:24
**cuffing** [1] - 180:19
**cuffs** [2] - 38:14, 51:23
**curious** [1] - 251:12
**current** [5] - 123:25, 142:11, 232:23, 233:8, 245:23
**custody** [11] - 162:3, 177:4, 188:19,

189:24, 202:17, 204:12, 204:15, 205:2, 205:3, 209:1, 209:13
**customer** [1] - 219:16
**customers** [1] - 229:22
**cut** [1] - 254:7
**Cycle** [3] - 230:18, 230:21, 230:23

# D

**dad** [1] - 258:1
**damage** [1] - 41:25
**damaged** [1] - 220:12
**damages** [14] - 92:24, 94:22, 129:13, 214:5, 214:15, 215:2, 215:5, 224:11, 225:13, 225:14, 234:20, 240:19, 244:17, 244:19
**danger** [2] - 260:13
**dangerous** [1] - 157:21
**Dansie** [3] - 153:13, 153:24
**dark** [1] - 18:13
**Date** [2] - 110:2, 262:1
**date** [17] - 17:17, 68:19, 102:24, 110:2, 122:12, 122:13, 138:1, 138:2, 145:21, 159:22, 161:12, 161:20, 161:21, 161:22, 186:12, 202:2, 210:19
**date'** [1] - 134:6
**Dated** [1] - 262:23
**dated** [12] - 89:20, 138:2, 141:10, 150:23, 165:23, 168:6, 173:13, 185:9, 191:1, 193:13, 197:10, 201:12
**dates** [4] - 121:12, 130:24, 159:10, 201:25
**daughter** [2] - 183:7, 184:14
**Dave** [1] - 153:3
**DAVID** [1] - 1:8
**David** [3] - 153:3, 155:8, 200:3
**day-to-day** [1] - 40:14

**days** [15] - 89:10, 108:23, 109:10, 138:13, 140:2, 140:5, 192:22, 206:7, 207:24, 208:9, 208:13, 228:20, 238:6
**deal** [3] - 81:12, 87:14, 220:3
**dealership** [1] - 219:11
**dealing** [1] - 81:20
**deals** [1] - 253:5
**Debbie** [1] - 153:3
**decade** [1] - 235:24
**December** [1] - 261:16
**decide** [3] - 9:24, 10:5, 61:21
**decided** [5] - 60:13, 199:15, 219:18, 231:8, 247:3
**decision** [2] - 220:6, 250:15
**decisions** [1] - 77:12
**DECLARE** [1] - 262:6
**decongestants'** [1] - 117:17
**deductible** [1] - 220:1
**defend** [1] - 253:5
**Defendant** [1] - 2:2
**defendant's** [1] - 241:14
**Defendants** [1] - 80:3
**DEFENDANTS** [2] - 1:11, 2:14
**defendants** [2] - 4:13, 201:2
**defense** [6] - 182:23, 250:7, 251:4, 251:13, 251:18, 251:25
**defer** [2] - 237:18, 242:7
**deferred** [4] - 72:11, 73:9, 238:23, 251:1
**definitely** [30] - 11:25, 16:7, 18:11, 38:11, 40:10, 41:19, 43:12, 65:3, 77:4, 77:7, 80:13, 80:16, 119:14, 152:20, 165:11, 177:21, 189:22, 216:11, 232:2, 235:23, 238:3, 242:16, 243:14, 247:21, 249:12, 249:25, 256:15, 256:20, 259:2, 260:19
**definition** [3] - 136:20,

248:20, 248:21
**degree** [5] - 129:19, 157:14, 157:17, 182:18, 252:23
**degrees** [2] - 64:15, 237:17
**delineate** [1] - 130:3
**demeaning** [1] - 254:9
**demonstrated** [1] - 29:22
**denial** [3] - 248:25, 249:6
**denied** [3] - 57:24, 112:14, 112:25
**department** [3] - 35:24, 51:7, 178:21
**Department** [9] - 10:24, 11:2, 17:6, 185:7, 190:25, 193:13, 197:8, 201:12, 210:17
**dependency** [2] - 114:11, 114:16
**dependency'** [2] - 114:7, 115:14
**depiction** [2] - 30:25, 42:16
**deposition** [17] - 4:2, 4:20, 89:12, 89:15, 108:13, 108:16, 109:5, 109:13, 109:18, 109:20, 118:1, 141:1, 150:15, 203:16, 260:23, 261:7, 261:12
**Deposition** [2] - 1:14, 2:1
**depressed** [6] - 40:11, 40:20, 128:23, 129:22, 259:12
**depression** [2] - 129:25, 148:8
**depth** [1] - 74:4
**describe** [16] - 19:15, 27:14, 66:25, 76:5, 77:8, 99:15, 123:24, 135:25, 144:12, 144:13, 144:18, 148:17, 148:21, 167:2, 219:7, 242:2
**described** [11] - 18:12, 19:8, 48:9, 63:4, 90:4, 100:14, 100:15, 144:10, 161:15, 166:7, 185:21
**describes** [1] - 191:8
**describing** [2] - 69:21, 83:25

7

description [8] - 11:21, 18:22, 19:1, 25:20, 26:8, 65:5, 163:24, 210:19
designed [1] - 142:18
desire [1] - 235:15
despite [1] - 148:1
destroyed [2] - 77:14, 219:22
destructive [2] - 236:17, 237:19
detail [2] - 71:16, 152:15
detailed [1] - 64:8
details [4] - 11:10, 210:24, 212:12, 212:13
determination [2] - 102:12, 106:24
determine [2] - 107:10, 214:22
determined [2] - 199:17, 209:3
detox [4] - 132:8, 141:4, 172:5, 196:3
Detox [1] - 3:12
detrimental [1] - 86:11
developing [1] - 242:11
deviate [2] - 105:7, 119:8
deviation [2] - 27:23, 28:7
device [2] - 175:18, 176:4
diagnosis [3] - 147:19, 148:4, 244:25
diagnosis/problems' [1] - 142:11
diet [1] - 254:6
difference [2] - 236:2, 237:23
different [8] - 7:23, 83:24, 100:7, 136:8, 201:18, 201:21, 247:9, 248:12
differently [1] - 118:17
difficult [6] - 88:5, 88:10, 88:11, 88:14, 233:19, 252:5
difficulty [22] - 28:6, 29:19, 30:20, 30:23, 37:12, 37:13, 38:3, 47:22, 48:1, 49:3, 49:7, 127:20, 128:2, 128:6, 128:7, 128:9, 128:10, 128:11, 186:16, 186:19, 186:22, 190:3

digging [1] - 256:25
diligence [2] - 238:24, 251:2
diner [1] - 221:7
Diner [1] - 221:7
dinner [1] - 9:4, 9:8
direct [1] - 22:22
directed [1] - 24:25
directing [1] - 25:5
direction [1] - 30:7
directions [1] - 30:6
directly [6] - 19:10, 73:2, 81:1, 100:25, 234:24, 244:2
dirt [2] - 66:5, 199:14
disagree [1] - 126:18
disagreement [1] - 240:17
disappointed [1] - 76:14
disarmed [1] - 74:10
disarming [1] - 74:3
discharge [1] - 157:10
discipline [2] - 210:18, 213:7
disciplined [3] - 213:24, 222:14, 222:15
disclose [2] - 201:3, 210:7
disclosures [1] - 214:8
Discount [1] - 216:23
discovery [13] - 59:22, 59:23, 80:6, 80:8, 122:15, 150:16, 150:17, 196:15, 196:18, 210:23, 211:1, 212:11, 212:13
discredit [1] - 66:4
discredited [1] - 67:12
discrepancies [1] - 250:17
discrepancy [1] - 18:25
discuss [5] - 66:1, 71:6, 71:16, 117:23, 151:13
discussed [14] - 67:16, 71:7, 76:25, 78:9, 78:11, 107:2, 109:17, 125:14, 146:5, 152:3, 152:24, 153:20, 196:5, 202:11
discussion [7] - 12:22, 63:15, 174:5, 188:21, 244:4, 247:19, 257:5

discussions [7] - 63:9, 63:12, 63:13, 153:9, 153:23, 155:5, 235:8
disease [5] - 78:14, 237:8, 237:16, 237:19, 250:9
dishonest [1] - 234:3
dislodge [1] - 82:23
dispatch [1] - 49:20
dispatched [4] - 17:24, 168:14, 170:18, 193:17
DISTRICT [2] - 1:1, 1:2
disturbing [1] - 242:24
ditch [1] - 256:25
DIVISION [1] - 1:2
divulge [1] - 75:22
doctor [56] - 84:20, 85:5, 85:11, 87:5, 87:9, 87:19, 87:24, 88:22, 88:23, 90:7, 90:24, 93:16, 94:7, 96:12, 96:16, 96:20, 97:5, 97:22, 99:16, 100:4, 102:12, 102:25, 103:13, 103:23, 104:16, 104:17, 104:20, 105:1, 105:5, 105:8, 105:18, 105:23, 105:25, 106:19, 106:21, 107:13, 107:22, 110:11, 111:2, 111:14, 111:17, 111:25, 112:13, 112:22, 114:10, 114:16, 114:19, 114:25, 117:2, 117:8, 117:11, 117:20, 244:6, 244:15, 247:15, 258:13
doctor's [4] - 88:1, 91:7, 98:8, 105:14
doctrine [1] - 249:20
document [54] - 10:19, 11:11, 16:13, 16:21, 17:1, 17:2, 17:5, 17:9, 24:1, 24:4, 80:11, 80:15, 80:22, 89:7, 89:9, 89:15, 89:18, 89:19, 96:5, 108:8, 108:9, 108:11, 109:19, 109:21, 109:25, 116:15, 121:25, 122:2, 122:4, 122:9,

122:13, 122:19, 132:2, 132:11, 132:21, 133:8, 133:10, 133:20, 134:1, 134:4, 137:6, 140:22, 141:16, 141:25, 142:5, 142:8, 143:21, 150:20, 162:24, 163:5, 165:22, 175:8, 202:6, 248:22
documentation [5] - 20:23, 21:23, 110:4, 250:3, 250:6
documentation' [1] - 250:4
documents [17] - 16:19, 22:7, 23:1, 58:6, 62:21, 81:21, 105:11, 105:13, 105:20, 108:25, 109:2, 109:7, 109:9, 121:10, 122:25, 140:25, 230:6
DOES [1] - 1:10
dollar [1] - 214:4
done [15] - 20:16, 74:16, 84:17, 85:19, 86:25, 126:6, 130:8, 130:10, 130:14, 155:13, 183:14, 212:12, 212:14, 220:2, 252:11
door [2] - 69:13, 163:23
down [59] - 5:13, 11:9, 15:7, 15:10, 17:3, 17:9, 19:20, 24:20, 28:13, 33:10, 35:16, 47:6, 47:15, 49:14, 52:11, 52:22, 53:7, 56:2, 79:15, 83:10, 83:19, 96:4, 110:6, 110:16, 110:18, 110:20, 111:8, 112:6, 123:9, 146:10, 146:19, 147:14, 148:12, 156:14, 159:20, 170:16, 182:24, 186:8, 186:22, 186:25, 188:7, 191:3, 193:16, 193:18, 193:23, 194:7, 194:25, 198:4, 198:25, 202:11, 204:9, 208:16, 213:14, 239:4, 239:11, 245:7, 251:14,

255:21, 259:16
down' [1] - 174:13
downtown [1] - 219:23
Dr [4] - 246:20, 246:25, 247:12, 247:25
drank [9] - 6:8, 8:19, 10:2, 40:7, 41:13, 67:19, 78:19, 190:2, 190:7
Draper [60] - 2:18, 2:19, 4:3, 10:8, 10:12, 11:17, 14:1, 14:21, 14:23, 16:2, 16:5, 17:25, 18:4, 25:18, 42:3, 42:6, 42:12, 42:19, 57:24, 60:4, 61:16, 61:21, 62:1, 77:3, 77:6, 168:16, 172:21, 172:23, 185:6, 190:11, 190:25, 193:12, 194:4, 197:7, 197:18, 198:6, 198:25, 199:11, 201:11, 203:7, 204:14, 210:16, 210:17, 211:17, 212:16, 212:23, 213:3, 213:5, 213:7, 213:16, 213:19, 213:23, 225:13, 234:13, 240:9, 255:16, 255:25, 259:13, 260:11, 262:1
DRAPER [1] - 1:7
drawing [1] - 139:12
drink [13] - 5:24, 20:21, 20:25, 39:19, 39:24, 40:13, 40:24, 40:25, 78:13, 78:16, 79:2, 187:16, 230:15
drink' [1] - 127:2
drinking [44] - 6:24, 7:1, 7:4, 8:2, 8:6, 8:8, 8:14, 9:3, 9:17, 9:19, 9:21, 39:15, 40:6, 40:8, 40:18, 47:8, 57:13, 76:11, 77:20, 113:17, 127:12, 129:22, 166:14, 169:12, 171:8, 171:10, 171:16, 173:1, 187:17, 187:21, 198:18, 222:12, 223:24, 227:15,

228:22, 229:7, 229:17, 230:25, 231:1, 231:4, 231:7, 235:15, 236:9, 245:9

**Drinking'** [1] - 130:22

**drive** [2] - 14:18, 204:9

**driven** [1] - 175:19

**driver** [12] - 19:25, 20:3, 20:21, 22:1, 22:2, 22:5, 158:24, 166:4, 166:5, 167:20, 175:10, 176:4

**driver'** [1] - 19:21

**driver's** [7] - 20:22, 21:17, 174:24, 175:9, 178:1, 178:2, 186:3

**drivers** [1] - 167:18

**driveway** [5] - 14:20, 19:13, 58:4, 163:22, 200:3

**driving** [18] - 15:7, 15:10, 19:16, 20:13, 35:4, 70:12, 158:20, 159:2, 175:8, 175:9, 175:11, 176:3, 176:4, 177:22, 177:25, 240:4, 254:15, 254:17

**dropped** [4] - 158:7, 205:4, 205:9, 205:10

**drove** [1] - 63:4

**drug** [8] - 114:18, 114:20, 115:25, 116:3, 135:5, 142:16, 142:20, 143:1

**drug/alcohol** [1] - 142:12

**drugs** [20] - 8:22, 39:8, 115:1, 115:7, 115:19, 115:20, 115:21, 135:19, 135:25, 136:1, 136:6, 136:12, 136:15, 137:3, 142:24, 143:1, 248:9, 248:10, 248:14, 260:7

**drunk** [16] - 41:3, 125:24, 193:23, 194:24, 222:12, 222:14, 222:16, 222:23, 223:9, 225:19, 226:17, 250:13, 251:10, 257:6, 257:15, 259:15

**dude** [1] - 39:11

**due** [10] - 125:1, 129:23, 130:1, 130:16, 130:19, 144:19, 214:23, 238:24, 250:9, 251:2

**due-diligence** [2] - 238:24, 251:2

**DUI** [1] - 159:6, 239:21, 240:9, 254:11, 254:14, 254:15

**DUIs** [1] - 254:23

**duly** [2] - 4:15, 261:9

**dumped** [1] - 191:11

**dumping** [1] - 191:19

**dumpster** [1] - 170:24

**Dunnavant** [5] - 154:1, 154:2, 154:3, 155:5, 155:22

**duplicate** [1] - 219:16

**duration** [1] - 216:13

**DURHAM** [1] - 2:14

**Durham** [1] - 4:4

**during** [21] - 8:14, 8:16, 31:9, 41:13, 53:15, 66:1, 82:21, 125:15, 127:17, 136:2, 136:16, 172:13, 208:7, 214:8, 214:11, 216:2, 218:18, 235:7, 237:3, 241:13, 257:23

**dwell** [1] - 239:18

**dynamic** [1] - 72:23

## E

**eager** [2] - 74:1, 75:22

**ear** [60] - 49:14, 52:6, 64:16, 81:11, 87:14, 87:18, 87:19, 88:22, 91:3, 91:20, 91:23, 91:24, 92:3, 92:6, 92:14, 92:16, 92:20, 92:25, 93:17, 96:15, 96:18, 96:20, 96:21, 97:2, 98:4, 98:12, 98:15, 98:16, 98:20, 98:23, 99:4, 99:6, 99:16, 99:24, 100:15, 100:17, 100:18, 100:20, 101:5, 101:13, 103:3, 103:6, 103:19, 107:7, 110:3, 111:14, 244:6, 246:1, 246:2,

246:9, 246:10, 246:13, 246:14, 246:17, 248:1, 251:16, 258:12, 258:25

**ear'** [1] - 101:17

**eardrum** [6] - 90:17, 90:25, 91:2, 91:4, 91:5, 91:15, 93:3, 93:8, 93:14, 93:19, 246:3, 246:10, 247:16, 247:17

**eardrum'** [1] - 91:10

**early** [4] - 78:21, 86:11, 207:19, 242:12

**ears** [10] - 81:13, 88:2, 88:11, 88:16, 94:16, 95:6, 100:8, 112:1, 144:19, 258:11

**ears'** [1] - 110:9

**earth** [1] - 156:14

**easier** [1] - 127:7

**easily** [1] - 224:17

**east** [2] - 64:11, 164:8

**East** [12] - 15:1, 19:9, 168:15, 170:18, 188:2, 191:5, 197:21, 199:21, 199:22, 203:7, 203:8, 211:16

**East'** [1] - 163:18

**easy** [3] - 88:6, 235:16

**eat** [1] - 9:2

**eccentric** [2] - 72:25, 243:15

**economic** [2] - 224:11, 234:20

**education** [1] - 223:14

**Educators** [4] - 156:4, 223:15, 223:17, 227:3

**effect** [1] - 13:4

**effective** [1] - 253:3

**effectively** [1] - 219:1

**effects** [5] - 86:11, 86:18, 86:22, 130:11, 246:21

**effort** [2] - 28:14, 251:13

**egregious** [4] - 62:4, 183:2, 183:4, 254:8

**eight** [6] - 135:23, 135:24, 136:9, 141:21, 197:19, 255:7

**either** [3] - 30:18, 151:16, 231:18

**electronically** [1] - 175:20

**elegant** [1] - 250:8

**eligible** [1] - 209:12

**eliminate** [1] - 250:19

**Elizabeth** [2] - 70:21, 70:22

**embarrassment** [1] - 223:22

**emitting** [1] - 198:14

**emotional** [10] - 77:10, 80:25, 128:22, 129:13, 148:19, 148:21, 148:25, 149:5, 149:9, 242:24

**emotionally** [2] - 148:13, 149:7

**employ** [1] - 217:5

**employed** [31] - 214:11, 214:13, 215:8, 216:16, 217:16, 217:23, 220:16, 220:17, 220:19, 221:4, 221:5, 221:17, 221:20, 222:9, 222:18, 223:14, 225:15, 227:10, 227:19, 228:4, 228:14, 229:2, 229:11, 229:24, 230:21, 231:12, 233:1, 233:4, 233:14, 233:16, 256:10

**employee** [5] - 218:1, 227:6, 230:7, 230:10, 233:6

**employer** [17] - 215:16, 215:20, 217:4, 217:19, 220:13, 221:1, 221:14, 222:6, 227:2, 227:16, 227:24, 228:7, 228:24, 229:8, 230:18, 232:14, 232:19

**employers** [5] - 215:23, 216:13, 216:20, 231:9, 233:1

**employment** [38] - 216:12, 216:22, 216:24, 217:2, 217:9, 217:25, 218:4, 218:7, 218:8, 220:21, 221:22, 221:25, 222:11, 222:22, 223:17, 223:25, 225:3, 225:15, 225:18, 227:14, 227:21,

228:17, 229:5, 230:23, 231:18, 231:21, 232:10, 233:24, 235:1, 245:6, 250:17, 250:23, 256:4, 256:6, 256:8, 256:19, 256:20, 258:19

**EMTs** [1] - 36:1

**encountered** [1] - 260:11

**encounters** [1] - 250:24

**encouraged** [2] - 154:20, 154:22

**encouraging** [2] - 76:24, 154:14

**end** [22] - 19:22, 19:24, 28:13, 116:15, 138:5, 138:11, 138:13, 138:15, 141:11, 141:12, 192:4, 194:14, 194:21, 207:15, 207:19, 216:24, 223:18, 227:14, 227:21, 228:17, 229:5, 230:24

**endeavor** [1] - 238:9

**ended** [19] - 167:5, 179:3, 179:15, 179:25, 180:3, 182:7, 194:11, 216:21, 217:7, 218:4, 219:1, 219:21, 220:21, 221:22, 222:11, 222:22, 225:18, 228:19, 231:18

**ending** [1] - 138:3

**endure** [3] - 76:23, 77:21, 120:4

**engaged** [4] - 210:22, 211:6, 212:1, 212:16

**enjoy** [1] - 88:8

**ensure** [1] - 184:13

**ENT** [1] - 3:10

**enter** [2] - 238:11, 238:12

**entered** [2] - 73:25, 118:1

**entire** [1] - 243:1

**entirely** [3] - 69:7, 91:6, 233:13

**entirety** [2] - 68:21, 68:22

**entitled** [2] - 45:2, 126:7

9

**entry** [2] - 122:3, 124:19
**environment** [6] - 94:6, 95:9, 95:12, 95:14, 96:1, 132:25
**environments** [1] - 95:22
**envy** [1] - 236:6
**escorting** [1] - 45:9
**especially** [1] - 188:6
**establish** [3] - 130:8, 130:10, 130:14
**established** [4] - 131:6, 141:11, 186:15, 187:15
**estimate** [1] - 245:17
**ethanol** [1] - 143:9
**ETOH** [2] - 143:10, 143:15
**evaluate** [1] - 199:16
**evaluated** [1] - 97:3
**evaluating** [1] - 199:18
**evaluation** [2] - 97:1, 148:9
**evening** [1] - 202:12
**event** [12] - 11:10, 70:19, 73:1, 147:19, 148:19, 148:22, 149:11, 155:20, 167:3, 226:1, 242:22, 251:5
**events** [12] - 12:7, 33:25, 68:17, 120:7, 129:3, 129:7, 148:14, 148:25, 149:5, 149:7, 149:8, 152:15
**evidence** [23] - 21:12, 50:6, 50:10, 50:15, 51:15, 51:20, 52:2, 52:15, 53:1, 53:12, 53:17, 53:25, 55:15, 55:21, 57:20, 62:13, 67:23, 72:21, 83:21, 99:8, 99:19, 102:4, 236:1
**evident** [1] - 259:8
**evidentiary** [1] - 214:6
**exact** [2] - 201:12, 202:1
**exactly** [4] - 67:2, 67:4, 120:5, 189:9
**exam** [1] - 84:22
**examination** [2] - 247:3, 261:11
**EXAMINATION** [1] - 3:2
**examined** [1] - 4:15
**examining** [1] - 97:6

