# EXHIBIT 4

Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah  84111
Telephone:  801-322-2516

John K. Johnson (#3815)
Jkjohnson1080@hotmail.com
**JOHN K. JOHNSON, LLC**
10 West 300 South, Suite 800
Salt Lake City, Utah  84101
Telephone:  801-915-2616

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>    Plaintiff,<br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>    Defendants. | DECLARATION OF<br>LISA A. MARCY<br><br><br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball |

I, Lisa A. Marcy, declare and state as follows:

1.      I am counsel for the Plaintiff, Joshua Chatwin, in this matter.

{00938505-1 }

2. I have knowledge of the facts contained herein.

3. On February 8, 2016, I boarded a flight from Portland, Oregon, to Salt Lake City, Utah. The flight left at 4:49 p.m. A copy of my boarding pass is attached hereto as Exhibit A.

4. I did not receive the February 8, 2016, email from Ashley Gregson until arriving at my office the next morning, February 9, 2016.

5. I performed a search on Google and printed from my office computer a copy of the forecast from the National Weather Service for the Salt Lake City area for the time period of February 10-14, 2016. The forecast is attached hereto as Exhibit B.

I declare under criminal penalty that the foregoing is true and correct.

DATED this 10th day of February 2016.

CLYDE SNOW & SESSIONS

/s/ Lisa A. Marcy
Lisa A. Marcy
*Declarant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February 2016, I caused a true and accurate copy of the foregoing Declaration of Lisa A. Marcy to be filed via the Court's ECF system, which in turn sent copies to counsel of record in accordance with the Court's protocols.

/s/ Michelle Carter

# EXHIBIT A

MON, FEB 8, 2016

**Lisa Anne Marcy**
F8SSLO/SKY PRIORITY/TSA PRECHK

SkyMiles #XXXXXX1543
**GOLD/ELITEPLUS**

BOARDING DOCUMENT

# PDX ▸ SLC

PORTLAND (PDX) ▸
**Salt Lake City** (SLC)
FLIGHT DL1194

BOARDING
4:09pm

GATE*
D7

ZONE
Prem

SEAT
2A
First (RU)

Depart  Mon, 4:49pm
Arrive   Mon, 7:30pm



*Gates may change. Check airport monitors.

Fly Paperless: www.delta.com/app

Ticket#: 006 2331207089

KPDXTKD40A004



FIRST CHECKED BAG FREE

PLACE BAGGAGE CLAIM STICKER HERE

BEFORE YOU SKIP TO LINE WITH PRIORITY

MARCY/LISAANNE
F8SSLO
4006988570
SALT LAKE CITY
DL 1194 SLC 9C0307 08FEB

PLACE BAGGAGE CLAIM STICKER HERE

Apply at **deltafirstbagfree.com**

Benefit subject to terms, conditions and restrictions.
See **deltafirstbagfree.com** for details.

# EXHIBIT B



# NATIONAL WEATHER SERVICE
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION

## Heavy Lake Effect Snow and Bitterly Cold Temperatures

A bitterly cold airmass will settle over much of the central and eastern U.S over the next several days. Well below normal temperatures and cold wind chills will be common. In addition, heavy lake effect snow will be possible especially over western New York where up to two feet is forecast by late Thursday.

### Hazardous Weather Conditions

- Hazardous Weather Outlook

En Español    Share |

### Current conditions at
**Salt Lake City, Salt Lake City International Airport (KSLC)**
Lat: 40.75°N  Lon: -111.9°W  Elev: 4226ft.



Fog
**29°F**
-2°C

| | |
|---|---|
| Humidity | 96% |
| Wind Speed | S 7 MPH |
| Barometer | 30.47 in |
| Dewpoint | 28°F (-2°C) |
| Visibility | 0.50 mi |
| Wind Chill | 22°F (-6°C) |
| Last update | 10 Feb 9:35 am MST |

### Extended Forecast for Salt Lake UT



| Today | Tonight | Thursday | Thursday Night | Friday | Friday Night | Saturday | Saturday Night | Sunday |
|---|---|---|---|---|---|---|---|---|
| Patchy Dense Fog then Haze | Patchy Fog | Areas Fog then Haze | Patchy Fog | Patchy Fog then Haze | Haze | Partly Sunny | Mostly Cloudy | Slight Chance Showers |
| High: 39 °F | Low: 27 °F | High: 43 °F | Low: 27 °F | High: 46 °F | Low: 29 °F | High: 48 °F | Low: 35 °F | High: 49 °F |

### Detailed Forecast

**Today**
Widespread haze. Patchy dense fog before 11am. Otherwise, cloudy, then gradually becoming mostly sunny, with a high near 39. Northwest wind around 5 mph becoming calm in the morning.

**Tonight**
Widespread haze. Patchy fog. Otherwise, increasing clouds, with a low around 27. West northwest wind around 5 mph becoming calm.

**Thursday**
Widespread haze. Areas of fog before 11am. Otherwise, cloudy, then gradually becoming mostly sunny, with a high near 43. Southeast wind around 6 mph becoming northwest in the afternoon.

**Thursday Night**
Widespread haze. Patchy fog. Otherwise, mostly cloudy, with a low around 27. Light and variable wind becoming southeast around 6 mph after midnight.

**Friday**
Widespread haze. Patchy fog before 11am. Otherwise, partly sunny, with a high near 46. Southeast wind 5 to 7 mph becoming southwest in the morning.

**Friday Night**
Widespread haze. Partly cloudy, with a low around 29.

**Saturday**
Partly sunny, with a high near 48.

**Saturday Night**
Mostly cloudy, with a low around 35.

**Sunday**
A slight chance of showers. Partly sunny, with a high near 49.

**Sunday Night**
A slight chance of showers. Mostly cloudy, with a low around 34.

**Washington's Birthday**
Partly sunny, with a high near 52.

**Monday Night**
Partly cloudy, with a low around 33.

**Tuesday**
Sunny, with a high near 52.



☐ Forecast Area

**Point Forecast:**
Salt Lake UT
40.75°N 111.9°W (Elev. 4285 ft)

**Last Update:**
8:23 am MST Feb 10, 2016

**Forecast Valid:**
10am MST Feb 10, 2016-6pm MST Feb 16, 2016

### Additional Resources

### Radar & Satellite Image



### Hourly Weather Forecast