IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

JOSHUA CHATWIN,  )
                                                          )CASE NO.
                PLAINTIFF,  )2:14-cv-00375
                                                          )
Vs.  )
                                                          )
DRAPER CITY; OFFICER J. PATTERSON,  )
IN HIS INDIVIDUAL AND OFFICIAL  )
CAPACITY; OFFICER DAVID HARRIS, IN  )
HIS INDIVIDUAL AND OFFICIAL  )
CAPACITY; OFFICER HEATHER BAUGH, IN  )
HER INDIVIDUAL AND OFFICIAL  )
CAPACITY; AND JOHN DOES 1-10.  )
                                                          )
                     DEFENDANTS.  )

Deposition of Joshua Chatwin

Taken:   November 18, 2015

Reported by: Linda J. Smurthwaite, RDR

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1

```
 1   about an incident where you had stated that you were not
 2   welcome at the home, and that was in 2012.  In 2013 were
 3   you welcome in the home?
 4        A.   Like I said, it was a pretty strained
 5   relationship.
 6        Q.   Well, that's where you were living though; is
 7   that correct?
 8        A.   At that point in time, I'm not sure if I was
 9   staying there or if I was at a shelter, or exactly where
10   I was calling home.
11        Q.   You told the officer that you were going to
12   your home, and you gave him the address of your parents'
13   residence, correct?
14        A.   Yes, sir.
15        Q.   So, isn't it practical to think that, or
16   logical to think that that's where you were living at the
17   time?
18        A.   Not necessarily.
19        Q.   You were calling it your home?
20        A.   Sure.
21        Q.   True?
22        A.   Yes, definitely.
23        Q.   Do you recall your interaction with your
24   mother when she took custody of you that day?
25        A.   Not really, no.
```

189

1   MR. HAMILTON: Objection, form.

2   MS. MARCY: If you are homeless, does that justify

3   the behavior?

4   A. No.

5   MR. HAMILTON: Objection form.

6   MS. MARCY: If you use pot twice a year, or use

7   recreational drugs ever, does that situation justify a

8   police officer throwing you to the cement, handcuffed?

9   MR. HAMILTON: Objection, form.

10  THE WITNESS: No, that level of violence is very

11  rarely encountered in civilization in Draper, and that

12  level of force is completely unnecessary, unless lives

13  are in danger, and no lives were in danger.

14  MS. MARCY: I have no questions, no further

15  questions. John?

16  MR. HAMILTON: I have nothing further, so --

17  MS. MARCY: Okay.

18  MR. HAMILTON: Do you want to read and sign?

19  MS. MARCY: Yeah, definitely.

20  MR. HAMILTON: Do you want that sent to you?

21  MS. MARCY: Yes, please.

22  MR. HAMILTON: Okay.

23  (Whereupon the deposition was concluded.)

24

25

260