# JoshuaS cottCh atwin

Age: 34
Address: 12534 South 150 East
City: New Market
State: UT
Zip Code: 84020

Geographic Information

Median Housing Value in 84020 $374,300.00
Median Income in 84020 $89,848.00



# Available Public Records

DPPA (Drivers Privacy Protection Act) Disclaimer: Any speeding ticket listed on this database is a court filing, not derived or a reflection of an individuals driving record. These court records are public information and not protected under the DPPA. For more information please visit this link https://www.law.cornell.edu/uscode/text/18/2721
(https://www.law.cornell.edu/uscode/text/18/2721)

**Charge 1:** ["Improper", "Lookout", "Class", "C", "Misdemeanor"]   **Charging County:** Salt Lake, UT
**Charge Date:** 06/12/2015

**Charge 2:** Accident Involving Property Damage, Duties Of Operator Class B Misdemeanor
**Charging County:** Salt Lake, UT   **Charge Date:** 06/12/2015

We have detected that Joshua Scott Chatwin, a resident of New Market, Utah has been charged by Salt Lake County, with charges of ["Improper", "Lookout", "Class", "C", "Misdemeanor"] and Accident Involving Property Damage, Duties Of Operator Class B Misdemeanor.



View Case Details

By accessing Case Details, you agree to the terms of use and open public record laws

Are you Joshua Scott Chatwin and your case has been dismissed, expunged or sealed? We will remove this listing. click here (/removal_requests/new)

County Index (/counties/select_state)

Zip Code Index (/zip_codes/select_state)

Atlas Public Records provides access to certain public records of circuit court systems around the United States. The information displayed is an exact copy of the case information entered into the circuit court case management system by court staff in the counties where the case files are located. Court records are protected under each subsequent states open records laws. Records not open to the public are A) Confidential Court Records B) Juvenile Records C) Child Protection, and civil commitments.

By using Atlas Public Records, you wholly agree that information listed on this website shall not be used for malice, harassment or in any deviant way against an individual or business.

The purpose of Atlas Public Records is to ultimately solve the lack of easily accessible court record information provided by counties and state governments in the United States.

Notice to employers: It may be a violation of state laws to discriminate against a job applicant because of an arrest or conviction record.

© 2016 atlaspublicrecords.com