PeopleMap Report (Basic)                                             2/24/2016 1:16:58 PM
JOSHUA SCOTT CHATWIN                                        Client ID:049015.004URMMACHATWIN

Possible People Information
    Person Overview

    Date of Birth Summary

    SSN Summary

    Name Variations

    Addresses

    Email Addresses

    Phone Numbers

Possible Business & Employment
    Corporate Records and Business Registrations

Full-Text Documents
    All Full-Text Documents

Possible Relatives & Household Members
    Household Records

Possible Named Parties
    People Associations

No Documents Found
    No Documents Were Found In These Sources

Permissible Uses
    Permissible Uses

## Possible People Information

**Person Overview**

PeopleMap Report (Basic)  2/24/2016 1:16:58 PM
JOSHUA SCOTT CHATWIN  Client ID:049015.004URMMACHATWIN

**JOSHUA SCOTT CHATWIN**
12534 S 150 E
DRAPER, UT 84020-8611 | SALT LAKE County
**Phone Number(s):**
801-938-5859
801-576-0652
**SSN:**
528-79-XXXX - issued in UT in 1988
**DOB:**
01/XX/1982 (Age: 34)



**Date of Birth Summary**
**Date of Birth**                                  Source
01/XX/1982 (Age: 34)                               People Household

09/XX/1953 (Age: 62)                               People Find


**SSN Summary**
**SSN**                                            Source
528-79-XXXX - issued in UT in 1988                 People Find


**Name Variations**
**Name**                                           Source
MR JOSHUA S CHATWIN                                People Find   People Household #1   People Household #2

JOSHUA S CHATWIN                                   People Find

JOSHUA CHATWIN                                     People Find


**Addresses**
**Address**
**12534 S 150 E, DRAPER, UT 84020-8611 | SALT LAKE County**
*Reported 01/01/1994 - 01/31/2014*
By People Household 01/01/1994 - 01/31/2014        People Household #1   People Household #2
By People Find 05/01/2000 - 01/24/2003             People Find #1   People Find #2
**PO BOX 1208, DRAPER, UT 84020-1208 | SALT LAKE County**
*Reported 01/01/2005 - 11/30/2012*
By People Household 01/01/2005 - 11/30/2012        People Household
**1534 E 150, DRAPER, UT 84020**
*Reported 07/01/1999 - 01/24/2003*
By People Find 01/24/2003 - 01/24/2003             People Find #1   People Find #2

## Email Addresses

| Email | Source |
|---|---|
| ECHATWINPDX@YAHOOCOM | People Email |
| DAGKO@AOL.COM | People Email |

## Phone Numbers

| Phone | Source |
|---|---|
| 801-938-5859 | People Household |
| 801-576-0652 | People Find   People Household |

## Possible Business & Employment

**Corporate Records and Business Registrations**

| Business Name | Business Address | Confidence Score | View Full Text |
|---|---|---|---|
| WOODYS LAWN CARE | 1363 N 200 W CENTERVILLE, UT 84014 | 99% | Full-Text |
| WOODYS LAWN CARE | 1363 N 200 W CENTERVILLE, UT 84014 | 99% | Full-Text |

## Full-Text Documents

All Full-Text Documents

## People Find Records(1)

To Summary

### People Finder - Historic Tracker Record

**Source Information**

| Information Current Through: | 08/31/2015 |
|---|---|
| Database Last Updated: | 09/08/2015 |
| Update Frequency: | MONTHLY |
| Current Date: | 02/24/2016 |
| Source: | TRANS UNION |

**Last Known Address Information**

| Current Address: | 12534 S 150 DRAPER, UT 84020-8611 |
|---|---|
| Address First Reported: | 05/01/2000 |

**Other Address Information**

PeopleMap Report (Basic)  
JOSHUA SCOTT CHATWIN

2/24/2016 1:16:58 PM  
Client ID:049015.004URMMACHATWIN

| | | | |
|---|---|---|---|
| | | **Previous Address:** | 1534 W 150<br>DRAPER, UT 84020 |
| **Individual Information** | | | |
| Name: | CHATWIN, JOSHUA SCOTT | **Address First Reported:** | 07/01/1999 |
| Also Known As: | CHATWIN, JOSHUA<br>CHATWIN, JOSHUA S | | |
| SSN: | 528-79-XXXX | | |
| Historic Phone Number: | 576-0652 | | |
| On File Since: | 07/01/1999 | | |

End of Document                                               © 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Email Address Records(2)

To Summary

### People Email Record

| **Source Information** | | **Individual Information** | |
|---|---|---|---|
| Information Current Through: | 01/31/2016 | Name: | JOSHUA CHATWIN |
| | | E-Mail: | ECHATWINPDX@YAHOO.COM |
| Database Last Updated: | 02/19/2016 | | |
| Update Frequency: | MONTHLY | IP Address: | 192.104.144.162 |
| Current Date: | 02/24/2016 | Address: | 12534 S 150 E<br>DRAPER, UT 84020 |
| | | Reported Date: | 06/28/2012 |

