# WOODYS LAWN CARE

**Entity Number:** 9058116-0151
**Company Type:** DBA
**Address:** 1363 n 200 w centerville, UT 84014
**State of Origin:**
**Registered Agent:** Joshua S Chatwin
**Registered Agent Address:**
12534 s 150 e
Draper, UT 84020

[ View Management Team ]

Status: Active

[ Purchase Certificate of Existence ]

**Status:** Active ● *as of 05/30/2014*
**Renew By:** 05/31/2017
**Status Description:** Good Standing
The "Good Standing" status represents that a renewal has been filed, within the most recent renewal period, with the Division of Corporations and Commercial Code.
**Employment Verification:** Not Registered with Verify Utah

History

[ View Filed Documents ]

**Registration Date:** 05/30/2014
**Last Renewed:** N/A

Additional Information

**NAICS Code:** 8141 **NAICS Title:** 8141-Private Households

<< Back to Search Results

Search by:  Business Name   Number   Executive Name   Search Hints

Business Name: