R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>　　　　　　　Defendants. | **REQUEST TO SUBMIT EXPEDITED MOTION TO COMPEL SCENE INSPECTION AND STAY EXPERT DISCOVERY**<br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball<br>Magistrate Judge Pead |

　　　Pursuant to DUCivR 7-3, Defendants hereby submit their Expedited Motion to Compel Scene Inspection and Stay Expert Discovery [Doc. 37] for decision, and state the following:

　　　1.　　Defendants filed their Expedited Motion to Compel Scene Inspection and Stay Expert Discovery [Doc. 37] on February 9, 2016.

2.      Plaintiff filed an Opposition to the Motion to Compel Scene Inspection and Stay Expert Discovery [Doc. 39] on February 17, 2016.

3.      Defendants filed a Reply Memorandum in Support of Motion to Compel Scene Inspection and Stay Expert Discovery [Doc. 40] on February 24, 2016.

Therefore, this Motion is fully briefed and ready for decision from the Court. Neither party has requested oral argument on this matter.

DATED this 7th day of March, 2016.

**D**URHAM **J**ONES & **P**INEGAR, **P.C.**

/s/ R. Blake Hamilton
R. Blake Hamilton
Ashley M. Gregson
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing was served this 7th day of March, 2016, via electronic filing, upon the following:

Lisa A. Marcy
CLYDE SNOW & SESSIONS
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, UT 84111

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

                                                /s/ Sarah Peck