R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>      Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>      Defendants. | **STIPULATION TO EXTEND DEFENDANTS' COUNTER REPORTS DEADLINE**<br><br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball<br>Magistrate Judge Pead |

   Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Joshua Chatwin and Defendants Draper City, Officer J. Patterson, Officer David Harris, and Officer Heather Baugh, by and through their counsel, stipulate and extend the deadline for Defendants' Expert Counter-Reports by 2 weeks, from March 16, 2016 to March 30, 2016.

DATED this 16th day of March, 2016.

        **D**URHAM **J**ONES **& P**INEGAR**, P.C.**

        /s/ R. Blake Hamilton
        R. Blake Hamilton
        Ashley M. Gregson
        ATTORNEYS FOR DEFENDANTS

        **CLYDE SNOW & SESSIONS**

        /s/ Lisa A. Marcy (with permission)
        Lisa A. Marcy
        **CLYDE SNOW & SESSIONS**
        John K. Johnson
        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing was served this 16th day of March, 2016, via electronic filing, upon the following:

Lisa A. Marcy
CLYDE SNOW & SESSIONS
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, UT 84111

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

                                                                                        /s/ Sarah Peck