R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>                    Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>                    Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' COUNTER REPORTS DEADLINE**<br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball<br>Magistrate Judge Pead |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), based upon the stipulated motion submitted by Plaintiff and Defendants, and good cause appearing, the Court hereby ORDERS that the deadline for Defendants' Expert Counter-Reports shall be extended by 2 weeks, from March 16, 2016 to March 30, 2016.

SLC_2697483.1

DATED this ___ day of March, 2016.

_____
Dustin B. Pead
United States Magistrate Judge

SLC_2697483.1