IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>        Plaintiff,<br><br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>        Defendants. | AMENDED SCHEDULING ORDER<br><br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball<br>Magis. Judge Dustin B. Pead |

This matter came before the Court on March 14, 2016, for a telephonic hearing on Defendants' Motion to Reconsider or Clarify Order Granting Plaintiff's Motion to Clarify and Emergency Motion to Compel Scene Investigation and Stay Expert Discovery. The Plaintiff was represented by Lisa A. Marcy, and the Defendants were represented by Ashley M. Gregson. Based upon the stipulation of the parties and good cause shown,

IT IS HEREBY ORDERED:

1.      Defendants' two expert reports addressing issues of policy and reasonableness shall be filed no later than Friday, March 18, 2016;

2.      Defendants' perception expert report, if any, shall be filed no later than Thursday, April 14, 2016;

{00953204-2 }

3.      Plaintiff's counter-reports to all three of Defendants' expert reports shall be filed on or before May 16, 2016;

4.      Defendants' expert counter reports shall be filed on or before March 30, 2016

5.      The last day to conduct expert discovery shall be July 1, 2016;

6.      The parties shall file any dispositive or potentially dispositive motions on or before August 1, 2016;

7.      The parties shall file partial or complete motions to exclude expert testimony on or before August 1, 2016; and

8.      SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION DATE

    a.      Referral to Court-Annexed Meditation:                    **No**

    b.      Referral to Court-Annexed Arbitration:                   **No**

    c.      Evaluate case for Settlement/ADR on                      **11/1/16**

    d.      Settlement probability:                                  **Fair**

9.      TRIAL AND PREPARATION FOR TRIAL TIME DATE

    a.      Rule 26(a)(3) Pretrial Disclosures

            Plaintiff                                                **11/15/16**

            Defendant                                                **11/29/16**

    b.      Objections to Rule 26(a)(3) Disclosures

    (if different than 14 days provided in Rule)

    c.      Special Attorney Conference on or before                 **12/14/16**

    d.      Settlement Conference on or before                       **12/14/16**

    e.      Final Pretrial Conference               **2:30 p.m.**     **1/17/17**

    f.      Trial                             Length

|  | i. Jury Trial | **5 days** | **8:30 a.m.** | **1/30/17** |

10.    OTHER MATTERS

Counsel should contact chambers staff of the judge presiding in the case regarding

Markman motions to determine the desired process for filing and hearing of such motions.

Parties should file all such motions and Motions in Limine well in advance of the final pretrial.

ORDERED this 17th day of March 2016.

BY THE COURT:

_____
DUSTIN B. PEAD
U.S. Magistrate Judge