R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>  Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>  Defendants. | **DEFENDANTS' RULE 26(a)(2)(B) DISCLOSURE OF EXPERT REBUTTAL WITNESSES AND REPORTS**<br><br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball<br>Magistrate Judge Pead |

Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, Defendants' Draper City, Joshua Patterson, David Harris and Heather Baugh, (collectively "Defendants") by and through their undersigned counsel, hereby disclose the following experts who may be give rebuttal testimony at trial.  Defendants also disclose a copy of the referenced experts' rebuttal reports.

**REBUTTAL EXPERT WITNESSES WHO MAY TESTIFY AT TRIAL**

1. Kenneth R. Wallentine
   5272 South College Drive, Suite 200
   Murray, Utah 84123

Mr. Wallentine should be contacted through Defendants' counsel.  Mr. Wallentine was hired by Defendants to evaluate, and prepare rebuttal reports to, Kirk Torgensen's expert report, dated January 12, 2016 and Trevor Petersen's expert report also dated January 12, 2016.  Mr. Wallentine's opinions are included in his March 30, 2016 rebuttal expert reports, which are both signed by him and are attached to this disclosure as Exhibits A and B.  Mr. Wallentine is expected to testify as to the opinions contained within said reports.  Mr. Wallentine's reports include facts considered, curriculum vitae, history of publications and testimony, and his fee schedule.

2. Dr. Alan J. Goldman, M.D.
   5872 South 900 East, Suite 250
   Salt Lake City, Utah 84121

Dr. Goldman should be contacted through Defendants' counsel.  Dr. Goldman was hired by Defendants to evaluate, and prepare rebuttal reports to Dr. Walter Reichert's expert report dated January 12, 1016.  Dr. Goldman's opinions are included in his signed rebuttal expert report, which is attached to this disclosure as Exhibit C.  Dr. Goldman is expected to testify as to the opinions contained within his report.  Dr. Goldman's report includes the facts he considered in preparing his report and the history of his publications and testimony and his curriculum vitae, are attached to his report in addition to his fee schedule.

There may be other expert witnesses that Defendants may use to support their claims and defenses, which are unknown to Defendants at this time.  Defendants reserve the right to identify

and disclose any additional expert witness(es) as necessary. Also, to the extent that Plaintiff's anticipated rebuttal disclosures change Defendants' experts' disclosures in any way, Defendants reserve the right to modify their Rule 26(a)(2)(B) disclosures accordingly, including the remittance of counter reports, as required.

Furthermore, as discovery is ongoing, should Defendants learn additional facts relevant to expert disclosures, these disclosures will be supplemented according to Fed. R. Civ. P. 26(e).

DATED this 30th day of March, 2016.

**DURHAM JONES & PINEGAR, P.C.**

/s/ Ashley M. Gregson
R. Blake Hamilton
Ashley M. Gregson
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing was served this 30th day of March, 2016, via electronic filing, upon the following:

Lisa A. Marcy
CLYDE SNOW & SESSIONS
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, UT 84111

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

/s/ Sarah Peck