Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah  84111
Telephone:  801-322-2516

John K. Johnson (#3815)
Jkjohnson1080@hotmail.com
**JOHN K. JOHNSON, LLC**
10 West 300 South, Suite 800
Salt Lake City, Utah  84101
Telephone:  801-915-2616

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>　　　Plaintiff,<br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>　　　Defendants. | REPORT OF EXPERT WITNESS KIRK TORGENSEN IN REBUTTAL TO KEN WALLENTINE<br><br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball |

　　　Plaintiff Joshua Chatwin hereby submits the attached Expert Report of Kirk Torgensen in Rebuttal to Ken Wallentine as required by the Court's Amended Scheduling Order entered March 17, 2016, and Rule 26(a)(2)(D)(ii), Federal Rules of Civil Procedure.

{00989262-1 }

DATED this 13th day of May 2016.

                                      CLYDE SNOW & SESSIONS

                                      /s/ Lisa A. Marcy
                                      Lisa A. Marcy
                                      *Attorneys for Plaintiff Joshua Chatwin*

CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of May 2016, I caused a true and accurate copy of the foregoing Report of Expert Witness Kirk Torgensen in Rebuttal to Ken Wallentine to be filed via the Court's ECF system, which in turn sent copies to counsel of record in accordance with the Court's protocols.

    /s/ Michelle Carter