Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah  84111
Telephone:  801-322-2516

John K. Johnson (#3815)
Jkjohnson1080@hotmail.com
**JOHN K. JOHNSON, LLC**
10 West 300 South, Suite 800
Salt Lake City, Utah  84101
Telephone:  801-915-2616

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>      Plaintiff,<br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>      Defendants. | REPORT OF EXPERT WITNESS WALTER REICHERT, M.D., IN REBUTTAL TO ALAN J. GOLDMAN, M.D.<br><br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball |

Plaintiff Joshua Chatwin hereby submits the attached Expert Report of Walter Reichert, M.D., in Rebuttal to Alan J. Goldman, M.D., as required by the Court's Scheduling Order entered December 10, 2014, and Rule 26(a)(2)(D)(ii), Federal Rules of Civil Procedure.

{00990102-1 }

DATED this 16th day of May 2016.

                    CLYDE SNOW & SESSIONS

                    /s/ Lisa A. Marcy
                    Lisa A. Marcy
                    *Attorneys for Plaintiff Joshua Chatwin*

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of May 2016, I caused a true and accurate copy of the foregoing Report of Expert Witness Walter Reichert, M.D., in Rebuttal to Alan J. Goldman, M.D. to be filed via the Court's ECF system, which in turn sent copies to counsel of record in accordance with the Court's protocols.

/s/ Michelle Carter