# EXHIBIT A

Mike Gulbraa
Cyber Ops LLC
5693 S. Redwood Rd. #13
Taylorsville, UT 84123

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>    Plaintiff,<br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>    Defendants. | DECLARATION OF CORY WARNICK<br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball<br>Magis. Judge Dustin B. Pead |

CORY WARNICK declares as follows:

1. I am over the age of 18 and competent to make this declaration.

2. I have personal knowledge of the statements contained in this declaration and if called to testify would testify as set forth below.

3. On April 25, 2016, a private investigator ("PI") came to my office door and asked if Mike was around.

4. I responded that Mike was busy and asked if I could help him.

5. The PI asked again for Mike.

6. I asked for information so I could help him.

7. Because the PI was wearing a badge around his neck, and because Cyber Ops is a private investigating firm, it would be easy to conclude that this person might have been seeking employment, among many other reasons.

8. The PI was holding some documents.

9. Despite my persistent efforts to help, the PI refused to show me the documents he was holding or tell me why he needed to speak with Mike.

10. I went to Mike's office and found his door closed but could hear what may have been a phone conversation.

11. I told the PI that Mike was on the phone and that I did not know how long he would be.

12. I invited the PI to have a seat in our reception area.

13. I had other matters to attend to and left the building.

14. When I returned to the office, approximately 30 minutes later, the PI was no longer in the building.

15. I noticed that Mike's door was still closed but that there were some papers on the floor outside his office.

16. I do not know who picked up the documents or what was in them.

I declare under penalty of perjury under the laws of the State of Utah that the foregoing is true and correct to the best of my belief and knowledge.

DATED this 13th day of May 2016.

_____
Cory Warnick