To Whom It May Concern,

RECEIVED CLERK
MAY 25 ...
U.S. DISTRICT COURT

Please file the enclosed 'MOTION TO QUASH SUBPOENA TO CYBER OPS' in the captioned case.

Thank you.