# EXHIBIT C

| | |
|---|---|
| **From:** | Thatcher, Melani |
| **To:** | LMarcy@clydesnow.com; jkjohnson1080@hotmail.com |
| **Cc:** | Hamilton, R. Blake; Gregson, Ashley |
| **Bcc:** | {F2022627}.WorkSiteSLC@wsmail.djplaw.com |
| **Subject:** | Chatwin v. Draper City, et al. |
| **Date:** | Wednesday, April 13, 2016 3:41:37 PM |
| **Attachments:** | Notice of Intent to Issue Subpoenas- Cyber Ops and Reporters Inc. w Subpoenas.PDF<br>image41143a.BMP |

Counsel:

Please find attached notice of our intent to issue third party subpoenas. We will serve the subpoenas pursuant to the rule, if no objection is received within the prescribed period of time.

Thank you,

Melani Thatcher

**Melani Thatcher | Paralegal**

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900 | Salt Lake City, UT 84111
Phone: 801.415.3000 | Fax: 801.415.3500 | MThatcher@djplaw.com

D | J | P   **DURHAM JONES & PINEGAR**

This email message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact MThatcher@djplaw.com by reply email and destroy all copies of the original message.

Please consider the environment before printing this e-mail.

SALT LAKE CITY | LEHI | OGDEN | ST. GEORGE | LAS VEGAS