R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>                         Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>                         Defendants. | **STIPULATED MOTION TO EXTEND EXPERT DISCOVERY DEADLINE**<br><br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball<br>Magistrate Judge Pead |

Pursuant to Rule 29 of the Federal Rules of Civil Procedure, Plaintiff Joshua Chatwin and

Defendants Draper City, Officer J. Patterson, Officer David Harris, and Officer Heather Baugh,

by and through their counsel, hereby stipulate and move the Court to extend the deadline to

complete expert discovery to July 13, 2016.  The stipulated extension will not affect the other

upcoming deadlines in this matter.

DATED this 1st day of July, 2016.

**DURHAM JONES & PINEGAR, P.C.**

/s/ R. Blake Hamilton
R. Blake Hamilton
Ashley M. Gregson
ATTORNEYS FOR DEFENDANTS

**CLYDE SNOW & SESSIONS**

/s/ Lisa A. Marcy (with permission)
Lisa A. Marcy
**CLYDE SNOW & SESSIONS**
John K. Johnson
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the forgoing was served this 1st day of

July, 2016, via electronic filing, upon the following:


Lisa A. Marcy
CLYDE SNOW & SESSIONS
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, UT 84111

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101


_____/s/ Sarah Peck_____

3