# EXHIBIT 1

**CURRICULUM VITAE**
**WALTER H. REICHERT, M.D.**
1151 East 3900 South, #B150
Salt Lake City, Utah 84124

| | |
|---|---|
| **CURRENT POSITION:** | **Vice-President, Western Neurological Associates, PC** |
| | **General Neurologist, July, 1982 to present** |
| **BORN:** | **June 19, 1946 - Salt Lake City, Utah** |
| **COLLEGE:** | **University of Utah, Salt Lake City, Utah** |
| **1964 - 1968** | **BS degree (Zoology & Entomology)** |
| **MEDICAL SCHOOL:** | **University of Utah School of Medicine** |
| **1968 - 1972** | |
| **RESEARCH ASSIST:** | **Department of Physiology** |
| **Summer 1969 and 1970** | **University of Utah** |
| **INTERNSHIP:** | **Washington University** |
| **1972 - 1973** | **Barnes Hospital** |
| | **St. Louis, Missouri** |
| **RESEARCH ASSOC:** | **National Institute of Health** |
| **1973 - 1975** | **Bethesda, Maryland** |
| **NEUROLOGY** | **Cornell University** |
| **RESIDENT:** | **New York Hospital** |
| **1975 - 1978** | **New York City, New York** |
| **NEUROLOGY** | **Memorial Sloan-Kettering** |
| **FELLOW:** | **Cancer Center** |
| **1978 - 1979** | **New York City, New York** |
| **CHIEF RESIDENT** | **Cornell Medical School** |
| **NEUROLOGY:** | **New York Hospital** |
| **1978** | **New York City, New York** |
| **CLIN. ASSIST. PROF.** | **Cornell Medical School** |
| **NEUROLOGY:** | **New York City, New York** |
| **1979 - 1982** | |
| **ATTENDING** | **Head of Neurology** |

| | |
|---|---|
| **NEUROLOGIST:**<br>1979 - 1982 | **Neuro-Trauma Unit**<br>**The Burke Rehabilitation Center**<br>**White Plains, New York** |
| **BOARD CERTIFIED:**<br>1979 | **American Board of Psychiatry and Neurology (Neurology)** |
| **DIPLOMA:** | **National Board of Medical Examiners** |
| **HONORS:** | **Magna cum laude; Phi Kappa Phi**<br>**Alpha Omega Alpha**<br>**Paul Wintrobe Memorial Award (Outstanding senior student)**<br>**Honors in Medicine, Research Award**<br>**Clinical Clerk, National Hospital, Queen Square**<br>**Guest Neurology Examiner, Oral Examination of American**<br>**Board of Neurosurgery (September 23-26, 1986)** |
| **SOCIETIES:** | **American Academy of Neurology**<br>**Utah Medical Association**<br>**Salt Lake Medical Society** |
| **PUBLICATIONS:** | **ARound and Amoeboid Microglial Cells in Neonatal Rabbit Brain,@**<br>**L.J. Stensaas and W.H. Reichert, Zeitschrift fur Zellforschung.**<br>**119:147-163, 1971**<br><br>**APlasma Membrane Inorganic Pyrophosphatase in Cultured Cells,@**<br>**W.H. Reichert and E.G. Trams, Federation Proc.. 33:207, 1974**<br><br>**AInorganic Pyrophosphatase in Cultured Cells,@ W.H. Reichert, C.J. Lauter and E.G. Trams, Biochem et Biophys Acta. 370:556-563, 1974**<br><br>**ACerebral Magnesium and Sodium Potassium ATPase Following Augiogenic Seizures in Mice,@ W.H. Reichert, Experimental Neurology. 49:596-600, 1975**<br><br>**AATPase Activities in Spinal Cord Compression and Following Steroid Treatment,@ W.H. Reichert, J.B. Posner and W.R. Shapiro, Neurology. 29:547, 1979** |

ASpinal Subarachnoid Hematoma:  A Hazard of Lumbar Puncture Resulting in Reversible Paraplegia,@ S.S. Brem, D.A. Hafler, R.L.  Van Ulert, R.L Ruff and W.H. Reichert, New England Journal of Medicine. 304:1020-1021, 1981

AVestibular Dysfunction in Parkinson=s Disease,@ F.H. McDowell, W.H. Reichert and J. Doolittle, (abs) Annals of Neurology. 10:94, 1981

AA Placebo-Controlled Trial Shows No Effect of Vasopressin on Recovery From Closed Head Injury,@ W.H. Reichert and J.P. Blass, Annals of Neurology. 12:390-392, 1982

AVestibular Dysfunction in Parkinson=s Disease,@ W.H. Reichert, J. Doolittle and F.H. McDowell, Neurology. 32:1133-1138, 1982

ACerebral Blood Flow Decrements in Chronic Head Injury Syndrome,@ L. Barclay, A. Zemcov, W.H. Reichert and J.P. Blass, Biol Psychiatry. 20:146-157, 1985

"Migraine Symptom Induction by Microembolization During Contrast Transcranial Doppler Evaluation of Right-to-Left Shunt," S. Sorensen, H. Aguilar, W.H.Reichert, M. Goldstein, D. Thoen, H. Thomas, J Muhlestein. 2008

"Transient Neurological Symptoms During Contrast Transcranial Doppler Right-to-Left Shunt Testing in Patients with Cryptogenic Neurological Disease," S. Sorensen, MD, H. Aguilar, RN, W. Reichert, MD, M. Goldstein, MD, D Thoen, MD, H Thomas Ph.D., M.S.P.H. and J Muhlestein, MD. 2010