# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

JOSHUA CHATWIN,                     )
                                    ) Deposition of:
      Plaintiff,                    )
                                    ) WALTER REICHERT, M.D.
vs.                                 )
                                    ) Civil No.
DRAPER CITY; OFFICER J.             ) 2:14-cv-00375
PATTERSON, in his                   )
individual and official             ) Judge Dale A. Kimball
capacity; OFFICER DAVID             )
HARRIS, in his individual           )
and official capacity;              )
OFFICER HEATHER BAUGH, in           )
her individual and official         )
capacity; and JOHN DOES             )
 -10,                               )
                                    )
      Defendants.                   )


June 24, 2016 * 3:47 p.m.

Location:  Western Neurological Center, P.C.
           1187 East 3900 South
           Salt Lake City, Utah 84124


Reporter:   Lisa Bernardo, CSR, RPR

1      A.     She outlined that she was -- that she was

2  defending a client, this is, again, my memory, I

3  didn't write anything down, that had been mistreated.

4  I don't remember the exact conversation, okay, this

5  is my memory.  That had been mistreated, in her

6  opinion, by the Draper Police Department.  I hope

7  I've even got the right police department right.

8  This is it.  I guess this is it.  And had been at IMC

9  and had suffered a brain injury and had not had any

10  medical follow-up, and that is why she was a little

11  desperate to get somebody to see her client because

12  he had not had any medical follow-up since his

13  admission to Intermountain Medical Center.  That's

14  what I remember.

15      Q.     Did she talk about -- what you recall her

16  saying as far as the mistreatment, did she tell you

17  what kind of mistreatment her client suffered?

18      A.     No.  No.  She told me he had a -- she may

19  have said he had a skull fracture.  I don't remember

20  that for sure, but I can remember it was some kind of

21  a head injury.  And it was a short conversation.  I

22  said, well, let me think about it for a day.  Oh, I

23  don't know if I want to do it.  And then I called her

24  back and said, okay, I'll do it, you seem a little

25  desperate.

1       A.      Correct.

2       Q.      So that is a direct quote from Ms. Marcy?

3       A.      Correct.

4       Q.      So at that point in time, did she provide

5   you any information about why she believed Mr.

6   Chatwin was thrown to the ground?

7       A.      No.

8       Q.      But she is the one that used that term,

9   "thrown to the ground"?

10      A.      Yes.

11      Q.      And you then go on and offer your opinion.

12  "It is my opinion that Mr. Chatwin suffered injuries

13  after being thrown to the cement.  This will result

14  in future damages."

15          And that's your stated opinion to that

16  question, correct?

17      A.      Correct.

18      Q.      I would like to look specifically at that

19  opinion for a moment.  When you use the term "thrown

20  to the cement," what are you basing the fact that he

21  suffered those injuries because he was thrown to the

22  cement?

23      A.      I base that opinion on his injuries.  If

24  you're wondering do I know that he was thrown to the

25  ground, of course, I don't know that he was thrown to



1   the ground because, of course, it's obvious that I

2   wasn't there. But my opinion is based on his

3   injuries, not being thrown. Does that make -- do I

4   make myself clear?

5      Q.   No. I need to get a little more

6   clarification from that. Based upon his injuries

7   alone, would you be able to tell us to a reasonable

8   degree of medical certainty that he actually had been

9   thrown to the ground?

10      A.   I don't think I can state that.

11      Q.   So you're not of the opinion that his

12   physical injuries to a reasonable medical degree of

13   certainty indicate that he actually was physically

14   thrown to the ground?

15      A.   Let me see if I can answer your question

16   this way, Mr. Hamilton. I am not an expert in the

17   physics of bodily harm, can I say, do you know what I

18   mean, or the physics of seeing people twisted and

19   turned. So in that sense, I don't think I can answer

20   your question to know if he was actually thrown or if

21   he fell or exactly what happened. Does that answer

22   your question?

23      Q.   Sure. You don't have any expertise in

24   kinesiology --

25      A.   That would be a good word to use.



1    Q.    -- is that correct?

2    A.    That is correct.

3    Q.    And so you're not some forensic expert

4    that's looking at injuries and trying to determine

5    what caused those injuries, true?

6    A.    I cannot -- I am not an expert in that

7    kind of field.

8    Q.    And so you cannot testify or provide an

9    expert opinion about what type of action caused an

10   injury, true?

11   A.    I really can't.  I am just on, look, I --

12   I'll hit the rewind button for one second.  I see the

13   patient.  It's been a couple of years now because his

14   accident, if I remember, it was like 2012.  '14.

