Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah  84111
Telephone:  801-322-2516
Facsimile:  801-521-6580

John K. Johnson (#3815)
jkjohnson1080@hotmail.com
**JOHN K. JOHNSON, LLC**
10 West 300 South, Suite 800
Salt Lake City, Utah  84101
Telephone:  801-915-2616

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>         Plaintiff,<br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>         Defendants. | REQUEST TO SUBMIT FOR DECISION RE PLAINTIFF'S MOTIONS IN LIMINE TO EXCLUDE EXPERT TESTIMONY<br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball<br>Magis. Judge Dustin B. Pead |

Pursuant to DUCivR 7-3, Plaintiff hereby submits his (1) Plaintiff's Motion in Limine to

Exclude Testimony and Reports of Chris Lawrence [Docket No. 68] ("Lawrence Motion"); and (2)

{01035131-1}

Plaintiff's Motion in Limine to Exclude Portions of Expert Testimony of Kenneth R. Wallentine [Docket No. 69] ("Wallentine Motion") for decision, and states the following:

1. Plaintiff filed his Lawrence Motion and Wallentine Motion on August 1, 2016.

2. Defendants filed their (1) *Daubert* Motion *in Limine* to Exclude Testimony of Proposed Expert Witness Walter Reichert, M.D. [Docket No. 65] ("Reichert Motion"); (2) *Daubert* Motion *in Limine* to Exclude Testimony of Proposed Expert Witness Trevor B. Petersen [Docket No. 66] ("Petersen Motion"); and (3) *Daubert* Motion *in Limine* to Exclude Testimony of Proposed Expert Witness Kirk Torgensen [Docket No. 67] ("Torgensen Motion") on August 1, 2016.

3. Plaintiff filed his responses to Defendants' Reichert Motion, Petersen Motion and Torgensen Motion on August 15, 2016.

4. Defendants failed to timely file any memoranda in opposition to Plaintiff's Lawrence Motion and Wallentine Motion by August 15, 2016.

5. Therefore, Plaintiff's Lawrence Motion and Wallentine Motion are fully briefed and ready for decision from the Court. Neither party has requested oral argument on this matter.

DATED this 16th day of August 2016.

                                                CLYDE SNOW & SESSIONS

                                                /s/ Lisa A. Marcy
                                                Lisa A. Marcy
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August 2016, I caused a true and accurate copy of the foregoing Request to Submit for Decision re Plaintiff's Motions in Limine to be filed via the Court's ECF system, which in turn sent copies to counsel of record in accordance with the Court's protocols.

/s/ Michelle Carter