**example** [2] - 119:12, 159:22
**exception** [2] - 6:2, 244:5
**excess** [1] - 79:2
**excessive** [12] - 212:17, 212:24, 213:4, 213:5, 213:6, 213:17, 213:19, 213:23, 255:14, 255:17, 255:24
**exchanged** [1] - 167:7
**excited** [2] - 40:10, 176:22
**excuse** [1] - 40:13
**execute** [1] - 161:24
**EXHIBITS** [1] - 3:7
**exist** [1] - 100:9
**existing** [1] - 100:5
**exit** [3] - 24:21, 24:23, 58:12
**exited** [2] - 62:9, 62:10
**expect** [1] - 6:4
**expenses** [1] - 214:23
**experience** [2] - 70:3, 144:1
**expert** [3] - 214:22, 237:2
**Expires** [1] - 261:24
**explain** [8] - 57:4, 94:21, 97:20, 99:14, 100:5, 143:2, 148:14, 216:21
**explained** [5] - 31:17, 100:3, 100:4, 188:10, 198:17
**explaining** [1] - 12:20
**exploring** [1] - 107:4
**expose** [1] - 252:10
**expound** [1] - 179:9
**expressed** [4] - 76:8, 77:11, 119:15, 156:10
**extensive** [6] - 177:4, 238:22, 250:22, 250:23, 251:12, 252:24
**extent** [5] - 60:20, 62:15, 69:18, 75:24, 180:11
**extreme** [1] - 182:21
**extremely** [1] - 26:20
**eyes** [2] - 182:1, 182:9

**F**

**face** [2] - 45:12, 165:9
**facilities** [4] - 121:3, 124:20, 197:1,

235:10
**facility** [7] - 120:18, 137:23, 142:21, 196:10, 205:20, 205:24, 237:4
**facing** [1] - 182:3
**fact** [42] - 14:15, 16:21, 26:3, 32:12, 47:13, 57:12, 60:15, 71:24, 74:19, 91:11, 91:19, 92:3, 92:20, 93:3, 94:12, 94:23, 95:1, 95:2, 95:17, 99:13, 101:23, 102:16, 107:23, 114:15, 118:12, 125:14, 148:1, 150:15, 166:4, 178:11, 181:3, 188:22, 191:4, 195:8, 196:5, 200:25, 209:7, 212:2, 225:2, 234:1, 242:2, 244:4
**factor** [1] - 244:24
**factors** [1] - 111:22
**facts** [23] - 21:11, 50:5, 50:9, 50:14, 51:14, 51:19, 52:1, 52:14, 52:25, 53:11, 53:17, 53:24, 55:14, 55:20, 60:25, 61:25, 67:22, 72:21, 99:8, 99:19, 102:4, 242:11
**fade** [1] - 128:4
**failed** [4] - 200:14, 201:3, 210:7, 213:20
**failure** [3] - 157:6, 165:20, 166:8
**fair** [7] - 38:10, 40:25, 74:18, 75:1, 75:4, 86:19, 216:7
**fairly** [7] - 64:22, 66:15, 113:16, 118:10, 177:12, 183:5, 183:24
**fall** [6] - 197:20, 198:4, 251:15, 251:16, 251:17, 251:18
**fallen** [6] - 47:9, 186:8, 186:25, 193:18, 198:25, 202:11
**falling** [2] - 194:25, 251:14
**familiar** [3] - 1:7, 132:19, 242:25
**family** [29] - 42:7, 42:12, 71:23, 71:24, 72:4, 72:18, 72:23, 73:5, 73:23, 73:24,

74:13, 74:19, 75:2, 75:10, 78:3, 78:9, 78:10, 112:6, 118:4, 152:9, 203:15, 203:18, 203:25, 204:4, 204:17, 209:4, 209:8, 254:8
**family's** [2] - 42:23, 118:4
**far** [21] - 19:16, 44:22, 48:12, 48:25, 59:1, 70:7, 110:4, 115:23, 127:24, 153:21, 156:5, 156:7, 166:9, 179:7, 181:7, 216:13, 231:11, 239:10, 241:10, 244:19, 248:16
**far-fetched** [1] - 179:7
**Fast** [2] - 227:24, 228:24
**father** [19] - 35:9, 75:12, 75:18, 75:20, 77:16, 109:14, 120:6, 155:19, 200:3, 202:18, 204:6, 204:11, 204:12, 204:14, 204:20, 204:21, 205:4, 205:6, 205:9
**father's** [3] - 204:12, 205:2, 209:1
**February** [3] - 185:9, 207:18
**Feds** [1] - 158:6
**feed** [1] - 254:5
**feet** [5] - 29:22, 30:15, 30:16, 30:19, 177:7
**fell** [4] - 47:15, 193:23, 194:7, 199:8
**fellows** [1] - 236:4
**felon** [4] - 220:23, 256:12, 256:15, 256:16
**felonies** [1] - 256:5
**felony** [11] - 157:14, 157:17, 158:3, 158:6, 219:3, 222:5, 239:8, 239:17, 240:7, 252:23, 256:23
**felt** [13] - 66:22, 74:19, 82:19, 101:20, 149:1, 149:6, 149:7, 158:17, 188:4, 243:18, 247:23
**female** [2] - 63:7, 183:7
**fess** [1] - 219:25
**fetched** [1] - 179:7

**few** [16] - 16:18, 47:14, 108:23, 115:23, 151:12, 198:12, 199:16, 208:1, 220:4, 221:8, 231:7, 231:15, 238:12, 239:12, 248:16, 250:16
**field** [13] - 26:10, 27:18, 28:1, 28:3, 31:20, 33:5, 34:11, 37:9, 37:22, 58:18, 125:15, 125:16, 155:25
**fight** [7] - 40:6, 224:19, 225:19, 226:10, 226:24, 257:15, 257:17
**fighting** [1] - 52:24
**figure** [1] - 214:14
**figured** [1] - 248:18
**file** [2] - 60:13, 154:20
**filed** [1] - 60:4
**filing** [3] - 77:2, 77:5, 77:24
**fill** [2] - 122:4, 132:21
**filled** [10] - 60:18, 62:25, 70:14, 72:15, 132:1, 132:10, 133:8, 232:21, 232:24, 233:6
**filling** [1] - 123:3
**finally** [1] - 30:14
**financial** [1] - 253:15
**fines** [2] - 240:6, 240:8
**finger** [1] - 240:15
**fingerprint** [1] - 199:25
**finish** [5] - 5:14, 5:15, 5:16, 229:13, 240:22
**finished** [4] - 138:6, 138:7, 160:16, 241:4
**finishing** [1] - 57:18
**fire** [11] - 35:19, 35:21, 35:23, 35:24, 51:7, 53:21, 70:16, 71:3, 256:17, 256:18, 257:21
**Fire** [1] - 199:16
**fired** [15] - 222:15, 222:16, 222:23, 223:3, 223:5, 223:8, 223:22, 224:9, 226:13, 226:17, 226:23, 231:4, 257:6, 257:25
**fireworks** [1] - 157:10
**First** [1] - 80:3
**first** [54] - 4:25, 10:8, 59:10, 62:5, 62:8,

63:15, 72:19, 73:8,
73:12, 73:22, 75:17,
75:20, 75:24, 78:18,
78:22, 79:6, 80:23,
83:6, 89:17, 89:22,
90:15, 90:19, 93:22,
96:25, 100:23,
100:24, 102:7,
104:14, 105:3,
106:16, 108:12,
111:9, 122:8, 126:5,
130:7, 135:10,
137:9, 137:12,
141:15, 151:20,
159:23, 167:24,
215:20, 229:19,
239:4, 240:2, 240:4,
242:18, 249:15,
249:20, 252:23,
254:15, 259:8
**five** [23] - 34:4, 56:21,
57:7, 64:22, 65:15,
68:17, 75:14, 76:9,
76:17, 77:22, 85:4,
130:21, 134:21,
143:17, 150:20,
167:6, 206:9, 207:9,
207:13, 207:17,
215:12, 227:20
**five-minute** [1] - 56:21
**five-month** [1] - 206:9
**fix** [2] - 104:1, 106:25
**fixing** [1] - 70:10
**flip** [12] - 19:19, 27:13,
27:14, 48:9, 48:17,
48:22, 120:16,
141:14, 143:17,
163:13, 214:2,
215:10
**flip-flop** [1] - 27:13
**flip-flops** [4] - 27:14,
48:9, 48:17, 48:22
**floor** [1] - 35:12
**Floor** [1] - 2:10
**flop** [1] - 27:13
**flops** [4] - 27:14, 48:9,
48:17, 48:22
**fluctuates** [1] - 94:6
**focus** [5] - 81:13,
81:19, 88:3, 88:6,
125:20
**focused** [1] - 181:19
**follow** [15] - 16:5,
30:5, 30:7, 58:5,
84:22, 85:5, 85:11,
106:21, 116:17,
116:23, 196:24,
205:25, 206:20,
206:23, 206:24
**follow-up** [4] - 84:22,

116:17, 116:23,
205:25
**followed** [3] - 16:3,
202:1, 240:16
**following** [4] - 58:11,
120:4, 157:2, 215:14
**follows** [3] - 4:16,
96:25, 206:7
**followup** [1] - 102:23
**food** [1] - 236:16
**foot** [4] - 29:2, 29:7,
31:25, 33:10
**FOR** [3] - 1:2, 2:8,
2:14
**force** [11] - 178:13,
183:6, 212:24,
213:18, 213:19,
213:23, 255:15,
255:18, 255:24,
255:25, 260:12
**foregoing** [2] -
261:12, 262:6
**forever** [1] - 258:12
**forget** [1] - 88:1
**forgive** [1] - 248:7
**form** [21] - 113:1,
123:3, 126:9,
126:22, 142:7,
145:24, 148:9,
237:15, 248:13,
249:3, 250:21,
251:8, 251:25,
252:17, 255:20,
256:24, 259:3,
259:18, 260:1,
260:5, 260:9
**form'** [2] - 126:8,
126:16
**forth** [7] - 11:25, 12:4,
26:5, 93:23, 250:6,
251:13, 261:8
**fortunately** [1] - 253:3
**forward** [11] - 29:7,
72:1, 72:6, 72:14,
72:17, 73:2, 86:10,
126:12, 154:22,
241:15, 244:6
**foundation** [7] - 41:1,
42:9, 42:14, 47:11,
49:9, 212:18, 249:3
**foundational** [1] -
236:23
**founded** [1] - 72:11
**four** [18] - 65:15, 68:8,
120:16, 127:4,
144:22, 156:20,
171:8, 192:10,
192:11, 208:10,
215:12, 216:22,
217:11, 223:16,

228:5, 228:21,
230:22
**fourth** [1] - 163:13
**fracture** [2] - 90:17,
111:10
**fractured** [1] - 251:15
**fractures** [1] - 83:15
**fracturing** [1] - 86:14
**fraternal** [2] - 177:8,
178:21
**fraudulent** [11] -
178:23, 178:24,
179:12, 179:21,
179:24, 180:10,
180:12, 181:10,
182:20, 184:12,
253:2
**frequencies** [1] -
105:7
**frequency** [4] -
102:13, 103:18,
107:7, 135:11
**friend** [1] - 254:19
**friendly** [1] - 67:8
**friends** [9] - 66:5,
67:7, 123:6, 211:11,
211:12, 236:5,
238:5, 254:8
**front** [12] - 19:10,
27:17, 29:2, 36:4,
36:5, 51:24, 163:23,
167:7, 167:13,
171:7, 219:22,
240:15
**frowned** [1] - 219:20
**frustrated** [5] - 34:1,
39:23, 76:14, 76:16,
154:16
**frustrating** [1] - 37:14
**frustration** [4] - 76:7,
76:9, 76:20, 119:15
**frustrations** [1] -
77:18
**Fuck** [1] - 53:22
**fuck** [6] - 43:20, 44:12,
45:17, 46:1, 51:17,
53:16
**fulfill** [2] - 184:20,
228:22
**full** [1] - 261:12
**fullness** [1] - 183:25
**fully** [1] - 120:24
**future** [9] - 103:15,
106:24, 130:15,
148:3, 214:23,
214:24, 237:8,
238:2, 258:25
**future'** [1] - 107:12

# G

**gain** [1] - 25:8
**gap** [2] - 103:16, 217:8
**garage** [1] - 219:12
**gardening** [1] - 69:17
**gather** [2] - 5:2, 245:7
**gathered** [1] - 199:25
**Gavin** [2] - 2:20, 4:6
**general** [4] - 69:17,
97:23, 206:19, 212:3
**generally** [3] - 76:5,
77:8, 124:22
**generic** [1] - 206:19
**genes** [1] - 237:24
**girl** [3] - 70:15, 71:17,
167:11
**girlfriend** [3] - 40:2,
40:6, 171:3
**given** [4] - 30:6, 30:8,
72:12, 230:6
**glass** [1] - 162:4
**glove** [4] - 22:6, 22:8,
23:19, 24:3
**Gold** [1] - 185:15
**gonna** [13] - 76:22,
93:22, 133:21,
144:16, 158:4,
181:12, 214:19,
219:9, 223:23,
236:20, 249:6,
256:16, 258:4
**good'** [1] - 71:14
**good-sized** [1] -
238:19
**Googled** [1] - 248:1
**gotcha** [2] - 90:21,
237:14
**grabbed** [2] - 10:13,
64:14
**grade** [1] - 83:19
**grade-one** [1] - 83:19
**grandfather** [3] -
69:12, 69:14, 155:11
**grandfather's** [1] -
69:16
**grandmother** [6] -
54:21, 54:24, 55:9,
74:14, 155:11, 244:1
**grandparents** [1] -
155:16
**grandson** [1] - 155:14
**grandson'** [1] - 74:16
**graph** [1] - 105:13
**grass** [2] - 34:2, 34:16
**great** [9] - 20:10,
71:20, 88:6, 154:7,
154:12, 154:14,
154:15, 175:5

**greets** [1] - 219:13
**Gregson** [1] - 2:15
**ground** [16] - 4:23,
33:9, 47:1, 49:15,
50:19, 179:3,
179:15, 179:18,
179:25, 180:3,
180:6, 181:1, 182:7,
184:6, 199:5, 251:12
**group** [1] - 164:7
**Group** [3] - 3:11,
221:2
**growing** [1] - 149:9
**grunt** [1] - 258:20
**Guadalahonky's** [3] -
229:9, 229:15, 230:4
**guess** [9] - 22:17,
35:2, 78:10, 118:10,
118:25, 228:20,
230:8, 244:16, 248:7
**guides** [1] - 97:1
**gun** [1] - 242:8
**gurney** [2] - 36:8, 36:9
**gutter** [1] - 63:6
**guy** [5] - 11:13,
219:13, 219:14,
240:14, 244:14

# H

**habit** [5] - 15:5, 15:18,
15:19, 15:25, 16:1
**half** [6] - 7:8, 7:9, 8:19,
10:2, 106:13, 216:18
**halfway** [3] - 96:4,
110:18, 110:20
**Hamilton** [3] - 2:15,
3:3, 4:12
**HAMILTON** [128] -
4:12, 4:17, 10:17,
16:11, 21:13, 28:12,
37:19, 38:1, 38:9,
40:15, 42:11, 42:18,
43:13, 43:19, 44:8,
44:17, 45:1, 47:13,
47:25, 48:16, 49:13,
49:18, 49:23, 50:7,
50:12, 50:17, 51:4,
51:17, 51:22, 52:4,
52:17, 52:21, 53:3,
53:14, 53:20, 54:2,
55:17, 55:23, 56:24,
59:19, 60:22, 61:7,
62:23, 68:1, 74:25,
79:25, 84:4, 89:4,
93:11, 95:10, 97:11,
98:3, 99:10, 99:22,
102:6, 102:20,
104:7, 106:13,

106:17, 107:20, 114:6, 115:6, 118:2, 118:8, 119:10, 119:23, 121:23, 123:21, 125:13, 125:25, 126:7, 126:18, 129:20, 133:24, 139:9, 139:16, 140:15, 140:21, 147:5, 149:22, 150:9, 160:25, 161:8, 161:10, 162:23, 165:14, 168:4, 170:11, 173:12, 180:17, 181:22, 184:25, 185:4, 190:23, 193:11, 194:20, 196:23, 197:6, 201:8, 206:16, 206:22, 212:6, 212:21, 213:13, 224:23, 225:10, 225:23, 227:2, 232:7, 236:21, 237:15, 249:3, 250:21, 251:8, 251:25, 252:17, 255:20, 256:24, 258:23, 259:3, 259:18, 260:1, 260:5, 260:9, 260:16, 260:18, 260:20, 260:22

**hand** [19] - 23:5, 46:22, 59:16, 59:21, 79:20, 89:5, 133:25, 150:6, 162:20, 165:12, 168:1, 170:8, 185:1, 190:20, 193:8, 197:3, 201:5, 240:15, 261:16

**handcuff** [2] - 53:4, 60:16

**handcuffed** [8] - 56:2, 58:15, 58:22, 59:3, 59:4, 73:16, 259:17, 260:8

**handcuffs** [4] - 34:2, 34:18, 58:13, 64:14

**handed** [10] - 10:18, 16:12, 20:3, 20:17, 58:10, 80:1, 89:5, 165:23, 185:5, 190:24

**handing** [4] - 16:8, 22:2, 22:7, 24:1

**hands** [3] - 31:10, 46:4, 184:6

**handwriting** [5] - 122:6, 141:16, 141:17, 142:2, 142:6

**handy** [4] - 93:24, 150:11, 201:10, 232:12

**hang** [1] - 120:11

**happened'** [1] - 73:20

**happy** [3] - 40:10, 40:22, 41:3

**hard** [5] - 29:12, 143:14, 145:21, 216:5, 233:12

**harmful** [1] - 237:21

**harris** [1] - 177:5

**Harris** [55] - 17:3, 17:15, 20:6, 20:24, 22:2, 22:7, 22:12, 22:23, 23:2, 23:7, 23:21, 24:6, 24:14, 24:22, 25:4, 26:13, 26:23, 27:4, 28:15, 29:6, 30:1, 30:7, 30:12, 31:19, 32:3, 32:11, 32:24, 33:5, 34:21, 35:11, 36:21, 37:9, 38:6, 38:14, 49:20, 59:8, 60:7, 125:17, 173:17, 174:4, 174:15, 174:20, 175:5, 176:19, 177:16, 177:18, 178:12, 178:22, 179:21, 180:22, 181:5, 182:18, 182:20, 183:24, 243:7

**HARRIS** [1] - 1:8

**Harris's** [3] - 26:7, 45:9, 50:22

**head** [24] - 28:15, 46:14, 49:4, 49:8, 49:11, 49:13, 53:7, 53:9, 64:10, 64:15, 111:10, 146:24, 147:2, 148:3, 164:5, 181:24, 182:2, 182:9, 199:5, 199:9, 199:15, 225:9, 258:25

**headed** [2] - 76:19, 156:18

**health** [12] - 75:23, 147:13, 147:17, 147:18, 148:4, 196:10, 214:24, 215:4, 234:11, 244:7, 245:2, 250:18

**Health** [6] - 79:16, 130:24, 131:12,

196:11, 196:12, 196:20

**hear** [7] - 16:15, 61:14, 64:11, 88:17, 94:17, 95:7, 243:4

**heard** [18] - 17:24, 63:8, 70:10, 210:21, 211:6, 211:8, 211:10, 211:20, 211:25, 235:6, 238:10, 238:19, 241:12, 243:6, 249:10, 249:11, 255:10

**hearing** [50] - 81:11, 87:14, 87:18, 87:20, 87:21, 88:24, 90:5, 91:19, 91:22, 92:4, 92:8, 92:14, 92:25, 97:20, 99:15, 99:23, 99:24, 100:6, 100:10, 100:12, 100:14, 100:16, 100:23, 100:25, 101:21, 101:24, 102:8, 102:13, 103:10, 103:18, 103:19, 103:25, 104:2, 104:15, 105:19, 106:2, 107:6, 107:8, 107:12, 242:13, 243:2, 247:3, 247:14, 247:17, 247:19, 258:15