End of Document                                               © 2016 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

### People Email Record

| **Source Information** | | **Individual Information** | |
|---|---|---|---|
| Information Current Through: | 01/31/2016 | Name: | JOSH CHATWIN |
| | | E-Mail: | DAGKO@AOL.COM |
| Database Last Updated: | 02/19/2016 | IP Address: | 65.173.108.10 |
| Update Frequency: | MONTHLY | Address: | 1225 INDIANA AVE<br>SALT LAKE CTY, UT 84104 |
| Current Date: | 02/24/2016 | | |

PeopleMap Report (Basic)  2/24/2016 1:16:58 PM
JOSHUA SCOTT CHATWIN  Client ID:049015.004URMMACHATWIN

Reported Date: 02/05/2012

End of Document  © 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Corporate Records and Business Registrations(2)

To Summary

Corporate Records & Business Registrations

### Source Information
| | |
|---|---|
| Information Current Through: | 01/31/2016 |
| Database Last Updated: | 02/23/2016 |
| Update Frequency: | MONTHLY |
| Current Date: | 02/24/2016 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

### Company Information
| | |
|---|---|
| Name: | WOODYS LAWN CARE |
| Address: | 1363 N 200 W CENTERVILLE, UT 84014 |

### Registered Agent Information
| | |
|---|---|
| Name: | JOSHUA S CHATWIN |
| Address: | 12534 S 150 E DRAPER, UT 84020 |

### Principal Information
| | |
|---|---|
| Name: | DEREK WOODBURY |
| Title: | PARTNER |
| Address: | 1363 N 200 W CENTERVILLE, UT 84014 |
| Name: | JOSHUA S CHATWIN |
| Title: | PARTNER |
| Address: | 12534 S 150 E DRAPER, UT 84020 |

### Filing Information
| | |
|---|---|
| Identification Number: | 9058116-0151 |
| Filing Date: | 05/30/2014 |
| Status: | ACTIVE |
| Status Attained Date: | 05/30/2014 |
| Business Type: | DBA |
| Address Type: | MAILING |
| Where Filed: | CORPORATIONS DIVISION 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111 |

### Additional Detail Information
Additional Details: STATUS REASON: GOOD STANDING

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

### Order Documents
Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

End of Document  © 2016 Thomson Reuters. No claim to original U.S. Government Works.

PeopleMap Report (Basic)  
JOSHUA SCOTT CHATWIN

2/24/2016 1:16:58 PM  
Client ID:049015.004URMMACHATWIN

To Summary

## Corporate Records & Business Registrations

**Source Information**  
Information Current Through: 01/31/2016  
Database Last Updated: 02/23/2016  
Update Frequency: MONTHLY  
Current Date: 02/24/2016  
Source: AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE

**Company Information**  
Name: WOODYS LAWN CARE  
Address: 1363 N 200 W CENTERVILLE, UT 84014

**Registered Agent Information**  
Name: JOSHUA S CHATWIN  
Address: 12534 S 150 E DRAPER, UT 84020

**Principal Information**  
Name: DEREK WOODBURY  
Title: PARTNER  
Address: 1363 N 200 W CENTERVILLE, UT 84014

Name: JOSHUA S CHATWIN  
Title: PARTNER  
Address: 12534 S 150 E DRAPER, UT 84020

**Filing Information**  
Identification Number: 9058116-0111  
Filing Date: 05/29/2014  
Status: EXPIRED  
Status Attained Date: 09/30/2014  
Business Type: RESERVED NAME  
Address Type: MAILING  
Where Filed: CORPORATIONS DIVISION 160 EAST 300 SOUTH SALT LAKE CITY, UT 84111

**Additional Detail Information**  
Additional Details: STATUS REASON: FAILURE TO FILE RENEWAL

The preceding public record data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.  
The public record items reported above may have been paid, terminated, vacated or released prior to today's date.

**Order Documents**  
Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387) for on-site manual retrieval of documents related to this or other matters. Additional charges apply.