15   Excuse me.  Oh, '10.  Oh, my God.  Okay.  That's a

16   long time ago.  Excuse me.  And I was not there.  I

17   am not an expert in the physics of bodies twisting

18   and turning.  I know what he suffered, but exactly

19   what kind of force it may have taken to have him

20   suffer those injuries and what exact position he was

21   in and these kind of details, I can only rely on the

22   evidence from what I have here.  Does that answer

23   your question?

24   Q.    It does, but I want to make sure the

25   record is clear.  So when you state, "It is my



1    opinion that Mr." --  you put Chaplin --

2         A.    That's a mistype.

3         Q.    A typo?

4         A.    Yeah.

5         Q.    "Mr. Chatwin suffered injuries after being

6    thrown to the cement."  That's really not your

7    opinion.  You are not saying that he was thrown to

8    the cement?

9         A.    There's two answers in that question.

10   One, he suffered injuries, and, two, was he thrown.

11   I guess I would have to say if we're deciding.  If

12   we're going to parse that sentence up, I would have

13   to say that he did suffer injuries and how those

14   injuries occurred after being -- was he thrown or did

15   they occur in some other way, I can't answer.

16        Q.    Okay.  So your opinion really is that he

17   did suffer injuries?

18        A.    That is true.

19        Q.    Going to the next sentence, you say, "This

20   will result in future damages."

21             Now, with respect to that sentence, is

22   that your opinion?

23        A.    It is.

24        Q.    What type of future damages do you entail

25   that he may suffer?



1    A.    Yes.

2    Q.    The injury he suffered?

3    A.    The injury he suffered.

4    Q.    Going to (b), "Left cranial nerve VIII

5  damage producing left sensorineural hearing loss, and

6  subjective decreased hearing and tinnitus.  This

7  opinion is based on his audiometric examination

8  showing decreased high frequency hearing on the left,

9  his symptoms and his physical examination."

10    A.    (Nodding head in the affirmative.)

11    Q.    So, sir, let's get back to your

12  qualification.  You're a neurologist, correct?

13    A.    I'm a neurologist, yes.

14    Q.    You are not an ear, nose, throat doctor --

15    A.    I am not.

16    Q.    -- for the layperson's term?

17          You're not an audio?

18    A.    I'm not an audiologist.

19    Q.    You're not an audiologist, you're a

20  neurologist, correct?

21    A.    I am.

22    Q.    When was the last time you studied

23  audiology?

24    A.    As part of my neurological training and

25  every day practice of neurology, we examine every



1   patient for their cranial nerves.  One of those

2   cranial nerves is cranial nerve VIII.  So although I

3   have not undertaken a degree in audiology and don't

4   perform hearing tests, part of a complete

5   neurological examination is an examination of all of

6   our patient's cranial nerves.  Cranial nerve VIII is

7   one of those cranial nerves.  And when I examined

8   Mr. Chatwin, he had decreased hearing on the left.

9   We knew he had a skull fracture on the left, and the

10  cranial nerve VIII is a nerve that is susceptible to

11  injury in a skull fracture.

12          So in answer to your question, I didn't

13  study audiology, but I studied neurology, which

14  involves the cranial nerves.

15      Q.    You have reviewed Mr. Goldman's, or

16  Dr. Goldman's report, correct?

17      A.    I did.

18      Q.    And you actually did a rebuttal to his

19  rebuttal, right?

20      A.    I did.

21      Q.    Okay.  In his report do you recall him

22  saying that he would rely upon his

23  otorhinolaryngology -- and I apologize, I just

24  slaughtered that -- otorhinolaryngology colleagues

25  for a definite answer with respect to his tinnitus,



1   Mr. Chatwin's tinnitus?

2        A.    Okay.  We're talking about two different

3   things, then.  Tinnitus is the subjective complaint

4   of ringing in the ear.  Mr. Chatwin complained of

5   that.  He also complained of decreased hearing.

6             Now, both of those symptoms go along with

7   injury to cranial nerve VIII, and also the cochlea in

8   the ear where hearing is heard, if I may use that

9   word.  There's a little -- there's a cochlear organ

10  in your temporal bone in your ear where the cranial

11  nerve VIII interprets the hearing.

12            So we have a subjective symptom of

13  tinnitus, which is a clinical subjective symptom like

14  I hear a buzz or humming in my ear.  That's what

15  tinnitus is.  And then we also have him complaining

16  of decreased hearing in his ear.