**heart** [1] - 239:19

**HEATHER** [1] - 1:9

**heavily** [2] - 8:13, 48:4

**heavy** [3] - 81:15, 82:16, 188:7

**heel** [1] - 31:2

**Heidi** [6] - 153:13, 153:14, 153:15, 153:16, 153:24

**height** [1] - 18:25

**held** [3] - 4:4, 184:16, 216:12

**help** [14] - 4:24, 50:13, 51:13, 55:10, 61:12, 69:14, 85:19, 111:16, 138:23, 139:19, 151:3, 186:4, 221:9, 238:18

**helped** [14] - 60:13, 60:14, 60:24, 61:1, 61:24, 61:25, 73:18, 150:15, 150:18, 154:13, 186:10, 187:1, 190:13, 242:11

**helping** [3] - 69:17, 80:14, 155:4

**HER** [1] - 1:10

**hereby** [1] - 261:11

**HEREBY** [1] - 262:6

**hereunto** [1] - 261:15

**hero** [1] - 184:17

**hid** [1] - 220:3

**high** [8] - 31:3, 31:25, 33:8, 102:13, 146:16, 226:22, 244:12, 258:9

**higher** [7] - 41:3, 181:15, 184:16, 245:22, 245:23, 248:19, 249:21

**highly** [1] - 132:24

**hiking** [3] - 48:18, 48:22, 48:25

**him'** [1] - 29:6

**himself** [3] - 138:21, 139:18, 183:24

**HIS** [2] - 1:8, 1:9

**history** [30] - 90:3, 90:8, 90:10, 90:16, 97:16, 108:2, 112:12, 115:24, 126:24, 135:5, 145:23, 146:4, 146:11, 147:13, 147:17, 156:25, 215:11, 231:25, 232:13, 232:23, 234:21, 238:21, 239:5, 241:8, 245:6, 250:23

**History** [2] - 3:11, 130:22

**history'** [4] - 97:15, 112:6, 112:7, 112:23

**hit** [5] - 166:11, 167:11, 199:5, 199:8, 240:17

**hitch** [1] - 219:21

**hold** [5] - 28:14, 28:24, 175:15, 245:7, 258:3

**holding** [1] - 216:5

**hole** [2] - 236:10, 236:13

**Hollow** [1] - 173:20

**home** [29] - 9:25, 10:5, 14:18, 14:19, 15:15, 58:2, 64:1, 64:3, 163:24, 172:12, 173:8, 187:9, 188:2, 188:6, 188:9, 189:2, 189:3, 189:10, 189:12, 189:19, 190:18, 195:22,

219:15, 219:18, 219:20, 219:24, 220:10, 220:11, 244:3

**homeless** [1] - 260:2

**Honda** [1] - 35:6

**honest** [5] - 231:6, 233:18, 233:22, 234:5, 251:10

**hooded** [1] - 185:22

**hope** [1] - 183:16

**hopeless** [1] - 236:19

**hospital** [23] - 12:10, 54:13, 54:16, 54:19, 55:19, 56:3, 56:6, 58:16, 59:3, 59:11, 61:20, 61:24, 62:10, 63:18, 73:15, 73:21, 74:1, 76:1, 101:4, 101:11, 161:16, 162:10

**hospitalization** [1] - 144:23

**hospitalization'** [1] - 144:24

**hospitalized** [1] - 145:1

**hour** [1] - 56:21

**hours** [12] - 8:15, 8:16, 17:23, 35:17, 56:4, 73:9, 73:12, 73:25, 163:17, 164:12, 218:2, 255:8

**hours'** [1] - 17:21

**house** [15] - 9:17, 14:21, 63:21, 63:22, 64:12, 64:18, 66:12, 67:5, 164:8, 168:25, 172:15, 202:15, 202:23, 204:8, 244:1

**Huff** [1] - 11:5

**Huft** [1] - 11:5

**hung** [1] - 120:11

**hurt** [3] - 77:11, 77:13, 77:15

**hurtful** [1] - 252:20

**hurting** [1] - 251:14

---

**I**

**i.e** [1] - 117:16

**I15** [1] - 10:10

**ICU** [1] - 58:15

**ID** [3] - 22:1, 22:2, 22:4

**idea** [7] - 50:24, 67:14, 139:15, 160:2, 177:6, 239:13, 258:14

ideal [1] - 48:25
identifiable [1] - 184:15
identification [22] - 10:16, 16:10, 59:18, 79:24, 89:3, 107:19, 121:22, 133:23, 140:20, 150:8, 157:16, 161:9, 162:22, 165:13, 168:3, 170:10, 173:11, 185:3, 190:22, 193:10, 197:5, 201:7
identified [4] - 124:3, 159:12, 186:2, 203:9
identified' [1] - 83:16
identify [3] - 120:17, 156:24, 159:10
ignition [1] - 159:5, 175:18
ignorant [2] - 179:7, 251:9
ill [1] - 72:11
ill-founded [1] - 72:11
illicit [8] - 135:19, 136:1, 136:6, 136:12, 136:14, 137:2, 248:9, 248:10
illness [3] - 40:13, 110:7, 234:17
imagine [6] - 15:4, 15:16, 15:17, 69:5, 133:12, 230:11
immediately [4] - 39:15, 72:17, 205:10, 230:14
impacted [1] - 232:1
impacts [1] - 95:24
impair [2] - 6:9, 6:12
impaired [11] - 22:20, 47:19, 48:12, 125:3, 125:7, 125:17, 158:20, 240:4, 254:15, 254:16, 258:21
impairment [5] - 97:1, 97:2, 97:6, 105:15, 247:19
impairments [1] - 129:10
implications [7] - 81:11, 85:16, 85:20, 86:6, 86:7, 87:2, 87:6
implications' [1] - 86:20
important [3] - 5:11, 88:8, 247:24
impossible [2] -

81:13, 88:3
impounded [1] - 175:14
improperly [1] - 175:11
IN [5] - 1:1, 1:8, 1:8, 1:9, 261:15
in-depth [1] - 74:4
inaccurate [6] - 91:10, 91:24, 128:17, 133:19, 134:16, 223:6
incapacity [1] - 214:24
incarcerated [10] - 222:25, 223:12, 224:12, 225:17, 226:5, 226:8, 226:9, 257:10, 257:20, 258:1
incidence [2] - 212:22, 258:10
incident [129] - 20:12, 39:22, 41:9, 41:14, 41:19, 42:2, 47:13, 48:5, 53:16, 56:4, 57:5, 63:16, 65:11, 69:6, 69:9, 69:11, 69:20, 69:22, 70:6, 70:16, 70:25, 71:7, 71:19, 71:22, 72:15, 73:23, 74:13, 75:3, 75:7, 75:10, 75:13, 75:19, 77:9, 78:4, 78:19, 78:23, 79:1, 81:2, 81:3, 83:7, 87:7, 91:14, 93:13, 94:23, 98:4, 98:11, 98:23, 101:12, 102:11, 103:24, 104:12, 105:17, 118:5, 118:15, 118:21, 123:14, 136:3, 136:17, 148:18, 149:17, 151:10, 151:17, 151:18, 152:3, 152:7, 152:11, 152:25, 153:17, 153:20, 153:24, 160:13, 160:17, 161:14, 161:20, 161:23, 166:7, 167:15, 167:17, 169:17, 170:3, 170:13, 172:18, 172:19, 174:20, 175:23, 177:25, 178:12, 182:17,

186:21, 189:1, 190:10, 191:8, 193:20, 194:4, 194:7, 194:17, 194:20, 194:24, 196:7, 197:24, 198:8, 199:7, 200:6, 200:8, 200:19, 201:1, 201:2, 202:10, 203:17, 203:22, 209:16, 210:23, 211:7, 224:10, 226:14, 234:12, 234:22, 240:2, 241:5, 241:7, 243:22, 243:24, 244:23, 252:14
incident' [1] - 212:1
incidents [11] - 47:9, 87:11, 123:17, 149:25, 160:10, 177:19, 190:2, 191:12, 198:24, 212:15, 213:2
include [1] - 158:14
included [1] - 117:16
including [6] - 103:16, 106:25, 135:25, 148:14, 157:1, 210:18
income [2] - 215:15, 241:3
inconsistent [2] - 181:4, 246:6
incorrect [1] - 91:5
incredibly [2] - 236:17, 237:21
indicate [2] - 169:14, 214:5
indirectly [1] - 81:1
individual [7] - 96:12, 168:9, 170:23, 186:1, 186:2, 253:5, 254:9
INDIVIDUAL [3] - 1:8, 1:9, 1:10
individuals [10] - 47:16, 61:12, 62:25, 151:12, 151:15, 152:13, 153:2, 155:7, 210:20, 243:10
ineffective [2] - 79:19, 113:16
inflicted [1] - 34:4
information [16] - 5:2, 66:5, 67:11, 75:22, 100:4, 155:20, 167:7, 167:9, 200:23, 204:6,

215:14, 215:19, 238:21, 246:6, 250:2, 250:20
information' [1] - 110:7
informed [7] - 93:18, 163:25, 164:13, 164:15, 171:8, 171:20, 172:7
initial [5] - 36:20, 65:17, 68:4, 133:12, 214:7
initiate [2] - 63:19, 63:20
initiated [1] - 177:5
injured [1] - 194:8
injuries [13] - 34:4, 71:12, 91:25, 146:25, 151:17, 166:22, 166:25, 167:13, 177:4, 251:12, 251:17, 252:22, 259:7
injuring [1] - 195:2
injury [32] - 64:15, 81:10, 85:3, 85:9, 85:15, 86:2, 86:8, 86:17, 92:7, 101:2, 101:9, 111:10, 129:4, 129:7, 129:15, 130:1, 130:4, 130:12, 130:16, 145:4, 145:15, 145:19, 147:2, 147:9, 148:3, 162:10, 178:9, 231:23, 234:16, 247:13, 258:16, 259:8
inpatient [3] - 206:7, 206:10, 206:23
Inpatient [2] - 120:21, 121:18
instability [1] - 83:21
instance [1] - 101:1
instances [1] - 118:23
instead [4] - 95:24, 143:11, 237:22, 246:9
instinct [1] - 236:15
institution [1] - 79:16
instruct [1] - 99:21
instructed [1] - 32:9
instruction [2] - 29:11, 29:13
instructions [3] - 32:22, 32:25, 235:9
Insurance [2] - 156:4, 227:4
insurance [14] - 20:23,

21:22, 23:19, 23:20, 24:4, 24:7, 24:13, 24:15, 244:22, 245:1, 245:3, 245:9, 245:10, 245:21
intake [1] - 142:7
intend [1] - 214:4
intended [1] - 25:1
Intensive [2] - 120:21, 121:18
intensive [2] - 206:6, 206:11
intent [1] - 252:7
interact [1] - 177:20
interaction [15] - 14:11, 36:16, 36:17, 36:19, 36:20, 63:19, 63:20, 69:10, 117:8, 167:14, 174:19, 177:15, 177:18, 187:23, 189:23
interactions [4] - 69:18, 176:23, 177:1, 241:13
interest [1] - 245:21
interested [4] - 22:17, 69:16, 107:4, 261:14
interesting [1] - 72:23
interfere [1] - 241:24
interim [1] - 218:3
Interlock [1] - 158:24
interlock [3] - 159:5, 175:18, 176:3
Intermountain [1] - 4:8
Interrogatories [3] - 3:9, 3:13, 80:3
interrogatories [14] - 92:1, 92:15, 92:18, 120:10, 124:16, 124:25, 129:2, 131:4, 134:13, 148:2, 150:6, 246:1, 248:11
interrogatory [42] - 80:24, 85:14, 91:12, 91:16, 91:17, 93:2, 94:11, 94:20, 95:19, 121:15, 134:18, 135:15, 135:23, 135:24, 136:9, 151:8, 151:14, 156:20, 158:18, 159:9, 159:12, 159:14, 159:17, 159:18, 159:24, 160:5, 169:18, 169:24, 176:1, 176:8, 176:10, 200:6, 200:15,

13

200:18, 200:22,
210:8, 210:15,
214:3, 214:21,
215:13
**Interrogatory** [5] -
120:17, 156:22,
156:23, 156:24,
210:12
**intervening** [1] -
217:19
**interview** [1] - 232:21
**intox** [2] - 203:1,
239:16
**intoxes** [1] - 240:10
**intoxicated** [46] - 12:8,
12:11, 12:15, 13:1,
17:24, 20:10, 20:14,
21:8, 22:20, 23:15,
25:14, 25:17, 26:20,
32:20, 42:3, 47:15,
47:19, 48:5, 49:6,
128:11, 128:19,
171:12, 173:3,
175:3, 175:4,
177:22, 185:20,
186:13, 186:16,
187:13, 188:10,
193:18, 194:1,
197:25, 198:13,
198:19, 199:1,
199:8, 203:1, 203:6,
203:9, 224:5, 224:6,
224:19, 225:4,
226:24
**intoxication** [7] -
195:5, 195:12,
199:25, 209:14,
209:24, 255:2, 255:5
**intoxication'** [1] -
197:15
**intubated** [1] - 73:17
**intubator** [3] - 56:2,
58:15, 59:4
**investigate** [2] -
213:7, 213:20
**investigating** [3] -
66:3, 164:1, 164:6
**involve** [1] - 149:6
**involved** [7] - 41:9,
166:16, 168:8,
182:17, 194:4,
210:20, 229:22
**issue** [1] - 246:13
**issued** [2] - 199:24,
202:20
**issues** [19] - 57:2,
67:17, 67:21,
129:13, 130:16,
130:19, 142:24,
143:1, 148:8,

214:25, 219:16,
234:11, 234:12,
247:9, 258:6, 258:8,
259:6
**item** [1] - 176:8
**itemized** [1] - 214:6
**IV** [2] - 54:3, 54:6

## J

**jail** [26] - 42:13, 42:25,
62:8, 62:10, 169:7,
169:8, 170:6, 175:5,
208:25, 209:20,
214:9, 214:18,
223:2, 223:6,
226:21, 240:5,
253:22, 254:2,
254:3, 254:16,
254:18, 254:22,
255:4, 255:7, 257:7
**Jail** [1] - 209:16
**January** [41] - 3:10,
79:8, 89:20, 101:25,
102:1, 104:18,
104:25, 105:12,
105:22, 106:11,
110:13, 117:7,
120:19, 120:22,
121:7, 122:17,
124:2, 124:3, 132:2,
132:11, 132:18,
133:16, 134:11,
134:15, 134:23,
138:12, 139:22,
141:10, 141:12,
193:14, 193:17,
194:15, 194:21,
196:7, 205:24,
207:14, 207:17,
215:16, 216:13
**Jentzsch** [3] - 155:8,
155:9, 155:10
**Jiffy** [5] - 214:13,
214:16, 215:8,
257:4, 257:25
**job** [21] - 95:3, 95:25,
216:5, 217:6,
224:17, 230:16,
231:22, 232:23,
233:8, 233:19,
234:4, 234:8,
234:13, 234:23,
245:7, 252:5,
256:20, 256:21,
256:23, 257:11,
258:2
**jobs** [4] - 231:14,
233:12, 256:25,
257:1

**John** [11] - 61:1, 61:3,
62:19, 89:23, 96:8,
153:13, 153:14,
153:24, 242:21,
260:15
**JOHN** [2] - 1:10, 2:11
**JOHNSON** [1] - 2:11
**Johnson** [11] - 61:1,
61:3, 61:10, 89:23,
96:9, 96:11, 96:24,
99:17, 118:1, 242:21
**Johnson's** [1] - 62:19
**Jones** [1] - 4:4
**JONES** [1] - 2:14
**Josh** [12] - 23:6,
137:14, 163:24,
163:25, 164:11,
171:7, 171:8, 171:9,
199:21, 199:24,
200:4, 235:6
**Josh's** [2] - 199:15,
200:3
**JOSHUA** [2] - 1:4,
4:14
**Joshua** [46] - 1:14,
2:1, 3:12, 4:3, 4:11,
22:5, 22:25, 23:18,
24:13, 24:21, 24:25,
25:7, 26:11, 28:14,
29:23, 29:24, 31:3,
31:18, 32:1, 32:23,
33:4, 36:4, 141:7,
162:3, 162:4,
163:10, 168:9,
171:2, 171:21,
174:1, 175:8,
175:17, 186:2,
186:3, 188:9,
198:17, 203:14,
208:17, 208:18,
209:3, 209:13,
209:14, 261:7,
262:6, 262:22
**Joshua's** [3] - 23:5,
188:5, 195:11
**journal** [1] - 250:24
**judge** [1] - 253:23
**judgment** [2] - 150:2,
246:7
**July** [8] - 161:12,
161:23, 162:14,
170:14, 170:17,
172:13, 191:1,
207:19
**jump** [2] - 6:14,
141:21
**June** [22] - 103:14,
104:9, 104:20,
105:2, 105:4, 105:8,
105:17, 106:11,

106:19, 110:2,
113:7, 113:20,
115:7, 117:2,
207:19, 207:21,
207:24, 208:7, 247:4
**justice** [3] - 76:18,
77:22, 252:11
**justify** [4] - 259:15,
259:24, 260:2, 260:7
**juvenile** [1] - 240:3

## K

**Kartcher** [2] - 70:21,
70:22
**Kathy** [8] - 63:13,
63:15, 71:21, 73:2,
182:24, 242:21,
243:6, 244:2
**keep** [13] - 28:15,
31:14, 32:1, 32:4,
49:11, 76:22, 78:5,
93:24, 150:10,
156:19, 201:9,
232:12, 233:12
**keeping** [2] - 49:4,
49:11
**kept** [5] - 29:21, 50:8,
50:13, 78:8, 132:17
**key** [1] - 58:9
**keys** [4] - 20:4, 20:7,
20:17, 58:10
**khaki** [1] - 18:14
**killed** [1] - 183:8
**killing** [1] - 86:16
**kind** [21] - 39:13,
69:19, 74:20, 77:1,
86:12, 88:7, 93:22,
119:12, 132:23,
142:7, 152:18,
154:17, 155:3,
164:23, 181:25,
184:6, 221:10,
231:22, 236:7,
236:9, 240:14
**kinda** [1] - 179:5
**knee** [1] - 33:10
**kneeling** [1] - 50:3
**know...** [1] - 70:19
**knowledge** [12] - 51:2,
57:22, 67:24, 119:6,
119:21, 156:9,
179:5, 213:16,
224:21, 253:7,
255:15, 256:22
**known** [2] - 166:25,
249:20
**knows** [4] - 113:1,
138:22, 139:19,

164:5

## L

**label** [1] - 147:15
**labeled** [3] - 141:23,
143:18, 146:1
**Labor** [2] - 231:13,
258:19
**labor** [3] - 257:1,
258:17, 258:19
**lack** [11] - 41:1, 42:9,
42:14, 47:11, 49:9,
51:1, 67:23, 119:20,
212:18, 224:20,
235:13
**lacks** [1] - 119:5
**laid** [1] - 47:6
**LAKE** [1] - 261:3
**Lake** [11] - 2:2, 2:10,
2:13, 2:17, 4:1, 4:5,
209:16, 209:19,
254:3, 261:22, 262:4
**lane** [1] - 15:11
**language** [1] - 88:10
**lapse** [2] - 150:2,
246:7
**large** [2] - 183:5,
216:9
**Larry** [8] - 217:19,
218:2, 218:19,
218:21, 219:4,
219:10, 220:7,
220:11
**Larson** [1] - 203:5
**laser** [1] - 228:1
**Laser** [5] - 228:2,
228:4, 228:6,
228:14, 228:17
**last** [45] - 8:24, 33:25,
35:16, 57:19, 58:21,
65:22, 65:24, 68:6,
68:11, 68:14, 73:15,
76:9, 76:17, 77:22,
78:15, 80:17, 88:15,
90:15, 90:19, 94:2,
116:16, 117:13,
117:14, 127:17,
140:2, 140:4,
163:10, 175:7,
176:8, 192:18,
192:20, 193:5,
199:20, 207:10,
208:13, 214:20,
228:7, 228:21,
232:23, 233:8,
234:2, 235:24,
238:3, 238:17,
241:14

**late** [3] - 166:19, 166:23, 222:20
**lately** [1] - 231:13
**law** [5] - 4:4, 72:9, 118:13, 151:24, 153:15
**law-abiding** [1] - 72:9
**lawsuit** [11] - 61:21, 62:1, 77:2, 77:5, 77:24, 154:20, 154:23, 155:1, 155:21, 174:1, 225:13
**lawyer** [4] - 62:22, 99:5, 104:19, 117:5
**lay** [16] - 52:10, 63:6, 84:1, 86:22, 93:10, 97:23, 98:1, 98:8, 100:14, 102:17, 104:3, 125:9, 129:17, 147:4, 161:6, 234:21
**laying** [1] - 50:19
**layman** [1] - 181:15
**lazy** [1] - 235:17
**lead** [1] - 237:24
**leads** [3] - 74:9, 86:6, 91:4
**lean** [1] - 45:12
**learned** [2] - 175:17, 237:13
**least** [1] - 211:2
**leave** [12] - 9:24, 10:5, 42:23, 43:21, 44:13, 166:18, 171:23, 204:11, 205:2, 217:5, 236:6, 237:25
**leaving** [2] - 17:25, 202:22
**led** [4] - 61:25, 64:15, 240:9, 241:10
**Lee** [1] - 137:15
**left** [50] - 11:1, 14:1, 14:8, 18:7, 29:2, 49:14, 57:19, 57:23, 81:15, 90:17, 90:25, 91:2, 91:23, 91:24, 91:25, 92:6, 92:14, 92:16, 93:4, 93:18, 96:17, 96:20, 96:21, 97:2, 100:16, 100:18, 100:20, 101:5, 101:17, 111:10, 140:16, 166:12, 167:1, 167:8, 199:14, 204:14, 205:23, 209:1, 216:25, 217:2, 217:7, 228:23, 231:22,