End of Document

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Household Records(2)

To Summary

PeopleMap Report (Basic)  
JOSHUA SCOTT CHATWIN

2/24/2016 1:16:58 PM  
Client ID:049015.004URMMACHATWIN

People Finder Household-Centric Record

### Source Information
| | |
|---|---|
| Information Current Through: | 12/28/2015 |
| Database Last Updated: | 02/24/2016 |
| Update Frequency: | MONTHLY |
| Current Date: | 02/24/2016 |
| Source: | Data by Infogroup, Copyright © 2016, All Rights Reserved. |

### Household Information:
| | |
|---|---|
| Address: | 12534 S 150 E DRAPER, UT 84020-8611 |
| County: | SALT LAKE |
| Latitude/Longitude: | 40.523585/-111.88682 |
| Residence Type: | SINGLE FAMILY DWELLING |
| Address First Reported: | 1994 |
| Telephone: | 801-576-0652 |
| Service Type: | VOICE LINE |

### Head of Household Information
| | |
|---|---|
| Head of Household: | MR DAVID S CHATWIN |
| Gender: | MALE |
| Date of Birth: | 01/XX/1960 |
| Name/Address Confirmed: | 09/2015 |
| Marital Status: | MARRIED |

### Additional Individuals In This Household
| | |
|---|---|
| Name: | MS DEBORAH A CHATWIN (Spouse) |
| Gender: | FEMALE |
| Date of Birth: | 11/XX/1958 |
| Name/Address Confirmed: | 10/2015 |
| Marital Status: | MARRIED |
| Name: | MR JOSHUA S CHATWIN |
| Gender: | MALE |
| Name/Address Confirmed: | 01/2014 |
| Name: | MR SCOTT CHATWIN |
| Gender: | MALE |
| Name/Address Confirmed: | 10/2015 |

End of Document

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

To Summary

People Finder Household-Centric Record

### Source Information
| | |
|---|---|
| Information Current Through: | 12/28/2015 |
| Database Last Updated: | 02/24/2016 |
| Update Frequency: | MONTHLY |
| Current Date: | 02/24/2016 |
| Source: | Data by Infogroup, Copyright © 2016, All Rights Reserved. |

### Household Information:
| | |
|---|---|
| Address: | PO BOX 1208 DRAPER, UT 84020-1208 |
| County: | SALT LAKE |
| Latitude/Longitude: | 40.513546/-111.876661 |
| Address First Reported: | 2005 |
| Telephone: | 801-938-5859 |
| Service Type: | VOICE LINE |

### Head of Household Information

PeopleMap Report (Basic)  
JOSHUA SCOTT CHATWIN

2/24/2016 1:16:58 PM  
Client ID:049015.004URMMACHATWIN

| | |
|---|---|
| Head of Household: | MR JOSHUA S CHATWIN |
| Gender: | MALE |
| Date of Birth: | 01/XX/1982 |
| Name/Address Confirmed: | 11/2012 |
| Marital Status: | SINGLE |

End of Document

© 2016 Thomson Reuters. No claim to original U.S. Government Works.

## Possible Relatives & Household Members

### Household Records

**12534 S 150 E DRAPER, UT 84020-8611**  Full-Text

| Address First Reported: | 1994 | Phone: | 801-576-0652 | Confidence Score: | 99 |

| Name | Role | Date of Birth | Name/Address Confirmed: |
|---|---|---|---|
| MR DAVID S CHATWIN | Head of Household | 01/XX/1960 | 09/2015 |
| MS DEBORAH A CHATWIN | Spouse | 11/XX/1958 | 10/2015 |
| MR JOSHUA S CHATWIN | Other | N/A | 01/2014 |
| MR SCOTT CHATWIN | Other | N/A | 10/2015 |

**PO BOX 1208 DRAPER, UT 84020-1208**  Full-Text

| Address First Reported: | 2005 | Phone: | 801-938-5859 | Confidence Score: | 98 |

| Name | Role | Date of Birth | Name/Address Confirmed: |
|---|---|---|---|
| MR JOSHUA S CHATWIN | Head of Household | 01/XX/1982 | 11/2012 |

## Possible Named Parties

**People Associations**

| | |
|---|---|
| DEREK N WOODBURY | DEBBIE A CHATWIN |
| JOSHUA CHATWIN | SCOTT CHATWIN |
| DAVID S CHATWIN | |

## No Documents Found

**No Documents Were Found In These Sources**

| | |
|---|---|
| Marriage Records | Divorce Records |
| Conceal & Carry Weapons Permits | Hunting & Fishing Licenses |
| Voter Registrations | Political Donors |
| Death Records | New Movers Records |
| Historical Address Records | Real Property Tax Assessor Records |

PeopleMap Report (Basic)  2/24/2016 1:16:58 PM
JOSHUA SCOTT CHATWIN  Client ID:049015.004URMMACHATWIN

| | |
|---|---|
| Real Property Transactions | Real Property Pre-Foreclosure Records |
| Aircraft Records | Unclaimed Assets |
| Lawsuit Records | Liens & Judgments |
| Bankruptcy Records | UCC Records |
| Professional Licenses | Healthcare Licenses |
| Executive Profile | Executive Bios |
| DMI | FEIN |
| Stock | BusFindUS |
| FBN/DBA | |

## Permissible Uses

**Permissible Uses**

DPPA - NO PERMISSIBLE USE.
GLB - NO PERMISSIBLE USE.
VOTERS - NO PERMISSIBLE USE.