17            I examined the patient and he had

18  decreased hearing in his ear and he said, by the way,

19  my ear, I have ringing in my ear, which is the same

20  thing as a buzz or the tinnitus.

21            So there's kind of two parts to that

22  question, he has decreased hearing and subjective

23  tinnitus.  And, now, I'm sorry, I got myself going,

24  you're going to have to ask me that question again.

25        Q.    Okay.



1      A.    How can I answer that question?

2      Q.    Let me move on to a different question.

3  When was the last time you diagnosed someone with

4  tinnitus?

5      A.    I don't diagnose people with tinnitus.

6  They say, I've got a ringing in my ear.  I say,

7  you've got tinnitus.

8      Q.    Would you agree with me that there are

9  specialists that can diagnose a person with tinnitus?

10     A.    They can't diagnose it anymore than I can

11 than I just did with you.  If they said -- if you

12 came in and said, I've got ringing in my ear, and

13 they said, you don't have ringing in your ear, then

14 you would say, Doctor, either I'm a liar or you

15 aren't telling me the truth.

16     Q.    So when you say that he had tinnitus,

17 you're basing that off of his self-report, correct?

18     A.    That is the only way it gets reported,

19 that is tinnitus.  There is no testing that can be

20 done that -- that is -- if somebody comes in -- okay,

21 we're getting off topic, but let's go ahead.  If

22 somebody comes in and says, I've got a headache, and

23 the doctor says, no, you don't, you would say this

24 doctor is out of his gore.  He's a liar.  If you come

25 in and say, I've got ringing in my ear, and the

1   doctor says, no, you don't, you would say this guy

2   needs his hearing checked, right?  Okay.  That's what

3   we're talking about.

4        Q.    Sir, you're aware that Mr. Chatwin had

5   gone and seen an otorhinolaryngologist, correct?

6        A.    I am.

7        Q.    And I apologize.  How do you say that

8   word?

9        A.    Otorhinolaryngologist.

10       Q.    Otorhinolaryngologist?

11       A.    Uh-huh (affirmative).  Audiometrics.  Who

12  know audiometrics?

13       Q.    Yeah.  I have a brother that teaches up at

14  the University of Colorado and he's an ear, nose,

15  throat specialist, and I never attempt to try to say

16  what he calls himself.  I just stick with ear, nose,

17  throat.

18       A.    Yeah.  That's reasonable.

19       Q.    So you knew that he had gone and seen that

20  specialist?

21       A.    I did.

22       Q.    And you knew that he had never followed up

23  with that specialist?

24       A.    Okay.  If I said that, then I don't

25  remember right now, but, sure.  If he just saw him



1    may be other problems there, but let me just run with

2    that for a minute, please.

3              When I examined him he had plenty of

4    opportunity to say and exhibit both -- he had plenty

5    of opportunities on his history and plenty of

6    opportunities on his physical examination to have

7    what we sometimes call in the medical professional

8    functional elaboration.  You know, sometimes in

9    medicine what we see is almost as -- sometimes in

10   medicine what we don't see is almost as important as

11   what we do see.

12             By that, I mean this.  Is here we have

13   someone who comes in, who, let's be blunt, who has an

14   attorney, who is in some litigation, who you might

15   expect that when you examine his strength, for

16   example, and I'm just making this up a little bit

17   because I'm going to ham this up a little bit, even

18   though it's a deposition.  That we examine his

19   strength.  Oh, he's weak all over.  Or that left arm,

20   oh, my arm, I can't move it, it's weak.  Uh-uh.  He's

21   strong.  Or how are your headaches doing?  My

22   headaches aren't doing too bad.  In spite of the fact

23   this guy had a skull fracture.  Do you know what I

24   mean?  And we don't see any -- we don't see any

25   magnification of symptoms.



1          Are you familiar with that scenario?  We

2   don't see any -- what looks like what we used to call

3   sometimes secondary gain when we were doing

4   psychiatry.

5          Q.    Malingering?

6          A.    What's that?

7          Q.    Malingering.

8          A.    Okay.

9          Q.    Is that a term you would use?

10         A.    Well, I hate to use that term.  I try to

11   avoid using that term because that provides -- that

12   provided maybe a little less deeper psychological

13   thing than what my old psychiatry professors might

14   used to do.  Sometimes they would say that this is a

15   way for the patient without being -- oh, my God,

16   Professor Forage, where are you -- without the

17   patient being aware that they are doing this

18   consciously, that they are just kind of trying to get

19   around it, but he didn't have any of that.