240:15, 246:9, 246:14, 246:17, 258:12, 258:22, 258:25
**left-hand** [1] - 240:15
**leg** [1] - 33:9
**legal** [10] - 4:6, 77:16, 77:21, 154:8, 155:4, 155:23, 155:25, 157:10, 241:10
**legally** [1] - 175:4
**legs** [1] - 56:22
**lengthy** [1] - 75:14
**lenses'** [1] - 27:3
**less** [1] - 177:6
**lesser** [1] - 158:21
**Letter** [1] - 3:10
**letter** [7] - 90:3, 106:7, 106:18, 107:5, 107:21, 110:13, 206:24
**letter's** [1] - 96:8
**letting** [1] - 188:5
**level** [6] - 27:17, 76:19, 156:18, 248:19, 260:10, 260:12
**level-headed** [2] - 76:19, 156:18
**levels** [1] - 125:19
**liar** [3] - 178:22, 182:12, 182:14
**liars** [2] - 178:25, 182:17
**license** [8] - 20:23, 21:17, 174:24, 175:9, 176:3, 178:2, 186:3
**lie** [3] - 115:12, 222:3, 256:4
**lied** [3] - 182:20, 220:24, 221:25
**life** [9] - 39:23, 86:11, 86:18, 127:6, 128:22, 227:22, 236:19, 238:9, 253:2
**life-long** [2] - 236:19, 238:9
**lift** [2] - 81:14, 83:1
**lifted** [1] - 219:21
**lifting** [2] - 31:4, 82:16
**likely** [1] - 103:17
**limit** [1] - 187:10
**limited** [3] - 103:18, 107:6, 205:20
**limits** [3] - 88:17, 94:17, 95:7
**Linda** [3] - 1:19, 4:7, 262:2
**LINDA** [3] - 2:3, 261:5,

261:20
**line** [24] - 19:21, 19:22, 19:23, 19:24, 19:25, 30:19, 33:23, 73:1, 81:22, 83:18, 90:2, 90:15, 90:19, 93:21, 106:16, 106:18, 111:8, 112:9, 114:23, 117:13, 117:14, 124:10, 230:13, 257:17
**LINE** [1] - 262:8
**lines** [7] - 13:12, 13:24, 19:3, 152:13, 241:15, 246:13, 259:22
**lipped** [1] - 75:21
**liquor** [17] - 10:8, 10:12, 11:17, 14:2, 14:3, 14:8, 14:12, 14:15, 14:19, 17:25, 18:4, 25:18, 35:14, 57:21, 57:23, 57:24, 57:25
**Liquor** [1] - 3:7
**Lisa** [2] - 2:9, 4:11
**list** [24] - 91:13, 144:23, 159:20, 169:23, 170:3, 200:14, 215:11, 215:20, 215:23, 217:4, 217:18, 220:15, 227:2, 227:16, 228:6, 228:24, 229:8, 230:18, 232:10, 232:13, 232:19, 233:1, 239:11, 245:10
**listed** [32] - 17:15, 151:12, 153:2, 154:3, 155:7, 157:2, 158:11, 158:16, 158:17, 159:21, 159:23, 160:6, 163:9, 163:10, 166:8, 169:18, 169:22, 170:17, 176:2, 176:7, 200:6, 217:20, 221:14, 222:6, 233:1, 246:1, 246:2, 246:19, 247:5, 248:23
**lists** [1] - 185:13
**lit** [1] - 128:7
**liter** [5] - 7:9, 8:14, 8:17, 14:7
**live** [3] - 171:3, 211:15, 250:13

**live-in** [1] - 171:3
**lives** [4] - 69:12, 238:13, 260:12, 260:13
**living** [5] - 7:2, 9:18, 189:6, 189:16, 219:23
**Lizzy** [2] - 70:21
**load** [3] - 82:7, 82:10, 82:17
**located** [7] - 10:9, 35:11, 162:4, 170:24, 185:25, 191:5, 197:20
**location** [2] - 171:9, 171:16
**lock** [2] - 46:5, 46:8
**logic** [2] - 22:21, 58:11
**logical** [2] - 39:18, 189:16
**long-term** [3] - 81:10, 85:16, 86:20
**longest** [1] - 216:12
**look** [75] - 10:23, 11:4, 17:2, 21:25, 27:22, 29:10, 59:20, 62:5, 62:12, 81:21, 83:10, 83:15, 88:15, 89:19, 90:2, 91:11, 93:21, 96:4, 96:23, 100:2, 108:7, 109:25, 110:6, 114:22, 117:10, 122:8, 122:12, 122:13, 122:19, 123:9, 130:21, 134:5, 135:7, 138:1, 138:18, 141:3, 141:15, 142:10, 144:22, 147:14, 150:20, 153:2, 153:12, 155:7, 161:11, 161:22, 162:2, 163:5, 165:15, 165:18, 165:22, 168:5, 168:8, 170:12, 173:13, 173:16, 173:25, 193:13, 193:16, 197:14, 199:20, 201:9, 201:10, 201:22, 206:18, 208:16, 210:11, 214:20, 217:18, 220:15, 221:1, 232:4, 247:5, 256:2
**looked** [7] - 64:10, 64:13, 70:11, 103:23, 122:16,

167:4, 184:6
**looking** [21] - 28:6, 62:2, 75:16, 90:18, 107:21, 129:1, 134:21, 141:18, 141:19, 147:13, 156:19, 159:17, 165:19, 181:7, 200:5, 216:22, 232:11, 232:12, 232:16, 239:2, 239:25
**looks** [10] - 57:20, 105:20, 106:15, 109:7, 142:9, 142:12, 161:21, 220:16, 221:17, 227:7
**lose** [6] - 234:13, 234:23, 251:11, 256:19, 256:21, 259:11
**loses** [2] - 183:18, 183:19
**losing** [2] - 25:12, 234:8
**loss** [26] - 81:11, 87:14, 87:18, 88:24, 91:20, 91:22, 92:4, 92:8, 92:14, 92:25, 99:23, 99:24, 100:13, 100:16, 100:23, 100:25, 101:21, 101:24, 102:8, 102:13, 103:11, 103:18, 104:2, 105:19, 106:3, 107:6
**loss'** [1] - 90:5
**lost** [13] - 25:8, 64:13, 87:20, 183:3, 199:8, 214:8, 215:15, 221:24, 224:17, 225:3, 230:15, 234:4, 257:10
**loud** [7] - 88:16, 94:13, 94:16, 95:6, 95:9, 95:11, 95:14
**love** [4] - 68:20, 69:23, 70:2, 88:8
**loves** [1] - 70:1
**low** [1] - 245:10
**Lube** [15] - 214:13, 214:16, 215:8, 222:6, 223:8, 223:12, 224:4, 224:15, 224:18, 225:3, 225:16, 225:18, 226:9, 257:5, 257:25

**luck** [1] - 68:20
**luckily** [1] - 41:2
**Lunch** [1] - 140:14
**lunch** [7] - 9:3, 9:6, 9:10, 117:23, 117:24, 140:10, 140:11
**lying** [2] - 179:1, 221:23

# M

**ma'am** [7] - 241:17, 243:3, 243:12, 243:16, 244:21, 245:13, 245:16
**mad** [1] - 188:10
**main** [3] - 15:25, 116:19, 226:21
**Main** [1] - 2:9
**maintain** [1] - 229:6
**maintenance** [1] - 69:15
**major** [3] - 77:1, 240:4, 240:7
**majority** [2] - 156:15, 252:3
**malconduct** [1] - 77:20
**male** [11] - 163:22, 170:24, 183:6, 185:16, 185:22, 193:18, 198:13, 198:17, 203:6, 203:9, 244:14
**malicious** [1] - 252:7
**mall** [1] - 188:1
**man** [2] - 225:8, 252:21
**Management** [10] - 222:6, 223:8, 223:12, 224:4, 224:15, 224:18, 225:4, 225:16, 225:18, 226:9
**manager** [7] - 224:7, 224:19, 225:20, 226:10, 226:24, 231:6, 233:10
**manner** [4] - 58:6, 183:4, 242:2, 246:8
**March** [11] - 137:14, 138:3, 138:5, 138:9, 138:11, 138:13, 141:12, 205:24, 207:18, 261:25
**MARCH** [2] - 225:5, 225:7
**MARCY** [99] - 4:11,

21:11, 28:9, 37:15, 37:25, 38:7, 40:9, 41:1, 42:9, 42:14, 43:11, 43:17, 44:6, 44:15, 44:21, 47:11, 47:24, 48:14, 49:9, 49:16, 49:21, 50:5, 50:9, 50:14, 51:1, 51:14, 51:19, 52:1, 52:14, 52:19, 52:25, 53:11, 53:17, 53:24, 55:14, 55:20, 60:19, 61:2, 62:15, 62:18, 67:22, 72:20, 74:24, 84:1, 93:9, 95:5, 97:8, 98:1, 99:7, 99:18, 102:3, 102:17, 104:3, 106:10, 106:15, 114:4, 115:4, 118:7, 119:5, 119:20, 123:19, 125:9, 125:22, 126:5, 126:14, 129:16, 139:5, 139:14, 140:13, 147:3, 149:21, 160:23, 161:6, 180:13, 181:20, 184:22, 194:19, 196:21, 206:14, 206:18, 212:5, 212:18, 213:10, 224:20, 225:21, 226:25, 235:4, 237:1, 252:19, 255:21, 258:24, 259:4, 259:20, 260:2, 260:6, 260:14, 260:17, 260:19, 260:21
**Marcy** [4] - 2:9, 3:4, 4:11, 61:10
**marijuana** [10] - 115:9, 115:23, 116:2, 116:5, 116:12, 136:1, 137:3, 162:5, 162:11, 162:18
**mark** [22] - 10:15, 16:8, 59:16, 79:20, 89:1, 107:17, 121:20, 133:21, 137:7, 140:19, 150:7, 161:8, 162:20, 165:12, 168:1, 170:8, 185:2, 190:20, 193:8, 197:3, 201:6
**marked** [35] - 10:16, 10:18, 16:10, 16:12, 59:18, 79:24, 80:1,

82:9, 89:3, 89:6, 107:19, 107:22, 110:1, 120:10, 120:13, 121:22, 121:24, 133:23, 133:25, 134:20, 140:20, 150:8, 161:9, 162:22, 165:13, 168:3, 170:10, 173:11, 185:3, 185:6, 190:22, 190:24, 193:10, 197:5, 201:7
**match** [3] - 18:20, 18:22, 163:23
**matching** [1] - 160:4
**math** [1] - 245:21
**matter** [7] - 4:3, 149:17, 160:21, 160:25, 179:24, 242:15
**maximum** [3] - 7:9, 27:23, 28:7
**meal** [1] - 8:25
**mean** [37] - 5:8, 62:3, 71:22, 72:2, 72:8, 73:15, 75:5, 82:14, 88:4, 100:6, 100:7, 101:4, 132:14, 145:17, 146:25, 154:11, 162:20, 177:22, 179:8, 183:5, 206:19, 211:5, 224:24, 231:2, 239:10, 247:14, 249:2, 250:5, 250:19, 251:17, 252:19, 252:20, 256:9, 256:13, 257:16
**meaning** [3] - 47:6, 49:4, 63:20
**means** [3] - 5:13, 136:21, 160:20
**meant** [1] - 139:13
**Medical** [1] - 3:10
**medical** [52] - 6:11, 26:11, 26:14, 35:19, 49:20, 50:8, 51:5, 51:8, 51:25, 55:9, 56:5, 56:8, 56:19, 59:10, 71:4, 74:15, 83:6, 83:7, 84:13, 90:8, 93:7, 93:12, 101:15, 101:19, 103:10, 103:23, 104:13, 104:14, 108:1, 144:23, 145:23, 146:11, 196:2, 199:15,

199:17, 214:22, 214:23, 214:24, 215:1, 234:15, 237:2, 237:18, 244:7, 244:17, 244:20, 244:25, 245:2, 245:11, 245:15, 245:18, 258:6
**medication** [3] - 26:12, 26:24, 136:13
**medications** [1] - 135:25
**medics** [6] - 52:5, 52:10, 52:21, 53:6, 53:21, 54:3
**meet** [3] - 79:15, 108:16, 108:19
**meeting** [1] - 108:24
**megahertz** [1] - 87:21
**member** [1] - 73:23
**members** [11] - 42:7, 42:12, 71:23, 72:4, 72:18, 75:2, 75:10, 78:3, 78:9, 78:11, 152:10
**membrane** [1] - 247:16
**memory** [1] - 238:25
**Mental** [6] - 79:16, 130:24, 131:12, 196:11, 196:12, 196:20
**mental** [12] - 80:25, 94:22, 147:12, 147:17, 147:18, 148:4, 196:10, 214:24, 215:4, 244:7, 245:2, 250:17
**mentality** [1] - 177:10
**mention** [1] - 240:18
**Mercer** [1] - 173:20
**messes** [1] - 225:8
**met** [2] - 109:10, 171:2
**mid** [1] - 222:20
**middle** [2] - 163:15, 194:21
**might** [1] - 9:5
**Mike** [1] - 2:18
**mild** [1] - 83:19
**Miller** [14] - 211:14, 211:15, 211:19, 211:22, 212:2, 217:19, 218:2, 218:19, 218:21, 219:5, 219:11, 220:7, 220:11, 255:12
**milliliters** [1] - 14:7
**mind** [4] - 115:25,

142:19, 156:14, 248:20
**mind-altering** [1] - 142:19
**Mindy** [6] - 151:21, 151:23, 151:24, 152:4, 152:10, 152:25
**mine** [2] - 15:5, 211:14
**minimally** [1] - 94:6
**minimum** [1] - 241:2
**minor** [2] - 56:18, 102:13
**minute** [9] - 56:21, 61:2, 78:12, 104:14, 179:20, 184:22, 217:15, 239:23, 239:24
**minutes** [7] - 34:4, 47:14, 64:22, 66:15, 167:6, 198:12, 199:16
**mischaracterizes** [9] - 72:21, 99:7, 99:18, 102:3, 106:10, 115:4, 125:22, 139:5, 225:21
**misconceptions** [4] - 235:10, 235:20, 237:7, 237:20
**misdemeanor** [13] - 157:3, 157:7, 157:11, 157:21, 158:21, 158:25, 159:2, 159:6, 159:25, 176:4, 176:5, 210:1
**missed** [3] - 214:15, 231:4, 231:7
**missing** [1] - 133:6
**mistake** [10] - 123:2, 123:8, 132:13, 133:12, 133:13, 145:11, 145:12, 223:10, 226:15, 257:4
**mistakes** [2] - 156:16
**money** [10] - 154:25, 192:5, 192:6, 192:12, 229:16, 230:14, 230:15, 245:8, 253:16, 253:17
**month** [9] - 102:23, 206:9, 218:15, 220:20, 221:21, 228:21, 241:2, 245:20
**months** [37] - 62:11, 65:24, 68:11, 74:11,

116:2, 169:9,
169:10, 170:5,
197:12, 198:8,
200:18, 203:23,
206:10, 207:9,
207:13, 207:17,
214:9, 216:19,
218:5, 218:17,
220:4, 222:10,
223:16, 227:20,
228:5, 228:10,
228:11, 228:18,
228:21, 229:4,
230:22, 233:17,
253:25, 257:7

**months'** [3] - 116:17,
116:20, 116:23

**mood** [1] - 39:13

**moral** [4] - 154:15,
154:17, 154:18,
155:3

**morning** [10] - 4:18,
4:19, 6:20, 6:22, 7:4,
18:8, 39:14, 39:15,
40:18, 242:12

**most** [7] - 48:24,
78:10, 95:25, 112:4,
182:20, 216:11,
235:13

**mostly** [7] - 68:18,
86:9, 152:9, 155:18,
239:15, 242:24,
244:11

**mother** [9] - 35:8,
77:9, 119:12, 120:6,
155:19, 164:22,
189:24, 223:19,
223:22

**mother's** [5] - 69:13,
153:14, 154:5,
154:6, 155:12

**mountain** [1] - 109:7

**move** [2] - 5:17, 60:2

**moved** [1] - 69:6

**movement** [1] - 49:4

**movements** [5] -
82:16, 82:22, 82:25,
84:10, 85:2

**Movie** [1] - 193:19

**movie** [2] - 193:22,
194:25

**moving** [6] - 38:15,
46:4, 46:25, 47:1,
53:9, 126:12

**MRIs** [1] - 56:11

**multiple** [4] - 75:15,
167:15, 167:17,
207:23

**multiple-car** [1] -
167:15

**municipalities** [1] -
156:5

**must** [3] - 81:12,
87:14, 213:4

**Mutual** [4] - 156:4,
223:15, 223:17,
227:3

# N

**name** [13] - 4:6, 11:4,
17:14, 70:20, 88:1,
141:7, 163:25,
164:11, 168:9,
215:15, 239:12,
239:14, 246:20

**named** [2] - 174:2,
201:2

**names** [2] - 151:11,
210:20

**narcotic** [1] - 175:11

**narrative** [26] - 11:9,
17:10, 17:20, 19:20,
21:25, 24:11, 25:23,
27:1, 35:18, 83:11,
162:3, 163:14,
166:2, 170:16,
171:1, 173:16,
185:12, 187:19,
191:3, 193:16,
197:15, 198:11,
201:15, 201:16,
203:6, 208:16

**natural** [2] - 177:11

**nature** [7] - 41:5,
41:17, 68:18, 78:7,
156:25, 165:5, 177:9

**near** [1] - 138:15

**necessarily** [1] -
189:18

**necessary** [1] - 170:4

**neck** [4] - 166:21,
166:25, 167:12,
167:13

**need** [14] - 5:23, 5:24,
5:25, 117:23,
156:17, 171:10,
184:19, 196:25,
199:17, 244:15,
250:2, 258:15,
258:21

**needed** [11] - 22:11,
22:13, 22:25, 23:6,
32:1, 32:4, 167:8,
188:11, 221:9,
221:11

**needs** [1] - 183:9

**negative** [1] - 86:18

**neighbor** [8] - 69:3,

72:1, 72:6, 72:13,
73:6, 73:8, 118:17,
244:2

**neighbors** [1] - 155:12

**nerving** [1] - 88:12

**network** [1] - 238:4

**never** [32] - 73:20,
85:5, 85:11, 86:2,
93:12, 95:17, 95:21,
101:10, 101:15,
101:19, 101:23,
102:25, 115:20,
116:2, 116:4,
116:25, 117:3,
117:19, 135:19,
136:6, 136:12,
136:14, 136:20,
136:21, 220:7,
220:12, 230:5,
231:22, 241:19,
242:8, 251:15

**never'** [1] - 136:19

**next** [50] - 5:12, 11:23,
14:1, 19:19, 20:20,
22:4, 22:10, 23:4,
23:17, 24:11, 24:20,
27:16, 27:21, 29:1,
29:5, 29:10, 31:16,
33:23, 35:3, 35:10,
55:24, 57:15, 63:5,
65:19, 69:13, 78:17,
87:13, 93:21, 111:8,
127:14, 145:24,
147:12, 153:2,
153:12, 154:3,
155:7, 183:19,
217:4, 221:1,
221:14, 222:6,
227:2, 227:16,
227:24, 228:7,
228:24, 229:8,
230:18, 240:7,
250:13

**nice** [1] - 247:18

**night** [4] - 7:23, 57:19,
219:19, 255:6

**night"** [1] - 13:11

**night'** [2] - 13:20,
111:6

**nighttime** [2] - 94:5,
95:18

**NO** [1] - 1:5

**no'** [2] - 124:13, 144:2

**noisy** [2] - 95:3, 95:25

**non** [3] - 196:2,
236:23, 258:23

**non-medical** [1] -
196:2

**non-responsive** [1] -
258:23

**non-responsiveness**
[1] - 236:23

**none** [1] - 231:21

**none'** [2] - 114:8,
114:23

**normal** [3] - 7:17,
7:20, 86:13

**normally** [3] - 31:9,
31:10, 258:16

**nose** [16] - 87:19,
88:22, 93:17, 96:15,
98:12, 98:15, 98:16,
98:20, 99:16, 99:25,
100:15, 103:3,
103:6, 110:3, 244:6,
248:1

**Notary** [3] - 2:5, 261:6,
261:22

**Note** [1] - 137:15

**note** [1] - 138:1

**note'** [1] - 137:7

**Note'** [1] - 137:16

**noted** [5] - 112:19,
112:22, 148:9,
256:12, 262:7

**notes** [3] - 137:20,
232:5, 261:12

**nothing** [18] - 20:21,
20:22, 84:17, 86:25,
90:9, 103:25, 130:8,
130:10, 130:14,
153:22, 180:21,
181:3, 211:9,
211:20, 212:9,
212:14, 234:11,
260:16

**notice** [8] - 13:16,
14:23, 14:25, 16:2,
35:10, 91:14,
100:22, 170:13

**Notice** [2] - 2:6, 261:8

**noticeably** [2] - 12:8,
12:10

**noticed** [7] - 10:13,
13:12, 103:24,
129:21, 129:25,
171:6, 232:25

**notified** [1] - 204:14

**November** [5] - 1:15,
2:3, 4:1, 4:5, 262:1

**now'** [2] - 13:3, 107:8

**nowhere** [1] - 93:2

**number** [62] - 80:24,
91:12, 91:17, 94:3,
94:21, 95:19, 100:2,
102:21, 103:14,
107:6, 107:17,
135:23, 135:24,
136:9, 141:14,
143:25, 144:22,

148:12, 151:8,
151:14, 156:20,
157:16, 159:9,
159:12, 159:14,
159:17, 159:18,
159:22, 159:24,
160:5, 160:6, 163:6,
165:15, 165:18,
166:8, 168:2,
169:18, 169:24,
176:1, 176:8,
176:10, 190:9,
197:4, 197:7, 200:5,
200:6, 200:15,
200:18, 200:22,
205:20, 210:8,
210:13, 210:15,
214:3, 214:4,
215:12, 215:13,
215:15, 230:7,
230:10

**Number** [68] - 10:15,
10:19, 16:9, 16:13,
59:17, 79:21, 80:2,
82:9, 83:5, 83:6,
85:13, 85:14, 89:2,
89:6, 91:12, 93:22,
94:1, 96:3, 107:22,
108:7, 110:1,
110:13, 120:13,
120:17, 121:21,
121:24, 122:16,
129:1, 131:3,
133:20, 133:22,
134:1, 134:21,
135:22, 137:7,
137:13, 150:5,
150:7, 150:10,
150:11, 150:12,
150:16, 156:23,
156:24, 159:16,
161:11, 162:21,
165:15, 165:18,
165:19, 165:23,
166:9, 168:5, 170:9,
173:13, 185:2,
185:6, 190:21,
190:25, 193:9,
193:12, 201:6,
201:9, 201:10,
210:12, 214:2,
232:11