20              Here's a guy who came in and his exam is

21   amazingly normal.  Do you know what I mean?  He has

22   no functional elaboration.  How are your headaches

23   today?  Not too bad.  Do you know what I mean?  How's

24   your thinking?  Pretty good.  Do you have any

25   postconcussion symptoms?  Not really.  Huh?  Do you

1   know what I mean?  Like, wait a minute.  That means

2   to me that whatever he reports, it is solid.  Do you

3   know what I mean?  Hey, this is real.

4            And there's sort of an inverse

5   relationship between the number of symptoms in my

6   experience that a patient will report and the weight

7   that those symptoms need to be given.  In some ways

8   the fewer symptoms that a patient reports, the more

9   you need to pay attention to them.  The most

10  difficult patients to evaluate, of course, are the

11  ones that have 10,000 symptoms and it's -- and good

12  luck as a doctor because you're flopping in the

13  breeze.  You can't figure out what is going on.  Do

14  you know what I mean?  If somebody comes in with just

15  a few symptoms, boy, you better pay attention to them

16  because something is not good there.

17       Q.    Okay.

18       A.    That's why I consider him reliable.  Have

19  I tried to make myself clear?

20       Q.    Let me make sure I understood.  I'll just

21  summarize.

22       A.    Yeah.

23       Q.    In essence, the reason you believe he was

24  reliable --

25       A.    Yes.

```
 1    is intoxicated?

 2         A.    I have no special -- I have no special

 3    expertise.

 4         Q.    So where are you drawing those conditions

 5    from?  What --

 6         A.    Research off the internet.

 7         Q.    So when you were asked that question by

 8    Ms. Marcy, the effect of alcohol --

 9         A.    Yeah.

10         Q.    -- and balance, posture and coordination,

11    what you did is just got online --

12         A.    I got online.

13         Q.    What did you look at?

14         A.    I looked at probably UpToDate, which is an

15    online, oh, what do you call it, medical thing for

16    doctors.  You know what I mean?  And then just -- I

17    don't remember what I Googled, just, you know,

18    alcohol levels, cognition, you know, correlation

19    between alcohol levels and functioning, or I don't

20    remember exactly what, or exactly where, but that's

21    what I did.

22         Q.    Okay.  With respect to this UpToDate, is

23    that a peer reviewed --

24         A.    Yes.

25         Q.    -- source?
```



1      A.    Yes.

2      Q.    And do you recall what information you

3  were actually able to get off of UpToDate?

4      A.    Of that, no, but it's an online thing.

5  It's a subscription thing and it's peer-reviewed and

6  -- but I -- I don't know if I actually used that for

7  UpToDate or if I just went on like Medscape or PubMed

8  or what or those other -- Medscape, PubMed, UpToDate,

9  and that.  I just Googled around and looked for

10  alcohol levels correlating with mental status.

11      Q.    Would you agree with me to be able to

12  render this opinion that, in essence, what you did is

13  a Google search?

14      A.    That's basically true.  That is what I

15  did.

16      Q.    You did a Google search?

17      A.    With also the online things that I have

18  available to me.

19      Q.    When you say the online things that you

20  have --

21      A.    Like UpToDate.

22      Q.    Are there any other things besides

23  UpToDate that you may have looked at?

24      A.    Yeah.  I'm sorry.  I don't remember.  It

25  could have been PubMed, UpToDate, Medscape.  I just



1          in his ear."

2          Question:  "So could you put that

3          in layperson's terms?"

4          THE WITNESS:  The two kind of go together,

5   because oftentimes when the nerve is injured, then

6   people have, in addition to having a hearing loss,

7   they also have ringing in their ears.

8          Q.   (By Ms. Marcy)  Do you ever see patients,

9   let's say, younger than 40 that have the arthritis in

10  their ear that causes tinnitus?

11         A.   Yes.  It can happen at any age.

12  Oftentimes, if somebody has the otosclerosis, which

13  is the arthritis there, they may also have other --

14  they may have a rheumatological condition that can

15  cause it, like rheumatoid arthritis, things like

16  that, that can produce that kind of thing.  But in

17  general, it's a condition that happens to older

18  patients.

19         Q.   Did Josh Chatwin have any signs of this

20  type of arthritis?

21         A.   No.  Because, really, I'm thinking more

22  that his tinnitus and hearing loss were due to injury

23  of the nerve itself from the skull fracture.

24         Q.   I was a little unclear on the boards

25  certified stuff.  You said you were board certified

 1    in psychiatry, but you don't practice psychiatry.