**numbers** [2] - 159:11,
159:21

**numerous** [3] - 76:2,
140:7, 233:21

# O

**O"Currance** [8] -

227:17, 232:10,
232:13, 232:18,
232:20, 233:7, 247:5
**oath** [5] - 134:18,
151:6, 178:20,
181:16, 243:13
**object** [3] - 236:22,
237:15, 258:23
**objection** [94] - 21:11,
28:9, 37:15, 37:25,
38:7, 40:9, 41:1,
42:9, 42:14, 43:11,
43:17, 44:6, 44:15,
44:21, 44:24, 45:1,
47:11, 47:24, 48:14,
49:9, 49:16, 49:21,
50:5, 50:9, 50:14,
51:1, 51:14, 51:19,
52:1, 52:14, 52:19,
52:25, 53:11, 53:24,
55:14, 55:20, 60:19,
61:2, 62:15, 67:22,
72:20, 74:24, 84:1,
93:9, 95:5, 97:8,
98:1, 99:7, 99:18,
102:3, 102:17,
104:3, 106:10,
106:15, 114:4,
115:4, 118:7, 119:5,
119:20, 123:19,
125:9, 125:22,
126:4, 126:9,
126:11, 126:19,
129:16, 139:5,
139:14, 147:3,
160:23, 161:6,
180:13, 181:20,
194:19, 212:5,
212:18, 213:10,
224:20, 225:5,
225:21, 226:25,
249:3, 250:21,
251:8, 251:25,
252:17, 255:20,
256:24, 259:3,
259:18, 260:1,
260:5, 260:9
**objections** [6] -
125:25, 126:1,
126:2, 126:13,
126:21, 261:10
**oblivion** [1] - 128:4
**observed** [2] - 11:24,
163:21
**obtain** [2] - 14:5,
14:16
**obtained** [2] - 14:4,
90:3
**obtaining** [1] - 58:1
**obvious** [1] - 252:8

**obviously** [4] - 81:2,
128:4, 150:3, 226:16
**occasion** [5] - 166:14,
186:22, 187:11,
192:2, 193:25
**occasions** [8] - 79:2,
191:9, 192:11,
193:2, 233:21,
234:2, 234:3, 234:4
**occur** [1] - 210:18
**occurred** [6] - 85:3,
170:13, 196:7,
200:19, 239:13,
244:18
**occurred'** [1] - 111:9
**occurrence** [1] -
148:14
**october** [1] - 163:16
**October** [5] - 106:16,
117:6, 150:23,
163:15, 173:14
**odds** [1] - 256:19
**odor** [2] - 187:20,
198:14
**OF** [3] - 1:2, 261:1,
261:3
**off'** [1] - 20:1
**offense** [1] - 158:21
**offered** [2] - 32:22,
34:23
**offering** [1] - 154:15
**OFFICER** [3] - 1:7,
1:8, 1:9
**Officer** [102] - 20:6,
20:24, 22:2, 22:7,
22:12, 22:23, 23:2,
23:7, 23:21, 24:6,
24:14, 24:22, 25:4,
26:7, 26:13, 26:23,
27:4, 28:15, 29:6,
30:1, 30:6, 30:11,
31:19, 32:3, 32:11,
32:24, 33:5, 34:21,
35:11, 36:17, 36:21,
36:23, 37:1, 37:9,
38:6, 38:14, 39:2,
39:4, 43:14, 43:20,
44:3, 44:11, 44:14,
44:18, 45:5, 45:8,
45:9, 45:11, 45:14,
45:17, 45:20, 45:23,
46:1, 46:4, 46:7,
49:19, 49:20, 49:24,
50:2, 50:7, 50:12,
50:22, 59:7, 60:7,
60:8, 72:12, 73:1,
73:5, 125:17,
173:17, 174:4,
174:15, 174:19,
176:18, 177:16,

177:18, 178:12,
178:22, 179:21,
180:22, 180:25,
181:4, 182:12,
182:14, 182:18,
182:19, 183:2,
183:24, 185:7,
185:12, 197:18,
203:5, 203:9,
203:11, 204:11,
204:20, 209:14,
243:6, 243:7,
251:11, 252:8
**officer** [68] - 20:17,
29:3, 34:1, 34:15,
34:20, 34:22, 36:20,
39:1, 54:12, 54:15,
59:7, 64:9, 64:13,
70:25, 71:25, 72:5,
74:4, 74:10, 77:20,
120:3, 156:8,
163:17, 164:18,
164:25, 168:6,
168:15, 168:16,
170:16, 170:17,
171:1, 171:15,
172:1, 172:4,
172:23, 178:18,
178:19, 181:13,
181:18, 183:9,
183:10, 183:17,
183:22, 187:1,
187:5, 187:6, 187:9,
187:23, 188:16,
188:22, 189:11,
191:4, 193:17,
197:18, 198:20,
201:18, 205:1,
208:24, 209:6,
213:24, 213:25,
242:21, 243:18,
243:19, 255:6,
255:17, 259:16,
260:8
**officer's** [3] - 16:22,
17:14, 73:10
**officers** [46] - 37:4,
44:23, 49:25, 50:21,
51:23, 53:3, 54:9,
54:18, 58:8, 59:6,
60:5, 61:18, 61:22,
73:11, 77:14,
118:13, 118:14,
118:25, 119:2,
119:9, 119:13,
156:11, 156:13,
161:24, 168:24,
177:8, 178:24,
182:16, 190:8,
191:13, 204:15,
210:22, 211:6,

211:21, 211:25,
213:6, 241:13,
241:16, 242:5,
250:25, 252:2,
252:4, 252:14,
255:11, 258:10
**offices** [3] - 4:4,
15:23, 203:7
**OFFICIAL** [3] - 1:8,
1:9, 1:10
**official** [2] - 90:9,
261:16
**often** [3] - 9:18, 190:6,
192:4
**old** [2] - 66:5, 137:4
**oldest** [1] - 239:10
**once** [5] - 5:14,
105:25, 106:1,
108:21, 216:3
**one** [72] - 4:25, 5:13,
7:9, 14:7, 31:19,
43:7, 45:8, 59:7,
70:9, 75:11, 83:19,
86:12, 88:22, 88:23,
92:7, 94:3, 100:3,
103:19, 105:4,
107:7, 107:15,
109:2, 109:8,
111:11, 124:10,
127:11, 135:7,
142:11, 146:6,
150:17, 157:23,
158:1, 167:20,
174:13, 177:4,
177:5, 190:1,
190:11, 192:2,
198:24, 203:11,
208:2, 208:8,
208:11, 210:2,
210:9, 211:2,
214:19, 218:22,
218:23, 219:5,
219:8, 223:3,
227:23, 228:19,
229:20, 229:21,
230:4, 231:3, 232:8,
232:21, 234:8,
235:13, 235:19,
238:11, 239:10,
239:20, 240:7,
241:14, 254:25,
257:9, 258:18
**one's** [1] - 122:22
**one-liter-bottle** [1] -
7:9
**ones** [3] - 239:14,
239:24, 256:11
**onset** [1] - 90:4
**opens** [2] - 57:21,
57:24

**opinion** [17] - 84:2,
93:9, 97:9, 98:2,
102:18, 104:4,
105:14, 125:10,
129:17, 147:3,
156:10, 177:7,
178:24, 234:15,
237:18, 243:22,
259:13
**opposing** [1] - 196:17
**order** [3] - 76:17,
160:1, 258:18
**ordered** [6] - 79:14,
113:12, 113:15,
113:24, 121:5,
160:19
**ordering** [1] - 46:10
**orient** [1] - 17:5
**otherwise** [2] - 175:4,
240:1
**outcome** [1] - 261:14
**outcomes** [1] - 130:25
**outpatient** [5] - 206:6,
206:11, 206:17,
207:3
**outside** [16] - 13:12,
21:11, 61:5, 68:24,
69:20, 84:1, 93:9,
97:8, 98:1, 102:17,
104:3, 125:9,
129:16, 147:3,
161:6, 241:4
**overcome** [1] - 250:12
**overlook** [1] - 246:11
**override** [1] - 236:14
**own** [1] - 67:17
**oxygen** [1] - 45:4

**P**

**P-Chatwin** [3] -
143:18, 146:1,
147:15
**P.C** [1] - 2:8
**p2b** [1] - 141:23
**page** [47] - 19:19,
80:17, 80:22, 80:23,
81:7, 81:22, 91:17,
94:15, 112:5,
116:16, 116:21,
120:16, 122:8,
124:6, 126:22,
127:4, 127:14,
130:21, 134:21,
135:4, 135:22,
136:9, 137:9,
137:12, 137:25,
138:18, 141:14,
141:18, 141:19,

141:22, 143:17,
145:24, 147:12,
150:20, 153:12,
163:13, 163:15,
166:1, 175:7,
215:11, 215:12,
216:22, 228:7,
232:16
**PAGE** [2] - 3:2, 262:8
**PAGE-LINE** [1] - 262:8
**pages** [1] - 141:16
**paid** [4] - 220:5, 240:6,
241:1, 245:17
**pain** [19] - 81:15, 82:3,
82:5, 82:9, 82:12,
82:23, 82:25, 84:7,
85:1, 85:7, 144:1,
144:7, 144:9,
144:11, 144:12,
144:14, 144:20,
244:13, 250:8
**paltry** [1] - 214:17
**panicked** [1] - 219:24
**paper** [4] - 23:19,
23:22, 24:14, 239:25
**papers** [5] - 22:5,
22:11, 22:13, 22:18,
23:5
**paperwork** [4] -
229:23, 229:25,
230:5, 230:12
**paragraph** [19] -
19:23, 24:20, 27:21,
28:13, 28:21, 29:1,
31:16, 35:3, 35:11,
35:16, 83:16, 89:22,
90:15, 90:20, 93:22,
94:3, 162:2, 173:25,
199:20
**parallel** [2] - 30:19,
33:9
**paramedics** [2] -
35:23, 187:8
**paraphernalia** [1] -
175:11
**parent's** [1] - 58:2
**parentheses** [2] -
13:5, 13:16
**parents** [21] - 7:3,
9:18, 69:4, 69:13,
72:18, 73:4, 118:20,
118:24, 133:3,
152:2, 153:4, 153:7,
153:9, 172:7, 188:9,
188:22, 245:14,
247:20, 247:23,
253:12, 253:15
**parents'** [21] - 14:10,
14:19, 14:21, 14:22,
15:15, 15:21, 64:3,

66:12, 70:18,
161:24, 163:19,
172:12, 172:14,
173:8, 188:19,
189:12, 190:18,
195:22, 202:15,
202:23, 244:3
**parked** [3] - 13:12,
13:22, 13:23
**parking** [4] - 13:23,
43:4, 197:21, 240:16
**parole** [2] - 168:15,
168:19
**part** [13] - 15:18,
40:13, 123:3, 123:8,
206:6, 225:14,
238:14, 244:14,
246:12, 247:4,
249:1, 249:2, 249:22
**participate** [1] - 59:25
**participated** [4] -
61:15, 80:9, 120:19,
206:11
**participating** [1] -
80:7
**particularly** [1] - 67:8
**parts** [2] - 187:3,
187:4
**party** [1] - 261:14
**passerby** [3] - 186:4,
186:10, 187:1
**passionate** [3] -
252:2, 252:9, 252:16
**past** [4] - 47:8, 63:4,
127:16, 238:7
**past'** [1] - 146:16
**patient** [1] - 90:3
**patrol** [3] - 45:9,
50:22, 209:15
**pattern** [1] - 19:17
**PATTERSON** [1] - 1:7
**Patterson** [31] - 36:17,
36:23, 39:2, 39:4,
44:3, 44:14, 44:18,
45:5, 45:8, 45:11,
45:17, 45:20, 45:23,
46:1, 49:19, 49:24,
50:2, 50:7, 50:13,
60:8, 72:12, 180:25,
182:19, 182:20,
183:3, 184:2, 184:5,
184:11, 243:6,
251:11, 252:8
**Patterson's** [6] -
45:15, 46:5, 46:7,
73:1, 73:6, 182:14
**pawn** [1] - 158:4
**pay** [3] - 240:21,
240:22, 245:8
**paying** [3] - 240:25,

245:19, 245:22
**payments** [2] -
245:11, 245:14
**PBT** [5] - 33:24, 34:9,
34:15, 34:23
**PC** [2] - 227:24,
228:25
**peace** [6] - 73:11,
118:13, 118:14,
118:25, 119:2,
119:13
**pediatric** [1] - 98:16
**peg** [2] - 236:9, 236:13
**pending** [1] - 6:4
**penetrate** [1] - 236:11
**penetrates** [1] -
236:14
**people** [35] - 66:4,
75:3, 78:8, 86:16,
88:17, 94:17, 95:7,
138:22, 138:23,
139:18, 149:14,
149:22, 149:24,
151:12, 156:15,
163:9, 168:8,
183:22, 184:20,
205:21, 211:11,
235:21, 235:22,
235:25, 236:3,
236:5, 236:6,
236:11, 237:4,
237:16, 237:22,
237:23, 237:25,
238:11, 255:10
**people'** [1] - 139:20
**percent** [2] - 97:2,
238:11
**perception** [1] - 118:4
**perform** [4] - 25:1,
37:14, 125:15,
125:17
**performed** [5] - 27:17,
27:19, 37:23, 59:11,
104:19
**performing** [2] - 37:9,
125:20
**period** [18] - 8:13,
127:18, 135:1,
135:15, 136:2,
136:17, 172:14,
208:7, 214:11,
216:1, 216:2, 218:3,
218:5, 218:11,
218:15, 223:20,
225:15, 241:1
**periods** [2] - 208:8,
208:9
**permanent** [1] - 97:1
**perpetuated** [1] -
133:13

**person** [29] - 5:13,
17:24, 18:13, 63:24,
66:9, 67:10, 70:11,
71:21, 76:19, 86:22,
93:10, 97:24, 98:8,
100:14, 109:17,
147:4, 151:20,
154:3, 156:18,
161:7, 163:10,
166:21, 167:7,
167:13, 167:14,
183:5, 183:19,
234:21, 259:14
**person'** [1] - 170:21
**person's** [7] - 84:2,
97:9, 98:2, 102:18,
104:4, 125:10,
129:17
**personal** [5] - 51:2,
67:23, 119:6,
119:21, 224:21
**personally** [3] -
130:18, 252:3, 257:3
**personnel** [4] - 53:22,
55:9, 71:4, 74:15
**phase'** [1] - 141:4
**phone** [3] - 88:18,
94:18, 95:8
**phrase** [1] - 137:1
**physical** [4] - 80:25,
84:18, 94:22, 163:24
**physician** [1] - 147:1
**pick** [1] - 23:6
**picked** [1] - 195:18
**piece** [2] - 60:25,
239:25
**pieced** [1] - 74:20
**pieces** [2] - 58:12,
58:18
**Pinegar** [1] - 4:4
**PINEGAR** [1] - 2:14
**pinpoint** [2] - 120:5,
129:6
**Pioneer** [3] - 2:19,
203:7, 203:8
**pipe** [3] - 162:4, 162:5,
162:6
**Pizza** [5] - 232:25,
233:2, 233:8, 233:11
**place** [24] - 34:18,
42:7, 71:22, 82:20,
84:11, 85:1, 104:12,
131:20, 132:8,
136:8, 164:7, 171:4,
171:22, 172:2,
172:18, 195:8,
195:25, 220:2,
224:14, 228:24,
230:18, 248:13,
254:5, 261:8

**placed** [7] - 34:2,
38:14, 38:16, 47:3,
58:13, 77:13, 179:19
**places** [1] - 133:1
**placing** [1] - 46:22
**PLAINTIFF** [2] - 1:5,
2:8
**plaintiff's** [1] - 214:7
**Plaintiff's** [3] - 3:9,
3:12, 80:2
**plane** [1] - 77:11
**plans** [1] - 238:1
**play** [1] - 48:20
**playing** [2] - 48:25,
256:18
**plays** [1] - 216:9
**pleas** [1] - 157:1
**pleasure** [3] - 175:6,
176:19, 178:15
**pled** [2] - 239:6
**plight** [1] - 236:17
**pocket** [2] - 162:5,
245:1
**point** [34] - 5:23, 9:24,
10:3, 17:5, 23:15,
24:23, 29:19, 31:19,
33:18, 41:22, 42:22,
45:8, 58:14, 58:25,
72:24, 78:14, 78:19,
79:3, 79:17, 113:17,
133:14, 140:12,
148:5, 164:19,
169:17, 172:17,
182:21, 189:8,
223:23, 234:20,
236:2, 249:9,
251:19, 259:12
**pointed** [3] - 23:17,
23:21, 164:8
**pointing** [1] - 10:25
**Police** [22] - 3:8, 3:14,
3:14, 3:15, 3:15,
3:16, 3:17, 3:17,
3:18, 3:18, 10:24,
11:2, 17:6, 185:6,
190:25, 193:12,
197:7, 198:25,
201:12, 210:17,
212:23, 234:13
**police** [71] - 14:23,
16:3, 16:5, 18:4,
20:12, 35:18, 42:3,
42:6, 42:13, 42:19,
47:9, 47:16, 48:6,
58:8, 70:25, 72:10,
74:4, 74:10, 77:14,
123:17, 156:8,
156:10, 156:13,
161:23, 162:13,
172:21, 172:23,

178:21, 181:13, 183:10, 183:17, 187:1, 187:5, 187:6, 190:11, 190:12, 194:5, 195:19, 198:6, 199:11, 202:11, 203:3, 204:14, 205:4, 205:10, 210:22, 211:6, 211:12, 211:21, 211:25, 212:16, 213:4, 213:17, 240:2, 241:13, 241:16, 242:4, 242:21, 243:18, 243:19, 250:24, 252:4, 252:14, 255:11, 255:16, 255:17, 255:24, 258:10, 259:15, 260:8

**poor** [1] - 61:8

**poorly** [1] - 234:18

**Popov** [2] - 14:6, 35:12

**popping** [4] - 82:18, 82:20, 84:11, 85:1

**portable** [3] - 168:16, 168:25, 169:11

**portion** [6] - 81:19, 112:7, 122:9, 145:23, 147:13, 209:15

**portrayed** [3] - 73:1, 73:4, 75:2

**position** [6] - 29:12, 29:13, 47:4, 216:25, 227:12, 253:5

**positive** [1] - 169:15

**possessing** [1] - 175:10

**possession** [4] - 157:20, 162:15, 219:2, 220:10

**possibility** [4] - 37:18, 41:4, 43:12, 226:22

**possible** [9] - 5:3, 37:20, 81:10, 85:16, 86:20, 224:22, 224:24, 225:1, 255:19

**possibly** [3] - 18:10, 67:12, 256:19

**post** [4] - 141:4, 253:10, 253:12, 253:18

**pot** [2] - 248:6, 260:6

**potential** [4] - 85:20, 101:24, 102:8, 107:3

**pounds** [1] - 183:5

**power** [3] - 235:14, 249:21

**powerful** [1] - 249:1

**practical** [1] - 189:15

**pre** [2] - 100:5, 100:9

**pre-exist** [1] - 100:9

**pre-existing** [1] - 100:5

**preexisted** [1] - 102:15

**preexisting** [2] - 97:19, 99:14

**preliminary** [2] - 242:13, 243:1

**preparation** [7] - 89:11, 89:14, 108:13, 109:4, 109:6, 109:20, 141:1

**prepare** [3] - 108:16, 150:15, 151:3

**prepared** [1] - 150:18

**prescriber** [1] - 142:6

**prescriber's** [1] - 141:8

**prescription** [1] - 136:13

**present** [9] - 37:4, 54:19, 120:20, 153:16, 208:8, 215:24, 216:13, 243:9, 259:9

**presented** [1] - 183:13

**preserve** [1] - 236:21

**pressure** [1] - 146:17

**pressure'** [1] - 146:15

**pretty** [46] - 8:13, 9:2, 15:5, 15:25, 18:24, 19:1, 37:17, 41:2, 62:3, 68:16, 68:21, 71:24, 72:4, 75:21, 78:15, 78:21, 79:19, 122:23, 126:14, 156:14, 156:18, 172:16, 177:4, 180:16, 189:4, 208:12, 214:17, 217:10, 219:17, 219:22, 226:6, 231:6, 232:4, 238:19, 238:22, 239:16, 241:3, 242:24, 245:10, 251:9, 252:7, 252:20, 252:21, 254:5, 254:9

**previous** [6] - 8:15, 8:16, 9:3, 78:20, 209:13, 232:18

**previously** [19] - 20:16, 41:6, 49:6,

109:20, 110:12, 113:9, 115:6, 121:2, 125:14, 130:9, 146:16, 153:6, 186:15, 187:15, 188:25, 196:5, 196:9, 196:15, 203:11

**Price** [1] - 240:5

**pride** [2] - 244:11, 244:17

**primary** [1] - 65:3

**priority** [1] - 245:10

**prison** [3] - 237:21, 252:23, 254:2

**privilege** [5] - 60:20, 61:3, 62:16, 99:9, 99:20

**probable** [2] - 177:19, 178:5

**probation** [17] - 160:15, 160:18, 160:19, 161:1, 161:3, 168:21, 168:22, 169:4, 169:6, 169:20, 169:23, 170:2, 170:6, 176:6, 200:9, 200:12, 210:5