 2         A.    Now.  The board certification, the name of

 3    the board is The American Board of Psychiatry and

 4    Neurology.  Now, I did a neurology residency.  As

 5    part of that residency, we rotate through psychiatry

 6    to get training in psychiatry.  But the emphasis of

 7    my boards is neurology.  But I did actually take a

 8    part of my both written examination and my oral

 9    examination in neurology included a psychiatry

10    component.

11         Q.    Okay.  When you were a resident, did you

12    prescribe, what would you call it?

13         A.    Psychiatric medication.

14         Q.    Psychiatric medication?

15         A.    Yes.  When I was rotating through

16    psychiatry, I prescribed actually medication for

17    things like schizophrenia, and, you know, excessive

18    compulsive disorder, anxiety, and all that kind of

19    stuff.  But I don't do that anymore.  That was when I

20    was a resident rotating through that service.

21         Q.    How did you know what medications to give

22    to which person with the mental illness?

23         A.    Well, because I was in training then and

24    we had attendings that were supervising us.

25         Q.    I watch Grey's Anatomy.



1        A.    Okay.  That's how we knew, we had

2   attendings that said do this.  We had real

3   psychiatrists that would tell us what to do.

4        Q.    Okay.  And so when you talked about -- you

5   talked about you weren't sure anymore that you could

6   give an opinion about the force that would cause a

7   shoulder injury.  Why did you feel at the time that

8   you could give that opinion?

9        A.    Because in answer to that question I

10  looked back and thought, gosh, Mr. Chatwin is a

11  pretty muscular guy.  In answer to Mr. Hamilton's

12  question about do people generally just collapse to

13  the ground if they've been drinking too much, and,

14  again, this is not my medical experience, but

15  personal experience, but, yes, they can.  It's just a

16  collapse to the ground.  You know what I mean?

17  They're just flopping all over and fall to the

18  ground.  It was more of a lay opinion than, really, a

19  medical opinion or an expert opinion.  That is why.

20       Q.    Do you have a sense, as a doctor, do you

21  have a sense, even in a general way, about what kind

22  of force would cause damage to a shoulder?

23       A.    Okay.

24       Q.    Making contact with cement.

25       A.    Okay.  In part -- I don't really.  In



1  part, it depends on did that person -- in what way

2  did the person land on their shoulder, was it a curb,

3  was it flat, was their arm extended, was their arm

4  tucked to their side.  I don't know if I would want

5  to go out on a limb and -- you know what I mean?

6  What was the position of the shoulder, was it

7  internally rotated, externally rotated, was there a

8  sharp curb there, and this kind of stuff.

9        Q.    But I notice that you're describing

10  scenarios about -- you're describing what you need to

11  consider in addressing the force, so how do you know

12  those -- how do you know how to do that?

13        A.    For me, I don't know how.  I just have to

14  -- maybe if -- you would have to ask the observers on

15  the scene kind of what happened, I guess.

16        Q.    No.  I mean how did you know how to talk

17  about different scenarios?

18        A.    Me?

19        Q.    Right.  Like whether the arm was extended

20  or --

21        A.    Just from my personal experience as a

22  doctor.

23        Q.    Okay.  Let's talk about this alcoholism,

24  the paragraph that -- paragraph 5 that talks about

25  the .319, the one you said you looked it up online.



1        A.     Yeah.

2        Q.     Do you get any training on the effects of

3   alcohol on the body?

4        A.     Okay.  Okay.  Oh, my God, going back a

5   long time ago I did training as an internal medicine

6   resident in St. Louis, which included rotations at

7   St. Louis City Hospital.  We saw a lot of drunks

8   there.  The hospital has been torn down since.  And

9   so in those days I knew, you know, a little bit more

10   about alcohol and stuff and levels and how to detox

11   these people, whatever, but I haven't done that for a

12   long time.

13        Q.     I'm not talking about levels.  I'm talking

14   about just the effects of alcohol on a body.

15        A.     Oh, okay.  Look, I mean, I just know from

16   my neurology training in general where I tend to get

17   involved with alcohol tends to be about withdrawal

18   seizures in people that have drank too much.  People

19   that are intoxicated, and like this gentleman here,

20   one way or the other end up with some kind of a head

21   injury.  Long-term effects of alcohol on the nervous

22   system, both centrally and peripherally, including

23   things like peripheral neuropathy, cerebella

24   degeneration, cirrhosis and the effects of cirrhotic

25   livers on the brain and that kind of stuff.  But,