**probe** [1] - 45:2

**problem** [7] - 79:19, 110:19, 110:24, 113:18, 139:4, 236:24, 236:25, 238:18, 249:7, 249:22, 250:3, 250:11

**problems** [6] - 26:11, 26:14, 125:1, 128:18, 128:19, 144:23

**procedure** [3] - 83:7, 103:17, 146:14

**proceeded** [1] - 14:3

**proceeding** [2] - 57:25, 58:5

**proceedings** [1] - 261:10

**process** [10] - 4:24, 59:25, 76:16, 77:16, 77:21, 119:16, 120:3, 154:16, 233:22, 253:23

**produce** [1] - 196:17

**produced** [4] - 22:1, 22:5, 141:25, 252:21

**profession** [4] - 88:8, 88:14, 149:12, 156:2

**profession'** [1] - 149:14

**professional** [5] - 103:10, 104:13, 104:15, 215:1, 215:5

**Professional** [3] - 2:5, 261:6, 261:21

**professionals** [2] - 101:16, 101:20

**profound** [2] - 81:12, 87:15

**program** [7] - 120:18, 132:6, 138:8, 139:2, 142:18, 206:6, 206:10

**Program** [1] - 137:15

**progress** [1] - 249:8

**progressed** [1] - 78:14

**progression** [1] - 234:17

**projections** [1] - 214:22

**prolonged** [1] - 231:3

**prone** [1] - 47:4

**properly** [1] - 213:24

**property** [5] - 157:13, 158:2, 170:1, 200:4, 219:2

**proposition** [1] - 183:20

**prospects** [1] - 237:8

**protected** [1] - 178:20

**protecting** [1] - 177:7

**proven** [1] - 177:14

**provide** [5] - 59:22, 126:10, 127:17, 154:17, 215:13

**provided** [10] - 62:14, 62:20, 90:12, 97:16, 108:4, 134:17, 151:11, 188:8, 190:17, 200:24

**providing** [4] - 20:6, 58:5, 90:7, 100:3

**provoked** [1] - 194:18

**prudent** [1] - 158:14

**psychiatric** [3] - 85:21, 85:25, 86:2

**psychological** [21] - 81:10, 85:16, 85:20, 86:6, 86:7, 86:18, 86:20, 87:1, 87:6, 87:10, 129:3, 129:6, 129:9, 130:9, 130:11, 130:15, 130:19, 148:3, 148:8, 258:8, 259:6

**Public** [3] - 2:5, 261:6, 261:22

**public** [7] - 195:4, 195:12, 199:24,

239:16, 240:10, 255:2, 255:4

**publically** [1] - 203:1

**publicly** [3] - 42:3, 171:12, 173:3

**pull** [3] - 15:14, 54:6, 219:12

**pulled** [4] - 14:22, 20:13, 70:17, 240:5

**pulling** [4] - 44:4, 44:13, 52:17, 58:4

**punched** [1] - 41:22

**punching** [1] - 165:9

**punished** [1] - 183:14

**purchase** [3] - 25:25, 157:20, 192:12

**purchased** [1] - 35:13

**purchasing** [1] - 25:24

**purposes** [1] - 236:23

**pursuant** [2] - 2:6, 261:8

**pursue** [1] - 158:7

**push** [2] - 126:8, 154:22

**pushing** [1] - 76:22

**put** [56] - 33:10, 60:12, 60:13, 61:12, 61:25, 80:14, 82:7, 82:10, 84:5, 85:8, 91:15, 92:20, 93:3, 94:23, 112:15, 123:18, 123:25, 124:16, 124:25, 126:23, 127:2, 130:24, 135:10, 135:11, 135:19, 138:21, 139:18, 143:7, 147:19, 148:1, 148:15, 151:20, 158:16, 159:13, 159:16, 160:1, 161:1, 161:3, 211:24, 214:7, 214:8, 223:21, 224:8, 228:15, 228:18, 238:6, 246:9, 250:6, 251:13, 252:22, 253:2, 253:16, 256:15, 256:16

**puts** [2] - 13:5, 13:16

**putting** [4] - 29:22, 54:3, 191:23, 218:2

## Q

**questionable** [1] - 49:12

**questioning** [2] -

242:21, 257:17
**questionnaire** [3] - 232:21, 233:7, 233:16
**questions** [30] - 5:1, 5:15, 52:8, 55:13, 55:19, 59:22, 59:23, 65:1, 90:11, 96:12, 96:24, 108:4, 112:24, 117:6, 126:24, 127:15, 143:24, 146:7, 150:16, 150:17, 152:17, 158:15, 164:14, 232:9, 232:22, 235:3, 237:11, 255:9, 260:14, 260:15
**questions'** [1] - 96:5
**quick** [3] - 76:22, 232:3, 239:3
**quickly** [3] - 156:21, 216:21, 247:9
**quiet** [5] - 94:6, 94:24, 95:22, 111:23, 112:2
**quit** [4] - 227:22, 230:15, 231:4, 231:19
**quite** [8] - 71:25, 74:11, 88:12, 182:25, 221:5, 241:12, 247:18, 250:16
**quote** [2] - 112:12, 251:21

## R

**rage** [1] - 240:14
**raise** [2] - 32:9, 32:12
**raised** [5] - 31:3, 31:10, 31:25, 33:8, 33:9
**raising** [1] - 31:24
**ran** [1] - 10:6
**ranch** [2] - 116:7
**Ranch** [19] - 79:10, 113:11, 116:9, 116:10, 120:21, 121:18, 122:3, 122:17, 122:25, 123:8, 131:6, 131:10, 132:18, 133:16, 134:11, 134:14, 134:24, 206:9, 207:12
**range** [3] - 87:21, 103:18, 107:7
**rant** [2] - 190:13,

251:21
**rant'** [1] - 251:21
**rapid** [4] - 82:22, 82:24, 84:9, 85:1
**rarely** [1] - 260:11
**rather** [2] - 73:6, 74:7
**rating** [1] - 97:2
**Ray** [1] - 3:8
**ray** [5] - 56:10, 56:13, 83:6, 84:14, 84:22
**RDR** [2] - 1:19, 262:2
**reaching** [1] - 45:14
**react** [1] - 220:6
**read** [11] - 17:3, 105:3, 109:6, 109:9, 164:12, 242:12, 242:17, 242:18, 242:22, 260:18, 262:7
**reading** [3] - 136:7, 143:14
**Ready** [2] - 231:13, 258:19
**realistic** [1] - 257:3
**realization** [1] - 250:14
**realize** [1] - 250:10
**realized** [2] - 101:5, 101:6, 101:8
**realizing** [1] - 58:7
**really** [29] - 22:17, 40:12, 57:7, 58:8, 76:25, 78:7, 79:17, 116:3, 126:8, 133:15, 152:8, 152:15, 155:17, 156:21, 172:11, 183:16, 189:25, 216:20, 220:5, 238:17, 238:22, 239:12, 239:18, 239:19, 244:13, 251:18, 253:4, 257:2
**rear** [3] - 35:12, 167:5, 219:21
**rear-ended** [2] - 167:5, 219:21
**reason** [18] - 5:24, 7:22, 23:13, 39:18, 126:3, 126:15, 126:19, 149:4, 169:10, 179:11, 182:23, 184:9, 208:18, 222:21, 223:11, 225:11, 238:5, 257:13
**REASON** [1] - 262:8
**reasonable** [2] - 39:19, 177:12
**reasoning** [1] - 20:11

**reasons** [2] - 127:11, 237:8
**recalled** [2] - 80:5, 80:6
**recalling** [2] - 78:13, 78:16
**receive** [5] - 132:4, 195:25, 207:5, 256:6, 256:8
**received** [31] - 34:4, 79:6, 79:12, 80:8, 91:25, 101:2, 113:13, 113:24, 121:9, 121:17, 131:2, 131:5, 131:16, 131:19, 131:23, 140:7, 155:20, 158:2, 177:4, 196:6, 196:12, 206:13, 207:3, 213:19, 213:23, 230:5, 230:10, 232:20, 251:15, 251:17, 254:14
**receiving** [5] - 80:6, 132:7, 142:15, 157:13, 169:25
**recent** [4] - 86:10, 86:22, 160:13, 201:1
**recess** [1] - 56:23, 117:25, 140:14, 184:24, 232:6
**reckless** [1] - 240:4
**recognize** [2] - 141:2, 150:11
**recognizing** [1] - 58:6
**recollect** [1] - 160:3
**recollection** [58] - 16:25, 18:7, 22:22, 23:10, 26:17, 27:6, 28:5, 28:23, 29:15, 29:18, 30:3, 31:7, 31:22, 32:6, 32:15, 33:25, 34:3, 34:5, 34:8, 34:10, 35:2, 36:11, 37:3, 38:18, 38:20, 39:2, 43:23, 44:9, 44:16, 46:17, 54:24, 55:2, 55:5, 55:8, 55:25, 56:12, 57:8, 57:10, 58:21, 59:2, 59:6, 59:7, 60:10, 61:23, 61:24, 64:17, 73:13, 73:20, 75:1, 111:17, 118:16, 149:3, 178:8, 182:23, 187:10, 209:10, 213:16, 222:21

**recommend** [1] - 78:1
**recommended** [1] - 102:22
**record** [15] - 4:9, 5:21, 56:20, 104:24, 117:24, 134:22, 196:16, 213:15, 232:5, 236:21, 238:20, 239:18, 250:18, 256:23, 261:12
**recorded** [1] - 261:11
**records** [9] - 163:17, 196:17, 196:19, 196:25, 206:13, 206:14, 206:16, 206:22, 250:18
**recovery** [7] - 238:9, 238:11, 238:13, 238:14, 238:15, 249:8, 249:23
**Recovery** [2] - 3:11, 137:15
**recreational** [9] - 114:20, 115:6, 115:25, 116:7, 248:14, 248:16, 248:17, 248:18, 260:7
**recreationally** [1] - 115:1
**reduce** [1] - 117:12
**reducing** [1] - 117:13
**refer** [4] - 133:1, 200:23, 200:25, 250:25
**referenced** [1] - 110:13
**referencing** [1] - 81:3
**referred** [3] - 95:9, 247:16, 262:6
**referring** [2] - 104:20, 251:24
**reflecting** [1] - 226:12
**reflects** [1] - 262:8
**refresh** [1] - 111:16
**refused** [7] - 10:14, 12:9, 33:24, 34:1, 34:9, 169:2, 169:10
**refusing** [4] - 34:14, 58:13, 208:19, 208:22
**regarding** [7] - 17:24, 57:3, 86:22, 103:6, 151:16, 152:25, 215:14
**register** [2] - 11:14, 12:5
**registered** [3] - 35:7, 35:8, 175:12

**Registered** [3] - 2:4, 261:6, 261:21
**registration** [5] - 20:23, 21:20, 23:5, 23:18, 23:22
**regularly** [3] - 115:19, 115:20, 115:21
**rehab** [4] - 123:15, 123:18, 194:22, 248:13
**rehabilitation** [1] - 124:20
**Reinalt** [2] - 215:20, 216:22
**relapse** [4] - 130:25, 140:2, 238:12, 238:14
**relapsed** [6] - 207:10, 207:20, 207:23, 208:13, 223:21, 228:19
**relapses** [2] - 139:23, 237:9
**relapsing** [1] - 208:12
**relate** [1] - 129:10
**related** [2] - 247:11, 261:14
**relating** [1] - 215:14
**relationship** [9] - 68:21, 68:23, 69:20, 73:7, 172:16, 189:5, 219:1, 221:10
**relationships** [1] - 77:1
**relax** [3] - 45:6, 45:24, 51:12
**release** [7] - 188:11, 196:21, 196:25, 206:19, 209:3, 209:7, 255:7
**released** [5] - 63:17, 175:14, 188:18, 195:12, 253:24
**releasing** [1] - 46:7, 175:17
**relieved** [1] - 247:17
**rely** [1] - 251:2
**remain** [4] - 157:6, 165:20, 166:8, 171:15
**remainder** [1] - 188:6
**remember** [62] - 6:15, 6:17, 9:14, 9:15, 12:7, 13:2, 24:9, 25:17, 25:20, 26:13, 29:8, 30:6, 30:11, 30:16, 32:3, 32:11, 33:2, 33:4, 34:23, 36:23, 37:1, 37:6, 40:20, 40:22, 44:22,

45:5, 50:2, 54:9,
56:1, 56:9, 56:10,
58:2, 58:5, 58:13,
67:13, 107:24,
112:3, 114:19,
144:25, 145:13,
145:21, 163:3,
164:25, 166:9,
183:1, 184:4, 187:2,
187:3, 187:4, 187:9,
191:11, 191:13,
194:12, 198:19,
199:2, 203:16,
231:11, 239:14,
239:25, 241:11,
242:17, 254:20
**remembers** [1] - 44:24
**removed** [1] - 247:15
**removing** [1] - 51:23
**Renaissance** [21] -
79:10, 113:11,
116:9, 116:10,
122:3, 131:6,
131:10, 132:18,
133:16, 134:11,
134:14, 134:24,
140:17, 141:11,
142:16, 194:11,
205:23, 206:9,
206:14, 207:1,
207:12
**repairs** [2] - 219:13,
219:14
**repeat** [2] - 102:23,
181:11
**rephrase** [6] - 5:5,
61:8, 99:20, 112:21,
125:11, 126:9
**repo'd** [1] - 219:17
**report** [11] - 16:23,
63:5, 70:15, 98:22,
161:11, 168:6,
170:23, 197:20,
201:12, 201:15,
246:21
**Report** [19] - 3:8, 3:8,
3:10, 3:12, 3:13,
3:14, 3:14, 3:15,
3:15, 3:16, 3:16,
3:17, 3:17, 3:18,
3:18, 185:7, 191:1,
193:13, 197:8
**Report'** [1] - 17:7
**Reported** [1] - 1:19
**reported** [8] - 97:15,
97:24, 107:23,
116:6, 116:12,
131:11, 131:20,
220:4
**reportedly** [1] -

203:14
**reporter** [2] - 4:7, 5:12
**Reporter** [7] - 2:4, 2:5,
261:6, 261:21,
261:21, 262:2
**Reporters** [1] - 4:8
**represent** [2] - 10:22,
141:24
**representation** [3] -
154:8, 154:9, 155:4
**representative** [1] -
156:3
**represented** [1] -
89:24
**represents** [1] - 96:9
**request** [4] - 99:17,
104:21, 104:25,
105:11
**requested** [7] - 36:3,
36:7, 104:17,
105:15, 106:6,
106:9, 168:16,
196:18, 206:14
**requesting** [3] - 66:5,
67:11, 214:15
**requests** [2] - 80:6,
80:8
**require** [4] - 71:15,
103:15, 103:19,
107:8
**required** [2] - 106:24,
175:18
**requisite** [1] - 210:18
**research** [4] - 86:10,
86:15, 86:22, 235:24
**residence** [8] - 7:7,
15:21, 18:7, 27:18,
161:24, 163:19,
189:13, 199:22
**resident** [1] - 211:17
**residential** [1] - 15:24
**residing** [1] - 261:6
**residual** [2] - 234:12,
234:22
**residuals** [2] - 148:3,
231:22
**resisting** [4] - 44:19,
45:21, 52:13, 52:24
**resolution** [1] - 160:25
**resource** [2] - 154:7,
154:12
**respect** [16] - 34:11,
59:12, 60:15, 76:24,
84:14, 88:14, 96:16,
101:24, 103:10,
106:2, 124:17,
128:14, 131:3,
139:23, 212:11,
232:10
**respecting** [1] -

186:17
**respond** [5] - 95:21,
121:14, 168:16,
190:8, 198:6
**responded** [11] - 42:4,
81:6, 114:23, 117:6,
185:13, 191:4,
197:20, 201:19,
202:12, 204:15,
233:15
**responding** [5] - 80:7,
80:9, 158:18,
168:24, 230:3
**response** [33] - 5:20,
24:17, 81:6, 91:9,
92:15, 94:20, 95:19,
96:5, 96:25, 97:14,
103:13, 111:5,
124:24, 126:10,
134:13, 136:5,
136:9, 136:19,
148:2, 159:24,
169:18, 169:24,
176:10, 200:15,
200:17, 200:21,
210:8, 210:21,
212:7, 214:3, 214:7,
214:20, 232:20
**responses** [14] -
59:22, 90:12, 93:2,
94:11, 96:24, 108:5,
112:24, 124:16,
131:4, 134:18,
135:18, 146:7,
150:16, 156:22
**responsibilities** [1] -
228:22
**responsibility** [4] -
183:21, 184:19,
184:20, 252:10
**responsible** [2] -
188:11, 205:3
**responsive** [2] -
196:19, 258:23
**responsiveness** [1] -
236:23
**rest** [3] - 5:25, 238:13,
253:2
**restitution** [1] -
240:21
**restricted** [2] - 158:24,
175:10
**restriction** [1] - 159:5
**result** [8] - 81:1,
129:14, 149:18,
151:18, 241:8,
251:6, 253:8, 258:8
**resulted** [3] - 91:14,
129:14, 234:8
**results** [2] - 56:15,

56:17
**retain** [1] - 164:13
**retained** [1] - 214:22
**retention** [2] - 46:5,
46:8
**retrieved** [2] - 23:19,
244:2
**return** [1] - 102:22
**returned** [1] - 102:24
**review** [2] - 89:11,
108:25
**reviewed** [6] - 89:10,
109:2, 109:21,
141:1, 209:2, 242:23
**reviewing** [2] - 89:14,
109:19
**revocation** [2] - 159:2,
176:5
**revoked** [4] - 169:6,
174:24, 175:9, 178:2
**ride** [2] - 188:15,
202:25
**ridiculous** [1] - 73:19
**riding** [3] - 54:9,
54:12, 55:13
**rifling** [1] - 22:17
**right'** [1] - 244:16
**rights** [1] - 164:12
**ringing** [29] - 81:12,
88:2, 88:11, 88:16,
90:4, 94:16, 95:3,
95:6, 96:16, 96:21,
97:20, 98:4, 98:23,
99:1, 99:4, 99:5,
100:6, 100:8, 101:3,
101:5, 101:12,
101:17, 106:3,
110:9, 111:3,
111:14, 112:1,
144:18, 258:11
**risk/reward** [1] - 107:3
**road** [4] - 15:8, 15:11,
19:11, 240:14
**Road** [3] - 2:19, 203:8
**roads** [2] - 15:25,
188:8
**Rock** [5] - 232:24,
232:25, 233:2,
233:8, 233:11
**role** [1] - 216:10
**roll** [1] - 50:18
**room** [9] - 5:25, 9:19,
9:22, 54:16, 55:10,
57:12, 111:23,
112:2, 113:22
**round** [2] - 236:10,
236:13
**rule** [2] - 6:3, 126:7
**rules** [2] - 4:23,
219:19

**rumors** [6] - 210:21,
211:6, 211:7,
211:10, 211:25,
255:10
**running** [1] - 166:20
**rupture** [1] - 111:10
**ruptured** [10] - 90:17,
90:25, 91:2, 91:15,
93:3, 93:7, 93:14,
93:18, 246:10,
251:16
**rupturing** [1] - 246:4

## S

**sack** [1] - 35:12
**sad** [1] - 253:4
**safe** [2] - 132:8, 209:3
**sales** [7] - 88:7, 88:15,
95:25, 156:3,
216:25, 217:6
**Salt** [11] - 2:2, 2:10,
2:13, 2:17, 4:1, 4:5,
209:16, 209:19,
254:3, 261:22, 262:4
**SALT** [1] - 261:3
**sandals** [4] - 27:9,
27:10, 27:12, 48:8
**Sandy** [7] - 14:3, 14:8,
14:12, 14:15, 14:19,
35:14, 57:25
**sat** [2] - 253:20,
253:22
**Satellite** [3] - 217:1,
217:5, 217:9
**save** [1] - 223:21
**saw** [29] - 19:7, 63:4,
70:11, 70:15, 71:3,
71:22, 87:19, 88:21,
93:17, 99:3, 99:17,
101:23, 104:15,
105:1, 105:8,
105:18, 105:25,
106:19, 117:2,
117:3, 117:20,
167:4, 179:18,
181:24, 182:24,
220:4, 243:22,
246:25, 247:22
**scab** [1] - 247:15
**scans** [1] - 56:11
**scare** [1] - 258:24
**scary** [5] - 86:12,
86:15, 183:18,
183:20, 259:10
**scenario** [1] - 42:17
**scene** [7] - 54:22,
157:6, 165:20,
166:8, 166:12,

166:18, 167:1
**science** [1] - 236:1
**scope** [14] - 84:1,
93:10, 97:8, 98:1,
102:17, 104:3,
125:9, 127:24,
129:17, 149:1,
149:11, 149:13,
161:6, 181:14
**Scott** [12] - 151:21,
151:23, 151:24,
152:4, 152:7, 152:8,
152:25, 153:3,
163:10, 164:11,
168:9
**scratches** [5] - 43:3,
43:6, 43:10, 43:15,
44:12
**seal** [1] - 261:16
**sealed** [1] - 35:11
**Sean** [6] - 211:14,
211:15, 211:19,
211:22, 212:2,
255:11
**search** [2] - 236:15,
236:16
**searching** [6] - 39:5,
44:4, 162:4, 174:13,
179:2, 180:5
**season** [1] - 217:21
**seasonal** [1] - 217:6
**second** [27] - 19:20,
19:22, 19:23, 19:24,
27:22, 42:20, 90:2,
90:14, 90:19, 97:14,
112:5, 117:14,
124:6, 136:5,
137:25, 138:18,
162:2, 166:1, 176:7,
190:11, 209:3,
214:19, 221:24,
229:20, 235:4
**seconds** [1] - 33:11
**section** [7] - 11:10,
83:13, 110:16,
110:20, 112:7,
117:11, 147:17
**secured** [1] - 209:15
**see** [204] - 10:24, 11:2,
11:5, 11:10, 11:14,
12:1, 12:15, 13:6,
13:17, 16:17, 17:7,
17:10, 17:14, 17:17,
17:21, 17:25, 18:15,
19:5, 19:13, 19:21,
23:4, 28:20, 35:19,
62:13, 63:9, 70:24,
71:23, 80:3, 80:18,
81:7, 81:17, 83:11,
83:16, 83:21, 85:17,

86:15, 89:9, 89:20,
90:5, 90:17, 90:22,
94:2, 95:8, 96:6,
97:3, 97:20, 99:5,
102:7, 103:20,
104:9, 104:13,
105:23, 108:10,
110:7, 110:19,
110:24, 111:11,
111:23, 112:7,
112:10, 114:8,
116:16, 116:17,
116:19, 116:21,
117:13, 117:17,
120:22, 122:10,
122:20, 123:12,
124:8, 124:11,
126:24, 127:7,
127:18, 128:23,
130:22, 130:25,
131:21, 131:24,
134:6, 135:5, 135:8,
135:12, 136:4,
136:5, 137:8,
137:16, 138:3,
138:19, 138:24,
139:7, 139:10,
139:11, 141:4,
141:8, 142:13,
143:22, 144:2,
146:1, 146:20,
146:22, 147:15,
148:15, 150:21,
150:23, 151:14,
154:25, 157:4,
157:7, 157:11,
157:14, 157:17,
157:22, 158:10,
158:22, 158:25,
159:3, 159:7,
159:12, 159:18,
161:12, 161:25,
162:7, 163:7,
163:15, 164:2,
164:9, 165:24,
166:2, 168:6,
168:10, 168:17,
170:14, 170:19,
170:21, 171:4,
171:10, 171:24,
172:2, 172:5,
173:14, 173:17,
173:20, 173:23,
174:2, 175:12,
175:15, 175:20,
179:2, 179:14,
181:18, 185:7,
185:9, 185:17,
185:23, 188:2,
188:13, 191:1,
191:6, 193:14,

196:25, 197:8,
197:15, 197:21,
198:15, 199:5,
199:18, 199:22,
200:1, 201:11,
201:13, 201:16,
201:18, 201:21,
201:23, 201:24,
202:4, 202:5, 202:8,
206:20, 208:20,
209:4, 214:9,
215:17, 215:21,
215:25, 217:21,
219:15, 221:2,
221:15, 221:18,
222:7, 227:4, 228:8,
228:25, 229:9,
230:19, 243:10,
243:24, 246:2,
247:12
**seeing** [7] - 17:1, 58:3,
80:11, 96:14,
102:11, 114:16,
137:11
**seek** [4] - 205:25,
238:18, 244:5, 244:7
**seeking** [2] - 244:17,
244:19
**seem** [1] - 174:10
**seized** [1] - 162:6
**select** [2] - 103:18,
107:7
**self** [4] - 107:23,
131:11, 131:20,
235:18
**self-control** [1] -
235:18
**self-reported** [3] -
107:23, 131:11,
131:20
**sell** [7] - 10:14, 12:9,
12:14, 12:18, 12:21,
12:25, 13:3
**selling** [2] - 218:12,
218:14
**send** [1] - 49:20
**sense** [1] - 5:17
**sent** [1] - 260:20
**sentence** [22] - 11:23,
19:4, 19:21, 19:25,
20:20, 22:4, 22:10,
23:4, 23:17, 24:11,
27:16, 27:22, 29:5,
29:11, 87:13, 88:15,
90:15, 90:22, 94:1,
94:2, 136:6, 214:20
**separate** [6] - 121:3,
170:3, 191:9,
192:11, 193:2,
228:13

**separated** [5] - 56:10,
56:13, 81:16, 82:5,
251:16
**separation** [2] - 56:18,
83:19
**September** [1] - 81:25
**sequence** [1] - 145:25
**serious** [2] - 74:3,
147:18
**serve** [1] - 221:9
**served** [1] - 239:6
**server** [2] - 221:7,
227:13
**Service** [1] - 137:15
**service** [4] - 137:20,
138:1, 219:10,
219:14
**SESSIONS** [1] - 2:8
**sessions** [4] - 137:19,
235:7, 237:3
**set** [4] - 247:22, 253:8,
254:20, 261:8
**Set** [3] - 3:9, 3:12,
80:3
**sets** [1] - 219:13
**seven** [3] - 135:23,
136:10, 143:18,
177:7, 228:7,
228:10, 233:17
**several** [3] - 22:5,
44:19, 53:22
**severe** [11] - 144:1,
144:7, 144:12,
144:13, 144:17,
144:19, 148:13,
148:18, 148:21,
148:25, 149:5
**sex** [2] - 127:6
**sexual** [1] - 149:9
**share** [2] - 74:1, 78:6
**sharp** [1] - 19:12
**shaved** [1] - 18:13
**shelter** [10] - 132:24,
133:4, 133:5, 189:9,
195:9, 195:25,
196:3, 204:10,
236:16, 250:13
**shift** [2] - 230:4,
233:10
**shifts** [6] - 229:12,
229:18, 229:19,
230:9, 231:5, 231:7
**shirt** [1] - 18:14
**shit** [1] - 39:11
**shoes** [1] - 48:25
**shooting** [1] - 158:4
**shoots** [1] - 183:19
**shop** [1] - 158:5
**short** [2] - 66:15,
218:4

**Shorthand** [3] - 2:4,
261:5, 261:21
**shortly** [5] - 62:9,
64:12, 158:1, 233:3,
242:23
**shorts** [1] - 18:14
**shotgun** [1] - 158:3
**shoulder** [19] - 31:25,
33:8, 56:10, 56:13,
56:18, 59:12, 64:15,
81:15, 81:20, 82:3,
82:6, 84:14, 84:23,
144:9, 251:16,
258:17, 258:22,
258:25, 259:1
**shoulders** [1] - 82:22
**show** [6] - 5:21, 68:19,
105:20, 231:2,
250:3, 250:8
**showing** [3] - 37:6,
158:8, 187:6
**shown** [1] - 76:20
**shows** [5] - 93:7,
93:13, 105:6,
186:21, 187:1
**shut** [2] - 19:25, 20:3
**shuttle** [2] - 188:8,
190:17
**sic** [1] - 246:20
**sick** [1] - 98:14
**side** [10] - 29:22, 32:2,
32:4, 86:22, 91:25,
130:11, 154:5,
155:12, 199:14
**sided** [1] - 243:18
**sidewalk** [5] - 25:1,
25:5, 25:7, 27:17,
186:23
**sign** [1] - 260:18
**signal** [3] - 15:2, 15:5,
15:19
**signaled** [2] - 15:14,
19:8
**signaling** [1] - 19:12
**signature** [5] - 80:18,
80:20, 81:21, 141:8,
151:1
**signed** [3] - 81:20,
81:24, 92:1
**significant** [3] -
119:18, 120:1,
252:21
**significantly** [2] -
83:20, 220:12
**silly** [3] - 181:25,
182:10, 246:11
**similar** [1] - 210:16
**simple** [3] - 157:2,
159:24, 251:18
**Simple'** [1] - 163:6

simply [2] - 99:22, 212:2
single [1] - 95:24
sister [6] - 151:25, 152:11, 153:14, 154:6, 183:7, 184:13
sit [1] - 103:22
sitting [9] - 5:12, 50:21, 98:7, 103:2, 113:20, 113:22, 115:25, 123:22, 253:17
situation [13] - 66:20, 76:18, 77:19, 152:9, 153:8, 179:5, 179:7, 181:14, 182:11, 190:7, 205:13, 236:19, 260:7
situations [1] - 146:6
six [22] - 62:11, 102:23, 107:17, 116:2, 116:17, 116:20, 116:23, 132:9, 135:4, 135:5, 169:9, 169:10, 170:5, 197:12, 198:8, 203:23, 215:13, 217:11, 221:21, 227:20, 228:18, 229:4
six-month [1] - 102:23
sizable [1] - 247:15
sized [1] - 238:19
skip [3] - 19:3, 19:20, 28:13
skull [5] - 86:14, 90:16, 111:10, 184:5, 251:15
skull-fracturing [1] - 86:14
Slaymaker [2] - 221:1, 221:4
sleep [8] - 7:12, 7:13, 7:15, 7:18, 7:20, 7:25, 88:11, 171:22
sleeping [1] - 170:24
slept [1] - 6:18
slipped [2] - 186:3, 186:5
slippery [1] - 188:8
sloppy [1] - 58:6
small [6] - 78:6, 78:8, 78:11, 217:10, 223:20, 245:19
smarter [1] - 237:17
smell [1] - 187:20
smelled [1] - 10:14
Smith's [5] - 58:4, 191:5, 191:9, 191:22
smoke [3] - 135:15,

162:5, 162:18
smoked [3] - 116:1, 137:3, 248:6
smoking [5] - 115:9, 116:12, 162:11, 236:9, 248:6
smoother [1] - 4:24
Smurthwaite [3] - 1:19, 4:7, 262:2
SMURTHWAITE [3] - 2:4, 261:5, 261:20
SNOW [1] - 2:8
snow [3] - 186:3, 186:5, 188:7
sober [12] - 128:6, 128:18, 139:25, 188:11, 207:9, 207:13, 207:14, 208:5, 208:8, 208:9, 238:5, 238:13
sobriety [18] - 25:1, 26:10, 27:16, 27:19, 28:1, 28:3, 31:20, 33:6, 34:11, 37:10, 37:22, 58:12, 58:18, 125:15, 125:16, 223:20, 228:19, 228:20
social [3] - 69:20, 112:6, 126:24
socialized [1] - 69:1
society [1] - 237:20
sold [1] - 14:4
Solutions [1] - 227:25
someone [5] - 66:2, 67:9, 165:9, 220:4, 259:23
sometime [1] - 7:17
sometimes [2] - 40:5, 82:17
somewhere [3] - 7:25, 173:6, 241:15
son [1] - 205:11
soon [3] - 211:4, 217:7, 226:6
sooth [1] - 76:21
sorry [7] - 104:6, 131:19, 143:17, 159:15, 165:17, 232:11, 254:13
sort [13] - 69:15, 69:16, 73:19, 76:18, 85:21, 86:11, 95:9, 107:3, 132:25, 177:10, 183:6, 242:8, 258:16
sought [3] - 149:14, 149:23, 207:1
sounds [2] - 145:10, 146:5

source [1] - 154:9
south [3] - 19:10, 185:16, 244:2
South [18] - 2:12, 10:9, 19:8, 19:11, 19:13, 163:18, 168:14, 170:18, 185:14, 186:1, 188:1, 188:2, 191:5, 197:21, 199:21, 199:22, 211:16, 254:3
spare [1] - 127:1
sparingly [1] - 9:2
speaking [4] - 126:1, 126:2, 126:13, 126:20
specialist [14] - 93:17, 96:15, 98:12, 98:15, 98:17, 98:20, 99:16, 99:25, 100:16, 103:3, 103:6, 110:3, 114:2
specific [19] - 16:21, 23:10, 26:17, 29:15, 45:3, 56:12, 57:2, 61:22, 75:16, 89:18, 101:1, 118:23, 132:6, 134:4, 149:3, 179:10, 211:9, 211:20, 255:16
specifically [32] - 12:7, 12:24, 15:10, 21:1, 23:24, 24:9, 25:4, 30:7, 34:24, 39:10, 40:16, 60:7, 61:19, 66:7, 66:23, 69:25, 70:18, 71:6, 80:24, 94:16, 95:1, 95:17, 98:14, 105:14, 107:5, 107:22, 112:9, 114:21, 141:20, 142:22, 146:12, 165:19
specifics [3] - 44:23, 44:25, 67:13
specify [1] - 127:16
speculation [13] - 37:15, 37:25, 38:7, 43:11, 48:14, 51:1, 67:23, 118:7, 119:5, 119:20, 139:14, 224:20, 226:25
spend [2] - 9:19, 255:4
spent [2] - 170:5, 257:7
spinning [2] - 30:14, 30:16

spoken [2] - 63:2, 63:3
sponsor [4] - 238:7, 249:17, 249:18, 249:19
spontaneously [2] - 164:15, 164:23
sporadic [1] - 68:16
sporadically [1] - 132:9, 132:15, 240:11
sports [2] - 48:20, 49:1
spout [1] - 184:14
Sprint [12] - 216:14, 216:16, 217:9, 217:13, 217:16, 217:20, 217:23, 218:4, 218:7, 218:9, 218:13
spun [1] - 64:14
square [1] - 236:9
squirming [1] - 44:13
ss [1] - 262:3
stability [1] - 48:25
stabilize [1] - 53:7
stages [2] - 249:4, 249:5
stairs [4] - 193:18, 193:23, 194:8, 194:25
stalls [1] - 13:23
stand [2] - 29:11, 48:13
standard [3] - 113:1, 146:14, 184:16
standing [15] - 29:12, 29:14, 29:19, 30:20, 37:12, 38:3, 44:21, 44:24, 45:1, 45:3, 47:22, 180:24, 184:4, 221:10, 221:12
start [11] - 6:24, 7:4, 17:23, 39:15, 40:18, 84:25, 85:7, 119:3, 120:6, 156:23, 249:7
started [20] - 6:25, 8:2, 31:17, 73:22, 73:24, 111:15, 115:9, 127:11, 162:11, 194:14, 217:12, 223:24, 227:15, 228:21, 229:17, 230:14, 230:25, 231:1, 231:4, 231:7
starts [9] - 17:20, 19:21, 19:24, 19:25, 83:16, 90:16, 94:1, 163:14, 215:12

starvation [1] - 254:7
State [7] - 2:6, 185:14, 185:16, 186:1, 261:6, 261:22, 262:3
state [14] - 4:9, 17:25, 78:16, 85:15, 87:13, 88:2, 92:14, 101:7, 110:1, 114:18, 126:3, 175:15, 220:23, 254:7
STATE [1] - 261:1
statement [15] - 10:23, 12:13, 13:10, 16:23, 17:3, 25:21, 64:9, 72:15, 73:19, 91:7, 178:20, 216:7, 251:3, 251:7, 251:10
Statement [1] - 3:7
Statement' [2] - 10:24, 11:2
statements [5] - 62:3, 62:6, 62:14, 62:21, 62:25
STATES [1] - 1:1
states [7] - 11:13, 11:23, 24:12, 32:8, 103:13, 107:5, 185:13
stating [5] - 27:1, 27:8, 29:21, 53:15, 92:2
station [2] - 203:8, 205:5
status [3] - 152:18, 153:21, 174:1
stay [6] - 68:20, 69:23, 133:4, 171:9, 204:8, 238:13
stayed [1] - 50:3
staying [3] - 15:11, 133:3, 189:9
steady [2] - 76:19, 231:15
steal [1] - 192:7
steals [1] - 259:23
stemming [1] - 129:3
stems [1] - 212:2
stenographic [1] - 261:12
stenographically [1] - 261:11
step [3] - 25:8, 249:15, 249:20
steps [6] - 29:23, 29:24, 30:18, 31:2, 238:8
stick [1] - 166:19
stigma [1] - 237:20
still [15] - 28:15, 76:1, 81:15, 82:2, 139:2,

24

147:24, 158:8, 160:15, 175:1, 202:25, 203:1, 205:18, 218:1, 258:5, 258:6
**stimulants** [1] - 117:16
**stimulate** [1] - 236:11
**stimulus** [2] - 27:23, 28:6
**stole** [5] - 192:11, 192:18, 218:22, 218:23, 219:5
**stolen** [5] - 157:13, 158:2, 170:1, 219:2, 240:7
**stood** [3] - 11:24, 12:4, 152:19
**Stop** [6] - 228:1, 228:2, 228:4, 228:6, 228:14, 228:17
**stop** [9] - 44:19, 45:21, 76:14, 167:5, 171:10, 171:16, 218:21, 229:15, 235:15
**stopped** [7] - 29:24, 32:1, 117:19, 167:5, 186:4, 186:10, 191:13
**stopping** [1] - 187:8
**stops** [1] - 38:20
**store** [18] - 10:8, 10:12, 11:17, 14:2, 14:3, 14:9, 14:12, 14:15, 14:19, 17:25, 18:4, 25:18, 35:14, 57:21, 57:23, 57:24, 57:25, 191:22
**Store** [1] - 3:7
**story** [1] - 74:12
**straight** [1] - 27:22
**strained** [2] - 172:16, 189:4
**strap** [2] - 52:22, 53:6
**strategies** [1] - 117:12
**strategy** [1] - 238:2
**street** [3] - 14:22, 14:23, 58:3
**Street** [5] - 2:9, 185:14, 185:16, 186:1
**streets** [1] - 15:20
**stressed** [2] - 77:15, 82:13
**stressed'** [1] - 82:15
**stretch** [1] - 56:22
**strike** [2] - 99:23, 213:2
**stripes** [1] - 183:13

**strong** [4] - 15:5, 16:1, 68:20, 69:23
**struck** [4] - 167:20, 167:22, 167:23, 236:22
**structured** [1] - 132:24
**struggle** [1] - 76:13
**struggled** [2] - 39:17, 207:23
**struggles** [3] - 67:6, 76:10, 139:2
**struggling** [1] - 22:16
**stuck** [1] - 167:6
**study** [1] - 134:4
**stuff** [6] - 69:15, 237:18, 238:25, 239:22, 240:3, 257:1
**stupid** [4] - 184:15, 220:5, 235:17, 240:3
**Subaru** [2] - 217:19, 218:2, 219:2, 219:5, 219:11, 219:18
**subject** [1] - 198:13
**subjective** [1] - 90:4
**submitted** [1] - 175:20
**subpoena** [2] - 230:4, 232:20
**subscribed** [1] - 261:15
**substance** [6] - 6:8, 120:18, 121:3, 152:23, 153:23
**substances** [2] - 135:7, 142:19
**substantial** [1] - 86:17
**substantive** [1] - 153:8
**successful** [2] - 155:2, 253:25
**sudden** [1] - 90:4
**sued** [2] - 156:5, 156:8
**suffer** [6] - 87:10, 91:2, 236:3, 236:12, 236:18, 237:22
**suffered** [18] - 81:9, 90:16, 90:25, 92:7, 93:18, 101:21, 129:4, 145:8, 145:14, 145:18, 147:1, 147:9, 148:25, 149:4, 149:25, 151:17, 231:23, 250:10
**suffering** [3] - 144:7, 162:10, 250:8
**suggest** [1] - 77:5
**suggested** [2] - 125:21, 172:4
**suggestive** [1] - 83:19

**suggests** [1] - 86:15
**suicide** [1] - 259:12
**Suite** [2] - 2:12, 2:16
**summer** [2] - 216:25, 217:6
**superficial** [3] - 43:3, 43:5, 43:9
**supervisor** [2] - 257:15, 257:18
**supplement** [1] - 214:21
**Supplemental** [1] - 3:18
**supplemental** [1] - 163:14
**support** [8] - 154:7, 154:9, 154:12, 154:14, 154:15, 154:17, 154:19, 155:3
**supportive** [4] - 76:19, 77:2, 77:17, 77:23
**supposed** [2] - 205:25, 256:22
**surgery** [5] - 103:16, 106:25, 107:2, 107:3, 258:13
**surgical** [1] - 103:17
**surgically** [1] - 104:1
**surprise** [2] - 230:3, 230:8
**surrounding** [1] - 190:4
**survival** [1] - 236:15
**suspect** [3] - 163:21, 163:22, 198:17
**suspect's** [1] - 163:23
**suspended** [1] - 176:3
**suspicious** [1] - 170:21
**sustained** [3] - 71:12, 86:3, 93:14
**SWAT** [2] - 62:9, 161:15
**swearing** [1] - 151:5
**sweatshirt** [1] - 185:22
**swinging** [1] - 46:14
**switch** [1] - 235:5
**swore** [1] - 158:12
**sworn** [4] - 4:10, 4:15, 243:11, 261:9
**symptoms** [6] - 124:8, 124:18, 124:22, 147:19, 148:5

## T

**talks** [5] - 99:13,

166:4, 173:19, 191:4, 193:16
**tanked** [1] - 226:9
**taped** [1] - 4:2
**targeted** [1] - 66:21
**tased** [1] - 242:6
**tax** [1] - 175:15
**team** [2] - 62:9, 161:15
**technical** [1] - 196:4
**technically** [1] - 218:1
**telemarketing** [1] - 227:18
**telephone** [1] - 215:15
**temper** [5] - 64:13, 183:3, 183:18, 183:19, 251:11
**temporary** [1] - 231:14
**ten** [8] - 39:18, 62:12, 159:12, 216:1, 216:2, 234:2, 255:7, 259:8
**ten-year** [2] - 216:1, 216:2
**tend** [1] - 15:24
**tendency** [2] - 138:21, 139:18
**term** [4] - 81:10, 85:16, 86:20, 196:4
**terminology** [1] - 56:19
**test** [18] - 26:10, 31:17, 31:20, 31:24, 33:6, 34:11, 34:15, 37:10, 58:18, 59:10, 87:20, 125:15, 125:20, 168:17, 168:25, 169:2, 169:11, 247:23
**testified** [26] - 4:16, 23:14, 80:5, 104:14, 130:10, 153:10, 161:14, 163:1, 165:4, 179:1, 179:14, 179:20, 179:24, 180:2, 180:4, 180:22, 181:16, 182:2, 182:11, 183:25, 223:7, 224:25, 225:2, 225:23, 225:25, 243:7
**testify** [3] - 180:24, 243:4, 261:9
**testifying** [3] - 92:10, 92:22, 151:6
**testimony** [30] - 6:9, 6:12, 72:22, 73:6, 73:10, 82:2, 99:8, 99:19, 102:4,

106:11, 115:5, 118:11, 119:3, 125:23, 132:11, 139:6, 166:20, 178:16, 180:9, 181:3, 181:4, 181:9, 181:23, 184:4, 205:6, 225:17, 225:22, 261:10, 262:6, 262:8
**testing** [1] - 106:23
**tests** [14] - 25:2, 27:16, 27:19, 28:2, 28:4, 37:14, 37:22, 56:5, 56:8, 56:9, 58:12, 104:19, 125:16, 125:21
**the'** [1] - 107:11
**theatre** [1] - 194:25
**Theatre'** [1] - 193:19
**theft** [1] - 157:13
**themselves** [2] - 86:16, 259:9
**therapist** [2] - 84:18, 139:10
**thereafter** [1] - 261:11
**therefore** [1] - 209:13
**therein** [1] - 261:8
**thereof** [2] - 261:14, 262:7
**they've** [2] - 206:21, 242:7
**thigh** [1] - 33:9
**thin** [1] - 18:13
**thinking** [2] - 73:9, 251:1
**thinks** [2] - 138:22, 139:18
**third** [6] - 7:8, 83:18, 124:10, 157:13, 157:17, 173:25
**Thomas** [1] - 215:20
**Thompson** [1] - 216:23
**thoughts** [2] - 171:23, 251:7
**threaten** [1] - 241:18
**three** [33] - 33:11, 62:11, 65:15, 65:24, 68:7, 68:11, 80:22, 99:1, 101:24, 101:25, 102:21, 103:14, 107:6, 126:22, 132:9, 135:1, 141:14, 141:19, 141:22, 144:1, 148:12, 182:16, 191:9, 193:2, 200:18, 206:10, 210:10,

218:5, 218:17,
222:10, 230:22,
234:1, 240:10
**three-year** [1] - 135:1
**threw** [4] - 34:1,
34:15, 180:25, 184:6
**throat** [17] - 56:2,
87:19, 88:22, 93:17,
96:15, 98:12, 98:15,
98:16, 98:20, 99:16,
99:25, 100:15,
103:3, 103:6, 110:3,
244:6, 248:7
**throughout** [4] -
68:17, 76:8, 115:24,
208:2
**throw** [1] - 251:11
**throwing** [2] - 259:16,
260:8
**ticket** [1] - 175:20
**tiger** [1] - 154:18
**tight** [1] - 75:21
**tight-lipped** [1] -
75:21
**tinnitus** [27] - 81:12,
87:15, 87:23, 88:17,
88:24, 94:5, 94:12,
94:17, 94:24, 95:2,
95:7, 95:18, 97:7,
100:13, 100:24,
103:7, 103:11,
106:25, 117:12,
117:13, 124:17,
125:1, 128:9,
144:19, 246:19,
246:21, 248:3
**tinnitus'** [2] - 94:2,
110:17
**tips** [1] - 229:16
**Tire** [1] - 216:23
**tire** [1] - 63:7
**tired** [1] - 219:8
**title** [1] - 249:16
**TM** [1] - 111:10
**today** [20] - 6:9, 58:19,
92:10, 92:22, 98:7,
103:2, 103:23,
113:20, 116:1,
123:22, 135:14,
140:1, 147:24,
153:10, 158:15,
226:12, 232:19,
235:6, 239:15,
243:11
**today'** [1] - 122:10
**toe** [1] - 31:3
**together** [16] - 40:7,
60:12, 60:14, 60:25,
61:12, 61:25, 63:5,
70:3, 74:20, 80:14,

159:13, 159:17,
171:23, 224:8,
228:18, 238:6
**tolerance** [1] - 244:13
**tonight** [1] - 171:22
**took** [19] - 6:5, 29:23,
42:25, 56:9, 56:25,
104:12, 131:20,
162:3, 164:7,
166:22, 172:18,
173:8, 178:15,
189:24, 219:24,
220:10, 220:11,
247:3, 255:6
**top** [21] - 10:23, 11:1,
17:6, 110:2, 110:19,
116:21, 122:13,
122:19, 137:8,
137:12, 141:23,
143:21, 146:1,
147:14, 163:5,
168:5, 170:13,
197:14, 201:11,
201:22, 202:6
**Torrence** [20] - 55:5,
63:13, 63:16, 64:21,
65:9, 67:17, 67:19,
68:6, 68:16, 68:15,
68:24, 70:5, 72:14,
73:8, 118:6, 118:21,
119:3, 119:9,
180:21, 243:7
**Torrence's** [1] - 120:6
**total** [4] - 207:17,
228:11, 239:8, 240:8
**totaled** [1] - 220:8
**touch** [1] - 31:2
**tough** [1] - 104:8
**toward** [1] - 245:17
**towards** [5] - 17:11,
46:14, 47:1, 64:10,
64:18
**Town** [1] - 188:1
**town** [1] - 72:25
**toxicity** [1] - 142:12
**track** [1] - 233:13
**traffic** [1] - 15:12
**tragic** [1] - 183:16
**trained** [2] - 179:6,
181:14
**training** [2] - 155:23,
229:13
**transcribed** [1] -
261:11
**transcript** [4] -
242:13, 261:12,
262:7, 262:7
**transpired** [3] - 61:13,
62:4, 68:17
**transport** [1] - 173:6

**transported** [4] -
199:21, 202:14,
209:16, 209:19
**traumatic** [19] - 81:9,
85:15, 86:17, 129:3,
130:4, 145:3,
145:14, 145:19,
147:9, 148:13,
148:19, 148:22,
148:25, 149:5,
149:7, 149:11,
162:10, 231:23,
259:7
**traumatized** [1] -
70:19
**Trax** [5] - 202:25,
203:8, 204:9,
204:13, 205:5
**treat** [8] - 35:22,
35:24, 36:1, 51:25,
85:19, 142:18,
149:14, 149:23
**treated** [11] - 113:9,
114:11, 114:15,
120:3, 121:2,
122:17, 134:10,
134:14, 141:11,
142:23, 205:18
**treater** [4] - 143:7,
145:1, 146:6, 148:24
**treating** [3] - 101:16,
147:1, 237:22
**Treatment** [2] -
120:21, 121:18
**treatment** [68] - 40:4,
79:7, 79:9, 79:13,
84:13, 85:22, 85:24,
86:1, 86:2, 103:15,
106:25, 113:13,
113:25, 120:18,
120:21, 121:9,
121:17, 123:6,
124:20, 130:25,
131:2, 131:5, 131:9,
131:11, 131:20,
131:23, 132:4,
132:7, 132:8,
132:23, 132:25,
137:23, 138:6,
138:7, 138:15,
139:2, 142:16,
142:17, 142:21,
145:14, 149:2,
194:11, 194:14,
194:18, 195:25,
196:2, 196:6,
196:13, 196:19,
197:1, 205:23,
207:1, 207:3, 207:5,
214:23, 235:7,

235:9, 237:3, 237:4,
237:21, 244:7,
244:8, 244:25,
248:3, 249:5, 249:14
**treatments** [4] -
113:15, 131:16,
140:8
**trial** [2] - 5:2, 214:5
**trick** [1] - 4:25
**tried** [4] - 76:20,
77:16, 252:22, 253:1
**trigger** [3] - 40:11,
40:12, 40:17
**triggered** [1] - 39:24
**triggers** [1] - 40:5
**tripped** [1] - 199:4
**trouble** [7] - 29:14,
58:7, 78:13, 78:16,
194:1, 198:2, 204:12
**trouble'** [1] - 205:12
**troubles** [1] - 142:18
**truck** [1] - 219:21
**trucks** [2] - 70:17,
71:3
**true** [79] - 13:8, 34:9,
40:5, 42:6, 42:11,
42:19, 42:22, 42:25,
49:7, 49:15, 92:2,
93:6, 93:12, 93:19,
94:11, 94:20, 95:15,
102:10, 102:25,
113:6, 114:10,
114:13, 115:1,
115:3, 115:17,
116:6, 116:25,
117:10, 117:19,
120:24, 121:11,
124:15, 124:25,
128:12, 129:9,
131:11, 131:16,
133:15, 134:10,
139:1, 139:22,
149:15, 160:9,
160:12, 162:9,
165:2, 169:2,
176:13, 178:9,
179:21, 180:3,
180:22, 181:5,
186:23, 189:21,
190:4, 194:8,
194:17, 194:22,
195:5, 195:19,
196:1, 198:9,
199:11, 200:15,
200:19, 201:3,
203:1, 204:3,
209:17, 216:1,
218:13, 226:2,
232:1, 233:8,
233:10, 261:12

**truly** [1] - 262:8
**trust** [3] - 72:10,
73:10, 77:13
**truth** [2] - 248:5, 261:9
**truthful** [12] - 94:9,
120:25, 127:23,
131:7, 134:15,
135:20, 136:23,
136:24, 158:12,
158:13, 200:21,
223:9
**truthfully** [1] - 121:14
**try** [8] - 5:4, 31:13,
37:14, 81:14, 84:6,
133:7, 234:19,
238:16
**trying** [23] - 25:24,
31:5, 35:24, 36:1,
42:23, 44:5, 50:18,
52:10, 52:21, 53:6,
54:6, 66:3, 100:11,
105:16, 118:25,
132:20, 164:15,
202:25, 205:21,
225:12, 238:16,
238:25, 252:4
**Tuesday** [1] - 203:6
**turmoil** [1] - 154:10
**turn** [10] - 15:1, 15:3,
15:19, 19:9, 19:12,
29:25, 30:11, 30:12,
240:15
**turned** [4] - 30:14,
64:10, 180:5, 202:17
**turning** [5] - 15:20,
58:3, 64:18, 115:21
**twice** [4] - 21:10,
21:15, 228:16, 260:6
**two** [57] - 13:23, 37:3,
62:10, 70:9, 78:15,
80:23, 80:24, 81:7,
91:12, 91:17, 94:15,
94:21, 95:19, 100:2,
100:6, 106:6,
106:11, 121:2,
122:24, 123:7,
135:15, 141:21,
159:13, 172:19,
174:20, 192:24,
193:6, 196:22,
206:10, 208:10,
214:8, 216:18,
217:16, 217:24,
218:5, 218:17,
223:21, 227:11,
228:13, 229:4,
229:12, 229:18,
229:19, 230:9,
233:5, 233:15,
234:3, 238:3, 238:7,

238:11, 238:17, 239:9, 240:8, 241:1, 253:25, 257:7
**two-year** [2] - 123:7, 241:1
**type** [31] - 6:7, 6:8, 6:11, 8:22, 9:12, 14:11, 27:12, 59:20, 40:17, 68:23, 87:1, 87:10, 100:10, 101:21, 101:24, 102:12, 103:6, 103:25, 129:25, 130:9, 130:15, 147:1, 148:4, 148:8, 149:24, 154:18, 155:23, 234:22, 237:11
**typically** [1] - 7:15

**U**

**ultimately** [1] - 231:18
**un-huh** [33] - 6:23, 7:21, 8:3, 11:6, 11:15, 11:22, 12:2, 12:16, 13:7, 17:19, 18:2, 18:16, 19:14, 23:25, 68:13, 83:4, 83:17, 89:21, 96:7, 112:11, 135:13, 136:11, 143:23, 151:19, 161:19, 163:8, 172:22, 173:21, 173:24, 197:13, 198:5, 218:24, 251:22
**un-nerving** [1] - 88:12
**unable** [3] - 64:11, 224:11, 225:16
**unaware** [1] - 67:10
**uncle** [1] - 153:15
**uncle-in-law** [1] - 153:15
**uncommon** [1] - 219:15
**uncooperative** [4] - 35:21, 35:23, 203:15, 208:19
**under** [13] - 107:6, 126:7, 134:18, 144:15, 147:17, 151:6, 169:25, 176:8, 178:20, 181:16, 202:6, 228:7, 243:13
**underneath** [1] - 215:19
**understood** [10] - 5:18, 5:22, 83:3,

97:5, 124:21, 134:17, 142:5, 151:5, 161:5, 197:2
**underway** [1] - 211:4
**unfortunately** [2] - 72:10, 238:10
**UNITED** [1] - 1:1
**unless** [1] - 260:12
**unnecessary** [1] - 260:12
**unstable** [4] - 11:14, 11:18, 26:4, 84:10
**UOA** [1] - 131:17
**updates** [1] - 155:19
**upset** [6] - 66:2, 66:6, 66:18, 66:19, 77:19
**us-versus-them** [1] - 177:10
**use-of-force** [1] - 255:15
**UT** [4] - 2:10, 2:13, 2:17, 2:19
**UTAH** [2] - 1:2, 261:1
**Utah** [14] - 2:2, 2:6, 4:1, 4:5, 22:1, 23:4, 126:14, 186:3, 195:12, 195:15, 261:6, 261:23, 262:3
**utility** [1] - 45:15
**UVA** [1] - 195:8

**V**

**vague** [11] - 40:9, 47:24, 71:13, 72:20, 74:24, 95:5, 123:19, 160:23, 194:19, 212:18, 213:10
**vaguely** [1] - 188:20
**valid** [1] - 178:1
**Valley** [5] - 79:15, 131:12, 196:11, 196:12, 196:20
**value** [1] - 259:10
**variety** [1] - 27:13
**vast** [2] - 156:15, 252:3
**vehicle** [39] - 14:23, 14:25, 16:3, 16:5, 19:7, 19:8, 19:9, 19:11, 24:23, 35:4, 38:15, 38:16, 45:9, 45:12, 50:22, 58:12, 70:10, 70:12, 157:16, 163:22, 166:11, 166:21, 167:6, 167:22, 167:23, 167:24, 173:22, 173:23,

174:23, 175:1, 175:12, 178:1, 179:2, 180:4, 180:5, 181:7, 181:19, 182:5, 209:15
**vehicles** [2] - 167:18, 219:5
**verbal** [6] - 5:20, 90:12, 97:16, 108:1, 146:7, 240:17
**verbally** [3] - 90:9, 112:24, 151:16
**verification** [1] - 150:21
**version** [2] - 119:2, 120:7
**versus** [2] - 177:10, 246:21
**veteran** [2] - 181:13, 181:17
**victim** [3] - 149:8, 164:16, 164:23
**victim's** [1] - 164:22
**video** [1] - 4:2
**video-taped** [1] - 4:2
**Videographer** [1] - 2:20
**videographer** [1] - 4:7
**VIDEOGRAPHER** [1] - 4:2
**view** [1] - 119:13
**vigilante** [1] - 184:18
**violation** [5] - 169:4, 169:20, 169:23, 170:2, 170:6
**violence** [1] - 260:10
**violent** [2] - 241:8, 241:10
**violently** [1] - 53:9
**visit** [7] - 42:20, 98:16, 102:22, 104:21, 110:2, 110:12, 220:5
**visited** [2] - 98:19, 105:5
**VOA** [30] - 131:18, 131:19, 132:4, 132:6, 132:7, 132:15, 132:17, 132:19, 132:22, 132:23, 133:4, 133:9, 134:23, 195:10, 195:11, 195:16, 195:24, 196:6, 196:19, 204:7, 205:16, 205:18, 207:8, 207:11, 208:19, 208:22, 208:24, 208:25, 209:12
**Vodka** [1] - 7:5

**vodka** [11] - 7:6, 8:4, 8:10, 8:11, 8:14, 8:17, 10:3, 14:6, 14:16, 35:12, 198:18
**voice** [2] - 88:6, 88:9
**voluntarily** [2] - 217:2, 227:22, 231:19
**Volunteers** [3] - 195:12, 195:15, 195:16
**vs** [1] - 1:6

**W**

**W-2** [2] - 229:25, 230:10
**W-9** [1] - 230:10
**wage** [1] - 241:3
**wages** [1] - 214:8
**wagon** [1] - 238:15
**waist** [2] - 31:3, 31:11
**wait** [3] - 31:18, 31:20, 61:2
**waited** [1] - 253:22
**wake** [3] - 6:20, 40:17, 61:20
**waking** [5] - 39:16, 57:18, 59:3, 60:16, 73:16
**walk** [12] - 13:11, 29:3, 31:5, 31:10, 44:5, 48:13, 159:20, 186:17, 188:6, 250:12
**walking** [11] - 25:7, 30:24, 37:13, 38:4, 48:2, 49:11, 185:16, 186:22, 188:1, 199:4, 203:7
**wallet** [1] - 22:1
**walls** [1] - 237:17
**wants** [2] - 154:25, 155:2
**ward** [2] - 70:18, 71:9
**warrant** [1] - 161:25
**watched** [1] - 13:11
**watching** [2] - 70:16, 180:25
**water** [1] - 236:16
**ways** [2] - 180:15, 182:21
**weapon** [1] - 157:21
**weapons** [1] - 39:8
**wear** [2] - 48:17, 48:22
**wearing** [12] - 18:13, 18:17, 18:20, 27:2, 27:3, 27:8, 27:10, 27:12, 48:8, 183:22, 185:21, 185:22

**weather** [1] - 188:7
**week** [10] - 79:15, 108:23, 138:2, 138:3, 226:6, 226:7, 226:8, 231:14, 257:19, 257:23
**weekends** [1] - 248:17
**weekly** [1] - 137:19
**weeks** [12] - 62:11, 62:12, 108:12, 108:22, 217:11, 221:8, 221:21, 223:21, 227:11, 229:4, 233:5, 233:15
**weight** [3] - 83:20, 84:6, 85:8
**welcome** [5] - 172:11, 172:14, 189:2, 189:3, 195:21
**welfare** [6] - 74:7, 152:21, 153:22, 167:24, 185:14, 190:8
**well-being** [1] - 75:23
**well-known** [1] - 249:20
**West** [1] - 2:12
**whatsoever** [1] - 34:7
**WHEREOF** [1] - 261:15
**whichever** [1] - 156:17
**whiner** [1] - 244:12
**white** [4] - 35:6, 163:22, 185:21, 185:22
**whole** [7] - 77:19, 77:20, 115:24, 175:23, 182:24, 221:13, 242:22
**wife** [2] - 183:7, 184:14
**Williams** [1] - 137:15
**willing** [2] - 79:18, 250:12
**window** [1] - 240:16
**Wingers** [1] - 221:7
**Wireless** [7] - 216:14, 216:17, 217:9, 217:13, 217:16, 217:20, 218:8
**wish** [1] - 56:19
**wishes** [1] - 251:19
**withdrawal** [2] - 124:18, 124:21
**witness** [17] - 4:9, 10:22, 62:3, 62:5, 62:14, 62:21, 62:25, 63:4, 63:5, 64:9, 70:14, 71:19,

27

182:22, 253:4,
261:8, 261:10, 262:6
**WITNESS** [73] - 3:2,
21:14, 28:11, 37:17,
38:8, 40:10, 41:2,
42:10, 42:16, 43:12,
43:18, 44:7, 44:16,
47:12, 48:15, 49:10,
49:17, 49:22, 50:11,
50:16, 51:3, 51:16,
51:21, 52:3, 52:16,
52:20, 53:2, 53:13,
53:19, 54:1, 55:16,
55:22, 61:14, 62:17,
62:20, 67:25, 72:23,
84:3, 95:6, 97:10,
102:5, 102:19,
104:5, 106:14,
114:5, 119:7,
119:22, 123:20,
125:11, 129:18,
139:7, 139:15,
150:2, 160:24,
180:14, 184:23,
212:20, 213:12,
224:22, 225:6,
225:8, 227:1,
237:16, 249:4,
250:22, 251:9,
252:1, 252:18,
256:25, 259:19,
260:10, 261:15,
262:2
**Witness** [3] - 3:7,
10:24, 11:2
**witnesses** [7] - 63:2,
63:3, 63:10, 63:12,
70:9, 70:12
**witnesses'** [1] - 63:11
**wobbling** [3] - 11:25,
12:4, 26:4
**wobbly** [1] - 11:25
**woke** [5] - 8:1, 8:19,
58:14, 73:21, 101:4
**woman** [3] - 72:25,
155:13, 184:9
**woman's** [1] - 11:4
**word** [3] - 66:23,
66:25, 251:21
**worded** [1] - 234:18
**words** [3] - 67:13,
179:12, 180:25
**works** [3] - 156:3,
215:3, 223:19
**world** [1] - 119:12
**worse** [11] - 58:9,
94:5, 94:12, 94:24,
95:18, 95:21,
110:19, 111:3,
242:5, 247:14,

258:13
**worse'** [1] - 110:24
**worst** [2] - 112:1,
112:2
**worth** [1] - 41:25
**wrapping** [1] - 232:4
**wrists** [1] - 53:4
**write** [1] - 106:7
**writer** [1] - 219:10
**writing** [2] - 151:16,
246:7
**written** [7] - 59:21,
59:23, 80:6, 80:8,
90:10, 150:16,
150:17
**wrote** [7] - 139:10,
139:12, 139:13,
139:17, 139:21,
232:24, 233:7
**WRX** [1] - 219:18

**X**

**X-Ray** [1] - 3:8
**x-ray** [5] - 56:10,
56:13, 83:6, 84:14,
84:22

**Y**

**yard** [1] - 69:14
**year** [22] - 47:14, 69:6,
106:13, 111:11,
116:2, 116:13,
123:7, 127:16,
132:9, 132:22,
135:1, 135:15,
160:13, 197:10,
216:1, 216:2, 216:3,
216:18, 239:11,
241:1, 248:7, 260:6
**year's** [1] - 127:18
**years** [36] - 18:13,
39:18, 57:7, 65:15,
68:17, 69:5, 75:14,
76:9, 76:17, 77:22,
78:15, 85:4, 99:1,
101:25, 106:6,
106:12, 122:24,
135:11, 137:3,
172:19, 174:20,
192:24, 193:6,
216:18, 217:16,
217:24, 234:2,
238:3, 238:7,
238:17, 239:9,
240:8, 250:13,
252:24, 259:8
**yes'** [1] - 187:21

**yesterday** [1] - 109:14
**young** [2] - 70:15,
71:17
**yourself** [12] - 37:8,
116:11, 118:16,
123:15, 123:18,
124:3, 138:10,
144:7, 184:17,
194:8, 194:22, 195:2

**Z**

**Z'Tejas** [2] - 227:6,
232:19
**zero** [1] - 88:5

28