# EXHIBIT 2

R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>    Plaintiff,<br><br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>    Defendants. | **DEFENDANT DRAPER CITY'S FIRST SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**<br><br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball |

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Draper City, by and through undersigned counsel, hereby supplements and answers, responds, and objects to Plaintiff's First Set of Interrogatories ("Discovery Requests") as follows (**supplemental information in bold font**):

SLC_2567331.1

8.      Defendants object to Plaintiff's Discovery Requests to the extent they lack foundation and/or assert conclusions.

9.      Defendants object to Plaintiff's Discovery Requests to the extent they require them to provide a legal conclusion or legal analysis.

10.      Defendants object to Plaintiff's Discovery Requests to the extent they seek information for which the burden of production is the same for Plaintiff as it would be for them.

11.      Defendants object to Plaintiff's Discovery Requests to the extent they are not separately set forth.

12.      Defendants object to Plaintiff's Discovery Requests to the extent they may request the disclosure of records classified as "private," "controlled," or "protected" by the Utah Governmental Records Access and Management Act ("GRAMA").

Subject to, and without waiving the foregoing objections, Defendants hereby respond and objects to Plaintiff's Discovery Requests as follows:

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**      For each of the Answers to Plaintiff's Amended Complaint to which you responded with a partial or complete denial, state with specificity the reasons for each denial.

**RESPONSE:** Defendants object to Interrogatory No. 1 on the grounds set forth in General Objections 4 and 9.

**INTERROGATORY NO. 2:**      Identify any custom and/or procedure that you qualify as training on the use of force, including excessive force, for Draper City police officers in effect from 2005 to 2010.  For each custom and/or procedure that you qualify as training on

SLC_2567331.1

the use of force, identify and describe the name of the custom and/or procedure, the details of the custom and/or procedure; including the use of force on an individual in handcuffs, the name and contact information for the provider(s) of said training, the reason(s) for using the provider(s), the process for implementation of the custom and/or procedure, the training dates, if any, of the custom and/or procedure, and the dates, if any, when each of the defendant officers participated in the custom and/or procedure.

 **RESPONSE:** Defendants object to Interrogatory No. 2 on the grounds set forth in General Objections 3, 4, 6, and 11. Subject to, and without waiving these objections, see documents produced herein, bates nos. DRAPER-CHT-0156 through DRAPER-CHT-0598. Defendants have few records for this time frame because there was a change in training coordinators and procedure for recordkeeping.

 **INTERROGATORY NO. 3:** Identify any custom and/or procedure that you qualify as training on the use of force, including excessive force, for Draper City police officers in effect from 2011 to the date you answered this Interrogatory.  For each custom and/or procedure that you qualify as training on the use of force, identify the name of the custom and/or procedure, the details of the custom and/or procedure, including the use of force on an individual in handcuffs, the name and contact information for the provider of said training, the reason(s) for using the provider(s) and if different from those listed in the preceding Interrogatory, include the reason(s) why, the process for implementation of the custom and/or procedure, the training dates of the custom and/or procedure, and the dates, if any, when each of the defendant officers participated in the custom and/or procedure.

DATED this _16_ day of November, 2015.

As to Answers to Interrogatories:

**DRAPER CITY**

By: _____

Its: __Deputy Chief_____

SUBSCRIBED AND SWORN to before me this __10__ day of November, 2015.

_____
NOTARY PUBLIC

As to objections:

**DURHAM JONES & PINEGAR, P.C.**

By: _____
     R. BLAKE HAMILTON
     ASHLEY M. GREGSON

Notary Public
**D. MURPHY**
Commission #680058
My Commission Expires
November 11, 2018
State of Utah

SLC_2567331 1

# Draper City Police Department
## 2011 Monthly Training Calendar

### All training will start at 0800 hrs unless told otherwise.

**FEBRUARY 8 (A)**

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Night/Low light shoot | Fred House | Firearms staff | 5 |
| ASP recert | Shed | Herbert/Carpenter | 3 |
| OC recert | Shed | Adams/Lever | 2 |

**FEBRUARY 15 (B)**

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Night/Low light shoot | Fred House | Firearms staff | 5 |
| ASP recert | Shed | Herbert/Carpenter | 3 |
| OC recert | Shed | Adams/Lever | 2 |

Everyone meet at Fred House Academy at 0800 hrs. Bring your vest, duty gear with handgun, ASP and OC. Wear comfortable clothing.

**MARCH 8 (A)**

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Ethics | Draper PD | Braegger | 2 |
| Garrity | Draper PD | Carpenter | 2 |
| Report writing | Draper PD | Carpenter | 4 |

**MARCH 15 (B)**

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Crime scene for patrol officers (10 Officers attending) | Sandy PD training room | Sandy | 10 |

Officers J. Harris, A. Jackson, Barnes, Lee, Patterson, Elkins, Willie, Thaller, Fallows and Upchurch will be attending this course. It starts at 0800 at Sandy PD in their training room.

**MARCH 29 (B)**

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Ethics | Draper PD | Imig | 2 |
| Garrity | Draper PD | Evans | 2 |
| Report writing | Draper PD | Evans | 4 |

**APRIL 12 (B)**

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Department PT (skills) | Juan Diego | Carpenter | 3 |
| Defensive Tactics | Juan Diego | Adams/Jackson | 6 |



EXHIBIT

3

PENGAD 800-631-6989

### APRIL 19 (A)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Department PT (skills) | Juan Diego | Carpenter | 3 |
| Defensive Tactics | Juan Diego | Adams/Jackson | 6 |

Everyone meet at Draper PD at 0800 hrs in the Sgts office (also known as the new training room).
Please make sure you are dressed accordingly for the PT and for the defensive tactics training
afterwards.  Bring duty belts and handcuffs/handcuff keys.

Training will start at 0700 hrs at Camp Williams at the 25 meter range.

### MAY 10 (B)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Rifle qualification | Camp Williams | Herbert/Lee | 6 |
| Shotgun Qualification | Camp Williams | Braegger | 4 |

### MAY 17 (A)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Rifle qualification | Camp Williams | Herbert/Lee | 6 |
| Shotgun Qualification | Camp Williams | Braegger | 4 |

### JUNE 14 (A)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Firearms training | Camp Williams | Firearms staff | 10 |

### JUNE 21 (B)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Firearms training | Camp Williams | Firearms staff | 10 |

### JULY 12 (A)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| ICS 100 | Draper PD | Carpenter/Braegger | 3 |
| High risk stops | Old School | | 2 |

### JULY 19 (B)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| ICS 100 | Draper PD | Carpenter/Braegger | 3 |
| High risk stops | Old School | | 2 |

DRAPER-CHT-0157

### AUGUST 9 (A)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Taser recert | Training room | Moore | 2 |
| Animal Control | Animal Shelter | Wilson/Baugh | 1 |
| Crime scene investigation | Old School | | 1.5 |
| High risk stops | Old School | | 2 |
| Meeting with HR | Training room | Garth Smith | 1 |

### AUGUST 30 (B)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Taser recert | Training room | Adams | 2 |
| Animal Control | Animal Shelter | Wilson/Baugh | 1 |
| Crime scene investigation | Old School | | 1.5 |
| High risk stops | Old School | | 2 |
| Meeting with HR | Training room | Garth Smith | 1 |

### SEPTEMBER 13 (B)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Department PT (fitness) | Juan Diego | | 3 |
| ICS 100 | Training room | | 2 |
| | | | |

### SEPTEMBER 20 (A)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Department PT (fitness) | Juan Diego | | 3 |
| ICS 100 | Training room | | 2 |
| | | | |

### OCTOBER 11 (B)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Active Shooter | | | |
| | | | |
| | | | |

### OCTOBER 18 (A)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| Active Shooter | | | |
| | | | |
| | | | |

DRAPER-CHT-0158

### NOVEMBER 1 (A)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| First Aid | Station 105 | Halligan | 3 |
| Active Shooter | Draper PD | Braegger/Evans | 6 |
| | | | |

### NOVEMBER 8 (B)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| First Aid | Station 105 | Halligan | 3 |
| Active Shooter | Draper PD | Braegger/Evans | 6 |
| | | | |

### DECEMBER 13 (A)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### DECEMBER 20 (B)

| COURSE | LOCATION | INSTRUCTORS | HOURS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

DRAPER-CHT-0159

# Defensive Tactics
## – Department Training –
### April 12th and 19th
### 2011

**Instructors: Scott Adams and Annie Jackson.**

## Objectives:

- To review use of force policy and procedure.
- To provide refresher training for searching and cuffing.
- To provide training for ground defense and escapes.

**11:00-12:00  prone control/search**
- a.  Positioning of suspect (head, hands, ankles)
- b.  Secure weapon and approach
- c.  Handcuff
- d.  Lower leg search/upper leg search
- e.  Roll on side, torso  search
- f.  Sit up, stand up, double lock

**12:00-13:00 Lunch**

**13:00-14:00 kneeling/ standing search**

**Standing Search:**
- a.  Positioning of suspect
- b.  Approach, hand attachment & displace blanace, search lower back
- c.  Have suspect look away, handcuff first wrist, sweep both hands back
- d.  Handcuff second wrist, adjust and double lock
- e.  Proper stance (shin to calf)
- f.  Upper torso search
- g.  Lower leg search

**Kneeling Search:**
- a.  Positioning of suspect
- b.  Approach, cross ankles
- c.  Lower back search
- d.  Have suspect look away, handcuff first wrist
- e.  Sweep both hands back, handcuff second wrist, adjust and double lock
- f.  Stand up, adjust and double lock
- g.  Proper stance, broken balance
- h.  (same as standing search)

### 14:00 -15:00 Weapons Retention
**Front, same side hand grab/kotegaeshi**
a. Trapped wrist applied inward pressure
b. Step back in circular movement with weapon leg, applying distraction
c. Kotegaeshi take down, convert to prone conrol

**Cross hand grab, Ikkyo**
a. Trapped wrist and applied inward pressure
b. Distracted and applied cross face take down
c. Convert to prone control

**Rear same side grab**
a. Rotate towards your gun, drop elbow, strike hand with elbow
b. Continue in a circular motion, distract (strike)

(same with cross hand)


### 15:00 – 17:00 Ground Defense:

**Bridge/Arch and Shrimping warm-ups.**
- Sprawling
- Defensive Sitting/Standing
- Curled defensive to standing
- Mount Prevention
- Mount Escape (Bridging/Arching and Hand-grab and roll)
- Guard Escapes (Elbows in thighs)
- Side Head Lock Escapes
- Cross-body?
- Guard Defense, Suspect standing over officer (feet in hips and trap ankles)

**Escape Drills: ****While giving Verbal Commands*****
1. Officer Mounted
2. Side Head Lock
3. Cross-body
4. Guard Defense, Suspect standing over officer (feet in hips and trap ankles)


An officer will lie on their back. Another officer will take the 1, 2, 3, or 4 positions and escape to the standing position and disengage then re-engage.

**<u>17:00 – 18:00 Scenario:</u>**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*50 % Effort\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Officers are in a foot chase with a person who is reportedly armed. They chase the suspect into a room and fall. The suspect falls on top of officer (mounted position). The officer will escape the mount and disengage the suspect a second officer will come and cover the officer. The initial officer will proceed to safely cuff and search the suspect.

# USE OF FORCE

It is imperative that officers act within the boundaries of legal guidelines and ethics, good judgment, and accepted practices whenever using force in the course of duty.  Department Policies concerning the use of force and firearms are intended to offer general guidelines so that officers can be confident in their lawful exercise of such force.  These policies do not cover every possible situation. The policy offers a foundation on which to base critical decisions regarding the use of force.

## Deadly Force - Statutory Authority

<u>Authority to Use Deadly Force</u>

Peace officer's use of deadly force:

A peace officer, or any person acting by his command in his aid and assistance, is justified in using deadly force when:

- the officer is acting in obedience to and in accordance with the judgment of a competent court in executing a penalty of death;

- effecting an arrest or preventing an escape from custody following an arrest, where the officer reasonably believes that deadly force is necessary to prevent the arrest from being defeated by escape; and

  - the officer has probable cause to believe that the suspect has committed a felony offense involving the infliction or threatened infliction of death or serious bodily injury; and

- the officer has probable cause to believe the suspect poses a threat of death or serious bodily injury to the officer or to others if apprehension is delayed;

- the officer reasonably believes that the use of deadly force is necessary to prevent death or serious bodily injury to the officer or another person.

If feasible, a verbal warning should be given by the officer prior to any use of deadly force under Subsection (1) (b) or (1) (c)." (76-2-404 Utah Code)"

## Justification for Use of Deadly Force

Justification for the use of deadly force must be limited to what reasonably appear to be the facts known or perceived by an officer at the time the officer decides to use such force.

Facts unknown to an officer, no matter how compelling, cannot be considered at a later date to justify the use of such force.

Considerations in Use of Deadly Force

Deadly force shall ONLY be exercised when all reasonable alternatives have been exhausted or appear impractical.  Officers should consider:

- Other methods of affecting an arrest.

- The direction in which the firearm is to be discharged because of the possibility that innocent persons or property may be struck.

- The age of the suspect and the offense committed.

- Light conditions (extreme caution must be used at night or when other conditions obscure the officer's vision).

- The danger of firing while running or jumping.

## Use of Force Other Than Deadly Force

## Statutory Guidelines

Force in Arrest (76-2-403)

Any person is justified in using any force, except deadly force, which he reasonably believes to be necessary to affect an arrest or to defend him self or another from bodily harm while making an arrest.  (Utah Code)

Fleeing or Resisting Person

An arrest is an actual restraint of the person arrested or submission to custody. The person shall not be subjected to any more restraint than is necessary for his arrest and detention. (77-7-1 Utah Code) If the arrested person flees, forcibly resists, or jeopardizes the officers' safety or the safety of others, the officer may use force which the officer believes to be reasonably necessary to affect an arrest or to retain custody by preventing escape. The officer is never authorized to use punitive force or punitive measures while affecting an arrest or preventing an escape. Deadly force is authorized only under the criteria contained in § D50-02-01.00.

<u>Preventing Escape from Confinement</u>

"An inmate who is housed in a secure correctional facility and is in the act of escaping from that secure correctional facility or from the custody of a peace or correctional officer is presumed to pose a threat of death or serious bodily injury to an officer or others if apprehension is delayed." An inmate who is housed in a secure correctional facility, and is in the act of escaping from a correctional officer or a peace officer who has custody of the individual outside the secure facility is also presumed to pose a threat of death or serious bodily injury to an officer or others if apprehension is delayed.

"Secure correctional facility" means any prison, penitentiary, or other institution operated by the department or under contract for the confinement of offenders, where force may be used to restrain them if they attempt to leave the institution without authorization." (64-13-1 (9) Utah Code)"

<u>Arrest with a Warrant</u>

The possession of a warrant of arrest does not provide the officer any additional powers to use force. The use of force or deadly force guidelines are the same whether or not a warrant exists.

<u>Misdemeanants and Juveniles</u>

An officer shall not use deadly force to effect an arrest or prevent the escape of one known by the officer to be a misdemeanant or a juvenile unless such person is attempting to escape by use of a deadly weapon or otherwise indicates that they will endanger human life or inflict great bodily harm unless arrested without delay or in situations where deadly force is necessary for the immediate protection or safety of the officer or others.

<u>Incidents Resulting in Death or Injury of a Person</u>

<u>Sergeant's Responsibilities</u>

The patrol Sergeant responding to the scene shall be responsible for the following duties:

The Sergeant arriving at the scene will obtain the basic facts of the incident. The Sergeant will incorporate this information in their report.  The scene will be protected by sealing off the immediate area and, if possible, removing unauthorized persons - including police officers not required at the scene. The Sergeant will escort and maintain control of the officer(s) weapon(s) and magazines until it can be examined in the loaded state by the follow up officer assigned.

The involved officer will not be required to fill out the initial report.  A Detective case investigator will fill out the initial report before going off duty.

**Defensive Tactics**

**Department Training**

**April 2011**

**Instructors: Scott Adams (DEA Extraordinaire) Annie Jackson**

**11:00-12:00  prone control/search**
    a.  Positioning of suspect (head, hands, ankles)
    b.  Secure weapon and approach
    c.  Handcuff
    d.  Lower leg search/upper leg search
    e.  Roll on side, torso  search
    f.  Sit up, stand up, double lock

**12:00-13:00 Lunch**

**13:00-14:00 kneeling/ standing search**
    **Standing Search:**
    a.  Positioning of suspect
    b.  Approach, hand attachment & displace blanace, search lower back
    c.  Have suspect look away, handcuff first wrist, sweep both hands back
    d.  Handcuff second wrist, adjust and double lock
    e.  Proper stance (shin to calf)
    f.  Upper torso search
    g.  Lower leg search
    **Kneeling Search:**
    a.  Positioning of suspect
    b.  Approach, cross ankles
    c.  Lower back search
    d.  Have suspect look away, handcuff first wrist
    e.  Sweep both hands back, handcuff second wrist, adjust and double lock
    f.  Stand up, adjust and double lock
    g.  Proper stance, broken balance
    h.  (same as standing search)

**14:00 -15:00 Weapons Retention**
    **Front, same side hand grab/kotegaeshi**
    a.  Trapped wrist applied inward pressure
    b.  Step back in circular movement with weapon leg, applying distraction
    c.  Kotegaeshi take down, convert to prone conrol

    **Cross hand grab, Ikkyo**

    a.  Trapped wrist and applied inward pressure
    b.  Distracted and applied cross face take down
    c.  Convert to prone control

**Rear same side grab**
    a.  Rotate towards your gun, drop elbow, strike hand with elbow
    b.  Continue in a circular motion, distract (strike)

(same with cross hand)

Ground

15-17 bridge/arch, defensive sitting,  (curled defensive position) / sprawl/ mount prevention

cross body, headlock

Guard – Scott you're in charge

17-18 scenarios

DRAPER-CHT-0167

Draper Police Department 2012 Yearly Training

**1/24/2012**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| FATPOT | Draper PD | Braegger/Johnson/Elkins | 800 | 1800 | 10 |

**2/14/2012 B side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Ethics | Draper PD | Carpenter | 800 | 1000 | 2 |
| Domestic violence | Draper PD | Prosecutor Rasmussen | 1000 | 1100 | 1 |
| FATPOT | Draper PD | Braegger/Johnson/Elkins | 1100 | 1300 | 6 |

**2/21/2012 A side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Ethics | Draper PD | Carpenter | 800 | 1000 | 2 |
| Domestic violence | Draper PD | Prosecutor Rasmussen | 1000 | 1100 | 1 |
| FATPOT | Draper PD | Braegger/Johnson/Elkins | 1100 | 1300 | 6 |

**3/13/2012 B side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| First Aid | Draper PD | Halvorsen | 1200 | 1600 | 4 |
| Night Shoot | Camp Williams | Firearms cadre | 1600 | 2200 | 6 |

**3/20/2012 A side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| First Aid | Draper PD | Halvorsen | 1200 | 1600 | 4 |
| Night Shoot | Camp Williams | Firearms cadre | 1600 | 2200 | 6 |

**4/10/2012 B side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - skills test | Juan Diego | Carpenter | 800 | 1000 | 2 |
| DT | Juan Diego | Adams/Fuller | 1000 | 1200 | 3 |
| ASP | Draper PD | Herbert/Carpenter | 1300 | 1500 | 2 |
| OC | Draper PD | Adams/Lever | 1500 | 1700 | 2 |

**4/17/2012 A side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - skills test | Juan Diego | Carpenter | 800 | 1000 | 2 |
| DT | Juan Diego | Adams/Fuller | 1000 | 1300 | 3 |
| Lunch | | | 1300 | 1400 | 1 |
| ASP | Draper PD | Herbert/Carpenter | 1400 | 1600 | 2 |
| OC | Draper PD | Adams/Lever | 1600 | 1800 | 2 |

**5/22/2012 B side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| EVO | POST course | Braegger/Imig/Evans | 700 | 1700 | 10 |

**5/29/2012 A side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| EVO | POST course | Braegger/Imig/Evans | 700 | 1700 | 10 |

**6/05/2012 B side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Handgun qualification/training | Camp Williams (POST range) | Firearms cadre | 800 | 1800 | 10 |

**6/12/2012 A side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Handgun qualification/training | Camp Williams (POST range) | Firearms cadre | 800 | 1800 | 10 |

Draper Police Department 2012 Yearly Training

### 7/10/2012 A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### 7/17/2012 B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### 8/14/2012 B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Shotgun qualification | Camp Williams | Braegger | 800 | 1300 | 5 |
| Scenario training | Draper PD | Firearms cadre | 1400 | 1800 | 4 |
|  |  |  |  |  |  |

### 8/21/2012 A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Shotgun qualification | Camp Williams | Braegger | 800 | 1300 | 5 |
| Scenario training | Draper PD | Firearms cadre | 1400 | 1800 | 4 |
|  |  |  |  |  |  |

### 9/11/2012 B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - Fitness test | Draper PD | Carpenter | 800 | 1000 | 2 |
| Change | Change clothes/clean up | Carpenter | 1000 | 1045 | 0.75 |
| Taser Recerts | Draper PD | Taser instructors | 1045 | 1315 | 2.5 |
| Lunch |  |  | 1315 | 1415 | 1 |
| High Risk Stops | Draper PD | Carpenter | 1415 | 1600 | 1.75 |
| Sgt test review | Chief's office | Chief | 1600 | 1630 | 0.5 |
| Legal Update | Draper PD | Carpenter | 1630 | 1800 | 2 |

### 9/18/2012 A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - Fitness test | Draper PD | Carpenter | 800 | 1000 | 2 |
| Change | Change clothes/clean up | Carpenter | 1000 | 1045 | 0.75 |
| Taser Recerts | Draper PD | Taser instructors | 1045 | 1315 | 2.5 |
| Lunch |  |  | 1315 | 1415 | 1 |
| High Risk Stops | Draper PD | Carpenter | 1415 | 1600 | 1.75 |
| Sgt test review | Chief's office | Chief | 1600 | 1630 | 0.5 |
| Legal Update | Draper PD | Carpenter | 1630 | 1800 | 2 |

### 10/9/2012 B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Rifle qualification/training | PMAA range | Herbert/Lee | 800 | 1700 | 9 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### 10/16/2012 A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Rifle qualification/training | PMAA range | Herbert/Lee | 800 | 1700 | 9 |

DRAPER-CHT-0169

Draper Police Department 2012 Yearly Training

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### 11/13/2012  A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| DT | Draper PD | Adams/Fuller | 800 | 1045 | 3 |
| BCI | Draper PD | BCI instructors | 1100 | 1300 | 2 |
| Patrol discussion | Draper PD | Chief Roberts | 1400 | 1500 | 1 |
| Investigations | Draper PD | Detectives | 1500 | 1700 | 2 |
| Domestic Violence | Draper PD | Fuller | 1700 | 1800 | 1 |

### 11/20/2012  B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| DT | Draper PD | Adams/Fuller | 800 | 1045 | 3 |
| BCI | Draper PD | BCI instructors | 1100 | 1300 | 2 |
| Investigations | Draper PD | Detectives | 1400 | 1630 | 2.5 |
| Domestic Violence | Draper PD | Fuller | 1630 | 1800 | 1.5 |

### 12/11/2012  A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| CPR/FIRST AID | DPD | Harris/Halvorsen | 800 | 1800 | 10 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

### 12/18/2012  B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| CPR/FIRST AID | DPD | Harris/Halvorsen | 800 | 1800 | 10 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

# Draper Police Department
## June 2012 Firearms Agenda

|    | Start | End  | Activity | Instructors |
|----|-------|------|----------|-------------|
|    | 700   | 800  | Instructors Arrive at Range and set up | Firearms Cadre |
| 1  | 800   | 900  | Cold Qualification | Newman/Firearms Cadre |
| 2  | 905   | 1005 | Uncoventional Shooting Positions | Adams |
| 3  | 1010  | 1130 | Point Shooting | Lee |
| 4  | 1135  | 1205 | Weapons Grip | Herbert |
|    | 1210  | 1240 | Lunch | |
| 5  | 1245  | 1315 | Concealed Carry/Off-Duty Qualification | Carpenter |
| 6  | 1320  | 1420 | Moving/Shooting Drill | Herbert |
| 7  | 1425  | 1455 | Isolation Drill - Multiple Threats | Newman |
| 8  | 1500  | 1645 | SEAL Drill | Herbert |
| 9  | 1655  | 1745 | El Presidente/Dozier Drill | Newman |
| 10 | 1745  | 1800 | Range Clean up | ALL OFFICERS |

19/20

95%

## ASP TACTICAL BATON CERTIFCATION

Name: David Harris  JBM #: 9048  Date: 4-10-12  Score: 95%

1. A defensive tactic may be evaluated by balancing:
   a. Control vs. Injury
   b. Threat vs. Control
   c. Attitude vs. Action
   d. Age vs. Size
   e. Action vs. Reaction

2. The first force option is:
   a. Baton
   b. Pain compliance
   c. Firearm
   d. Dialogue
   e. Escort

3. Officer/subject factors include all of the following except:
   a. Age
   b. Weapon proximity
   c. Fitness
   d. Gender
   e. Size

4. Special circumstance include all of the following except:
   a. Special knowledge
   b. Disability
   c. Ground position
   d. Imminent danger
   e. Multiple officers/suspects

5. A report documenting officer use of force should include all of the following except:
   a. Time of day
   b. Officer injuries
   c. Neutral witness
   d. Vague statements
   e. Subjects demeanor and attitude

6. As per policy the following statements regarding the ASP Baton are true except:
   a. Recertification is yearly
   b. Reports are required if utilized against a subject
   c. Medical assessment is required for a subject restrained by the ASP
   d. Certification allows officers to use other types of tactical batons

7. Parts of the ASP Baton include all of the following except:
   a. Handle
   b. Cap
   c. Grip
   d. Blade
   e. Retaining clip

8.   When carried in the pocket, scabbard or belt, the ASP Baton is positioned:
    a.   Tip down
    b.   Concealed
    c.   Tip up
    d.   Handle
    e.   Blade open

9.   The two ASP Baton modes are:
    a.   Weapon and retention
    b.   Ready and loaded
    c.   Open and closed
    d.   Interview and combat
    e.   Combat and collapsed

10.  ASP Baton non target areas include all of the following except:
    a.   Head
    b.   Groin
    c.   Arm
    d.   Spine
    e.   Sternum

11.  The primary striking surface of the ASP Baton in the open mode weapon strike is the:
    a.   Cap
    b.   Blade
    c.   Handle
    d.   Center of shaft assembly
    e.   Last 3 inches of the shaft assembly

12.  All ASP Baton strikes are delivered at an angle of:
    a.   45 degrees
    b.   90 degrees
    c.   80 degrees
    d.   0 degrees
    e.   B or C

13.  All of the following are components of the pyramid concept except:
    a.   Low center
    b.   Endurance
    c.   Head over center
    d.   Deep base
    e.   Wide base

14.  All of the following are components of power generation except:
    a.   Balance
    b.   Flexibility
    c.   Speed
    d.   Focus
    e.   Decentralization

15. The hand the draws the firearm is referred to the ASP Baton training as the:
    a.   Weak hand
    b.   Weapon hand
    c.   Combat hand
    d.   Strong hand
    e.   Reaction hand

16. Two methods for safe separation from an attacking assailant are:
    a.   Withdraw and withstand
    b.   Open and closed
    c.   Drop and roll
    d.   Check and redirect
    e.   Interview and combat

17. The ASP is opened to the:
    a.   Front or rear
    b.   Left or right
    c.   Sky or ground
    d.   A and B
    e.   A and C

18. The open mode reaction strike is primarily used as a:
    a.   Combat strike
    b.   Power strike
    c.   Closing strike
    d.   Clearance strike
    e.   A or B

19. All of the following are trained ASP Baton strikes except:
    a.   Closed mode side
    b.   Rapid response
    c.   Closed mode weapon
    d.   Closed mode straight
    e.   Open mode weapon

20. The total number of trained ASP Baton strikes are:
    a.   5
    b.   6
    c.   7
    d.   8
    e.   9

**Defensive Tactics**
- **Department Training –**
November 13th and 20th
2012

**Instructors:  Scott Adams**

**Objectives:**

The object of this training is to provide officers with proper handcuffing and searching techniques. The other objectives are to train punching defense, ground defense and escapes. Instructors will review the Draper City Police Policy covering the following topics: Use of Force, Laws of Arrest, Off Duty Arrests, Manner of Arrest, Stop and Frisk (Terry Frisk).

**Equipment:**

1. Gym clothes
2. Duty Vest
3. Water, Gatorade

Policy Review and discussion
1. Use of Force
2. Laws of Arrest
3. Off Duty Arrests
4. Manner of Arrest
5. Stop and Frisk (Terry Frisk)

**Position of Interview:**

Have officers explain…..
Not within arm's reach
Hands at waist, not in pockets
Looking for physical cues? is the subject a threat, is he going to run, do I need another officer.
Looking around for other threats
Using your senses – sight, sound, smell
Don't be the "jack in the box"

**Prone control/search**

  a.  Positioning of suspect (head, hands, ankles)
  b.  Secure weapon and approach
  c.  Handcuff
  d.  Lower leg search/upper leg search
  e.  Roll on side, torso  search
  f.   Sit up, stand up, double lock


**Kneeling/ standing search**

  **Standing Search:**
  a.  Positioning of suspect
  b.  Approach, hand attachment & displace balance, search lower back
  c.  Have suspect look away, handcuff first wrist, sweep both hands back
  d.  Handcuff second wrist, adjust and double lock
  e.  Proper stance (shin to calf)
  f.   Upper torso search
  g.  Lower leg search

  **Kneeling Search:**
  a.  Positioning of suspect
  b.  Approach, cross ankles
  c.  Lower back search
  d.  Have suspect look away, handcuff first wrist
  e.  Sweep both hands back, handcuff second wrist, adjust and double lock
  f.   Stand up, adjust and double lock
  g.  Proper stance, broken balance
  h.  (same as standing search)

**Terry Frisk Cuffing and Search:**

  • Positioning of suspect, opposite direction of the officer, looking away
  • Have the subject take a wide stance, hands behind back (facing out)
  • Approach, hand attachment (fingers) displace balance
  • Search lower back and high probability areas
  • Place the suspect with chest on the wall or car. Have them put their hands high into the wall/car, feet back, bring their hands to their lower back, and approach. Considerations, intoxicated subjects, pregnant, or physical limitations (overweight)

**If moving to arrest:**

- Have suspect look away
- Load handcuffs

## Cover and Crash

We should not be blocking or attempting to catch punches. Professional boxers and MMA fighters do not do this. Neither should we.

- **Covering:**
  - Cover yourself
  - Arms and hands covering the face and temple area. (Washing hair)
  - Bob and Weave left-right
  - Practice open hands no closed fists. 1 strike (Practice) 2 strike (Practice) 3 strike (Practice). Switch back and forth.
  - Practice 1,2,3, then switch

## Crashing:
- Crash into the subject
- Keeping your chin down
- Hit the subject in the chest with your elbows
- Move into a "T" position

## "T" position:

Subject cannot strike you
They have to re-adjust to acquire you
You are in a position of advantage
Set up for strikes, take downs
Transition to tools
Control the subject's balance
Disengage



Once you reach the subjects centerline your outside hand comes to their shoulder, keeping your elbow pointed to the ground, and your inside hand comes to their ear.

Take Downs From the "T" position:

Shoulder Pull Takedown:

- From the "T" position
- Join the hands up on the underhook and pull the shoulder to the ground while backing up at an angle. (Claps hands at the shoulder????)
- **Do not go to the ground keep control of the shoulder.**

Body Lock Takedown:
- From the "T" position
- Pull the subjects hips to you
- Secure a inside head position (inside shoulder)
- Your leg pushes the back of the subjects leg forward
- You drive your head back at the same time.
- **Do not go the ground, let go on the way down**

- <u>**Change levels and attack the legs:**</u>
- From the "T" position
- Squat/Duck and grab the offenders legs and drive forward
- Move to a dominate position or disengage

**"T" Position (arm past the head and now have the back)**

<u>**Seatbelt/Harness Takedown:**</u>

- From the back, the officer takes an overhook (over one shoulder) and an underhook (under one shoulder)
- Officer pushes/bumps (one leg in the buttocks) forward
- Officer pulls the subject back
- Pulling the shoulders over the heels of the subject
- **Do not go the ground, let go on the way down**

<u>**Switch Position:**</u>

- From the back the officer will squat down
- One hand grabs the offenders knee
- The other hand grabs the ankle

DRAPER-CHT-0178

- Place the shoulder into the back of the subject
- Drive forward
- **Do not go the ground, let go on the way down**

### Ground Defense:

**Bridge/Arch and Shrimping warm-ups.**

- Sprawling
- Defensive Sitting/Standing
- Curled defensive to standing
- Subject standing over (Feet up hands on ankles)
- Officer Taken down from the side. (Head control)
- Mount Prevention
- Mount Escape (Bridging/Arching and Hand-grab and roll)
- Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)
- Cross-body?

**Escape Drills: ****While giving Verbal Commands****
1. Officer Mounted
2. Side Head Lock
3. Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)
4. Guard Defense, Suspect standing over officer (feet in hips and trap ankles)
5. Officer taken down

An officer will lie on their back. Another officer will take the 1, 2, 3, or 4 positions and escape to the standing position and disengage then re-engage.

DRAPER-CHT-0179

# DRAPER CITY POLICY

## USE OF FORCE

It is imperative that officers act within the boundaries of legal guidelines and ethics, good judgment, and accepted practices whenever using force in the course of duty.  Department Policies concerning the use of force and firearms are intended to offer general guidelines so that officers can be confident in their lawful exercise of such force.  These policies do not cover every possible situation. The policy offers a foundation on which to base critical decisions regarding the use of force.

## Deadly Force - Statutory Authority

### Authority to Use Deadly Force

Peace officer's use of deadly force:

A peace officer, or any person acting by his command in his aid and assistance, is justified in using deadly force when:

- the officer is acting in obedience to and in accordance with the judgment of a competent court in executing a penalty of death;

- effecting an arrest or preventing an escape from custody following an arrest, where the officer reasonably believes that deadly force is necessary to prevent the arrest from being defeated by escape; and

  - the officer has probable cause to believe that the suspect has committed a felony offense involving the infliction or threatened infliction of death or serious bodily injury; and

  - the officer has probable cause to believe the suspect poses a threat of death or serious bodily injury to the officer or to others if apprehension is delayed;

- the officer reasonably believes that the use of deadly force is necessary to prevent death or serious bodily injury to the officer or another person.

DRAPER-CHT-0180

If feasible, a verbal warning should be given by the officer prior to any use of deadly force under Subsection (1) (b) or (1) (c)." (76-2-404 Utah Code)"

## Justification for Use of Deadly Force

Justification for the use of deadly force must be limited to what reasonably appear to be the facts known or perceived by an officer at the time the officer decides to use such force.

Facts unknown to an officer, no matter how compelling, cannot be considered at a later date to justify the use of such force.

Considerations in Use of Deadly Force

Deadly force shall ONLY be exercised when all reasonable alternatives have been exhausted or appear impractical. Officers should consider:

- Other methods of affecting an arrest.
- The direction in which the firearm is to be discharged because of the possibility that innocent persons or property may be struck.
- The age of the suspect and the offense committed.
- Light conditions (extreme caution must be used at night or when other conditions obscure the officer's vision).
- The danger of firing while running or jumping.

## Use of Force Other Than Deadly Force

## Statutory Guidelines

Force in Arrest (76-2-403)

Any person is justified in using any force, except deadly force, which he reasonably believes to be necessary to affect an arrest or to defend himself or another from bodily harm while making an arrest. (Utah Code)

Fleeing or Resisting Person

An arrest is an actual restraint of the person arrested or submission to custody. The person shall not be subjected to any more restraint than is necessary for his arrest and detention. (77-7-1 Utah Code)  If the arrested person flees, forcibly resists, or jeopardizes the officers' safety or the safety of others, the officer may use force which the officer believes to be reasonably necessary to affect an arrest or to retain custody by preventing escape.  The officer is never authorized to use punitive force or punitive measures while affecting an arrest or preventing an escape.  Deadly force is authorized only under the criteria contained in § D50-02-01.00.

<u>Misdemeanants and Juveniles</u>

An officer shall not use deadly force to effect an arrest or prevent the escape of one known by the officer to be a misdemeanant or a juvenile unless such person is attempting to escape by use of a deadly weapon or otherwise indicates that they will endanger human life or inflict great bodily harm unless arrested without delay or in situations where deadly force is necessary for the immediate protection or safety of the officer or others.

## ARRESTS/LAWS OF

### Arrest Defined - Restraint Allowed

An arrest is an actual restraint of the person arrested or submission to custody.  The person shall not be subjected to any more restraint than is necessary for the person's arrest and detention. (Ref: 77-7-1, U.C.A.)

### Arrest by Peace Officer

A peace officer may make an arrest under authority of a warrant or may, without warrant, arrest a person:

- For any public offense committed or attempted in the presence of any peace officer; "presence" includes all of the physical senses or any device that enhances the acuity, sensitivity, or range of any physical sense, or records the observations of any of the physical senses.

- When the peace officer has reasonable cause to believe a felony has been committed and has reasonable cause to believe that the person to be arrested has committed it.

- When the peace officer has reasonable cause to believe the person has committed a public offense, and there is reasonable cause for believing the person may:

  - flee or conceal oneself to avoid arrest.

- destroy or conceal evidence of the commission of the offense.

- injure another person or damage property belonging to another person.
- (Ref: 77-7-2 U.C.A.)

An officer may arrest a person for shoplifting without a warrant and without witnessing the crime if a merchant or merchant's employees, with reasonable grounds, charges that person with shoplifting. Neither the officer nor the merchant or the merchant's employees shall be liable for false arrest in such cases. (Ref: 77-7-12 through 14, U.C.A.) NOTE: You as an officer need to satisfy yourself that the merchant had reasonable grounds. If in doubt, release the detained person and notify the merchant to see the prosecutor to file a complaint.

<u>Arrest by Private Persons/Citizen's Arrest</u>

A private person may arrest another:

- For a public offense committed or attempted in one's presence; or

- When a felony has been committed and the private person has reasonable cause to ~~believe the person arrested has committed it. (Ref: 77-7-3 U.C.A.)~~

  - On a misdemeanor you must satisfy yourself that the citizen saw the public offense occur or be attempted before you transport or issue a citation. If in doubt, release the person and refer the citizen to the prosecutor's office for a complaint.

  - On a felony arrest, do your own investigation and if you develop the elements for the felony on which you would have acted, take such action as appropriate.

  - If you cannot develop the facts to justify your taking action, write the report and refer the citizen to the appropriate detectives. Also, determine whether or not you have enough information to book the arrested person. If not, release the person from the citizen arrest.

  - To protect yourself legally, you must be satisfied that a felony occurred and that probable cause exists to believe the arrested person committed the act.

An officer who determines that a citizen's arrest is lawful may take one of the following courses of action:

<u>Misdemeanor Citation</u>

The officer may accept custody, but release the arrested person on a misdemeanor citation, subject to the standard requirements of the citation.  The arresting person will complete a REQUEST TO ACCEPT CUSTODY OF ARRESTED PERSON form.  It is not necessary for the arresting citizen to sign a complaint with the Prosecutor's Office.  The matter will be handled automatically by the court once the court copy of the citation is received.

Officer Refuses to Arrest or To Issue a Citation

If no arrest is made or citation issued and the complaining citizen wishes to pursue signing a complaint, the officer shall advise the arresting person to call the City Prosecutor's office to make an appointment.  The officer will complete a detailed report on the incident.

Arrests Distinguished From Other Processes

There are several types of restraint and detention that do not constitute arrest.  A person cannot lawfully be detained without reason; but the reasons for detaining a person need not be as strong as the "reasonable or probable cause" required to make an arrest.  Some types of interference with personal liberty are lawful if exercised in good faith and in the performance of duty as described below:

      i.  Is pointing your gun at someone and telling them to stop an arrest?
      ii.  Are your lights on a traffic stop a detainment or an arrest? Are they free to leave?
      iii.  If you handcuff someone are they under arrest?

Stopping and Questioning

A peace officer may stop any person in a public place when the officer has reasonable suspicion to believe that the person has committed or is in the act of committing or is attempting to commit a public offense and may demand that person's name, address, and an explanation of their actions.  (Ref: 77-7-15 U.C.A.)

The officer's right to stop and question persons follows from the officer's duty to enforce traffic and vehicle regulations, maintain the peace, prevent and suppress crime, and investigate suspicious circumstances.  Such questioning may reveal probable cause for arrest; if so, an arrest may then be made.  But no person may be arrested merely on suspicion; and the justification for questioning a person does not in itself amount to probable causes for arrest.  If you do not develop probable causes for an arrest, you must allow the person to go about their business.

## **Manner of Making Arrest**

### Use of Force in Making an Arrest

An arrest is made by an actual restraint of the person of the defendant or by the person's submission to the custody of an officer.  If the person flees they are not under arrest until actual restraint or submission occurs.  The defendant must not be subjected to any more restraint than is necessary to affect the arrest.

If a person is being arrested and flees or forcibly resists, after being informed of the intention to make the arrest, the person arresting may use reasonable force to affect the arrest.  Deadly force may only be used as provided in § 76-2-404, U.C.A.

### Making an Arrest

The person making the arrest shall inform the person being arrested of their intention, cause and authority to arrest the person.  Such notice shall not be required when:

1. ~~There is reason to believe the notice will endanger the life and safety of the officer or~~ another person or will likely enable the party being arrested to escape.

2. The person being arrested is actually engaged in the commission of, or an attempt to commit, an offense.

3. The person being arrested is pursued immediately after the commission of an offense or an escape. (Ref: 77-7-6, U.C.A.)

### Arrests By or In Another Jurisdiction With or Without A Warrant

State Wide Police Authority - Utah Law states that peace officers have statewide peace officer authority.  However, that authority extends to other counties, cities, or towns ONLY when they are acting under title 77-9-3 U.C.A.

### Draper City Police Officers Making an Arrest in another Jurisdiction

Any officer duly authorized by any government entity of the state of Utah can exercise their authority when outside their normal jurisdiction when:

- In fresh pursuit of an offender for the purpose of arresting and holding that person in custody or returning the suspect to the jurisdiction where the offense was committed;

- A public offense is committed in the officer's presence;

- Participating in an investigation of criminal activity which originated in the officer's normal jurisdiction in cooperation with the local authority

- Called to assist peace officers of another jurisdiction.

## Procedures

Any officer, prior to taking such authorized action, "shall notify and receive approval of the local law enforcement authority, or if such prior contact is not reasonably possible, notify the local law enforcement authority as soon as reasonably possible."

## Actions in Other Jurisdictions

When an officer takes police action, criminal or traffic, beyond the limits of Draper City, they will contact the local police department and take action through that department.

## Arrest With a Warrant

A warrant of arrest is a command from the court issued by a magistrate upon the finding of probable cause to believe that the person to be arrested has committed a public offense. (Ref: § 77-7-5)

An officer cannot be held liable for false arrest if such warrant is served as long as the officer is reasonably certain that the person arrested is the person named on the warrant.

## Service When Not In Possession of Warrant

Any peace officer who has knowledge of an outstanding warrant of arrest may arrest a person the officer reasonably believes to be the person described in the warrant, without the peace officer having physical possession of the warrant. (Ref: § 77-7-11, U.C.A.)

## Informing Arrested Person of Charges

If the officer does not have possession of the warrant at the time of the arrest, the arrested person will be informed of the charges and the fact that a warrant exists. Upon the arrested person's request, the officer will show the arrested person a copy of the warrant as soon as possible

<u>Telephone Authorization</u>

Any magistrate may, by an endorsement on the warrant of arrest, authorize by telephone or other reasonable means, its execution.  A copy of the warrant or notice of its issuance and terms may be sent to one or more peace officers.  The copy of notice communicated authorizes the officer to proceed in the same manner as if they had an original warrant.  (Ref: § 77-7-10, U.C.A.)

<u>Magistrate's Oral Order of Arrest</u>

A magistrate may orally require a peace officer to arrest anyone committing or attempting to commit a public offense in the presence of the magistrate, and, in the case of an emergency, when probable cause exists, a magistrate may orally authorize a peace officer to arrest a person for a public offense, and thereafter, as soon as practical, an information shall be filed against the person arrested.  (Ref: § 77-7-4, U.C.A.)

- <u>Useful if at Juvenile Detention</u>

~~Statewide Warrants System Arrests~~

<u>Type "A" Warrants</u>

If the warrant is a type "A" and the originating agency is "Draper City Police" or "City Attorney, Draper," the arresting officer(s) should obtain the original case number from the dispatcher and complete a follow-up report to the original case clearing that case with the arrest.

All "Draper City Police" Or "City Attorney, Draper" Type "A" Warrant arrests for felonies or misdemeanors should be documented in this manner unless the warrant is for a traffic charge other than automobile homicide, negligent homicide or hit & run.  Arrests for traffic warrants (other than automobile homicide, negligent homicide or hit & run) should be cleared by obtaining an on-view case number from the dispatcher and entering a warrants arrest case report under that number.

If the warrant is a type "A" warrant originating from any agency other than "Draper City Police" or "City Attorney," an on-view case number should be obtained from the dispatcher and a "Warrants Arrest" case report be completed under that number.

<u>Type "B" Warrants</u>

All type "B" warrant arrests can be documented by obtaining an on-view case number from the dispatcher and entering a case report under that number. If there is a combination of type "B" warrants (no matter what originating agency is listed) and type "A" warrants" (from agencies other than "Draper City Police" Or "City Attorney" all of the cases can be cleared under one on-view "Warrants Arrest" case report.

The arresting officer(s), on arresting a wanted subject listed on the Statewide Warrants System, will include the court case number, charge, and the originating agency's case number (when available) in the Draper City Police Department case report. This information will be available from the dispatcher, from the computer, or from a printout which can be provided by jail personnel.

A person named on a warrant may be booked using the Statewide Warrant System entry or a certified copy of the warrant. Officers will not have access to the original warrant which will be retained by the court.

Warrant Arrest Procedure

When an officer stops an individual who has a warrant on The Statewide Warrants System, one of the following should occur:

Felony Warrant Options:

Arrest, check NCIC and Statewide Warrant System and book in jail. If the subject is arrested only on a warrant from an adjacent county (i.e., Davis, Summit, Tooele, Utah) and there are no local charges or warrants, the arresting officer(s) should have dispatch call the originating agency to meet the officer(s) at the county line for transportation of the arrested person to the appropriate county jail. If, for some reason, the agency cannot respond in a timely manner, the arrested subject should be delivered to the Salt Lake County Jail. In either case, a report on the arrest incident will be initiated by the arresting officer(s).

Misdemeanor Warrant Options:

Arrest, check NCIC and Statewide Warrant System and book in jail. If the subject is arrested only on a warrant from an adjacent county (i.e., Davis, Summit, Tooele, Utah) and there are no local charges or warrants, the arresting officer(s) should have dispatch call the originating agency to meet the officer(s) at the county line for transportation of the arrested person to the appropriate county jail. If, for some reason, the agency cannot respond in a timely manner, the arrested subject should be delivered to The Salt Lake County Jail. In either case, a report on the arrest incident will be initiated by the arresting officer(s).

Arrests on Warrants during Investigations

When an officer is dispatched on an incident which may require follow-up investigation, that incident will be documented under its own (dispatched) case number.

If, during that investigation, the officer arrests a person or persons for warrants arising from unrelated matters, the officer will document that arrest under a separate case number from the initially dispatched incident.

Copies of Warrant Information

Copies of felony, misdemeanor and traffic warrants listed on the Statewide Warrants System can be printed out in the jail by jail personnel at the time of booking.  Jail personnel can also print out copies of the NCIC hits at the officers' request.

Misdemeanor Citations: Class B, C, and Infractions

Whenever possible, officers will use a misdemeanor citation in lieu of arrest.  It is departmental policy to issue a citation to all persons charged with a misdemeanor or infraction instead of arresting them unless the person is under 18 years of age or THERE IS POSITIVE REASON TO MAKE AN ARREST.  If the person is under 18 years of age, juvenile rules apply.

Offenses and Conditions Ineligible for Misdemeanor Citations

- If the offense is a Class "A" misdemeanor or felony.

- The arrested person is wanted in another jurisdiction and that jurisdiction will extradite.

- Further investigation is necessary and the charge against the person may escalate to a felony.

- The offense involves controlled substances.  (Exception:  Citations may be used in cases of possession of up to one ounce of marijuana, at the officer's discretion.)

- The officer reasonably believes that the person will, if released on a citation, constitute a danger to himself or others and must be booked for immediate protection of the public.

- The arrested person cannot be identified to the arresting officer's satisfaction.

- Domestic violence situations as facts apply.  Refer to § D65-00-00.00 Police Manual.

## Off-Duty Arrests

Off-Duty Draper City Police Officers

An off-duty officer may arrest any person for a violation of the law committed in the officer's presence if the situation warrants immediate action. The arresting officer will complete/enter all necessary reports no later than one hour after the arrest. If the officer made the arrest while working a part time job, all reports must be completed one hour after the officer is off the part time job.

Off-Duty Misdemeanor Citations

- Officers, when working part time, may issue misdemeanor citations under the following conditions:
- All requirements for issuance of a misdemeanor citation are met; and
- The offense occurs within Draper City corporate limits; and
- The off-duty officer is not wearing any uniform other than the department uniform; and
- In making contact with the suspect the officer must be properly identified as an employee of this department; and
- The issuance of the citation is necessary to enforce the laws of the state or ordinances of the city and is not merely a convenience to enforce the rules and regulations of the part time employer. The citation and all necessary reports must be submitted/entered to the Records Unit no later than one hour after the officer's shift for the part time job ends.

Off-Duty Deputies

- Sheriff's deputies who make an arrest in Draper City are encouraged by their department to handle the entire arrest and booking procedure if possible.

- If the deputy is unable to transport and book an arrested person, the investigating officer shall handle the case as though it were a citizen's arrest. The investigating officer shall complete a REQUEST TO ACCEPT CUSTODY form, transport and book the prisoner, and make a police report summarizing these actions. The Records Unit will forward the report to the City Prosecutor or District Attorney so that it will be available when the deputy signs a complaint. It is important that the deputy be advised to sign complaints on misdemeanor violations in the City Prosecutor's Office and complaint on felonies in the District Attorney's Office.

Searching the Prisoner

Weapons Searches

All prisoners shall be searched for weapons incident to arrest and before transport to the jail. (This does not preclude use of a Terry frisk when appropriate.)  Officers shall use due care to ensure officer safety without exceeding the necessary scope of the search.  If available, a female officer shall search female prisoners.

Handcuffing the Prisoner

Prisoners will be handcuffed before being transported.  This precaution ensures the officer's safety and reduces the possibility of escape.  Juveniles should not be handcuffed to adults, nor should females be handcuffed to males.

Transporting the Prisoner

If the arresting officer is unable to transport the prisoner, another officer will be called to the scene.  The transporting officer will complete the booking process and a report.  Any officer transporting a prisoner of the opposite sex will notify dispatch of the location and mileage to the tenth of a mile at the beginning and at the end of the transportation.

Arrested Persons Requiring Medical Treatment

Arrested persons requiring medical care will not be transported to the jail until the medical condition has been treated.

Prisoners Treated and Released

The prisoner will be transported to the hospital for treatment. If the prisoner is not admitted, the officer will retain custody until the treatment is concluded and the prisoner is booked into the jail.

Prisoners Admitted to the Hospital

- Misdemeanor Offenses - An arrested person, who is admitted to the hospital, should be released on a misdemeanor citation in most cases.

- Felony Arrests - At the discretion of the Watch Commander a prisoner arrested for a felony and admitted to the hospital may remain under guard until released from the hospital and booked into jail.  When directed, the arresting officer will initiate the guard duty procedure.

## Stop and Frisk (Terry V. Ohio)

**Stop and Frisk -** The situation where police officers who are suspicious of an individual run their hands lightly over the suspect's outer garments to determine if the person is carrying a concealed weapon. Also called a patdown or threshold inquiry, a stop and frisk is intended to stop short of any activity that could be considered a violation of 4th Amendment rights.

A police officer has the right to stop and pat down a person suspected of contemplating the commission of a crime. Reasonable suspicion which is sufficient for stop and frisk is more than a mere hunch but less than probable cause. [U.S. v. Sokolow, 104 L.Ed.2d 1] The scope of the search must be strictly tied to and justified by the circumstances which rendered the initiation of the stop. [Terry v. Ohio 392 U.S. 1]

A frisk for identification is outside the purview of permissible police conduct during an investigatory stop.

What do you do when you find something which is not a weapon and you suspect as contraband?
> Ask them to remove it? Best plan
> Go off plain feel? Second Best

**Defensive Tactics**
**Department Training**
**November12th and 19th**
**2012**

**Instructors: Sgt. Adams, Det. Crane, Officer Land**

<u>**Objectives:**</u>

The object of this training is to provide officers with proper handcuffing and searching techniques. The other objectives are to train punching defense, ground defense and escapes. Instructors will review the Draper City Use of Force Policy and Procedure set forth in the department manual.

<u>**Equipment:**</u>
1. Gym clothes
2. Duty Vest
3. Water, Gatorade

<u>**Position of Interview:**</u>

<u>Have officers explain…..</u>
Not within arm's reach
Hands at waist, not in pockets
Looking for physical cues? is the subject a threat, is he going to run, do I need another officer.
Looking around for other threats
Using your senses – sight, sound, smell
Don't be the "jack in the box"

<u>**Prone control/search**</u>
a. Positioning of suspect (head, hands, ankles)
b. Secure weapon and approach
c. Handcuff
d. Lower leg search/upper leg search
e. Roll on side, torso  search
f. Sit up, stand up, double lock

<u>**Kneeling/ standing search**</u>
**Standing Search:**
a. Positioning of suspect
b. Approach, hand attachment & displace blanace, search lower back
c. Have suspect look away, handcuff first wrist, sweep both hands back

d. Handcuff second wrist, adjust and double lock
e. Proper stance (shin to calf)
f. Upper torso search
g. Lower leg search

**Kneeling Search:**
a. Positioning of suspect
b. Approach, cross ankles
c. Lower back search
d. Have suspect look away, handcuff first wrist
e. Sweep both hands back, handcuff second wrist, adjust and double lock
f. Stand up, adjust and double lock
g. Proper stance, broken balance
h. (same as standing search)

<u>**Terry Frisk Cuffing and Search:**</u>

- Positioning of suspect, opposite direction of the officer, looking away
- Have the subject take a wide stance, hands behind back (facing out)
- Approach, hand attachment (fingers) displace balance
- Search lower back and high probability areas

**If moving to arrest:**

- Have suspect look away
- Load handcuffs

<u>**Escorts:**</u>

- (1)After the subject is handcuffed, one hand will be placed on the shoulder and the other hand will be placed on a cuffed hand. The subject will be walking forward.
- (2) After the subject is handcuffed, one hand will be placed on the elbow and one hand will be placed on the cuffed hand. The subject will be walking backwards.

<u>**Cover and Crash**</u>

We should not be blocking or attempting to catch punches. Professional boxers and MMA fighters do not do this. Neither should we.

- <u>**Covering:**</u>
  - Cover yourself
  - Arms and hands covering the face and temple area. (Washing hair)
  - Bob and Weave left-right
  - Practice open hands no closed fists. 1 strike (Practice) 2 strike (Practice) 3 strike (Practice). Switch back and forth.
  - Practice 1,2,3, then switch
- <u>**Crashing:**</u>

- Crash into the subject
- Keeping your chin down
- Hit the subject in the chest with your elbows
- Move into a "T" position

**"T" position:**
Subject cannot strike you
They have to re-adjust to acquire you
You are in a position of advantage
Set up for strikes, take downs
Transition to tools
Control the subject's balance
Disengage



Once you reach the subjects centerline your outside hand comes to their shoulder, keeping your elbow pointed to the ground, and your inside hand comes to their ear.

Take Downs From the "T" position:

Shoulder Pull Takedown:

- From the "T" position
- ~~Join the hands up on the underhook and pull the shoulder to the ground while backing up~~ at an angle. (Claps hands at the shoulder????)
- **Do not go to the ground keep control of the shoulder.**

Body Lock Takedown:
- From the "T" position
- Pull the subjects hips to you
- Secure a inside head position (inside shoulder)
- Your leg pushes the back of the subjects leg forward
- You drive your head back at the same time.
- **Do not go the ground, let go on the way down**

- **Change levels and attack the legs:**
- From the "T" position
- Squat/Duck and grab the offenders legs and drive forward
- Move to a dominate position or disengage

**"T" Position (arm past the head and now have the back)**

**Seatbelt/Harness Takedown:**
- From the back, the officer takes an overhook (over one shoulder) and an underhook (under one shoulder)
- Officer pushes/bumps (one leg in the buttocks) forward
- Officer pulls the subject back
- Pulling the shoulders over the heels of the subject
- **Do not go the ground, let go on the way down**

**Switch Position:**
- From the back the officer will squat down
- One hand grabs the offenders knee
- The other hand grabs the ankle
- Place the shoulder into the back of the subject
- Drive forward
- **Do not go the ground, let go on the way down**

**Ground Defense:**

**Bridge/Arch and Shrimping warm-ups.**

- Sprawling
- Defensive Sitting/Standing
- Curled defensive to standing
- Subject standing over (Feet up hands on ankles)
- Officer Taken down from the side. (Head control)
- Mount Prevention
- Mount Escape (Bridging/Arching and Hand-grab and roll)
- Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)
- Cross-body?

**Escape Drills: ****While giving Verbal Commands****
1. Officer Mounted
2. Side Head Lock
3. Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)
4. Guard Defense, Suspect standing over officer (feet in hips and trap ankles)
5. Officer taken down

DRAPER-CHT-0196

An officer will lie on their back. Another officer will take the 1, 2, 3, or 4 positions and escape to the standing position and disengage then re-engage.

DRAPER-CHT-0197

**Defensive Tactics**
-    **Department Training –**
**November 13th and 20th**
**2012**

**Instructors:  Scott Adams**

**Objectives:**

The object of this training is to provide officers with proper handcuffing and searching techniques. The other objectives are to train punching defense, ground defense and escapes. Instructors will review the Draper City Police Policy covering the following topics: Use of Force, Laws of Arrest, Off Duty Arrests, Manner of Arrest, Stop and Frisk (Terry Frisk).

**Equipment:**

1.  Gym clothes
2.  Duty Vest
3.  Water, Gatorade

**Policy Review and discussion**
1.  Use of Force
2.  Laws of Arrest
3.  Off Duty Arrests
4.  Manner of Arrest
5.  Stop and Frisk (Terry Frisk)

**Position of Interview:**

Have officers explain…..
Not within arm's reach
Hands at waist, not in pockets
Looking for physical cues? is the subject a threat, is he going to run, do I need another officer.
Looking around for other threats
Using your senses – sight, sound, smell
Don't be the "jack in the box"

## Prone control/search

    a.  Positioning of suspect (head, hands, ankles)
    b.  Secure weapon and approach
    c.  Handcuff
    d.  Lower leg search/upper leg search
    e.  Roll on side, torso  search
    f.  Sit up, stand up, double lock

## Kneeling/ standing search

**Standing Search:**
    a.  Positioning of suspect
    b.  Approach, hand attachment & displace balance, search lower back
    c.  Have suspect look away, handcuff first wrist, sweep both hands back
    d.  Handcuff second wrist, adjust and double lock
    e.  Proper stance (shin to calf)
    f.  Upper torso search
    g.  Lower leg search

**Kneeling Search:**
    a.  Positioning of suspect
    b.  Approach, cross ankles
    c.  Lower back search
    d.  Have suspect look away, handcuff first wrist
    e.  Sweep both hands back, handcuff second wrist, adjust and double lock
    f.  Stand up, adjust and double lock
    g.  Proper stance, broken balance
    h.  (same as standing search)

## Terry Frisk Cuffing and Search:

- Positioning of suspect, opposite direction of the officer, looking away
- Have the subject take a wide stance, hands behind back (facing out)
- Approach, hand attachment (fingers) displace balance
- Search lower back and high probability areas
- Place the suspect with chest on the wall or car. Have them put their hands high into the wall/car, feet back, bring their hands to their lower back, and approach. **Considerations, intoxicated subjects, pregnant, or physical limitations (overweight)**

DRAPER-CHT-0199

**If moving to arrest:**

- Have suspect look away
- Load handcuffs

<u>**Cover and Crash**</u>
We should not be blocking or attempting to catch punches. Professional boxers and MMA fighters do not do this. Neither should we.

- <u>**Covering:**</u>
  - Cover yourself
  - Arms and hands covering the face and temple area. (Washing hair)
  - Bob and Weave left-right
  - Practice open hands no closed fists. 1 strike (Practice) 2 strike (Practice) 3 strike (Practice). Switch back and forth.
  - Practice 1,2,3, then switch

- <u>**Crashing:**</u>
  - Crash into the subject
  - Keeping your chin down
  - Hit the subject in the chest with your elbows
  - Move into a "T" position

<u>**"T" position:**</u>

Subject cannot strike you
They have to re-adjust to acquire you
You are in a position of advantage
Set up for strikes, take downs
Transition to tools
Control the subject's balance
Disengage



Once you reach the subjects centerline your outside hand comes to their shoulder, keeping your elbow pointed to the ground, and your inside hand comes to their ear.

Take Downs From the "T" position:

Shoulder Pull Takedown:

- From the "T" position

DRAPER-CHT-0200

- Join the hands up on the underhook and pull the shoulder to the ground while backing up at an angle. (Claps hands at the shoulder????)
- **Do not go to the ground keep control of the shoulder.**


Body Lock Takedown:
- From the "T" position
- Pull the subjects hips to you
- Secure a inside head position (inside shoulder)
- Your leg pushes the back of the subjects leg forward
- You drive your head back at the same time.
- **Do not go the ground, let go on the way down**


- <u>**Change levels and attack the legs:**</u>
- From the "T" position
- Squat/Duck and grab the offenders legs and drive forward
- Move to a dominate position or disengage


**"T" Position (arm past the head and now have the back)**

<u>Seatbelt/Harness Takedown:</u>

- From the back, the officer takes an overhook (over one shoulder) and an underhook (under one shoulder)
- Officer pushes/bumps (one leg in the buttocks) forward
- Officer pulls the subject back
- Pulling the shoulders over the heels of the subject
- **Do not go the ground, let go on the way down**


<u>Switch Position:</u>

- From the back the officer will squat down
- One hand grabs the offenders knee
- The other hand grabs the ankle
- Place the shoulder into the back of the subject
- Drive forward
- **Do not go the ground, let go on the way down**

DRAPER-CHT-0201

<u>**Ground Defense:**</u>

**Bridge/Arch and Shrimping warm-ups.**

- Sprawling
- Defensive Sitting/Standing
- Curled defensive to standing
- Subject standing over (Feet up hands on ankles)
- Officer Taken down from the side. (Head control)
- Mount Prevention
- Mount Escape (Bridging/Arching and Hand-grab and roll)
- Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)
- Cross-body?

**Escape Drills: ****While giving Verbal Commands****
1. Officer Mounted
2. Side Head Lock
3. Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)
4. Guard Defense, Suspect standing over officer (feet in hips and trap ankles)
5. Officer taken down

An officer will lie on their back. Another officer will take the 1, 2, 3, or 4 positions and escape to the standing position and disengage then re-engage.

# Draper City Police Firearms

Instructors:  Herbert, Carpenter, Adams, Lee, Braegger   Date   Jun-12  Day ■        Night ☐

| | Officer Name | IBM # | Duty Rounds | Duty Score 1 | Duty Rounds | Duty Score 2 | Off duty Rounds | Off duty Score 1 | Off duty Rounds | Off duty Score 2 | Off duty make/serial # | Shotgun Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Adair | A2 | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | 5 - 18<br>3 - 2<br>0 - 0 | 96% | 5 -<br>3 -<br>0 - | | | |
| 2 | Land | A29 | 5 - 12<br>3 - 6<br>0 - 2 | 78% | 5 - 15<br>3 - 4<br>0 - 1 | 87% | 5 - 16<br>3 - 4<br>0 - 0 | 92% | 5 -<br>3 -<br>0 - | | Glock 23<br>KDU672 | |
| 3 | Lees | A20 | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | Glock 19<br>FXM661 | |
| 4 | Deutsch | A11 | 5 - 14<br>3 - 5<br>0 - 1 | 90% | 5 -<br>3 -<br>0 - | | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | Glock 26<br>BZW391 | |
| 5 | Clegg | A39 | 5 - 12<br>3 - 4<br>0 - 4 | 72% | 5 - 14<br>3 - 6<br>0 - 0 | 88% | 5 - 13<br>3 - 3<br>0 - 4 | 74% | 5 - 14<br>3 - 6<br>0 - 0 | 88% | Glock 27<br>PGG210 | |
| 6 | Easter | A14 | 5 - 9<br>3 - 8<br>0 - 3 | 69% | 5 - 16<br>3 - 4<br>0 - 0 | 92% | 5 - 18<br>3 - 2<br>0 - 0 | 96% | 5 -<br>3 -<br>0 - | | | |
| 7 | Coe | A21 | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | 5 - 18<br>3 - 2<br>0 - 0 | 96% | 5 -<br>3 -<br>0 - | | Glock 27<br>FBL614 | |
| 8 | Crane | A18 | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | 5 - 20<br>3 - 0<br>0 - 0 | 100% | 5 -<br>3 -<br>0 - | | H/K USP<br>27-008093 | |
| 9 | Larsen | A34 | 5 - 18<br>3 - 2<br>0 - 0 | 96% | 5 -<br>3 -<br>0 - | | 5 - 20<br>3 - 0<br>0 - 0 | 100% | 5 -<br>3 -<br>0 - | | | |
| 10 | Trujillo | A37 | 5 - 16<br>3 - 3<br>0 - 1 | 89% | 5 -<br>3 -<br>0 - | | 5 - 16<br>3 - 3<br>0 - 1 | 92% | 5 -<br>3 -<br>0 - | | | |
| 11 | Harris, D | A7 | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | 5 - 20<br>3 - 0<br>0 - 0 | 100% | 5 -<br>3 -<br>0 - | | Beretta<br>BER015942Z | |
| 12 | Lee | A27 | 5 - 18<br>3 - 0<br>0 - 2 | 90% | 5 -<br>3 -<br>0 - | | 5 - 18<br>3 - 1<br>0 - 1 | 93% | 5 -<br>3 -<br>0 - | | | |
| 13 | Adair | A2 | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | Glock 30SF<br>TAK185 | |
| 14 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |

# Draper City Police Firearms

Instructors: Herbert, Adams, Braegger, Carpenter          Date: June 19, 2012     Day ■     Night ☐

| | Officer Name | IBM | Duty Rounds | Duty 1 | Duty Rounds | Duty 2 | Psnl Duty make/serial # | Off duty Rounds | OD 1 | Off duty Rounds | OD 2 | Off duty make/serial # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Herbert | A10 | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | Glock 21 | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | Colt 45<br>FC13171 |
| 2 | Adams | A12 | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | Glock 27<br>LSK989 |
| 3 | Braegger | A6 | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | | 5 - 20<br>3 - 0<br>0 - 0 | 100% | 5 -<br>3 -<br>0 - | | Kahr 45<br>SD4624 |
| 4 | Carpenter | A4 | 5 - 17<br>3 - 1<br>0 - 2 | 88% | 5 - 18<br>3 - 2<br>0 - 0 | 96% | | 5 - 18<br>3 - 2<br>0 - 0 | 96% | 5 -<br>3 -<br>0 - | | Glock 27<br>CYV750 |
| 5 | Fuller | A25 | 5 - 15<br>3 - 3<br>0 - 2 | 84% | 5 - 18<br>3 - 2<br>0 - 0 | 96% | | 5 - 18<br>3 - 2<br>0 - 0 | 96% | 5 -<br>3 -<br>0 - | | Glock 27 |
| 6 | Thaller | A31 | 5 - 15<br>3 - 4<br>0 - 1 | 87% | 5 - 18<br>3 -<br>0 - | | | 5 - 18<br>3 - 2<br>0 - 0 | 96% | 5 -<br>3 - | | Glock 23<br>GGK322 |
| 7 | Price | A17 | 5 - 16<br>3 - 3<br>0 - 1 | 89% | 5 - 19<br>3 - 1<br>0 - 0 | 98% | | 5 - 15<br>3 - 5<br>0 - 0 | 90% | 5 -<br>3 -<br>0 - | | Glock 27<br>LHK695 |
| 8 | Ford | A38 | 5 - 12<br>3 - 8<br>0 - | 84% | 5 -<br>3 -<br>0 - | | | 5 - 10<br>3 - 3<br>0 - 7 | 59% | 5 - 14<br>3 - 5<br>0 - 1 | 85% | Glock 27<br>RUA198 |
| 9 | Harris, J | A24 | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | | 5 - 14<br>3 - 6<br>0 - 0 | 88% | 5 -<br>3 -<br>0 - | | Glock 27<br>RFX531 |
| 10 | Street | A16 | 5 - 16<br>3 - 3<br>0 - 1 | 89% | 5 -<br>3 -<br>0 - | | Springfield XDM<br>MG540295 | 5 - 15<br>3 - 5<br>0 - 0 | 90% | 5 -<br>3 -<br>0 - | | Springfield XD40<br>US196821 |
| 11 | Todd | A35 | 5 - 20<br>3 - 0<br>0 - 0 | 100% | 5 -<br>3 -<br>0 - | | | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | Glock 23<br>CMN460 |
| 12 | Barnes | A26 | 5 - 18<br>3 - 2<br>0 - 0 | 96% | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 13 | Moore, J | A19 | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 14 | Fallows | A32 | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |

# Draper City Police Firearms

| Instructors: | Herbert, Adams, Braegger, Carpenter | Date: June 19, 2012 | Day ■ | Night ☐ |

| | Officer Name | IBM | Duty Rounds | Duty 1 | Duty Rounds | Duty 2 | Psnl duty make/serial # | Off duty Rounds | OD 1 | Off duty Rounds | OD 2 | Off duty make/serial # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Evans | A5 | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | | 5 - 20<br>3 - 0<br>0 - 0 | 100% | 5 -<br>3 -<br>0 - | | |
| 2 | Elkins | A28 | 5 - 16<br>3 - 3<br>0 - 1 | 89% | 5 -<br>3 -<br>0 - | | | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | |
| 3 | Johnson | A22 | 5 - 13<br>3 - 6<br>0 - 1 | 83% | 5 -<br>3 -<br>0 - | | | 5 - 16<br>3 - 2<br>0 - 0 | 86% | 5 -<br>3 -<br>0 - | | Glock 27<br>HSC362 |
| 4 | Fackrell | A13 | 5 - 17<br>3 - 3<br>0 - 0 | 94% | 5 -<br>3 -<br>0 - | | | 5 - 18<br>3 - 2<br>0 - 0 | 96% | 5 -<br>3 -<br>0 - | | Glock 27<br>GLH557 |
| 5 | Upchurch | A33 | 5 - 18<br>3 - 1<br>0 - 1 | 93% | 5 -<br>3 -<br>0 - | | | 5 - 19<br>3 - 1<br>0 - 0 | 98% | 5 -<br>3 -<br>0 - | | SIG 220<br>37A020535 |
| 6 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 7 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 8 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 9 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 10 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 11 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 12 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 13 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 14 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |

Draper Police Department 2012 Yearly Training

### 1/15/2013 — B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| ASP | Draper PD | Herbert/Carpenter | 800 | 930 | 2 |
| OC | Draper PD | Adams/Lees/Willie | 930 | 1100 | 2 |
| Human Resources | Draper PD | Garth and Meg | 1100 | 1200 | 1 |
| Defensive Driving | Draper PD | Stephanie Giacoletto | 1300 | 1330 | 0.5 |
| Policy Review | Draper PD | Sgts | 1330 | 1800 | 4.5 |

### 1/22/2013 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| ASP | Draper PD | Herbert/Carpenter | 800 | 930 | 2 |
| OC | Draper PD | Adams/Lees/Willie | 930 | 1100 | 2 |
| Human Resources | Draper PD | Garth and Meg | 1100 | 1200 | 1 |
| Defensive Driving | Draper PD | Stephanie Giacoletto | 1300 | 1330 | 0.5 |
| Policy Review | Draper PD | Sgts | 1300 | 1800 | 5 |

### 2/12/2013 — B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Legal Update/Case Law | Draper PD | Kirk Torgenson | 1200 | 1500 | 3 |
| Night Shoot | Camp Williams POST | Firearms Cadre | 1600 | 2200 | 6 |

### 2/19/2013 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Legal Update/Case Law | Draper PD | Kirk Torgenson | 1200 | 1500 | 3 |
| Night Shoot | Camp Williams 25M | Firearms Cadre | 1600 | 2200 | 6 |

### 3/12/2013 — B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Verbal Defense and Influence | Draper PD | Joanne Glantz | 800 | 1130 | 3 |
| DUI | Draper PD | Street | 1300 | 1430 | 1.5 |
| WRAP | Juan Diego wrestling room | Adams/Granite PD | 1500 | 1800 | 3 |

### 3/19/2013 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Verbal Defense and Influence | Draper PD | Joanne Glantz | 800 | 1130 | 3 |
| DUI | Draper PD | Street | 1300 | 1430 | 1.5 |
| WRAP | Juan Diego wrestling room | Adams/Granite PD | 1500 | 1800 | 3 |

### 4/9/2013 — B-side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - skills test | Juan Diego | Carpenter | 800 | 1000 | 2 |
| DT | Juan Diego | Adams/Fuller | 1000 | 1200 | 2 |
| DV | Draper PD | Seven | 1300 | 1500 | 2 |
| This will be added | | | | | |

### 4/16/2013 — A-side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - skills test | Juan Diego | Carpenter | 800 | 1000 | 2 |
| DT | Juan Diego | Adams/Fuller | 1000 | 1200 | 2 |
| DV | Draper PD | Seven | 1300 | 1500 | 2 |
| This will be added | | | | | |

### 5/14/2013 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Less Lethal | Draper PD | Adams/Lees/Willie/Coe | 800 | 1800 | 10 |

### 5/21/2013 — B-side

Draper Police Department 2012 Yearly Training

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Less Lethal | Draper PD | Adams/Lees/Willie/Coe | 800 | 1800 | 10 |

**6/11/2013 — A side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Taser Axon Camera | Draper PD | Carpenter | 800 | 1000 | 2 |
| Handgun qualification/training | Camp Williams (POST range) | Firearms cadre | 1000 | 1800 | 10 |

**6/18/2013 — B side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Taser Axon Camera | Draper PD | Carpenter | 800 | 1000 | 2 |
| Handgun qualification/training | Camp Williams (POST range) | Firearms cadre | 1000 | 1800 | 10 |

**July**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| AR's? | | | | | |
| | | | | | |
| | | | | | |

**July**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| AR's? | | | | | |
| | | | | | |
| | | | | | |

**August**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| AR's? | | | | | |
| | | | | | |
| | | | | | |

**August**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| AR's? | | | | | |
| | | | | | |
| | | | | | |

**September 3rd - A side — CANCELLED DUE TO JOHNSON'S DEATH**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Rifle qual and training | Camp Williams | Rifle Cadre | 800 | 1800 | 10 |

**September - 10th - B side — CANCELLED DUE TO JOHNSON'S DEATH**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Rifle | Camp Williams | Rifle Cadre | 800 | 1800 | 10 |

**September - 17th - A side — 2 detectives need to attend this day + Sgt. Evans**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Rifle | Camp Williams | Rifle Cadre | 800 | 1800 | 10 |

**September 24th - B side — 2 detectives need to attend this day + Sgt. Evans**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Rifle | Camp Williams | Rifle Cadre | 800 | 1800 | 10 |

**October 1st - A side — 2 detectives need to attend this day + Sgt. Evans**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Rifle | Camp Williams 25 Meter A | Rifle Cadre | 800 | 1800 | 10 |

Draper Police Department 2012 Yearly Training

**October 8th - B side** — 2 detectives need to attend this day + Sgt. Evans

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Rifle | Camp Williams 25 Meter A | Rifle Cadre | 800 | 1800 | 10 |

**October 15th - A side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - Fitness test | Draper PD | Carpenter | 800 | 1000 | 2 |
| Change | Change clothes/clean up | | 1000 | 1045 | 0.75 |
| Parents Empowered | Draper PD | Parents Empowered | 1100 | 1200 | 1 |
| Lunch | | | 1200 | 1300 | 1 |
| School Tour | Corner Canyon HS/MS | School Admin/Barnes | 1300 | 1600 | 3 |
| Briefing | Draper PD | UPD Investigations | 1600 | 1800 | 2 |

**October 22nd - B side**   9.75

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - Fitness test | Draper PD | Carpenter | 800 | 1000 | 2 |
| Change | Change clothes/clean up | | 1000 | 1045 | 0.75 |
| Parents Empowered | Draper PD | Parents Empowered | 1100 | 1200 | 1 |
| Lunch | | | 1200 | 1300 | 1 |
| School Tour | Corner Canyon HS/MS | School Admin/Barnes | 1300 | 1600 | 3 |
| Briefing | Draper PD | UPD Investigations | 1600 | 1800 | 2 |

**November 12th - A SIDE**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| | | | 800 | 900 | 1 |
| Salt Lake County Health | Draper PD | Salt Lake County ERT | 900 | 1000 | 1 |
| DT | Draper PD | Adams | 1000 | 1300 | 3 |
| Lunch | | | 1300 | 1400 | 1 |
| BCI | Draper PD | BCI instructors | 1400 | 1600 | 2 |
| Taser Re-cert | Draper PD | Taser Cadre | 1600 | 1800 | 2 |
| | | | | **Total Hours:** | 10 |

**November 19th - B SIDE**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| | | | 800 | 900 | 1 |
| Salt Lake County Health | Draper PD | Salt Lake County ERT | 900 | 1000 | 1 |
| DT | Draper PD | Adams | 1000 | 1300 | 3 |
| Lunch | | | 1300 | 1400 | 1 |
| BCI | Draper PD | BCI instructors | 1400 | 1600 | 2 |
| Taser Re-cert | Draper PD | Taser Cadre | 1600 | 1800 | 2 |
| | | | | **Total Hours:** | 10 |

**December**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| CPR/FIRST AID | DPD | Harris/Halvorsen | 800 | 1800 | 10 |
| | | | | | |
| | | | | | |

**December**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| CPR/FIRST AID | DPD | Harris/Halvorsen | 800 | 1800 | 10 |
| | | | | | |
| | | | | | |

# Draper City Police Training Roster

ASP/OC/Human Resources/Policy

January 15, 2013

| Name (Printed): | Name (Signed) | ID (A#) |
|---|---|---|
| 1. Wes Laird | Wes Laird | A68 |
| 2. Jeremy Barnes | B | A64 |
| 3. Tim Trujillo | | A76 |
| 4. Todd Crane | | A54 |
| 5. Michael Scofield | | A49 |
| 6. Tacyn Colverwell | | A79 |
| 7. Kevin Easter | | A42 |
| 8. Sam Fallows | | A71 |
| 9. J. Patrick Evans | | A31 |
| 10. Heather Baugh | Heather | 9C2 |
| 11. Annie Fuller | | A062 |
| 12. David Harris | | A048 |
| 13. Josh Thaller | | 9P20 |
| 14. Dustin Willie | | A69 |
| 15. Ryan Clegg | | A78 |
| 16. Chad Carpenter | | A17 |
| 17. | | |
| 18. | | |
| 19. | | |
| 20. | | |

DRAPER-CHT-0209

## ASP TACTICAL BATON CERTIFCATION

Name: David Herris   IBM #: 2648   Date: 1-15-13   Score: 20/20

1.   A defensive tactic may be evaluated by balancing:
   a.   Control vs. Injury
   b.   Threat vs. Control
   c.   Attitude vs. Action
   d.   Age vs. Size
   e.   Action vs. Reaction

2.   The first force option is:
   a.   Baton
   b.   Pain compliance
   c.   Firearm
   d.   Dialogue
   e.   Escort

3.   Officer/subject factors include all of the following except:
   a.   Age
   b.   Weapon proximity
   c.   Fitness
   d.   Gender
   e.   Size

4.   Special circumstance include all of the following except:
   a.   Special knowledge
   b.   Disability
   c.   Ground position
   d.   Imminent danger
   e.   Multiple officers/suspects

5.   A report documenting officer use of force should include all of the following except:
   a.   Time of day
   b.   Officer injuries
   c.   Neutral witness
   d.   Vague statements
   e.   Subjects demeanor and attitude

6.   As per policy the following statements regarding the ASP Baton are true except:
   a.   Recertification is yearly
   b.   Reports are required if utilized against a subject
   c.   Medical assessment is required for a subject restrained by the ASP
   d.   Certification allows officers to use other types of tactical batons

7.   Parts of the ASP Baton include all of the following except:
   a.   Handle
   b.   Cap
   c.   Grip
   d.   Blade
   e.   Retaining clip

DRAPER-CHT-0210

8.  When carried in the pocket, scabbard or belt, the ASP Baton is positioned:
    a.  Tip down
    b.  Concealed
    c.  Tip up
    d.  Handle
    e.  Blade open

9.  The two ASP Baton modes are:
    a.  Weapon and retention
    b.  Ready and loaded
    c.  Open and closed
    d.  Interview and combat
    e.  Combat and collapsed

10. ASP Baton non target areas include all of the following except:
    a.  Head
    b.  Groin
    c.  Arm
    d.  Spine
    e.  Sternum

11. The primary striking surface of the ASP Baton in the open mode weapon strike is the:
    a.  Cap
    b.  Blade
    c.  Handle
    d.  Center of shaft assembly
    e.  Last 3 inches of the shaft assembly

12. All ASP Baton strikes are delivered at an angle of:
    a.  45 degrees
    b.  90 degrees
    c.  80 degrees
    d.  0 degrees
    e.  B or C

13. All of the following are components of the pyramid concept except:
    a.  Low center
    b.  Endurance
    c.  Head over center
    d.  Deep base
    e.  Wide base

14. All of the following are components of power generation except:
    a.  Balance
    b.  Flexibility
    c.  Speed
    d.  Focus
    e.  Decentralization

15. The hand the draws the firearm is referred to the ASP Baton training as the:
    a. Weak hand
    b. Weapon hand
    c. Combat hand
    d. Strong hand
    e. Reaction hand

16. Two methods for safe separation from an attacking assailant are:
    a. Withdraw and withstand
    b. Open and closed
    c. Drop and roll
    d. Check and redirect
    e. Interview and combat

17. The ASP is opened to the:
    a. Front or rear
    b. Left or right
    c. Sky or ground
    d. A and B
    e. A and C

18. The open mode reaction strike is primarily used as a:
    a. Combat strike
    b. Power strike
    c. Closing strike
    d. Clearance strike
    e. A or B

19. All of the following are trained ASP Baton strikes except:
    a. Closed mode side
    b. Rapid response
    c. Closed mode weapon
    d. Closed mode straight
    e. Open mode weapon

20. The total number of trained ASP Baton strikes are:
    a. 5
    b. 6
    c. 7
    d. 8
    e. 9

DRAPER-CHT-0212

**Defensive Tactics**
**Department Training**
**November12th and 19th**
**2012**

**Instructors: Sgt. Adams, Det. Crane, Officer Land**

<u>Objectives:</u>

The object of this training is to provide officers with proper handcuffing and searching techniques. The other objectives are to train punching defense, ground defense and escapes. Instructors will review the Draper City Use of Force Policy and Procedure set forth in the department manual.

<u>Equipment:</u>
1. Gym clothes
2. Duty Vest
3. Water, Gatorade

<u>Position of Interview:</u>

Have officers explain…..
Not within arm's reach
Hands at waist, not in pockets
Looking for physical cues? is the subject a threat, is he going to run, do I need another officer.
Looking around for other threats
Using your senses – sight, sound, smell
Don't be the "jack in the box"

<u>Prone control/search</u>
   a. Positioning of suspect (head, hands, ankles)
   b. Secure weapon and approach
   c. Pat lower back for weapons
   d. Handcuff
   e. Properly*****Stand the subject up (note not picking the subject up)
   f. Upper torso search
   g. Lower Leg search
   h. Double Lock cuffs

**Kneeling/ standing search**

**Standing Search:**
a.  Positioning of suspect
b.  Approach, hand attachment & displace blanace, search lower back
c.  Have suspect look away, handcuff first wrist, sweep both hands back
d.  Handcuff second wrist, adjust and double lock
e.  Proper stance (shin to calf)
f.  Upper torso search
g.  Lower leg search

**Kneeling Search:**
a.  Positioning of suspect
b.  Approach, and attach
c.  Cross ankles
d.  Lower back search
e.  Have suspect look away, handcuff first wrist
f.  Sweep both hands back, handcuff second wrist, adjust and double lock
g.  Stand up, adjust and double lock
h.  Proper stance, broken balance
i.  (same as standing search)

**Terry Frisk Cuffing and Search:**

- Positioning of suspect, opposite direction of the officer, looking away
- Have the subject take a wide stance, hands behind back (facing out)
- Approach, hand attachment (fingers) displace balance
- Search lower back and high probability areas

**If moving to arrest:**

- Have suspect look away
- Load handcuffs

**Escorts:**

- (1)After the subject is handcuffed, one hand will be placed on the shoulder and the other hand will be placed on a cuffed hand. The subject will be walking forward.
- (2) After the subject is handcuffed, one hand will be placed on the elbow and one hand will be placed on the cuffed hand. The subject will be walking backwards.

**Striking**

**Palm Heal Strikes –** This strike is so that you can create a distraction and/or distance between yourself and the subject.

**Elbow Strikes –** Elbow strikes allow an officer to maintain control by keeping both hands on his weapon. They take advantage of the natural body position created by the entry vests. Officer's elbows and arms tend to abduct from the body due to the extra bulk in the lateral region of the vest. Elbows also offer more surface area than a closed fist. Elbows are a powerful personal impact weapon that can be delivered to the upper body, chest, shoulders, or head, to knock a subject backwards or to the ground.

   a) Decide which elbow is appropriate to strike with based on the subject's position.
   b) Rotate your upper body forward from the hips as you would in a punch.
   c) Deliver the meaty, forearm portion of your elbow to the subject.
   d) Verbalize to the suspect, "Get Down!"
   e) Assess the situation

**Knee Strikes –** Knee strikes are powerful impacts in close proximity that will enable you to knock the subject off balance setting him up for a takedown technique.

   a) Place your support hand on the subject's shoulder or on the back of his neck. Using the support side will also ensure that your weapon side stays away from the subject during takedown techniques.
   b) Maintain control of the long gun with your strong hand.
   c) Deliver support side or strong side knee strike to the thigh or pelvic area.
   d) Verbalize to the suspect, "Get Down!"
   e) Assess the situation

**Cover and Crash**
We should not be blocking or attempting to catch punches. Professional boxers and MMA fighters do not do this. Neither should we.
- **Covering:**
  - Cover yourself
  - Arms and hands covering the face and temple area. (Washing hair)
  - Bob and Weave left-right
  - Practice open hands no closed fists. 1 strike (Practice) 2 strike (Practice) 3 strike (Practice). Switch back and forth.
  - Practice 1,2,3, then switch
- **Crashing:**
  - Crash into the subject
  - Keeping your chin down
  - Hit the subject in the chest with your elbows
  - Move into a "T" position

<u>**"T" position:**</u>
Subject cannot strike you
They have to re-adjust to acquire you
You are in a position of advantage
Set up for strikes, take downs
Transition to tools
Control the subject's balance
Disengage



Once you reach the subjects centerline your outside hand comes to their shoulder, keeping your elbow pointed to the ground, and your inside hand comes to their ear.

Take Downs From the "T" position:

Shoulder Pull Takedown:

- From the "T" position
- Join the hands up on the underhook and pull the shoulder to the ground while backing up at an angle. (Claps hands at the shoulder????)
- **Do not go to the ground keep control of the shoulder.**

Body Lock Takedown:
- From the "T" position
- Pull the subjects hips to you
- Secure a inside head position (inside shoulder)
- Your leg pushes the back of the subjects leg forward
- You drive your head back at the same time.
- **Do not go the ground, let go on the way down**

- <u>**Change levels and attack the legs:**</u>
- From the "T" position
- Squat/Duck and grab the offenders legs and drive forward
- Move to a dominate position or disengage

**"T" Position (arm past the head and now have the back)**

<u>**Seatbelt/Harness Takedown:**</u>
- From the back, the officer takes an overhook (over one shoulder) and an underhook (under one shoulder)
- Officer pushes/bumps (one leg in the buttocks) forward

- Officer pulls the subject back
- Pulling the shoulders over the heels of the subject
- **Do not go the ground, let go on the way down**

### Switch Position:
- From the back the officer will squat down
- One hand grabs the offenders knee
- The other hand grabs the ankle
- Place the shoulder into the back of the subject
- Drive forward
- **Do not go the ground, let go on the way down**

### Ground Defense:

**Bridge/Arch and Shrimping warm-ups.**

- Sprawling
- Defensive Sitting/Standing
- ~~Curled defensive to standing~~
- Subject standing over (Feet up hands on ankles)
- Officer Taken down from the side. (Head control)
- Mount Prevention -
- Mount Escape (Bridging/Arching and Hand-grab and roll)
- Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)
- Cross-body?

**Escape Drills: ****While giving Verbal Commands******
1. Officer Mounted
2. Side Head Lock
3. Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)
4. Guard Defense, Suspect standing over officer (feet in hips and trap ankles)
5. Officer taken down

An officer will lie on their back. Another officer will take the 1, 2, 3, or 4 positions and escape to the standing position and disengage then re-engage.

# Draper City Police Firearms - Pistol

Instructors: _____   Date: 6-18-13   Day ■   Night ☐

| Officer Name IBM # | Duty Rounds | Duty Score 1 | Duty Rounds | Duty Score 2 | Off duty Rounds | Off duty Score 1 | Off duty Rounds | Off duty Score 2 | Off duty make/serial # | Shotgun Score |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 Barnes | 5 - 14<br>3 - 6<br>0 - | 88% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 2 Crane | 5 - 20<br>3 -<br>0 - | 100% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 3 Street | 5 - 15<br>3 - 5<br>0 - | 90% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 4 Todd | 5 - 18<br>3 - 2<br>0 - | 96% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 5 Hill | 5 - 12<br>3 - 5<br>0 - 3 | 75% | 5 - 15<br>3 - 4<br>0 - 1 | 86% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 6 Fallows | 5 - 17<br>3 - 3<br>0 - | 94% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 7 Coe | 5 - 18<br>3 - 1<br>0 - 1 | 93% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 8 Thaller | 5 - 16<br>3 - 3<br>0 - 1 | 89% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 9 Larsen | 5 - 18<br>3 - 2<br>0 - | 96% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 10 Trujillo | 5 - 14<br>3 - 5<br>0 - 1 | 85% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 11 D. Harris | 5 - 17<br>3 - 3<br>0 - | 94% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 12 J. Moore | 5 - 19<br>3 - 1<br>0 - | 98% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 13 Deutsch | 5 - 14<br>3 - 6<br>0 - | 88% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |
| 14 Herbert | 5 - 20<br>3 -<br>0 - | 100% | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | |

## Draper City Police Department
## LOW LIGHT PISTOL QUALIFICATION

- Range Rules

- Weapon familiarization
  Glock 22 .40 caliber

- Flashlight holds while shooting

***EVERYONE MUST MOVE OFF THE "X". NO STATIC SHOOTING!! FAILURE TO MOVE OFF THE "X" RESULTS IN A FAIL!!***

- **Qualification** – All from the locked holster, except as noted

  **15 yd line** – Hand held flashlight
  2rds standing:      **10 seconds**

  **15 yd line** – Hand held flashlight
  2rds kneeling:      **8 seconds**

  **10 yd line** – Hand held flashlight
  2rds standing:      **5 seconds**

  **10 yd line** – Weapons mounted light or hand held flashlight
  2rds standing:      **3 seconds**

  **From the 7yd line** – Weapons mounted light or hand held flashlight
  Reload Drill – 2rds, reload, 2 rds:      **10 seconds**

  **From the 7yd line** – Weapons mounted light or hand held flashlight
  Strong Handed Shooting – 2rds weapon hand:   **7 seconds** (from the holster)
  Stay at low ready and transfer to support hand.

  Support Hand Shooting – From the low ready, 2rds support hand only: **5 seconds**.
  Transfer back to weapon hand and holster.

  **From the 3yd line** – Weapons mounted light or hand held flashlight or none
  Failure Drill –2rds center mass, 1rd precise head shot:   **3 seconds**

  Precision Shot – 1rd, precise head shot:   **2 seconds**

  Possible Score of 100.   **Each large scoring ring hit = 5 points**
                           **Each peripheral hit = 3 points**
                           **Each head scoring ring hit during 3yd exercises =**
                           **5 points**
                           **Misses and fail to fire = 0 points**
                           ***No alibi shots, all malfunctions must be cleared***

# Draper City Police Firearms

Instructors: _Carpenter, Bruce Herbert_   Date: _2/18/13_   Day ☐   Night ☑

| Officer Name   IBM | Duty Rounds | Duty 1 | Duty Rounds | Duty 2 | Psnl duty make/serial # | Off duty Rounds | OD 1 | Off duty Rounds | OD 2 | Off duty make/serial # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 _Herbert_ | 5 - 17<br>3 - 3<br>0 - | 94 | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 2 _Clegg_ | 5 - 13<br>3 - 4<br>0 - 8 | 77 | 5 - 15<br>3 - 3<br>0 - 2 | 84 | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 3 _Barnes_ | 5 - 11<br>3 - 8<br>0 - 1 | 79 | 5 - 13<br>3 - 4<br>0 - 2 | 80 | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 4 _Crane_ | 5 - 17<br>3 - 1<br>0 - 2 | 88 | 5 - 19<br>3 - -<br>0 - 1 | 95 | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 5 _Fallows_ | 5 - 17<br>3 - 2<br>0 - 1 | 91 | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 6 _Fuller_ | 5 - 17<br>3 - 2<br>0 - 1 | 91 | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 7 _Trujillo_ | 5 - 14<br>3 - 3<br>0 - 3 | 79 | 5 - 16<br>3 - 2<br>0 - 2 | 86 | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 8 _Harris_ | 5 - 16<br>3 - 2<br>0 - 2 | 86 | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 9 _Thaller_ | 5 - 9<br>3 - 8<br>0 - 3 | 69 | 5 - 17<br>3 - 3<br>0 - | 94 | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 10 _Street_ | 5 - 16<br>3 - 3<br>0 - 1 | 89 | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 11 _Willie_ | 5 - 20<br>3 -<br>0 - | 100% | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 12 _Halvy_ | 5 - 16<br>3 - 2<br>0 - 2 | 86 | 5 - 17<br>3 - 3<br>0 - - | 94 | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 13 _Moore_ | 5 - 16<br>3 - 4<br>0 - | 92 | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 14 _Evans_ | 5 - 17<br>3 - 2<br>0 - 1 | 91 | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |

# Draper City Police Firearms

Instructors: _Carpenter, Price, Herbert_   Date: _2/17/13_   Day ☐   Night ☑

| | Officer Name | IBM | Duty Rounds | Duty 1 | Duty Rounds | Duty 2 | Psnl duty make/serial # | Off duty Rounds | OD 1 | Off duty Rounds | OD 2 | Off duty make/serial # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | EASTER | | 5 - 13<br>3 - 6<br>0 - 1 | 77 | 5 - 19<br>3 - 1<br>0 - | 98 | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 2 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 3 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 4 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 5 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 6 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 7 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 8 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 9 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 10 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 11 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 12 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 13 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |
| 14 | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | | 5 -<br>3 -<br>0 - | | 5 -<br>3 -<br>0 - | | |

# Draper City Police Firearms

Instructors: _____     Date: _____   Day ☐     Night ☐

| | Officer Name IBM # | Duty Rounds | Duty Score 1 | Duty Rounds | Duty Score 2 | Off duty Rounds | Off duty Score 1 | Off duty Rounds | Off duty Score 2 | Off duty make/serial # | Shotgun Score |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ADAMS | 5 - 19 / 3 - 1 / 0 - 0 | 88% | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 2 | NEWMAN | 5 - 14 / 3 - 6 / 0 - | 88% | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 3 | LAND | 5 - 16 / 3 - 3 / 0 - 1 | 89 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 4 | ELKINS | 5 - 15 / 3 - 4 / 0 - 1 | 87 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 5 | JACKSON | 5 - 17 / 3 - 3 / 0 - | 94 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 6 | DANIELS | 5 - 14 / 3 - 1 / 0 - 5 | 73 | 5 - 13 / 3 - 3 / 0 - 2 | 84 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 7 | PRICE | 5 - 19 / 3 - 1 / 0 - | 98 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 8 | CULVERWELL | 5 - 16 / 3 - 1 / 0 - 3 | 83 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 9 | HARRIS, J | 5 - 19 / 3 - 1 / 0 - | 98 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 10 | JOHNSON | 5 - 12 / 3 - 7 / 0 - 1 | 81 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 11 | COLE | 5 - 19 / 3 - 1 / 0 - | 98 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 12 | CYPATURCH | 5 - 19 / 3 - 1 / 0 - | 98 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 13 | TODD | 5 - 12 / 3 - 5 / 0 - 3 | 75 | 5 - 18 / 3 - 2 / 0 - | 96 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 14 | LEES | 5 - 20 / 3 - / 0 - | 100 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |

# Draper City Police Firearms

Instructors: _____   Date: _____   Day ☐   Night ☐

| | Officer Name IBM # | Duty Rounds | Duty Score 1 | Duty Rounds | Duty Score 2 | Off duty Rounds | Off duty Score 1 | Off duty Rounds | Off duty Score 2 | Off duty make/serial # | Shotgun Score |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CARLSEN | 5 - 17 / 3 - 2 / 0 - 1 | 91 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 2 | CARP | 5 - 19 / 3 - 1 / 0 - | 98 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 3 | BRAEGGER | 5 - 15 / 3 - 2 / 0 - 2 | 84 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 4 | Lee | 5 - 19 / 3 - 1 / 0 - | 98 | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 5 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 6 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 7 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 8 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 9 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 10 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 11 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 12 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 13 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |
| 14 | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | 5 - / 3 - / 0 - | | | |



# DRAPER CITY POLICE DEPARTMENT

*NEW*

**TRAINING DATE:** 02/12/2013 – 12/19/2013          **START TIME:** TBA

**SUBJECT:** Low Light Shooting

**TRAINING LOCATION:** Camp Williams

**INSTRUCTOR:** Sgt. Carpenter/Sgt. Adams

## TRAINING GOALS AND SUBJECTS ADDRESSED

The objective of this training is to challenge and test the Officer with various reloading drills utilizing cover and lighting.

## SPECIAL EQUIPMENT NEEDED

Handgun
Vest
Duty Belt
Duty Light
Gun Light (if applicable) Rounds loaded by the officer
(Magazine (1) 3 rounds - Magazine (2) 3 rounds – Magazine (3) 3 rounds)
Additional Magazine – Instructor provided (3 rounds)

Weighed Dummy
Table/Chair/Vehicle (any object which could simulate cover)

## APPLICATION

Officers will be told they need to fight their way to an injured officer who is behind cover.
Starting from the 25 yard line they will approach the first station and move on.

Station 1 (15 yard line)
Utilizing cover and applied lighting technique of their choice (no gunlight)
3 shots center mass.
Reload and move to cover, advancing to the injured officer
Keeping their light off as they advance

<u>Station 2</u> (10 yard line)
Utilizing cover and applied technique of their choice (gun light is ok)
3 shots center mass.
Reload and move to cover, advancing to the injured officer
Keeping their light off as they advance


<u>Station 3</u> (7 yard line)
Utilizing cover and applied technique of their choice (gun light is ok)
3 shots, failure drill.
Reload and move to cover, advancing to the injured officer
Keeping their light off as they advance



<u>Station 4</u> (7 yard line)
There will be an extra magazine placed near the dummy
Utilizing the extra magazine 3 shots, failure drill.
Once the officer holsters their weapon they will pull the dummy from
5 feet behind cover.

**(If an officer does not have a Glock 40 they can simulate the above)**



## Preface and objectives

Off duty firearms training

This training will bring to light the many major and subtle differences between deploying your firearm in a crisis situation while in a civilian capacity.

While the identification of threats maybe the same, self identification and identification of others who are off duty police officers, military or civilians who are capable and willing to support you in the situation also becomes more difficult to ascertain.

The ability to show tangible identification such as badge necklaces or badges on a belt are nearly the only things that will make you recognizable as an authority figure while in civilian clothing.

While in a high stress environment it is extremely important to have in mind that you will need to consciously look for signs and symbols which would lead you to believe that somebody is either military or law enforcement. For instance if you hear somebody giving clear and concise commands the chances are better than not that you are dealing was somebody who is either military or police. It's no coincidence that we speak and direct our thoughts to other people in a certain way which is easy to spot whether you are civilian or not. Be very aware that badges and other symbols meant to identify people can be flipped backwards or recovered by clothing once pulled out for identification. Take that extra half a second to look for the identification markers and then direct your verbiage directly at this or these people to verify their identity.

Also keep in mind that you very well may not be alone. Off-duty you may be with friends or family that also need guidance and direction in a high stress conflict situation.

As always time is of the essence and if you become a victim or a casualty of the situation you are no longer a useful party to anyone. There are a few different schools of thought when it comes to critical incidents in an off-duty situation. For instance, do you make sure that you are in a covered and concealed position before you begin taking control or do you act immediately placing yourself in danger so the threat becomes moot immediately? As always it is my opinion that the situation will dictate tactics and whatever decision is made is better than no decision at all.

Scenario one.

The officer will be in civilian attire and carrying their weapons as they do in off-duty clothing.

The officer will be told they are in a movie theater and they are hearing some loud fighting from two males at the popcorn counter. As the officer turns to gather further information on the situation they notice that one individual is pointing a gun at the second. The gunmen will have a necklace badge or a belt clip batch showing obviously.

If the officer begins speaking to the mannequins the safety officers will be there voices.

If the officer fires upon the civilian clothes officer the range and safety officers will call and exercise and explained the deficiencies. If the officer gathers further information and ends up engaging the mannequin with out the firearm the range and safety officers will then again call end exercise and review the scenario with the trainee.

<u>Second scenario</u>

the scenario will be played out a second time but instead this time a mannequin lying on the ground will have please identification and the gunmen standing over him will not. At this point in the training day the trainees will be hypersensitive to making sure they have the right target identifiers. Even in a low light situation they will look for and acquire signs and symbols that will lead them to the right conclusion.

The second run through the scenario she would and will be a 100% pass which will leave the trainees with a feeling of accomplishment and pride in their abilities to identify and work through civilian situations.

## Training materials

-Two mannequins from the shed.

-Off-duty carry holster and pistol.

-Shooting barricades of any type.

## Trainers and range safety officers

The scenario will run a single trainee through at a time. Because of the different role players needed there will be a minimum of two or three safety personnel with the trainee at any given time.

DRAPER-CHT-0228

# DRAW STROKE

- Both hands move together.
- Draw Stroke By the Numbers:

1. Strong hand breaks the holster retention and gets a good firm grip, high on the back-strap, support hand comes to the chest simultaneously

2. Weapon comes straight up out of the holster

3. Rotate the weapon until the muzzle is pointed at the target

4. Weapon comes up to the support hand in the center of the chest. Establish a good firing grip with both hands.

5. Punch the weapon straight out, acquiring the front sight.

- If you have made the decision to fire upon drawing, between step 4 & 5 take the slack out of the trigger.

- Once you are on target you should not have to adjust your grip. The least amount of movement the better your sight picture.



**Draper City Police Department**
Less Lethal Impact Munitions Training
Roster
05-21-2013

| Name (Print) | Sign | ID# |
|---|---|---|
| Wes LAND | Wes Land | A68 |
| Mike Todd | | A74 |
| Jeremy Barnes | | A64 |
| David Harris | | A48 |
| ~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~~~~~~~~~~~~~~~~ | ~~~~~ |
| J. Patrick Evans | | A31 |
| Trent Hill | | A81 |
| S. Fallows | | A71 |
| Josh Lee | | A65 |
| Tim Herbert | | A20 |
| WALT DEUTSCH | | A9 |
| Brian Larsen | | A73 |
| Tim Trujira | | A76 |
| | | |
| | | |
| | | |
| | | |

DRAPER-CHT-0230



## Draper Police Department
## LESS LETHAL IMPACT MUNITIONS
### Basic Patrol Exam

Name: David Harris     Score: 24/25

Date: 5-21-13     Instructor: Adams / Thella/cor

**MULTIPLE CHOICE**

Read the questions and select the **best** answer from the choices listed below. There is only one answer to each question.

**1. LLIM's should always be used along with _____ Force?**
A. Soft Physical
(B) Lethal
C. Hard Physical
D. Maximum

**2. Which of the following is a deployment consideration while using a LLIM?**
A. Accuracy
B. Energy
C. Distance
(D) All The Above

**3. The 40mm eXact Impact round has increased accuracy due to?**
A. Hi/Lo propulsion
B. Used in 40mm launcher
(C) Spin-Stabilization
D. All of the above

**4. The 12 gauge Drag Stabilized round:**
(A) Is designed to be direct fired
B. Has an optimal energy range of 5-50 feet
C. Can be effective in a gunfight
D. All of the above

**5. Lethal 12 gauge ammunition should _____ be stored with 12 gauge Drag Stabilized rounds and used in the 12 gauge Less Lethal Dedicated Shotguns?**
A. Always
B. Sometimes
C. Occasionally
(D) NEVER

**6. LLIMs are capable of causing?**
A. Contusions
B. Lacerations
C. Fractures
D. All of the above

**7. The least desirable outcome of a LLIMs deployment is?**
A. Blunt Trauma
B. Contusion
C. Fracture
D. Penetrating Trauma

**8. Of the following areas, which is not an initial consideration for targeting?**
A. Calf
B. Groin
C. Thigh
D. Buttocks

**9. Deadly force should be authorized when targeting the:**
A. Head
B. Spine
C. Neck
D. All the above

**10. The optimum operational range when deploying the 12 gauge Drag Stabilized round is?**
A. 0 to 500 Feet
B. 1 to 120 Yards
C. 20 to 50 Feet
D. 5 to 120 Yards

**11. Which of the following is designed to deliver enough energy to inflict blunt trauma to cause greater physical discomfort and possible incapacitation?**
A. Low Energy Rounds
B. Flexible Rounds
C. High Energy Rounds
D. Non Flexible Rounds

**12. When a LLIM is used on a subject what steps should be taken as soon as safely possible?**
A. Have the subject evaluated for injuries by EMS
B. Notify your supervisor of the use of force
C. Accurately document the use of force
D. All the above

**13. The optimum operational range when deploying the 40mm eXact Impact round is?**
A. 5 to 120 Feet
B. 20 to 50 Yards
C. 0 to 500 Feet
D. 1 to 120 Yards

**14. Less Lethal Impact Munitions, if used appropriately, typically cause what kind of injuries?**
A. Blunt trauma
B. Penetrating trauma
C. None
D. Critical

**15. The phrase, "Don't bring a bean bag to a gun fight" refers to what?**
A. Bringing a recruit on a felony search warrant
B. Using Less Lethal Weapons against a suspect armed with a gun
C. Throwing your empty weapon at a person
D. Mixed Martial Arts way of fighting

**16. 12 Gauge shotguns that are to be dedicated to becoming a delivery system for Less Lethal Impact Munitions should be clearly marked by?**
A. Altering the serial number
B. Removing the safety
C. Painting, taping, or replacing the stock with some other material or color that is clearly marked and cannot be mistaken for another lethal shotgun.
D. Removing the sights

**17. The only three parts of the human body that should never be targeted unless lethal force is authorized is?**
A. Head, Neck, and Spine
B. Head, Neck, and Groin
C. Neck, Groin, and Ribs
D. Pelvic, Buttocks, and Groin

**18. What does the acronym "OODA" stand for?**
A. Overlook, Offset, Delay, and Apathy
B. Observe, Orient, Decide, and Act
C. Obstinate, Ornery, Demanding, and Annoying
D. Overthrow, Obliterate, Destroy, and Annihilate

**19. Using multiple less-lethal options can increase?**
A. The likelihood that someone is going to the hospital
B. The length of the report you have to write later
C. The likelihood of success
D. The possibility of being indicted

**20. When a Less Lethal deployment is about to occur, a commonly known command or announcement should be used to?**
A. Let the news cameras start rolling
B. Allow the suspect to brace himself
C. Get the ambulance rolling this way
D. Avoid a startle response sympathetic gunfire from fellow officers

**21. Per policy, a verbal warning of the intended use of a LLIM should precede its use unless it would otherwise endanger the safety of officers or?**
A. When it is not practicable due to the circumstances
B. When in a loud environment
C. When the officer believes the individual would comply no longer justifying the deployment
D. When the officer forgets to do so

**22. Per policy, the purpose of the verbal warning is to give the individual a _____ _____ __ _____ _____ and to warn other officers and individuals that the LLIM is being deployed?**
A. Chance to contact his or her attorney
B. Reasonable Opportunity to voluntarily comply
C. Opportunity to change tactics in an attempt to defeat the LLIM
D. Time to present less of a target

**23. Per policy, Officers will inspect the issued LLIM shotgun or 40mm and projectiles?**
A. Yearly
B. Before training
C. At the beginning of each shift
D. Whenever the officer has unobligated time

**24. Per policy, inspecting the LLIM device and projectiles is to insure that the device is in proper working order and the?**
A. Device has not been "barrowed" by another officer
B. Projectiles are stored separately from the device
C. Device is clean
D. Projectiles are of the approved type and appear to be free from defects

**25. Per Policy, When deploying a LLIM, the officer shall visually inspect the kinetic energy projectiles to insure that _____ _____ is not being loaded into the device?**
A. Conventional ammunition
B. None issued LLIM ammunition
C. Empty shells
D. Newer projectiles are loaded before older projectiles

## ASP TACTICAL BATON CERTIFCATION

Name: _David Harris_ IBM #: _48_ Date: _1-14-14_ Score: _100%_

1. A defensive tactic may be evaluated by balancing:
   a. Control vs. Injury
   b. Threat vs. Control
   c. Attitude vs. Action
   d. Age vs. Size
   e. Action vs. Reaction

2. The first force option is:
   a. Baton
   b. Pain compliance
   c. Firearm
   d. Dialogue
   e. Escort

3. Officer/subject factors include all of the following except:
   a. Age
   b. Weapon proximity
   c. Fitness
   d. Gender
   e. Size

4. Special circumstance include all of the following except:
   a. Special knowledge
   b. Disability
   c. Ground position
   d. Imminent danger
   e. Multiple officers/suspects

5. A report documenting officer use of force should include all of the following except:
   a. Time of day
   b. Officer injuries
   c. Neutral witness
   d. Vague statements
   e. Subjects demeanor and attitude

6. As per policy the following statements regarding the ASP Baton are true except:
   a. Recertification is yearly
   b. Reports are required if utilized against a subject
   c. Medical assessment is required for a subject restrained by the ASP
   d. Certification allows officers to use other types of tactical batons

7. Parts of the ASP Baton include all of the following except:
   a. Handle
   b. Cap
   c. Grip
   d. Blade
   e. Retaining clip

8. When carried in the pocket, scabbard or belt, the ASP Baton is positioned:
   a. Tip down
   b. Concealed
   c. Tip up
   d. Handle
   e. Blade open

9. The two ASP Baton modes are:
   a. Weapon and retention
   b. Ready and loaded
   c. Open and closed
   d. Interview and combat
   e. Combat and collapsed

10. ASP Baton non target areas include all of the following except:
    a. Head
    b. Groin
    c. Arm
    d. Spine
    e. Sternum

11. The primary striking surface of the ASP Baton in the open mode weapon strike is the:
    a. Cap
    b. Blade
    c. Handle
    d. Center of shaft assembly
    e. Last 3 inches of the shaft assembly

12. All ASP Baton strikes are delivered at an angle of:
    a. 45 degrees
    b. 90 degrees
    c. 80 degrees
    d. 0 degrees
    e. B or C

13. All of the following are components of the pyramid concept except:
    a. Low center
    b. Endurance
    c. Head over center
    d. Deep base
    e. Wide base

14. All of the following are components of power generation except:
    a. Balance
    b. Flexibility
    c. Speed
    d. Focus
    e. Decentralization

15. The hand the draws the firearm is referred to the ASP Baton training as the:
    a.   Weak hand
    b.   Weapon hand
    c.   Combat hand
    d.   Strong hand
    e.   Reaction hand

16. Two methods for safe separation from an attacking assailant are:
    a.   Withdraw and withstand
    b.   Open and closed
    c.   Drop and roll
    d.   Check and redirect
    e.   Interview and combat

17. The ASP is opened to the:
    a.   Front or rear
    b.   Left or right
    c.   Sky or ground
    d.   A and B
    e.   A and C

18. The open mode reaction strike is primarily used as a:
    a.   Combat strike
    b.   Power strike
    c.   Closing strike
    d.   Clearance strike
    e.   A or B

19. All of the following are trained ASP Baton strikes except:
    a.   Closed mode side
    b.   Rapid response
    c.   Closed mode weapon
    d.   Closed mode straight
    e.   Open mode weapon

20. The total number of trained ASP Baton strikes are:
    a.   5
    b.   6
    c.   7
    d.   8
    e.   9

# Draper City Police Training Roster

## Ethics

January 14, 2014
~~1300~~ ~~1400~~ 1430-1530

| Name (Printed): | Name (Signed) | ID (A#) |
|---|---|---|
| 1 MIKE ECKINS | | 167 |
| 2 Rob Lees | | 9056 |
| 3 Dave Harris | DHaris | 8048 |
| 4 Kevin Newman | | 9460 |
| 5 WALT DEUTSCH | | A19 |
| 6 Sool Lee | | A65 |
| 7 Ryan Clegg | | A78 |
| 8 DENNIS WILSON | | 9246 |
| 9 Michael Todd | | A74 |
| 10 KEVIN EASTER | | A42 |
| 11 Tacyn Culverwell | | A75 |
| 12 TRijillo | | A76 |
| 13 Todd Crane | | AE4 |
| 14 BRIAN LARSEN | | A72 |
| 15 Tim Herbst | | A20 |
| 16 Mathew Coc | | A58 |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

DRAPER-CHT-0238

# Draper City Police Training Roster

## ASP Re-Certification

### January 14, 2014

| Name (Printed): | Name (Signed) | ID (A#) |
|---|---|---|
| 1 MIKE ELKINS | | A67 |
| 2 Rob Lees | | 9056 |
| 3 Kevin Norman | | 9260 |
| 4 Derk Harris | D Harris | 8248 |
| 5 Dirk Niblick | | cel |
| 6 WETT DEUTSCH | W. | A19 |
| 7 BRIAN LARSEN | | A73 |
| 8 TRujins | | A76 |
| 9 Crane | | A54 |
| 10 Herbert | | A20 |
| 11 Jaryn Culverwell | | A29 |
| 12 KEVIN. EMSTER | | A42 |
| 13 Michael Todd | | A79 |
| 14 Alan Price | | A50 |
| 15 Ryan cizek | | A78 |
| 16 ERIC BRACCER | | A11 |
| 17 Josh Lee | | A15 |
| 18 | | |
| 19 | | |
| 20 | | |

DRAPER-CHT-0239

# Draper City Police Training Roster

## Policy Manual

January 14, 2014

~~1330~~ - ~~1800~~ 1645 - 1800

| | Name (Printed): | Name (Signed) | ID (A#) |
|---|---|---|---|
| 1 | Matthew Cue | | 9458 |
| 2 | MIKE KLASINS | | 67 |
| 3 | Mon Jics | | 9076 |
| 4 | | | 411 |
| 5 | Josh Law | | A15 |
| 6 | Tim Herbert | | A20 |
| 7 | Walter Devish | | A19 |
| 8 | Brun Glover | | A42 |
| 9 | Ryjillo | | 1976 |
| 10 | Brian Larson | | A73 |
| 11 | Dave Have | D. Have | 9048 |
| 12 | Jeremy Barnes | | A64 |
| 13 | Taryn Culverwell | | A79 |
| 14 | Michael Todd | | A74 |
| 15 | Kevin Noun | | 468 |
| 16 | Todd Crane | | A54 |
| 17 | Ryan Clegg | | A78 |
| 18 | | | |
| 19 | | | |
| 20 | | | |

# Draper City Police Training Roster

## Report Writing

January 14, 2014

~~1400~~ - ~~1530~~ 1530 - 1630

| | Name (Printed): | Name (Signed) | ID (A#) |
|---|---|---|---|
| 1 | MIKE ELKINS | | A67 |
| 2 | Rob Levy | | 9056 |
| 3 | Dave Harris | D Harris | 9048 |
| 4 | Kevin Norman | | 9460 |
| 5 | WALT DEUTSCH | W. | A19 |
| 6 | Josh Lee | | A65 |
| 7 | Jeremy Barnes | | A64 |
| 8 | Ryan Cubb | | A78 |
| 9 | DENNIS WILSON | | 9246 |
| 10 | Michael Todd | | A74 |
| 11 | KEVIN EASTER | | A42 |
| 12 | Jacyn Culverwell | | A72 |
| 13 | Tim Herbert | | A20 |
| 14 | Todd Crane | | A54 |
| 15 | Trujillo | | A76 |
| 16 | BRIAN LARSEN | | A73 |
| 17 | Mathew Cox | | A58 |
| 18 | | | |
| 19 | | | |
| 20 | | | |

# Draper City Police Training Roster

## Report Writing

January 21, 2014

~~1300 - 1530~~ 1500 - 1630

| | Name (Printed): | Name (Signed) | ID (A#) |
|---|---|---|---|
| 1 | Josh Harris | | A61 |
| 2 | Ben Sullivan | | A83 |
| 3 | Wes Lavel | Wes Lavel | A68 |
| 4 | Daniel Young | | A82 |
| 5 | S. Fallows | | A71 |
| 6 | Josh Thatcher | | A70 |
| 7 | Trevor Hax | | A01 |
| 8 | Dustin Willis | | A69 |
| 9 | J. Patrick Evans | | A31 |
| 10 | Scott Adams | | A28 |
| 11 | Jordan Upland | | A72 |
| 12 | Heather Bang | Heather Bang | 9C2 |
| 13 | Michael Strunk | | A49 |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

DRAPER-CHT-0242

92 %    ‑2



## Draper Police Department
## LESS LETHAL IMPACT MUNITIONS
### Basic Patrol Exam

Name: DAVID HARRIS    Score: _____

Date: 8-12-14    Instructor: Sgt Coe

**MULTIPLE CHOICE**
Read the questions and select the **best** answer from the choices listed below. There is only one answer to each question.

**1. LLIM's should always be used along with _____ Force?**
A. Soft Physical
B. Lethal
C. Hard Physical
D. Maximum

**2. Which of the following is a deployment consideration while using a LLIM?**
A. Accuracy
B. Energy
C. Distance
D. All The Above

**3. The 40mm eXact Impact round has increased accuracy due to?**
A. Hi/Lo propulsion
B. Used in 40mm launcher
C. Spin-Stabilization
D. All of the above

**4. The 12 gauge Drag Stabilized round:**
A. Is designed to be direct fired
B. Has an optimal energy range of 5-50 feet
C. Can be effective in a gunfight
D. All of the above

**5. Lethal 12 gauge ammunition should _____ be stored with 12 gauge Drag Stabilized rounds and used in the 12 gauge Less Lethal Dedicated Shotguns?**
A. Always
B. Sometimes
C. Occasionally
D. NEVER

6. LLIMs are capable of causing?
A. Contusions
B. Lacerations
C. Fractures
D. All of the above

7. The least desirable outcome of a LLIMs deployment is?
A. Blunt Trauma
B. Contusion
C. Fracture
D. Penetrating Trauma

8. Of the following areas, which is not an initial consideration for targeting?
A. Calf
B. Groin
C. Thigh
D. Buttocks

9. Deadly force should be authorized when targeting the:
A. Head
B. Spine
C. Neck
D. All the above

10. The optimum operational range when deploying the 12 gauge Drag Stabilized round is?
A. 0 to 500 Feet
B. 1 to 120 Yards
C. 20 to 50 Feet
D. 5 to 120 Yards

11. Which of the following is designed to deliver enough energy to inflict blunt trauma to cause greater physical discomfort and possible incapacitation?
A. Low Energy Rounds
B. Flexible Rounds
C. High Energy Rounds
D. Non Flexible Rounds

12. When a LLIM is used on a subject what steps should be taken as soon as safely possible?
A. Have the subject evaluated for injuries by EMS
B. Notify your supervisor of the use of force
C. Accurately document the use of force
D. All the above

**13. The optimum operational range when deploying the 40mm eXact Impact round is?**
A. 5 to 120 Feet
B. 20 to 50 Yards
C. 0 to 500 Feet
D. 1 to 120 Yards

**14. Less Lethal Impact Munitions, if used appropriately, typically cause what kind of injuries?**
A. Blunt trauma
B. Penetrating trauma
C. None
D. Critical

**15. The phrase, "Don't bring a bean bag to a gun fight" refers to what?**
A. Bringing a recruit on a felony search warrant
B. Using Less Lethal Weapons against a suspect armed with a gun
C. Throwing your empty weapon at a person
D. Mixed Martial Arts way of fighting

**16. 12 Gauge shotguns that are to be dedicated to becoming a delivery system for Less Lethal Impact Munitions should be clearly marked by?**
A. Altering the serial number
B. Removing the safety
C. Painting, taping, or replacing the stock with some other material or color that is clearly marked and cannot be mistaken for another lethal shotgun.
D. Removing the sights

**17. The only three parts of the human body that should never be targeted unless lethal force is authorized is?**
A. Head, Neck, and Spine
B. Head, Neck, and Groin
C. Neck, Groin, and Ribs
D. Pelvic, Buttocks, and Groin

**18. What does the acronym "OODA" stand for?**
A. Overlook, Offset, Delay, and Apathy
B. Observe, Orient, Decide, and Act
C. Obstinate, Ornery, Demanding, and Annoying
D. Overthrow, Obliterate, Destroy, and Annihilate

**19. Using multiple less-lethal options can increase?**
A. The likelihood that someone is going to the hospital
B. The length of the report you have to write later
C. The likelihood of success
D. The possibility of being indicted

20. **When a Less Lethal deployment is about to occur, a commonly known command or announcement should be used to?**
A. Let the news cameras start rolling
B. Allow the suspect to brace himself
C. Get the ambulance rolling this way
D. Avoid a startle response sympathetic gunfire from fellow officers

21. **Per policy, a verbal warning of the intended use of a LLIM should precede its use unless it would otherwise endanger the safety of officers or?**
A. When it is not practicable due to the circumstances
B. When in a loud environment
C. When the officer believes the individual would comply no longer justifying the deployment
D. When the officer forgets to do so

22. **Per policy, the purpose of the verbal warning is to give the individual a _____ _____ __ _____ _____ and to warn other officers and individuals that the LLIM is being deployed?**
A. Chance to contact his or her attorney
B. Reasonable Opportunity to voluntarily comply
C. Opportunity to change tactics in an attempt to defeat the LLIM
D. Time to present less of a target

23. **Per policy, Officers will inspect the issued LLIM shotgun or 40mm and projectiles?**
A. Yearly
B. Before training
C. At the beginning of each shift
D. Whenever the officer has unobligated time

24. **Per policy, inspecting the LLIM device and projectiles is to insure that the device is in proper working order and the?**
A. Device has not been "barrowed" by another officer
B. Projectiles are stored separately from the device
C. Device is clean
D. Projectiles are of the approved type and appear to be free from defects

25. **Per Policy, When deploying a LLIM, the officer shall visually inspect the kinetic energy projectiles to insure that _____ _____ is not being loaded into the device?**
A. Conventional ammunition
B. None issued LLIM ammunition
C. Empty shells
D. Newer projectiles are loaded before older projectiles



**7860 E. McClain Dr., Suite 2 * Scottsdale, AZ 85260 * USA * 480-991-0797 * Fax 480-991-0791**
www.TASER.com
**VERSION 12**

# TASER® X26 Certification Test

### PRINT LEGIBLY AND CLEARLY PLEASE!

Name: _David Harris_     Dept. / Company: _Draper P.D._

Rank: _Sgt_     Email: _____

Phone: _____     Fax: _____

Address: _____

Training Date: _8-11-14_     Location: _Animal Control Facility_

1. When deploying probes, the TASER should generally be aimed at:
   A. Face
   B. Center of body mass
   C. The throat
   D. The head

2. When the safety switch is in the up (ARMED) position on the TASER X26, the CID will display a two-digit number. What does this number indicate:
   A. Remaining battery life percentage
   B. The current date
   C. The system temperature
   D. The expiration date of the warranty

3. The maximum range of the TASER X26 with regular (not XP) cartridges is.
   A. 8 feet.
   B. 13 feet.
   C. 21 feet.
   D. 25 feet.

4. After deploying the TASER X26 upon the "threat."
   A. Immediately turn the unit off.
   B. Be prepared to deliver additional cycles if necessary.
   C. Use the unit as a drive stun if the probes miss the threat or reload the TASER.
   D. Both B and C

5. The TASER X26 dataport records the most recent number of firing times/date of use?
   A. 100
   B. 200
   C. 500
   D. 1,500+

©Copyright 1999-2004 TASER International, Inc. All Rights Reserved.

6. The TASER X26 automatic timing cycle is for what duration?
   A. 1 minute
   B. 30 seconds
   C. 15 seconds
   D. 5 seconds

7. True or False: The TASER X26 will not work as a "drive stun" with an expended (fired) Air Cartridge in place.

8. True or False: The TASER X26 operates at 50,000 Volts with Shaped Pulse™ Technology.

9. True or False: The TASER X26 may be used on threats under the influence of alcohol and mind altering drugs.

10. True or False: The TASER X26 probes must break the skin to work.

11. True or False: The TASER X26 automatic timing cycle cannot be stopped during operation.

12. True or False: The TASER X26 recommended firing distance is 7-15 feet.

13. True or False: The TASER X26 is designed to operate similar to a firearm.

14. True or False: The TASER X26 affects the **sensory nervous system only**.

15. True or False: The TASER X26 live 15 foot cartridge has a solid yellow colored front.

16. True or False: The TASER X26 uses two 9 Volt batteries.

17. True or False: The TASER X26 fires its bottom probe at a 12-degree downward angle.

18. When using the TASER X26 with chemical sprays, the following must be considered:
   A. Type of propellant and base of chemical or pepper spray (for flammability).
   B. If the threat has been sprayed in the eyes.
   C. Whether the chemical spray was O.C. or C.S.
   D. All of the above.

19. If the threat is standing in water when the TASER X26 is deployed:
   A. The TASER X26 will not function.
   B. Only the threat will be electrocuted to potential death.
   C. Both the officer and threat will be electrocuted to potential death.
   D. The TASER X26 will work properly.

20. The ADVANCED TASER is constructed of what material?
   A. Recycled plastic grocery bags.
   B. Sonic welded, molded, high impact polymer.
   C. Machined alloy.
   D. Lightweight metal.

21. The TASER X26 T-Wave output simulates.
   A. The electronic waves used by communicating dolphins.
   B. The electronic signals used by the human nerves to communicate.
   C. The microwave signals used by police radar detectors to communicate information.
   D. The electronic output of a 110-Volt electrical socket.

©Copyright 1999-2004 TASER International, Inc.  All Rights Reserved.

22. Which of the following describes a regular 21 foot cartridge?
    A. Black body with solid yellow blast doors.
    B. Black body with green blast doors.
    C. Black body with silver blast doors.
    D. Blue body with blue blast doors.

23. The "TASER-Wave" electronic signals of the TASER X26 are effective:
    A. Through up to two inches of clothing.
    B. Through some types soft body armor.
    C. Through lightweight clothing.
    D. All of the above.

24. The TASER X/M26 EMD Weapons affect the:
    A. Motor nervous system only
    B. Sensory nervous system only
    C. Sensory and motor nervous systems
    D. Cardiac system

25. The unit for rating the incapacitating effect of the TASER X26 is the MDU, which means:
    A. Minimum Dielectric Unit
    B. Muscular Disruption Unit
    C. Maximum Deactivation Unit
    D. Nonlinear Coefficient Unit

26. The incapacitation rating of the TASER X26 is:
    A. 50 MDU's
    B. 75 MDU's
    C. 100 MDU's
    D. 105 MDU's

27. Shaped Pulse Technology
    A. Consists of an Arc Phase and a Stim Phase
    B. Is utilized by the X26
    C. Is more efficient than a Blunt Pulse
    D. All of the above

©Copyright 1999-2004 TASER International, Inc.  All Rights Reserved.

# Draper City Police Firearms - Pistol

Day shoot: _____
Night shoot: _____

Instructors: _____

| # | Training Date | Officer Name | IBM # | Duty Make/Model | Duty Serial # | Duty Rounds | Score 1 | Duty Rounds | Score 2 | Duty Rounds | Score 3 | Off-Duty Make/Model | Off-Duty Serial # | Off-duty Rounds | Score 1 | Off-duty Rounds | Score 2 | Off-duty Rounds | Score 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/18/15 | Carpenter | A17 | Glock 22 | FKL764 | 5-18 / 3-2 / 0-0 | 96% | 5- / 3- / 0- | | 5- / 3- / 0- | | Glock 23 | PAY762 | 5-18 / 3-2 / 0-0 | 96% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 2 | 8/18/15 | Evans | A31 | Glock 22 | FKL787 | 5-16 / 3-4 / 0-0 | 92% | 5-19 / 3-1 / 0-0 | 98% | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 3 | 8/11/15 | Harris | A48 | Glock 22 | FKL783 | 5-16 / 3-2 / 0-2 | 86% | 5-16 / 3-4 / 0-0 | 92% | 5- / 3- / 0- | | Beretta 92 | BERO15942Z | 5-18 / 3-2 / 0-0 | 96% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 4 | 8/18/15 | Adams | A28 | Glock 22 | FKL778 | 5-16 / 3-3 / 0-1 | 86% | 5-20 / 3-0 / 0-0 | 100% | 5- / 3- / 0- | | Glock 27 | LSK989 | 5-18 / 3-1 / 0-1 | 93% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 5 | 8/18/15 | Fackrell | A38 | Glock 22 | FKL779 | 5-17 / 3-2 / 0-1 | 91% | 5-17 / 3-2 / 0-1 | 91% | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 6 | 8/18/15 | Newman | A60 | Glock 22 | HET790 | 5-19 / 3-1 / 0-0 | 98% | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 7 | 8/18/15 | Coe | A58 | Glock 22 | FKL722 | 5-16 / 3-3 / 0-1 | 89% | 5-16 / 3-2 / 0-2 | 86% | 5- / 3- / 0- | | Glock 27 | FBL614 | 5-18 / 3-2 / 0-0 | 96% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 8 | 8/18/15 | Street | A49 | Springfield (personal) | MG5540295 | 5-17 / 3-3 / 0-0 | 94% | 5-17 / 3-2 / 0-1 | 91% | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 9 | 8/18/15 | Herbert | A20 | Glock 22 | WPF947 | 5-16 / 3-4 / 0-0 | 92% | 5-16 / 3-3 / 0-1 | 89% | 5- / 3- / 0- | | Colt 1911 | FC13171 | 5-20 / 3-0 / 0-0 | 100% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 10 | 8/11/15 | Deutsch | A20 | Glock 22 | FKL777 | 5-15 / 3-5 / 0-0 | 90% | 5-16 / 3-3 / 0-1 | 89% | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 11 | 8/18/15 | Price | A50 | Glock 22 | HET792 | 5-16 / 3-3 / 0-1 | 89% | 5-17 / 3-2 / 0-1 | 91% | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 12 | 8/18/15 | Crane | A54 | Glock 22 | MBN324 | 5-20 / 3-0 / 0-0 | 100% | 5-18 / 3-2 / 0-0 | 96% | 5- / 3- / 0- | | Beretta Px4 | PY22658 | 5-19 / 3-1 / 0-0 | 98% | 5- / 3- / 0- | | 5- / 3- / 0- | |

DRAPER-CHT-0250

# Draper City Police Firearms – Pistol

Day shoot: _____
Night shoot: _____

Instructors: _____

| # | Training Date | Officer Name | IBM # | Duty Make/Model | Duty Serial # | Duty Rounds | Score 1 | Duty Rounds | Score 2 | Duty Rounds | Score 3 | Off-Duty Make/Model | Off-Duty Serial # | Off-duty Rounds | Score 1 | Off-duty Rounds | Score 2 | Off-duty Rounds | Score 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 8/11/15 | Moore | A55 | Glock 22 | LCR421 | 5-20 3-0 0-0 | 100% | 5-19 3-1 0-0 | 98% | 5- 3- 0- | | Glock 27 | WYY467 | 5-19 3-1 0-0 | 98% | 5- 3- 0- | | 5- 3- 0- | |
| 14 | 8/11/15 | Lees | A56 | Glock 22 | LCR422 | 5-16 3-0 0-4 | 80% | 5-19 3-1 0-0 | 92% | 5- 3- 0- | | Glock 19 | FXM661 | 5-20 3-0 0-0 | 100% | 5- 3- 0- | | 5- 3- 0- | |
| 15 | 8/11/15 | Barnes | A64 | Glock 22 | MBN322 | 5-16 3-2 0-3 | 81% | 5-16 3-4 0-0 | 92% | 5- 3- 0- | | LHN | 367 | 5-19 3-1 0-0 | 98% | 5- 3- 0- | | 5- 3- 0- | |
| 16 | 8/18/15 | Elkins | A67 | Glock 22 | LCR423 | 5-16 3-3 0-2 | 89% | 5-16 3-3 0-1 | 89% | 5- 3- 0- | | | | 5- 3- 0- | | 5- 3- 0- | | 5- 3- 0- | |
| 17 | 8/11/15 | Land | A68 | Glock 22 | FKL791 | 5-16 3-2 0-2 | 86% | 5- 3- 0- | 89% | 5- 3- 0- | | Glock 23 | KDU572 | 5-19 3-1 0-0 | 98% | 5- 3- 0- | | 5- 3- 0- | |
| 18 | 8/18/15 | Willie | A69 | Glock 22 | FKL789 | 5-17 3-3 0-0 | 94% | 5-19 3-1 0-0 | 98% | 5- 3- 0- | | Glock 23 | NFC730 | 5-19 3-0 0-1 | 95% | 5- 3- 0- | | 5- 3- 0- | |
| 19 | 8/11/15 | Thaller | A70 | Glock 22 | FKL786 | 5-9 3-3 0-8 | 54% | 5-17 3-2 0-1 | 91% | 5- 3- 0- | | Glock 23 | GGK322 | 5-18 3-1 0-1 | 93% | 5- 3- 0- | | 5- 3- 0- | |
| 20 | 8/18/15 | Fallows | A71 | Glock 22 | FKL781 | 5-18 3-1 0-1 | 93% | 5-18 3-1 0-0 | 93% | 5- 3- 0- | | S&W .380 | CPZ7692 | 5-16 3-4 0-0 | 92% | 5- 3- 0- | | 5- 3- 0- | |
| 21 | 8/18/15 | Upchurch, J | A72 | Glock 22 | WPF952 | 5-18 3-2 0-0 | 96% | 5-17 3-1 0-2 | 88% | 5- 3- 0- | | S&W .380 | CMX1790 | 5-17 3-3 0-0 | 94% | 5- 3- 0- | | 5- 3- 0- | |
| 22 | 8/18/15 | Larsen | A73 | Glock 22 | NAY 990 | 5-19 3-1 0-0 | 98% | 5-14 3-2 0-4 | 76% | 5- 3- 0- | | | | 5- 3- 0- | | 5- 3- 0- | | 5- 3- 0- | |
| 23 | 8/11/15 | Todd | A74 | Glock 22 | NAY991 | 5-16 3-3 0-1 | 89% | 5-17 3-3 0-0 | 94% | 5- 3- 0- | | Glock 23 | CMN460 | 5-17 3-3 0-0 | 94% | 5- 3- 0- | | 5- 3- 0- | |
| 24 | 8/11/15 | Trujillo | A76 | Glock 22 | FKL785 | 5-15 3-3 0-1 | 84% | 5-17 3-2 0-1 | 91% | 5- 3- 0- | | Sig Sauer P239 | SAA96248 | 5-19 3-0 0-1 | 95% | 5- 3- 0- | | 5- 3- 0- | |

DRAPER-CHT-0251

# Draper City Police Firearms - Pistol

Day shoot: _____
Night shoot: _____

Instructors: _____

| # | Training Date | Officer Name | IBM # | Duty Make/Model | Duty Serial # | Duty Rounds | Score 1 | Duty Rounds | Score 2 | Duty Rounds | Score 3 | Off-Duty Make/Model | Off-Duty Serial # | Off-duty Rounds | Score 1 | Off-duty Rounds | Score 2 | Off-duty Rounds | Score 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 8/11/15 | Culverwell | A79 | Glock 22 | FKL790 | 5-20 / 3-0 / 0-0 | 100% | 5- / 3- / 0- | | 5- / 3- / 0- | | Glock 22 | HVS419 | 5-16 / 3-4 / 0-0 | 92% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 26 | 8/11/15 | Clegg | A78 | Glock 22 | FKL770 | 5-18 / 3-2 / 0-0 | 96% | 5- / 3- / 0- | | 5- / 3- / 0- | | Glock 27 | PGG210 | 5-18 / 3-2 / 0-0 | 96% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 27 | 8/11/15 | Young | A82 | Glock 22 | FKL788 | 5-16 / 3-3 / 0-1 | 89% | 5-18 / 3-2 / 0-0 | 96% | 5- / 3- / 0- | | Glock 27 | LNC308 | 5-20 / 3-0 / 0-0 | 100% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 28 | 8/18/15 | Sullivan | A83 | Glock 22 | FKL773 | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | Ruger | 371463822 | 5-11 / 3-9 / 0-0 | 82% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 29 | 8/11/15 | Goms | A86 | Glock 17 (personal) | VUG912 | 5-13 / 3-6 / 0-1 | 83% | 5-15 / 3-3 / 0-2 | 86% | 5- / 3- / 0- | | Glock 17 | VUG912 | 5-15 / 3-4 / 0-1 | 87% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 30 | 8/18/15 | Upchurch, D | A87 | Glock 22 | WPF946 | 5-18 / 3-1 / 0-1 | 93% | 5-18 / 3-0 / 0-2 | 90% | 5- / 3- / 0- | | Glock 26 | PRS670 | 5-20 / 3-0 / 0-0 | 100% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 31 | 8/18/15 | Simons | A88 | Glock 22 | WPF953 | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 32 | 8/11/15 | Neff | A89 | Glock 22 | TCS368 | 5-16 / 3-3 / 0-0 | 89% | 5-16 / 3-0 / 0-4 | 80% | 5- / 3- / 0- | | Glock 26 | UYA471 | 5-16 / 3-3 / 0-0 | 89% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 33 | 8/18/15 | McGary | A90 | Glock 22 | WPF951 | 5-16 / 3-3 / 0-0 | 89% | 5-14 / 3-4 / 0-2 | 82% | 5- / 3- / 0- | | S&W MP-40 | DWB7093 | 5-17 / 3-3 / 0-0 | 94% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 34 | 8/18/15 | Boyle | A91 | Glock 22 | WPF948 | 5-20 / 3-0 / 0-0 | 100% | 5-15 / 3-2 / 0-3 | 81% | 5- / 3- / 0- | | Glock 19 | AALD994 | 5-19 / 3-1 / 0-0 | 98% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 35 | 8/11/15 | Green | A92 | Glock 22 | TCS369 | 5-16 / 3-4 / 0-0 | 92% | 5-19 / 3-1 / 0-0 | 98% | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 36 | 8/18/15 | Haws | A93 | Glock 22 | FKL771 | 5-9 / 3-3 / 0-5 | 54% | 5-15 / 3-3 / 0-2 | 84% | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |

DRAPER-CHT-0252

# Draper City Police Firearms - Pistol

Instructors: _____

Day shoot: _____
Night shoot: _____

| Training Date | Officer Name | IBM # | Duty Make/Model | Duty Serial # | Duty Rounds | Score 1 | Duty Rounds | Score 2 | Duty Rounds | Score 3 | Off-Duty Make/Model | Off-Duty Serial # | Off-duty Rounds | Score 1 | Off-duty Rounds | Score 2 | Off-duty Rounds | Score 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 9/3/15 | Barlow | A94 | Glock 22 | WPF949 | 5-12 / 3-6 / 0-2 | 78% | 5-16 / 3-2 / 0-2 | 86% | 5- / 3- / 0- | | Glock 23 | RND505 | 5-15 / 3-5 / 0-0 | 90% | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 38 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 39 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 40 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 41 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 42 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 43 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 44 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 45 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 46 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 47 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |
| 48 | | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | | | | 5- / 3- / 0- | | 5- / 3- / 0- | | 5- / 3- / 0- | |

# Draper City Police Department

### Defensive Tactics Training



Date:_____

### Objectives:

The object of this training is to provide officers with proper handcuffing and searching techniques. The other objectives are to train punching defense, ground defense and escapes. Instructors will review the Draper City Use of Force Policy and Procedure set forth in the department manual.

### Equipment:
1. Gym clothes
2. Handcuffs and Keys
3. Duty Vest
4. Water, Gatorade

### Position of Interview:

Have officers explain.....
Not within arm's reach
Hands at waist, not in pockets
Looking for physical cues? is the subject a threat, is he going to run, do I need another officer.
Looking around for other threats
Using your senses – sight, sound, smell
Don't be the "jack in the box"

### Tactical "L":

Discuss and Demonstrate:
Contact and Cover
      **Contact Officer:** does all the interview questioning and gathers information
      **Cover Officer:** should be scanning for threats on the subject, surroundings, others present,

### Handcuffing:

**Discuss and Demonstrate**
Appropriate application (keep hands feel until you have controlled the subject)
Removing Handcuffs
Switching Handcuffs
1. Ask yourself DO THE HANDCUFFS NEED TO BE REMOVED!
2. Is there a second officer present?
3. Attach the second set of cuffs before removing initial set
4. Are zip ties an option?
5. What other options are available?

DRAPER-CHT-0254

 

# Draper City Police Department

### Defensive Tactics Training

**Prone control/search**
    a.   Positioning of suspect (head, hands, ankles)
    b.   Secure weapon and approach
    c.   Pat lower back for weapons
    d.   Handcuff
    e.   Properly stand the subject up (note not picking the subject up)
    f.   Upper torso search
    g.   Lower Leg search
    h.   Double Lock cuffs

**Kneeling/ standing search**
**Standing Search:**
    a.   Positioning of suspect
    b.   Approach, hand attachment & displace balance, search lower back
    c.   Have suspect look away, handcuff first wrist, sweep both hands back
    d.   Handcuff second wrist, adjust and double lock
    e.   ~~Proper stance (shin to calf)~~
    f.   Upper torso search
    g.   Lower leg search

**Kneeling Search:**
    a.   Positioning of suspect
    b.   Approach, and attach
    c.   Cross ankles
    d.   Lower back search
    e.   Have suspect look away, handcuff first wrist
    f.   Sweep both hands back, handcuff second wrist, adjust and double lock
    g.   Stand up, adjust and double lock
    h.   Proper stance, broken balance
    i.   (same as standing search)

**Terry Frisk Cuffing and Search:**

- Positioning of suspect, opposite direction of the officer, looking away
- Have the subject take a wide stance, hands behind back (facing out)
- Approach, hand attachment (fingers) displace balance
- Search lower back and high probability areas

**If moving to arrest:**

- Have suspect look away
- Load handcuffs

DRAPER-CHT-0255

 # Draper City Police Department 

### Defensive Tactics Training

---

**Escorts:**
- After the subject is handcuffed, one hand will be placed on the shoulder and the other hand will be placed on a cuffed hand. The subject will be walking forward.
- After the subject is handcuffed, one hand will be placed on the elbow and one hand will be placed on the cuffed hand. The subject will be walking backwards.

**Striking**

**Palm Heal Strikes** – This strike is so that you can create a distraction and/or distance between yourself and the subject.

**Elbow Strikes** – Elbow strikes allow an officer to maintain control by keeping both hands on his weapon. They take advantage of the natural body position created by the entry vests. Officer's elbows and arms tend to abduct from the body due to the extra bulk in the lateral region of the vest. Elbows also offer more surface area than a closed fist. Elbows are a powerful personal impact weapon that can be delivered to the upper body, chest, shoulders, or head, to knock a subject backwards or to the ground.

    a) Decide which elbow is appropriate to strike with based on the subject's position.
    b) Rotate your upper body forward from the hips as you would in a punch.
    c) Deliver the meaty, forearm portion of your elbow to the subject.
    d) Verbalize to the suspect, "Get Down!"
    e) Assess the situation

**Knee Strikes** – Knee strikes are powerful impacts in close proximity that will enable you to knock the subject off balance setting him up for a takedown technique.

    a) Place your support hand on the subject's shoulder or on the back of his neck. Using the support side will also ensure that your weapon side stays away from the subject during takedown techniques.
    b) Maintain control of the long gun with your strong hand.
    c) Deliver support side or strong side knee strike to the thigh or pelvic area.
    d) Verbalize to the suspect, "Get Down!"
    e) Assess the situation

**Cover and Crash**
We should not be blocking or attempting to catch punches. Professional boxers and MMA fighters do not do this. Neither should we.
- **Covering:**
  - Cover yourself
  - Arms and hands covering the face and temple area. (Washing hair)
  - Bob and Weave left-right

 

# Draper City Police Department

## Defensive Tactics Training

- Practice open hands no closed fists. 1 strike (Practice) 2 strike (Practice) 3 strike (Practice). Switch back and forth.
  - Practice 1,2,3, then switch
- **Crashing:**
  - Crash into the subject
  - Keeping your chin down
  - Hit the subject in the chest with your elbows
  - Move into a "T" position

**"T" position:**
Subject cannot strike you
They have to re-adjust to acquire you
You are in a position of advantage
Set up for strikes, take downs
Transition to tools
Control the subject's balance
Disengage



Once you reach the subjects centerline your outside hand comes to their shoulder, keeping your elbow pointed to the ground, and your inside hand comes to their ear.

Take Downs from the "T" position:

**Shoulder Pull Takedown:**
- From the "T" position
- Join the hands up on the underhook and pull the shoulder to the ground while backing up at an angle. (Claps hands at the shoulder????)
- **Do not go to the ground keep control of the shoulder.**

**Body Lock Takedown:**
- From the "T" position
- Pull the subjects hips to you
- Secure a inside head position (inside shoulder)
- Your leg pushes the back of the subjects leg forward
- You drive your head back at the same time.
- **Do not go the ground, let go on the way down**

**Change levels and attack the legs:**
- From the "T" position
- Squat/Duck and grab the offenders legs and drive forward
- Move to a dominate position or disengage

DRAPER-CHT-0257

 **Draper City Police Department** 

**Defensive Tactics Training**

"T" Position (arm past the head and now have the back)

**Seatbelt/Harness Takedown:**
- From the back, the officer takes an over-hook (over one shoulder) and an under-hook (under one shoulder)
- Officer pushes/bumps (one leg in the buttocks) forward
- Officer pulls the subject back
- Pulling the shoulders over the heels of the subject
- **Do not go the ground, let go on the way down**

**Switch Position:**
- From the back the officer will squat down
- One hand grabs the offenders knee
- The other hand grabs the ankle
- Place the shoulder into the back of the subject
- Drive forward
- **Do not go the ground, let go on the way down**

**Ground Defense:**

**Bridge/Arch and Shrimping warm-ups.**

- Sprawling
- Defensive Sitting/Standing
- Curled defensive to standing
- **Subject standing over (Feet up hands on ankles)**
- **Officer Taken down from the side. (Head control)**
- **Mount Prevention -**
- **Mount Escape (Bridging/Arching and Hand-grab and roll)**
- **Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)**
- **Cross-body?**

Escape Drills: ****While giving Verbal Commands****
1. Officer Mounted
2. Side Head Lock
3. Guard Escapes (Officer in Guard - Elbows in thighs, In Officers Guard – Foot in hips, shrimp, kick, kick, stand up)
4. Guard Defense, Suspect standing over officer (feet in hips and trap ankles)
5. **Officer taken down**

An officer will lie on their back. Another officer will take the 1, 2, 3, or 4 positions and escape to the standing position and disengage then re-engage.

DRAPER-CHT-0258

 **Draper City Police Department** 

## Defensive Tactics Training

DRAPER-CHT-0259

 

# Draper City Police Department

## Defensive Tactics Training

| Defensive Tactics Roster | | |
|---|---|---|
| NAME (PRINT) | SIGNATURE | ID# |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DRAPER-CHT-0260

# Draper City Police Training Roster

Training Course: ___INRAP___

Instructor(s): ___ADAMS___                                          Date: _2/10/15_

| Name (Printed): | Name (Signed) | ID (A#) |
|---|---|---|
| 1  Rob Lees | | A86 |
| 2  KEVIN EASTER | | A42 |
| 3  TJ Herbert | | A20 |
| 4  ADAM NEFF | | A89 |
| 5  Todd Crane | | A54 |
| 6  D Harris | | A48 |
| 7  Jaryn Colveswell | | 2+25 |
| 8  LONI IVES | | A85 |
| 9  J. Harris | | A61 |
| 10  JUSTIN SIMONS | | A88 |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |

DRAPER-CHT-0261

# Draper City Police Training Roster

**Training Course:** __Legal Update__

**Instructor(s):** ____City Attorney____

**Date:** __04-21-15__

| | Name (Printed): | Name (Signed) | ID (A#) |
|---|---|---|---|
| 1 | Wes Land | Wes Land | A68 |
| 2 | Pat Evans | | A31 |
| 3 | Dave Harris | | A48 |
| 4 | Tacy_ Culverwell | | A29 |
| 5 | Dustin Wille | | A69 |
| 6 | Tim Herbert | | A20 |
| 7 | Sam Fallows | | A91 |
| 8 | Justin Simonis | | A88 |
| 9 | | | |
| 10 | Walt Deutsch | | A14 |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | Kevin | | |
| 15 | Alan Price | | A50 |
| 16 | Ryan Cast | | A78 |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

# Draper City Police Training Roster

Training Course: _Rifle Record Fire_

Instructor(s): _Herbert_                                    Date: _1-13-15_

| | Name (Printed): | Name (Signed) | ID (A#) |
|---|---|---|---|
| 1 | _Phillie_ | | A64 |
| 2 | KEASTER | | A42 |
| 3 | S. Palous | | A71 |
| 4 | A. Pate | | A50 |
| 5 | W DEUTSCH | | A19 |
| 6 | J. Simon S | | A88 |
| 7 | J. Harris | | A44 |
| 8 | Moore | Phillie | 55 |
| 9 | D Harris | D Harris | A48 |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

# Draper City Police Firearms - Pistol

Instructors: Herbert, Newman, J. Harris, Carpenter

Date: 3/0/15   Day ☐   Night ■

| # | Officer Name | IBM # | Duty Make/Model | Duty Serial # | Duty Rounds Score 1 | Duty Rounds Score 2 | Duty Rounds Score 3 | Off-Duty Make/Model | Off-Duty Serial # | Off duty Rounds Score 1 | Off duty Rounds Score 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Loos | 56 | G22 | WPHR | 5-18 | | | | | | |
| 2 | Coe | 58 | G22 | HPLHTH | 93 | | | | | | |
| 3 | Willie | 69 | G22 | FKL 73A | 98 | | | | | | |
| 4 | Dessen | 19 | G22 | FKL 777 | 94 | | | | | | |
| 5 | Bemos | 64 | G22 | ABW 322 | 83 | | | | | | |
| 6 | D. Harris | 48 | G22 | FKL 783 | 94 | | | | | | |
| 7 | Jeff | 89 | G22 | TCS 348 | 89 | | | | | | |
| 8 | Ives | 85 | G21 | KXA 952 | 89 | | | | | | |
| 9 | Catherine | 7 | G39 | FKL 250 | | | | | | | |
| 10 | Simons | 88 | G22 | WPF 953 | 93 | | | | | | |

# Draper City Police Firearms - Pistol

Instructions: Hobson Nashua, J. Harris, Carpenter

Date: 3/10/15

Day ☐   Night ■

| | Officer Name | IBM # | Duty Make/Model | Duty Serial # | Duty Rounds 1 | Score 1 | Duty Rounds 2 | Score 2 | Duty Rounds 3 | Score 3 | Off-Duty Make/Model | Off-Duty Serial # | Off duty Rounds Score 1 | Off duty Rounds Score 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Crane | 54 | G22 | MBN324 | | 91 | | | | | | | | |
| 12 | Newman | 60 | G22 | HET790 | | 98 | | | | | | | | |
| 13 | J. Harris | 61 | G22 | FKL771 | | | | | | | | | | |
| 14 | P. Evans | 731 | G22 | FZL787 | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | |

DRAPER-CHT-0265

"KD" COURSE QUALIFICATION/REQUALIFICATION PIT SCORECARD - PERMANENT (3691)
NAVMC 11009A (12-97) (EF)

| NAME (Last, First, Middle Initial) | | | GRADE |
|---|---|---|---|
| HARRIS DAVID | | | |
| ORGANIZATION | | | SSN |

| DATE 1/13 | RANGE | RELAY | FIRING PT. | WEAPON FIRED |
|---|---|---|---|---|

SPECIAL INSTRUCTIONS:

(1) - Name, grade, organization and SSN to be filled out ONLY on the green scorecard, NOT the pink scorecard.

(2) - When entering rapid fire line scores, the value of the hits will be marked down in the following order – 5's, 4's, 3's, 2's, and 0's.

| | | SCORE |
|---|---|---|
| EXPERT | 218 |
| SHARPSHOOTER | 206 |
| MARKSMAN | 188 |

| 200 YARDS/METERS | | | | | | | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| SLOW FIRE SITTING 5 ROUNDS IN 5 MINUTES | 5 | X | X | X | 5 | | | | | 10 |
| SLOW FIRE KNEELING 5 ROUNDS IN 5 MINUTES | 5 | 5 | 5 | X | X | | | | | 15 |
| SLOW FIRE STANDING 5 ROUNDS IN 5 MINUTES | 5 | 5 | 5 | X | X | | | | | 15 |
| RAPID FIRE SITTING 10 ROUNDS IN 60 SECONDS | 5 | X | X | V | | | | | | 5 |

| 300 YARDS/METERS | | | | | | | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| SLOW FIRE SITTING 5 ROUNDS IN 5 MINUTES | 5 | 5 | 5 | X | X | | | | | 15 |
| RAPID FIRE PRONE 10 ROUNDS IN 60 SECONDS | X | X | X | X | X | X | X | X | X | 0 |

| 500 YARDS/METERS | | | | | | | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|
| SLOW FIRE PRONE 10 ROUNDS IN 60 SECONDS | X | X | X | X | X | X | X | X | X | 0 |

| CHECK APPROPRIATE BLOCK ➡ | EX | SS | MM | UNQ | ENTER TOTAL SCORE HERE ➡ | 60 |
|---|---|---|---|---|---|---|

| SCOREKEEPER | ORGANIZATION |
|---|---|

| CERTIFYING OFFICER | ORGANIZATION |
|---|---|

**ALIBI RECORDS RESULTS**

Recording alibi scores will be accomplished by use of the following: Block Official Verifier will write in the stage of fire (slow or rapid) and the Yard Meter Line alibi fired on, where so indicated.

| STAGE OF FIRE - YARD/METER LINE: | | | | | | | | | | SCORE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| STAGE OF FIRE - YARD/METER LINE: | | | | | | | | | | SCORE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Adobe Designer 6.0

DRAPER-CHT-0266

# Draper City Police Firearms - Rifle

Instructors: Upchurch, Herbert, Newman   Date: 4/21/2015   Night ☐   Day ☑

| # | Officer Name | IBM A# | Type RDS | Rounds IN | Rounds OUT | Qual 1 Score | P/F | Type RDS | Rounds IN | Rounds OUT | Qual 2 Score | P/F | Rifle make/serial # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | W. DEUTSCH | 19 | Rifle / Pistol | | | | F | Rifle / Pistol | | | 100 | P | Make / Ser# 20C075072 |
| 2 | Neff | A89 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 20C073472 |
| 3 | Trujillo | A76 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 20C075070 |
| 4 | Coe | A58 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 20C076453 |
| 5 | Boyce | A91 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 20C075077 |
| 6 | Fallows | A91 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 20C071228 |
| 7 | Hardis | A48 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 20C076454 |
| 8 | Price | A50 | Rifle / Pistol | | | | F | Rifle / Pistol | | | 100 | P | Make / Ser# 20C075065 |
| 9 | Clegg | A78 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 20C075322 |
| 10 | D. Villic | A69 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 4495794 |
| 11 | T. Culverwell | A79 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 20C075066 |
| 12 | W. LAND | A68 | Rifle / Pistol | | | | F | Rifle / Pistol | | | 100 | P | Make / Ser# 20C075061 |
| 13 | J Simons | A88 | Rifle / Pistol | | | 100 | P | Rifle / Pistol | | | | | Make / Ser# 20C075069   3rd |
| 14 | J Barnes | A64 | Rifle / Pistol | | | | F | Rifle / Pistol | | | | F | Make / Ser# 20C075336   to P |
| 15 | P Evans | A31 | Rifle / Pistol | | | | F | Rifle / Pistol | | | 100 | P | Make / Ser# 20C076442 |
| 16 | | | Rifle / Pistol | | | | | Rifle / Pistol | | | | | Make / Ser# |
| 17 | | | Rifle / Pistol | | | | | Rifle / Pistol | | | | | Make / Ser# |
| 18 | | | Rifle / Pistol | | | | | Rifle / Pistol | | | | | Make / Ser# |
| 19 | | | Rifle / Pistol | | | | | Rifle / Pistol | | | | | Make / Ser# |
| 20 | | | Rifle / Pistol | | | | | Rifle / Pistol | | | | | Make / Ser# |
| 21 | | | Rifle / Pistol | | | | | Rifle / Pistol | | | | | Make / Ser# |
| 22 | | | Rifle / Pistol | | | | | Rifle / Pistol | | | | | Make / Ser# |

A64 Barnes Passed on Third attempt.

Total amount of rounds fired for qualification: Each DQ was 1 shot off   Rifle Qualification is pass/fail.
Rifle _____ Pistol _____   1500   Scored zone   Officers must pass with 100%.



# TACTICAL RIFLE QUALIFICATION COURSE
## 4/2015

| DISTANCE | COURSE OF FIRE | RND COUNT |
|---|---|---|
| | **Precision Phase** | |
| 100 YARDS | 5 SHOTS PRONE | 5/5 |
| | **Tactical Phase** | |
| 50 YARDS | 2 SHOTS STANDING, 3 SHOTS KNEELING | 5/10 10 |
| 25 YRDS | 2 SHOTS STANDING STRONG SIDE BARRICADE | |
| | 2 SHOTS KNEELING STRONG SIDE | |
| | 2 SHOTS STANDING WEAK SIDE | |
| | 2 SHOTS KNEELING WEAK SIDE | 8/18 (18) |
| 15 YRDS | BODY ARMOR DRILL, 2 BODY 1 HEAD | 3/21 21 |
| | **Movement Phase** | |
| 10-5 YRDS | ADVANCING FORWARD (TWO 2 ROUND TAPS) | 4/25 25 |
| 5 YRDS | PIVOT RIGHT FIRE 2 SHOT TAP – REPEAT ONCE | 4/29 29 |
| 5 YRDS | PIVOT LEFT FIRE 2 SHOT TAP –REPEAT ONCE | 4/33 33 |
| 5 YRDS | PIVOT REAR FIRE 2 SHOT TAP – REPEAT ONCE | 4/42 37 |

Rifle Target: NRA TQ21

19 (37)

DRAPER-CHT-0268

## ASP TACTICAL BATON CERTIFCATION

Name: _____ IBM #: _____ Date: _____ Score: _____

1. **A defensive tactic may be evaluated by balancing:**
   a. Control vs. Injury
   b. Threat vs. Control
   c. Attitude vs. Action
   d. Age vs. Size
   e. Action vs. Reaction

2. **The first force option is:**
   a. Baton
   b. Pain compliance
   c. Firearm
   d. Dialogue
   e. Escort

3. **Officer/subject factors include all of the following except:**
   a. Age
   b. Weapon proximity
   c. Fitness
   d. Gender
   e. Size

4. **Special circumstance include all of the following except:**
   a. Special knowledge
   b. Disability
   c. Ground position
   d. Imminent danger
   e. Multiple officers/suspects

5. **A report documenting officer use of force should include all of the following except:**
   a. Time of day
   b. Officer injuries
   c. Neutral witness
   d. Vague statements
   e. Subjects demeanor and attitude

6. **As per policy the following statements regarding the ASP Baton are true except:**
   a. Recertification is yearly
   b. Reports are required if utilized against a subject
   c. Medical assessment is required for a subject restrained by the ASP
   d. Certification allows officers to use other types of tactical batons

7. **Parts of the ASP Baton include all of the following except:**
   a. Handle
   b. Cap
   c. Grip
   d. Blade
   e. Retaining clip

DRAPER-CHT-0269

8. **When carried in the pocket, scabbard or belt, the ASP Baton is positioned:**
   a. Tip down
   b. Concealed
   c. Tip up
   d. Handle
   e. Blade open

9. **The two ASP Baton modes are:**
   a. Weapon and retention
   b. Ready and loaded
   c. Open and closed
   d. Interview and combat
   e. Combat and collapsed

10. **ASP Baton non target areas include all of the following except:**
    a. Head
    b. Groin
    c. Arm
    d. Spine
    e. Sternum

11. **The primary striking surface of the ASP Baton in the open mode weapon strike is the:**
    a. Cap
    b. Blade
    c. Handle
    d. Center of shaft assembly
    e. Last 3 inches of the shaft assembly

12. **All ASP Baton strikes are delivered at an angle of:**
    a. 45 degrees
    b. 90 degrees
    c. 80 degrees
    d. 0 degrees
    e. B or C

13. **All of the following are components of the pyramid concept except:**
    a. Low center
    b. Endurance
    c. Head over center
    d. Deep base
    e. Wide base

14. **All of the following are components of power generation except:**
    a. Balance
    b. Flexibility
    c. Speed
    d. Focus
    e. Decentralization

15. **The hand the draws the firearm is referred to the ASP Baton training as the:**
    a.    Weak hand
    b.    Weapon hand
    c.    Combat hand
    d.    Strong hand
    e.    Reaction hand

16. **Two methods for safe separation from an attacking assailant are:**
    a.    Withdraw and withstand
    b.    Open and closed
    c.    Drop and roll
    d.    Check and redirect
    e.    Interview and combat

17. **The ASP is opened to the:**
    a.    Front or rear
    b.    Left or right
    c.    Sky or ground
    d.    A and B
    e.    A and C

18. **The open mode reaction strike is primarily used as a:**
    a.    Combat strike
    b.    Power strike
    c.    Closing strike
    d.    Clearance strike
    e.    A or B

19. **All of the following are trained ASP Baton strikes except:**
    a.    Closed mode side
    b.    Rapid response
    c.    Closed mode weapon
    d.    Closed mode straight
    e.    Open mode weapon

20. **The total number of trained ASP Baton strikes are:**
    a.    5
    b.    6
    c.    7
    d.    8
    e.    9

## ASP TACTICAL BATON CERTIFCATION

Name: _____   IBM #: _____   Date: _____   Score: _____

1. A defensive tactic may be evaluated by balancing:
   a. Control vs. Injury
   b. Threat vs. Control
   c. Attitude vs. Action
   d. Age vs. Size
   e. Action vs. Reaction

2. The first force option is:
   a. Baton
   b. Pain compliance
   c. Firearm
   d. Dialogue
   e. Escort

3. Officer/subject factors include all of the following except:
   a. Age
   b. Weapon proximity
   c. Fitness
   d. Gender
   e. Size

4. Special circumstance include all of the following except:
   a. Special knowledge
   b. Disability
   c. Ground position
   d. Imminent danger
   e. Multiple officers/suspects

5. A report documenting officer use of force should include all of the following except:
   a. Time of day
   b. Officer injuries
   c. Neutral witness
   d. Vague statements
   e. Subjects demeanor and attitude

6. As per policy the following statements regarding the ASP Baton are true except:
   a. Recertification is yearly
   b. Reports are required if utilized against a subject
   c. Medical assessment is required for a subject restrained by the ASP
   d. Certification allows officers to use other types of tactical batons

7. Parts of the ASP Baton include all of the following except:
   a. Handle
   b. Cap
   c. Grip
   d. Blade
   e. Retaining clip

8. When carried in the pocket, scabbard or belt, the ASP Baton is positioned:
   a. Tip down
   b. Concealed
   c. Tip up
   d. Handle
   e. Blade open

9. The two ASP Baton modes are:
   a. Weapon and retention
   b. Ready and loaded
   c. Open and closed
   d. Interview and combat
   e. Combat and collapsed

10. ASP Baton non target areas include all of the following except:
    a. Head
    b. Groin
    c. Arm
    d. Spine
    e. Sternum

11. The primary striking surface of the ASP Baton in the open mode weapon strike is the:
    a. Cap
    b. Blade
    c. Handle
    d. Center of shaft assembly
    e. Last 3 inches of the shaft assembly

12. All ASP Baton strikes are delivered at an angle of:
    a. 45 degrees
    b. 90 degrees
    c. 80 degrees
    d. 0 degrees
    e. B or C

13. All of the following are components of the pyramid concept except:
    a. Low center
    b. Endurance
    c. Head over center
    d. Deep base
    e. Wide base

14. All of the following are components of power generation except:
    a. Balance
    b. Flexibility
    c. Speed
    d. Focus
    e. Decentralization

15. **The hand the draws the firearm is referred to the ASP Baton training as the:**
    a. Weak hand
    b. Weapon hand
    c. Combat hand
    d. Strong hand
    e. Reaction hand

16. **Two methods for safe separation from an attacking assailant are:**
    a. Withdraw and withstand
    b. Open and closed
    c. Drop and roll
    d. Check and redirect
    e. Interview and combat

17. **The ASP is opened to the:**
    a. Front or rear
    b. Left or right
    c. Sky or ground
    d. A and B
    e. A and C

18. **The open mode reaction strike is primarily used as a:**
    a. Combat strike
    b. Power strike
    c. Closing strike
    d. Clearance strike
    e. A or B

19. **All of the following are trained ASP Baton strikes except:**
    a. Closed mode side
    b. Rapid response
    c. Closed mode weapon
    d. Closed mode straight
    e. Open mode weapon

20. **The total number of trained ASP Baton strikes are:**
    a. 5
    b. 6
    c. 7
    d. 8
    e. 9

**Draper City Police Department**
# OFF-DUTY CARRY PISTOL QUALIFICATION
**Range Rules**

<u>**Qualification**</u> **– All from the CONCEALED CARRY position (however the officer carries their weapon off duty).**

**15 yd line**
2rds standing:                10 seconds

**15 yd line**
2rds kneeling:                8 seconds

**10 yd line**
2rds standing:                8 seconds

**10 yd line**
2rds kneeling:                6 seconds

**7yd line**
Reload Drill –
2rds, reload, 2 rds:          10 seconds

**5 yard line**
One Handed Shooting (from the concealed carry position) –

2rds weapon hand only:   7 seconds
2rds weapon hand only:   5 seconds.

**3yd line**
<u>Failure Drill</u> –
2rds center mass             3 seconds
1 rd head shot

<u>Precision shot</u> –
1rd, precise head shot       2 seconds

**20 rounds total.**

**Possible Score of 100.**          Each *large scoring ring* hit = 5 points
                                     Each peripheral hit = 3 points
                                     Each head scoring ring hit during 3yd exercises = 5 points
                                     Misses and fail to fire = 0 points
                                     *No alibi shots, all malfunctions must be cleared*

**Draper City Police Department**
**Qualification Course (20 rounds)**

**Scoring:**
Large Ring hit       5 pts each
Peripheral hit       3 pts each
Headshot (3 yrd)  5 pts each
Miss/fail to fire    -5 pts each
No alibi shots
Clear all malfunctions

**25 yard line**
Standing (from the holster)          2 rounds / 12 seconds
Kneeling (from the holster)          2 rounds / 7 seconds

**15 yard line**
Standing (from the holser)           2 rounds / 5 seconds

**10 yard line**
Standing (from the holster)          2 rounds / 3 seconds

**7 yard line**
Standing (from the holster)          2 rounds, reload, 2 rounds / 10 seconds

**7 yard line**
Weapon hand (from the holster)      2 rounds / 7 seconds
Support hand (from the low ready)   2 rounds / 5 seconds

**3 yard line**
Failure Drill (from the holster)        2 rounds body, 1 round head / 3 seconds
Precise headshot (from the holster)  1 round to the head / 2 seconds

Targets are the B-27 "Bowling Pin" style target.  Anything inside this area is a "5".  Anything outside is scored as a "3".

**ALL OFFICERS MUST MOVE (GET OFF THE "X") PRIOR TO ENGAGING.  FAILURE TO MOVE RESULTS
IN A FAILED COURSE.**

DRAPER-CHT-0276

# ISOLATION DRILL -
# MULTIPLE THREATS/TARGETS

Sgt. Chad Carpenter

May 17, 2011

Modified: _____

Modified: _____

DRAPER-CHT-0277

**GOAL:**

Students will be able to identify and react to multiple threats in a minimum amount of time while making accurate shots on target.

**OBJECTIVES:**

The student will:

- Demonstrate the ability to identify multiple threats/targets in a minimum amount of time

- React to multiple threats/targets in a minimum amount of time

- Accurately place shots on the threat/target in a minimum amount of time, while moving off the "X"

**ITEMS AND MATERIALS:**

Instructor:
- Targets (3 for this drill)
- Masking tape
- 6 rounds ammunition per student
- (1) RSO and (1) Staging RSO
- Shot timer
- Eye and ear protection
- Black or red sharpie

Student:
- Duty handgun
- Duty holster and belt
- At least 1 magazine
- Eye and ear protection
- Duty ballistic vest

**OUTLINE:**

Topic:

Isolation drill – Multiple Threats/Targets

**I. The Drill**

- The student will be in secure zone and will not be able to see the drill area.
- The student will be brought to the drill area one at a time, with a hood over their head so they cannot see the drill.
- The student will be turned so their back is to the drill.
- Once their back is to the drill the hood will be removed.
- The instructor will brief the student on what they are to do:
    1. On the command "UP" you (the student) will turn around.
    2. You will identify any threats and react as necessary.
    3. If you identify a deadly threat, you will place two rounds on the threat/target.
    4. While doing this, remember to move off the "X".
    5. Any questions?
- On the command the student will turn, identify three (3) threats and draw their weapon.

DRAPER-CHT-0278

- The student should step off the "X", take the closest threat and move to the other two threats while accurately placing shots on target.
- Conduct any remedial training or discussion (if the student fails to perform to standard).

**II. Drill Set-up**

- There will be three (3) targets from the 10 yard line
    1. The first target will be directly in front of the student.
    2. The second target will be to the right of center (two stations away).
    3. The third target will be to the left of center (two stations away).



10 yards

I. Introduction

A. Most police involved shootings occur in low light condition (66%)
Training must be reflect shift work, be relevant, and realistic.(Court
decisions such as Popow vs. Margate explains that training without
dim-light training is grossly inadequate.)

B. Reasons for dim-light low-light training:

    1. Inability to see daylight sight picture w/o special equipment
    2. Inability to see adversaries
    3. Insufficient light to see surroundings, i.e. bystanders,
       obstructions, other officers
    4. Movement from or to cover can be hampered
    5. Muzzle flash could cause temporary blindness
    6. Builds officer confidence
    7. As an evaluation tool
    8. Officer safety

C. In this block of instruction you will learn the different procedures to:
    1. Demonstrate the three different flashlight techniques
    2. Identify the pros and cons of shooting with a flashlight
    3. Explain the pros and cons of shooting with self-luminous sights
    4. Explain the safety and liability issues of night shooting
    5. Complete a qualification course (80% or better)

D. Low Light / Dark definitions
    1. Low Light- Partial light, enough to locate and identify a suspect
       but not too dark where lights need to be used.
    2. Dark – Not enough light to see or locate suspects or sights

E. Additional skills required for reduced light shooting, additional things
to be aware of
    1. Know where your equipment is located by tactile senses
    2. Re-loading drills (tactical, speed, emergency)
    3. Malfunction drills
    4. Muzzle flash, and flashlight may give away your position
    5. Visual communication will be reduced between officers working
       as a team

      6. Self-luminous sights allow you to obtain good target acquisition even when target identification is poor or non-existent.

F. Range Safety
    1. Need for safety is absolute in reduced light training
    2. All safety discussions will be understood prior to actual course of fire.
    3. Daylight walk-thru is necessary prior to reduced light training

G. Safety rules
    1. Stay in position do not move off firing line
    2. **Do Not** remove pistol from holster until told to do so. If there is a problem with pistol configuration let instructor know
    3. **Do Not** pick up magazines, ammo or anything else from ground until told to do so.
    4. **Do Not** play with the flashlight. It should only turned on during the course of fire, or when told to do so by the instructor
    5. Silence when off the firing line
    6. No smoking on the firing line
    7. Hot and Cold range rules apply. No weapons out of the holster unless told to do so by instructor.
    8. If you do not understand a command ask your coach or instructor while keeping weapon in holster or pointed down range.
    9. If assigned as a coach, do not talk or engage in horseplay with shooter. Be alert for any safety violations

H. Self-Luminous Sights- Tritium inserts are put into the weapon sight to maintain a proper sight picture (usually green in color)
    1. Provide for normal daylight usage.
    2. Allow precise sight alignment but not complete sight picture.
       a. Negative effects:
          1. Accurate shots can be made on targets not clearly identified
          2. Close combat situations, the shooter may take to much time aligning sights when a flash-sight picture is needed.
          3. May be seen by adversary.
          4. Can cause temporary loss of night vision if brought to the eye too quickly

I. Flash Lights- Got one Gone None
J. Equipment Considerations
    1. Flashlight selection
        a. Reliability /durability
        b. Sealed switch/ no spark/ waterproof
        c. Adjustable beam
        d. Size and length
        e. Extra batteries/ bulbs

K. Specific Techniques
   1. Ayoob
      a. Benefits
        1. Easiest to learn
        2. Quickest to deploy
      b. Limitations
        1. Does not work well past 10 meters
        2. Provides little recoil control
      c. Method of Technique
        1. Both arms extended in isosceles stance
        2. Both thumbs positioned side by side
        3. Due to differences in grip angle flashlight is pointed  higher than pistol
        4. Most easily used by isosceles shooter

   2. Chapman
      a. Benefits
        1. Nearly as fast and as easy to deploy as Ayoob
        2. Adjusts to both weaver and isosceles stance
        3. Functions regardless of range
      b. Limitations
        1. Provides little for recoil control (better than Ayoob)
      c. Method of Technique
        1. Thumb and first finger of support hand encircle the flashlight palm-up
        2. Extended three fingers and palm of support hand form a platform for strong hand
        3. Strong hand grips pistol, which rests on top of plat formed support hand

DRAPER-CHT-0282

3. Harries
    a. Benefits
       1. Excellent recoil control
       2. Excellent pistol to flashlight alignment
    b. Limitations
       1. Difficult to master
       2. Will not work in isosceles stance
       3. Difficult to maintain for long periods of time
    c. Method of Technique
       1. Flashlight is held in reversed manner
       2. Support hand- second or third finger on switch
       3. Back of hands are braced against each other with wrist of support hand flexed upward

4.     Weapon Mounted Lights.

    a. Benefits
       1. Normal shooting stance
       2.   Steadier aim

    b.     Limitations
       1. Light malfunction
       2. Light AD
    c.     Method of Technique
    1. Shooting platform
    2. Squeeze pressure switch or activate finger switch
    3. Temporary on-off
    4. Shoot & Move

    4. In this block of instruction, you have learned:
       b. The equipment needed to react proficiently in a low light shooting situation
       c. The advantages and disadvantages of using self luminous sights

The three recommended flashlight techniques used to facilitate low light shooting.

# ISOLATION DRILL -

# UTILIZING FLASHLIGHT TO CORRECTLY IDENTIFY TARGET AND ACCURATELY PLACE ROUNDS

Sgt. Chad Carpenter

February 8, 2013

Modified: _____

Modified: _____

DRAPER-CHT-0284

**GOAL:**

In a low-light situation, students will be able to utilize their flashlight to identify and react to threats in a minimum amount of time while making accurate shots on target.

**OBJECTIVES:**

The student will:

- Demonstrate the ability to utilize their flashlight effectively to properly identify correct colored target in a minimum amount of time

- Demonstrate proper use of flashlight while firing rounds at the target in a minimum amount of time.

- Accurately place shots on the threat/target in a minimum amount of time, while moving off the "X".

**ITEMS AND MATERIALS:**

Instructor:
- Targets (multiple colored circle target to make student use flashlight to identify the correct color given)
- Masking tape
- Four (4) rounds ammunition per student
- (1) RSO and (1) Staging RSO
- Shot timer
- Eye and ear protection
- Black or red sharpie

Student:
- Duty handgun
- Duty holster and belt
- At least 1 magazine
- Eye and ear protection
- Duty ballistic vest

**OUTLINE:**

Topic:

      Isolation drill –   Utilizing flashlight to correctly identify target and accurately place rounds.

**I. The Drill**

- The student will be in secure zone and will not be able to see the drill area.
- The student will be brought to the drill area one at a time, with a hood over their head so they cannot see the drill.
- The student will be turned so their back is to the drill.
- Once their back is to the drill the hood will be removed.
- The instructor will brief the student on what they are to do:
  1. On the command (***COLOR GIVEN***) you (the student) will turn around.
  2. You will utilize your flashlight to properly identify the correct color and react as necessary.
  3. When you identify the correct color, you will place two (2) rounds into the color.
  4. While doing this, remember to move off the "X".
  5. Any questions?
- On the command the student will turn, step off the "X" and utilize their flashlight to identify and locate the color called.

- While utilizing the flashlight the student will place two (2) rounds into the correct color.
- After the second round is fired instructor will give a second color and two (2) more rounds should be fired into that color.
- Conduct any remedial training or discussion (if the student fails to perform to standard).

**II. Drill Set-up**

- There will be one (1) target from the 7 yard line
    1. The target will be directly in front of the student.
    2. The target will contain an 8 ½" x 11" sheet of paper with five (5) colored circles on it.



7 yards

# Draper City Police Department
## LOW LIGHT PISTOL QUALIFICATION

### *EVERYONE MUST MOVE OFF THE "X". NO STATIC SHOOTING!! FAILURE TO MOVE OFF THE "X" RESULTS IN A FAIL!!*

- <u>Qualification</u> – All from the locked holster, except as noted

<u>15 yd line</u> – **Hand held flashlight**
2rds standing:     **10 seconds**

<u>15 yd line</u> – **Hand held flashlight**
2rds kneeling:     **8 seconds**

<u>10 yd line</u> – **Hand held flashlight**
2rds standing:     **5 seconds**

<u>10 yd line</u> – **Weapons mounted light or hand held flashlight**
2rds standing:     **3 seconds**

**From the 7yd line** – **Weapons mounted light or hand held flashlight**
Reload Drill – 2rds, reload, 2 rds:     **10 seconds**

**From the 7yd line** – **Weapons mounted light or hand held flashlight**
Strong Handed Shooting – 2rds weapon hand:     **7 seconds** (from the holster)
Stay at low ready and transfer to support hand.

Support Hand Shooting – From the low ready, 2rds support hand only: **5 seconds**.
Transfer back to weapon hand and holster.

**From the 3yd line** – **Weapons mounted light or hand held flashlight or none**
Failure Drill –2rds center mass, 1rd precise head shot:     **3 seconds**

Precision Shot – 1rd, precise head shot:  **2 seconds**

**Possible Score of 100.  Each large scoring ring hit = 5 points**
                             **Each peripheral hit = 3 points**
                             **Each head scoring ring hit during 3yd exercises =**
                             **5 points**
                             **Misses and fail to fire = 0 points**
                             *No alibi shots, all malfunctions must be cleared*

# Preface and objectives

Off duty firearms training

This training will bring to light the many major and subtle differences between deploying your firearm in a crisis situation while in a civilian capacity.

While the identification of threats maybe the same, self identification and identification of others who are off duty police officers, military or civilians who are capable and willing to support you in the situation also becomes more difficult to ascertain.

The ability to show tangible identification such as badge necklaces or badges on a belt are nearly the only things that will make you recognizable as an authority figure while in civilian clothing.

While in a high stress environment it is extremely important to have in mind that you will need to consciously look for signs and symbols which would lead you to believe that somebody is either military or law enforcement. For instance if you hear somebody giving clear and concise commands the chances are better than not that you are dealing was somebody who is either military or police. It's no coincidence that we speak and direct our thoughts to other people in a certain way which is easy to spot whether you are civilian or not. Be very aware that badges and other symbols meant to identify people can be flipped backwards or recovered by clothing once pulled out for identification. Take that extra half a second to look for the identification markers and then direct your verbiage directly at this or these people to verify their identity.

Also keep in mind that you very well may not be alone. Off-duty you may be with friends or family that also need guidance and direction in a high stress conflict situation.

As always time is of the essence and if you become a victim or a casualty of the situation you are no longer a useful party to anyone. There are a few different schools of thought when it comes to critical incidents in an off-duty situation. For instance, do you make sure that you are in a covered and concealed position before you begin taking control or do you act immediately placing yourself in danger so the threat becomes moot immediately? As always it is my opinion that the situation will dictate tactics and whatever decision is made is better than no decision at all.

DRAPER-CHT-0288

Scenario one.

The officer will be in civilian attire and carrying their weapons as they do in off-duty clothing.

The officer will be told they are in a movie theater and they are hearing some loud fighting from two males at the popcorn counter. As the officer turns to gather further information on the situation they notice that one individual is pointing a gun at the second. The gunmen will have a necklace badge or a belt clip batch showing obviously.

If the officer begins speaking to the mannequins the safety officers will be there voices.

If the officer fires upon the civilian clothes officer the range and safety officers will call and exercise and explained the deficiencies. If the officer gathers further information and ends up engaging the mannequin with out the firearm the range and safety officers will then again call end exercise and review the scenario with the trainee.

<u>Second scenario</u>

the scenario will be played out a second time but instead this time a mannequin lying on the ground will have please identification and the gunmen standing over him will not. At this point in the training day the trainees will be hypersensitive to making sure they have the right target identifiers. Even in a low light situation they will look for and acquire signs and symbols that will lead them to the right conclusion.

The second run through the scenario she would and will be a 100% pass which will leave the trainees with a feeling of accomplishment and pride in their abilities to identify and work through civilian situations.

## Training materials

-Two mannequins from the shed.

-Off-duty carry holster and pistol.

-Shooting barricades of any type.

## Trainers and range safety officers

**The scenario will run a single trainee through at a time. Because of the different role players needed there will be a minimum of two or three safety personnel with the trainee at any given time.**



# DRAPER CITY POLICE DEPARTMENT

**TRAINING DATE:** 02/12/2013 – 12/19/2013          **START TIME:** TBA

**SUBJECT:**  Low Light Shooting

**TRAINING LOCATION:**  Camp Williams

**INSTRUCTOR:**  Sgt. Carpenter/Sgt. Adams

## TRAINING GOALS AND SUBJECTS ADDRESSED

The objective of this training is to challenge and test the Officer with various reloading drills utilizing cover and lighting.

## SPECIAL EQUIPMENT NEEDED

Handgun
Vest
Duty Belt
Duty Light
Gun Light (if applicable) Rounds loaded by the officer
(Magazine (1) 3 rounds - Magazine (2) 3 rounds – Magazine (3) 3 rounds)
Additional Magazine – Instructor provided (3 rounds)

Weighed Dummy
Table/Chair/Vehicle (any object which could simulate cover)


## APPLICATION

Officers will be told they need to fight their way to an injured officer who is behind cover.
Starting from the 25 yard line they will approach the first station and move on.

Station 1 (15 yard line)
Utilizing cover and applied lighting technique of their choice (no gunlight)
3 shots center mass.
Reload and move to cover, advancing to the injured officer
Keeping their light off as they advance

<u>Station 2</u> (10 yard line)
Utilizing cover and applied technique of their choice (gun light is ok)
3 shots center mass.
Reload and move to cover, advancing to the injured officer
Keeping their light off as they advance


<u>Station 3</u> (7 yard line)
Utilizing cover and applied technique of their choice (gun light is ok)
3 shots, failure drill.
Reload and move to cover, advancing to the injured officer
Keeping their light off as they advance


<u>Station 4</u> (7 yard line)
There will be an extra magazine placed near the dummy
Utilizing the extra magazine 3 shots, failure drill.
Once the officer holsters their weapon they will pull the dummy from
5 feet behind cover.

**(If an officer does not have a Glock 40 they can simulate the above)**



# FIREARMS TRAINING UNIT
# "SEAL DRILL"

TIM HERBERT

20110516

DRAPER-CHT-0293

## GOAL:

The student will participate in a live fire drill with firearms used in the course of this training evolution.

## OBJECTIVES:

The student will:

1.  Conduct safe movement and listen to all instructions given by the RSO

2.  Demonstrate muzzle control of all firearms

3.  Participate as a team member and a leader during this drill

4.  Communicate effectively with all team members and RSO

## ITEMS AND MATERIALS:

1.  One target per shooter
2.  Designated firearm
3.  3-5 loaded magazines
4.  Holster for handgun, slings for rifles
5.  Magazine pouch
6.  Eye and Ear protection
7.  Appropriate training attire and hat
8.  Stapler with staples
9.  Marking Paint

## OUTLINE:

Topic:
SEAL Drill

I.  **Overview**
    The drill emphasizes communication leader ship and tactical thinking under simulated stress. Shooters will line up in front of numbered targets. Targets will be engaged in order with appropriate number of shots as given by instructor.

II. **Conduct of the SEAL Drill**
    - Targets set up and numbered left to right 1-5 (up to 8 depending on # of shooters) Teams should be divided evenly
    - Shooters line up at the 7 yard line in front of a numbered target
    - Shooter on the far left on Target One is the "team leader"
    - Shooter on the far right is the "point man"
    - Team members scan the area but remain facing targets
    - Team Leader looks around to locate the "Instructor"
    - Instructor will hold up appropriate number of fingers for the amount of rounds to be fired.

- Team leader calls out "ONE!" and the number of rounds to be fired and engages the target with the appropriate number of rounds.
- When the team leader is finished, the next shooter to the right calls out "TWO!" and the number of rounds to be fired, engages his target.
- The cadence and commands are repeated by all team members.
- When the point man finishes his shot he shouts "PREPARE TO MOVE!" all team member reply "MOVE!" point man leads off on a slow jog around a pre-designated route and back towards the targets. All team members will line up behind different positions choosing a different target. All team members must shoot from each position once during the course of the drill.
- If a mistake is made ie: a shooter shots on the same position twice, the team is instructed by the instructor to run again prior to shooting.
- Any confusion that will not create a hazard is encouraged by all not shooters to add to the simulated stress of the drill.

III. **Scoring**

Any misses outside of the scoring part of the target will result in 20 pushups for the team.

IV. **Safety**

- Movement on the range with loaded firearms presents an increased danger.
- RSO will maintain constant view of the team during this drill.
- All team members will exercise strict muzzle control.
- Any items dropped by a team member will remain on the ground until the ~~conclusion of the drill~~.
- Fumbled firearms will not be caught and will be picked up by RSO or remain on the ground for the duration of the drill.
- Handguns will be held in a muzzle down "SUL" position during movement.
- Long guns will be held with muzzles AVERTED during movement.
- Anyone can call a "CEASE FIRE" if they observe a dangerous situation.
- "CEASE FIRE" means an immediate stop to training until the safety issue is corrected and the RSO gives the OK to resume training.

Firearms Training Unit

# Shooting While Moving

Tim Herbert

20110518

DRAPER-CHT-0296

**GOAL:**

The shooter with a handgun or rifle, will be able to effectively move and deliver accurate fire at a designated target

    The learning objective of this course of instruction is for the shooter to move and shoot accurately on a specific target or multiple targets.

**OBJECTIVES:**

    The student will:

1. Demonstrate a Combat Stance and the elements of a good stance

2. Use proper stance while moving and shooting

3. Demonstrate forward and lateral movement while engaging threat targets

4. Definition of the cycle of OODA, Observe Orient Decide and Act

5. Demonstrate moving off the line of attack( off the X )

**ITEMS AND MATERIALS:**

1. Multiple targets 1-9
2. Paint
3. Staples
3. Weapon with retention device ie: holster of sling
4. 2 extra magazines
5. Eye and ear protection
6. Hat
7. Ammunition 30 rounds

**OUTLINE:**

Topic:
    Proper Stance

- **Combat Stance**
  - Feet Shoulder width apart.
  - Knees slightly bent
  - Hip slightly to the rear
  - Head over center of the body
  - **Shoulders forward**
  - Elbows tucked into the ribs

- **Combat Stance while Moving**
  - Toes pointed towards the target.

- Walk naturally heel to toe or toe to heal depending on terrain towards the target.
- Isolate movement in the upper torso with smooth movement.
- Engage the trigger (dry fire) developing a cadence of smooth movement.
- Move backwards away from the target, toe to heal feeling for obstructions.

- **Demonstrate Forward and Lateral Movement while engaging Threats**
    - Utilizing proper stance while moving towards target. On command move toward designated targets utilizing smooth movement and a developed cadence of fire, engaging targets on command of instructor.
    - Upon reaching contact with target, stand by for command to move back away from the target. Utilize proper movement backward feeling for obstructions with your lead foot. Engage targets on command of instructor.

- **Demonstrate engaging threat targets laterally**
    - 9 Targets numbered 1-9
        1. Instructor sets up a start box approx 45 degrees from center of the target line.
        2. Shooters line up behind the start box.
        3. Instructor starts first shooter in the "box"
        4. Shooter makes ready comes to the low ready and prepares to move
        5. Shooter is given the command to "move!"
        6. Shooter scans the target area and the area behind while moving keeping the muzzle in a safe direction.
        7. Shooter engages the targets in a numbered sequence as give by instructor. Ie: "two, five!"
        8. Shooter continues movement engaging targets on command.
        9. Shooter moves diagonally until within contact range of target 4 or 5.
        10. Shooter backs away from targets at a 45 degree angle engaging targets on command until they reach the stop box.
        11. Instructor gives the command "cease fire, weapon on safe holster or sling your weapon!"
- **OODA The definition of OODA**
    - Instructor will define the OODA Cycle
    - 1. Observe
    - **2. Orient**
    - **3. Decide**
    - **4. Act**
    - Shooters OODA
    - Adversaries OODA and upsetting the adversaries OODA

- **Movement off the line of attack (off the X)**

    - Instructor explains the importance of moving off the line of attack when threatened by an adversary.

DRAPER-CHT-0298

- This is material that will help students understand how to manage the X, or more specifically, the spatial and angular relationship between you and your adversary(s). There are degrees, quite truly - continuums, in the area of distance (interval), space, and timing (initiative). How you manage the fight depends greatly on your position with regards to these continuums of interval and initiative.

  For example, with regards to interval, the bad guy may be at arm's length, or he may be 50 meters away. How you handle a man at phone booth distances will vary greatly from the same man with the same weapon at 50 meters. As well, space is a consideration. While it may not matter at 50 meters, having space to move and fight would be an asset for you if you face an attack at arm's length. We know that "Getting Off The X" is an advantage at close range fights so being able to exploit the space to do so at close range would be a good thing. Finally, the issue of initiative must be examined. Where are you in the reaction cycle? Did you see it coming and prepare, or did you first notice the fight when you?

- Clock system 3 to 9 o'clock movement, 11 and 1 o'clock and 5 or 7 o'clock movement.
- **Manage the X.** The secret is to change your positioning in relation to the adversary's attack. There are several ways to accomplish this, but at its foundation is the need to change the relationship between the line of attack and the intended target.
- **Moving Off The X.** The X of course is the intended target's current position. By employing various movement methods, one can evade an adversary's initial attack and counter him before he can recover. Generally a reactive concept, it is usually most applicable when the operator is in a poor position with regards to initiative, but has some distance available as well as some space available. And these do not need to be extreme as one can apply the get off the x concept in a hallway with the proper techniques.

- Instructor will demonstrate the movement off the line of attack
  1. Movement to the 3 o'clock
  2. Movement to the 9 o'clock
  3. Movement to the 1 o'clcok
  4. Movement to the 11 o'clock
  5. Movement to the 5 o'clock
  6. Movement to the 7 o'clock
- Dry fire, shooters will practice movement off the X with the supervision of the instructor at varied movements to the different "o'clock angles"
- Live Fire, shooters will demonstrate movement off the X with the supervision of the instructor at varied movements to the different "o'clock angles"

DRAPER-CHT-0299

Taser Scenario:

-DISPATCH-

You (2 Officers, one initial and one backing) are dispatched to locate a male with Felony warrants totaling $50,000.00 for drug related charges. He was last seen in the area of the Park School, (more specific area specified at time of scenario). The suspect is described as wearing a Taser training suit, black in color.

-SET UP-

The suspect is located in an area with other people, or objects in the way of the Officers arriving, he can be seen, but there is no clear path for a Taser shot.

-ROLL PLAYER'S-

Bad Guy-

You are non compliant, You will talk to Officers, but do not comply, you are using the people or objects around you to purposefully make it impossible for a clear taser shot. If there are other roll players, they are to be used as human shields, the other roll players are not your friends, but they are afraid of you and will do as you say. There is a path to the rear for Officers to use to get a shot at your back, if Officers get behind you and announce their presence or give commands begin to challenge them by being verbally aggressive and walking quickly in their direction.

Others-

Other roll players should be used as human shields, the bad guy will use you as a shield, you do not know if he is armed, but you are afraid of him. You do as he says because you think he will hurt you if you don't.

-GOAL-

Get the Officers to problem solve, thinking about avenues of approach other than straight forward. The responding Officers should use good tactics such as a "tactical L" and observe that there is a good taser shot to the rear, One Officer can hold the suspects attention while the other goes around to the side/rear for a good taser shot taking the suspect safely into custody.

TASER TRAINING OUTLINE:

-POLICY REVIEW:

    Review Draper PD policy as it pertains to conducted energy devices.

-LEGAL ARTICLE REVIEW:

    Review the attached AELE article

-TASER RE-CERT POWERPOINT:

    Go through the most recent taser re-cert poweropint attached.

-TASER MANIPULATION DRILLS:

    Each student participates in the taser manipulation drills as outlined in the instructor manual.

-SCENARIO:

    Each student pairs up with another student to participate in the scenario.

    For students who did not fire a taser shot in the first scenario there will fire in a second one.

TASER FIGHT AT THE OK CORRAL:

    Time permitting taser fight at the OK corral

TEST-

Written test

DRAPER-CHT-0301

# Firearms Training Unit

# Thumbs Forward Grip

**Tim Herbert**

20110606

DRAPER-CHT-0302

GOAL:

The shooter with a handgun will by use of a Natural Action Stance draw from the holster or present the firearm from the ready with a Thumbs Forward Grip.

OBJECTIVES:

The student will:

1. Demonstrate a Natural Action Stance and describe the elements of a good stance.

2. Utilize a Thumbs Forward Grip

ITEMS AND MATERIALS:

1. 1 Target per shooter
2. Paint
3. Staples
3. Weapon with retention device Holster
4. 1 extra magazines
5. Eye and Ear protection
6. Hat
7. 20 rounds pistol Ammunition

OUTLINE:

Topic:
    Natural Action Stance

- **Combat Stance**
  - Feet Shoulder width apart.
  - Shooting side foot slightly back.
  - Toes Pointed towards the threat.
  - Square the body to the threat.
  - Flex your knees.
  - Body weight forward.
  - Shoulders pushed forward.
  - Head is tilted forward chin down.

- **Thumbs Forward Grip**
  - The Shooting Hand grips the pistol HIGH on the backstrap.
  - The middle finger of the SHOOTING HAND is high on the front of the grip touching the trigger guard.
  - The SHOOTING HAND THUMB is pointed UP and FORWARD

DRAPER-CHT-0303

- The Non-Shooting hand covers the area of the grip that is NOT COVERED by the shooting hand.
- The NON-SHOOTING HAND THUMB is placed below the shooting hand thumb and pointing forward.
- The remaining fingers of the non-shooting had are wrapped overlapping the shooting hand with the not shooting INDEX FINGER touching the bottom of the trigger guard.
- Both THUMBS are then pressed against the frame of the weapon and pointed forward with the shooting hand thumb resting on top of the non-shooting hand thumb.
- The shooting and non-shooting hand are now joined like puzzle pieces and there is no space between the hands while joined.
- The wrists are not locked, allowing the hands to recoil with the pistol.

Summary:
 When utilizing the Thumbs Forward Grip, the shooter will maximize the amount of physical contact he has with the pistol, creating friction. As friction is created and maintained, the shooter will be able to reduce muzzle flip significantly, allowing the shooter to shoot the pistol faster and more accurately.

The Thumbs Forward Grip also allows the shooter to "Index" the pistol on the target. Indexing the pistol is accomplished by simply maintaining the thumbs along side of the pistol and allowing the thumbs to point the pistol to where the shooter is looking.

DRAPER-CHT-0304

Draper Police Department 2014 Yearly Training

**1/14/2014**      B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Meeting with Chief Roberts | Draper PD | Chief Roberts | 800 | 900 | 1 |
| ASP recertification | Draper PD | Herbert/Carpenter | 915 | 1115 | 2 |
| Fire assists | Draper PD | UFA | 1130 | 1200 | 0.5 |
| Ethics | Draper PD | | 1315 | 1400 | 0.75 |
| Report Writing | Draper PD | Carpenter | 1400 | 1530 | 1.5 |
| Policies | Draper PD | Sergeants | 1530 | 1800 | 2.5 |

**1/21/2014**      A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Meeting with Chief Roberts | Draper PD | Chief Roberts | 800 | 900 | 1 |
| ASP recertification | Draper PD | Herbert/Carpenter | 915 | 1115 | 2 |
| Fire assists | Draper PD | UFA | 1130 | 1230 | 1 |
| Ethics | Draper PD | Carpenter | 1400 | 1500 | 1 |
| Report Writing | Draper PD | Carpenter | 1500 | 1630 | 1.5 |
| Policies | Draper PD | Sergeants | 1630 | 1800 | 1.5 |

**2/11/2014**      B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| DI-9's | Draper PD | Sgt. Street | 1100 | 1300 | 2 |
| Sexual Harassment (mandatory) | Draper PD | Garth Smith | 1400 | 1500 | 1 |
| Firearms - Night Qual | Camp Williams | Firearms Cadre | 1500 | 2100 | 6 |

**2/18/2014**      A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| DI-9's | Draper PD | Sgt. Street | 1100 | 1300 | 2 |
| Sexual Harassment (mandatory) | Draper PD | Garth Smith | 1400 | 1500 | 1 |
| Firearms - Night Qual | Camp Williams | Firearms Cadre | 1500 | 2100 | 6 |

**3/11/2014**      B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| DUI testimony | Draper PD | Edward Berkovich | 900 | 1200 | 3 |
| Information Release | Draper PD | Rachelle | 1300 | 1330 | 0.5 |
| Chief Presentation | Draper PD | Chief Roberts | 1330 | 1500 | 1.5 |
| DT | Juan Diego | DT Cadre | 1500 | 1700 | 2 |
| Active Shooter | TBA | Evans/Carpenter | 1800 | 1900 | 2 |

**3/18/2014**      A side

| DUI testimony | Draper PD | Edward Berkovich | 900 | 1200 | 3 |
|---|---|---|---|---|---|
| Information Release | Draper PD | Rachelle | 1300 | 1330 | 0.5 |
| Chief Presentation | Draper PD | Chief Roberts | 1330 | 1500 | 1.5 |
| DT | Juan Diego | DT Cadre | 1500 | 1700 | 2 |
| Active Shooter | TBA | Evans/Carpenter | 1800 | 1900 | 2 |

**4/15/2014**      A-side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Meeting with Chief Roberts | DPD training room | Chief Roberts | 800 | 830 | 0.5 |
| PT - skills test | Juan Diego | Carpenter | 830 | 930 | 1 |
| Firearms | Camp Williams | Firearms Cadre | 1000 | 1600 | 6 |
| | | | | | |

**4/22/2014**      B-side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|

DRAPER-CHT-0305

Draper Police Department 2014 Yearly Training

| Meeting with Chief Roberts | DPD training room | Chief Roberts | 800 | 830 | 0.5 |
| PT - skills test | Juan Diego | Carpenter | 830 | 930 | 1 |
| Firearms | Camp Williams | Firearms Cadre | 1000 | 1600 | 6 |
| | | | | | |

| 5/20/2014 | A side | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| DT | Draper PD | DT cadre | 800 | | |
| Medical | | | | | |

| 5/27/2014 | B-side | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| DT | Draper PD | DT cadre | 800 | | |
| Torch Run | | | | | |

| 6/3/2014 | B side | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| EVO | EVO course | EVO cadre | 700 | 1500 | 8 |
| Policy Review & Test (Pursuits) | | EVO cadre | 1500 | 1700 | 2 |

| 6/24/2014 | A side | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| EVO | EVO course | EVO cadre | 700 | 1500 | 8 |
| Policy Review & Test (Pursuits) | | EVO cadre | 1500 | 1700 | 2 |

| July | | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| No Training | | | | | |
| | | | | | |

| July | | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| No Training | | | | | |
| | | | | | |

| August | | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| Less Lethal Re-certs | Draper PD | Less Lethal Cadre | 800 | 1400 | 6 |
| Taser Re-certs | Draper PD | Taser Cadre | 1400 | 1800 | 4 |

| August | | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| Less Lethal Re-certs | Draper PD | Less Lethal Cadre | 800 | 1400 | 6 |
| Taser Re-certs | Draper PD | Taser Cadre | 1400 | 1800 | 4 |

| September - 9th - B side | | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| PT test | Draper City PD | Carpenter | 800 | 930 | 1.5 |
| Leadership Reaction Course | Camp Williams | Carpenter | 1000 | 1800 | 8 |

| September - 16th - A side | | | | | |
|---|---|---|---|---|---|
| **Course** | **Location** | **Instructor** | **Begin** | **End** | **Hrs** |
| PT test | Draper City PD | Carpenter | 800 | 930 | 1.5 |

Draper Police Department 2014 Yearly Training

| Leadership Reaction Course | Camp Williams | Carpenter | 1000 | 1800 | 8 |
|---|---|---|---|---|---|

**October 14th - A side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Patrol Rifle | Camp Williams | Herbert/Upchurch/J. Harris | 800 | 1800 | 10 |

**October 21st - B side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Patrol Rifle | Camp Williams | Herbert/Upchurch/J. Harris | 800 | 1800 | 10 |

**November 11th - A SIDE**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| No Training | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Hours: | 10 |

**November 18th - B SIDE**

| No Training | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Hours: | 10 |

**December 9th A-side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Detectives | | | 800 | 1800 | 10 |
| SL SANE | | | | | |
| | | | | | |

**December 16th - B side**

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Detectives | | | 800 | 1800 | 10 |
| SL SANE | | | | | |

Draper Police Department Training Calendar - 2015

### 1/13/2015 — B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Taser Cameras | Draper PD | Carpenter | 8:00 | 10:00 | 2 |
| Less Lethal 40mm/shotgun | Camp Williams | Less Lethal Cadre | 10:00 | 12:00 | 2 |
| Patrol Rifle | Camp Williams | Patrol Rifle Cadre | 12:00 | 18:00 | 6 |

### 1/20/2015 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Taser Cameras | Draper PD | Carpenter | 8:00 | 10:00 | 2 |
| Less Lethal 40mm/shotgun | Camp Williams | Less Lethal Cadre | 10:00 | 12:00 | 2 |
| Patrol Rifle | Camp Williams | Patrol Rifle Cadre | 12:00 | 18:00 | 6 |

### 2/10/2015 — B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Dept. Survey Results follow up | Draper City Council Room | Chief and Deputy Chief | 8:00 | 9:00 | 1 |
| Report Writing | Draper City Council Room | Report Writing Committee | 9:00 | 10:30 | 1.5 |
| UCJIS | Draper City Council Room | Records Supervisor | 10:30 | 11:30 | 1 |
| WRAP | Draper City Council Room | DT Cadre | 11:30 | 13:00 | 1.5 |
| Arrest Control | TBA (school) | DT Cadre | 14:00 | 18:00 | 4 |

### 2/17/2015 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Dept. Survey Results follow up | Draper City Council Room | Chief and Deputy Chief | 8:00 | 9:00 | 1 |
| Report Writing | Draper City Council Room | Report Writing Committee | 9:00 | 10:30 | 1.5 |
| UCJIS | Draper City Council Room | Records Supervisor | 10:30 | 11:30 | 1 |
| WRAP | Draper City Council Room | DT Cadre | 11:30 | 13:00 | 1.5 |
| Arrest Control | TBA (school) | DT Cadre | 14:00 | 18:00 | 4 |

### 3/10/2015 — B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Sexual Harassment | Draper PD | Human Resources | 10:00 | 11:00 | 1 |
| Hate Crimes | Draper PD | Evans | 11:00 | 11:30 | 0.5 |
| Social Media | Draper PD | Carpenter | 11:30 | 12:30 | 1 |
| Impaired Hearing | Draper PD | Sgt. Harris | 12:30 | 13:00 | 0.5 |
| Limitied English Proficiency | Draper PD | Sgt. Newman | 13:00 | 13:30 | 0.5 |
| Brady Material | Draper PD | Sgt. Coe | 13:30 | 14:00 | 0.5 |
| Handgun Night Shoot | Camp Williams | Firearms Cadre | 15:00 | 20:00 | 5 |

### 3/17/2015 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| Sexual Harassment | Draper PD | Human Resources | 10:00 | 11:00 | 1 |
| Hate Crimes | Draper PD | Evans | 11:00 | 11:30 | 0.5 |
| Social Media | Draper PD | Carpenter | 11:30 | 12:30 | 1 |
| Impaired Hearing | Draper PD | Sgt. Street | 12:30 | 13:00 | 0.5 |
| Limitied English Proficiency | Draper PD | Sgt. Adams | 13:00 | 13:30 | 0.5 |
| Brady Material | Draper PD | Sgt. Fackrell | 13:30 | 14:00 | 0.5 |
| Handgun Night Shoot | Camp Williams | Firearms Cadre | 15:00 | 20:00 | 5 |

### 4/14/2015 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - Skills Test | Juan Diego HS | Carpenter | 8:00 | 10:00 | 2 |
| Legal Update | Draper PD | City Prosecutor | 10:00 | 12:00 | 2 |
| Handgun Day Shoot | Camp Williams | Firearms Cadre | 13:00 | 18:00 | 5 |

### 4/21/2015 — B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| PT - Skills Test | Juan Diego HS | Carpenter | 8:00 | 10:00 | 2 |
| Legal Update | Draper PD | City Prosecutor | 10:00 | 12:00 | 2 |
| Handgun Day Shoot | Camp Williams | Firearms Cadre | 13:00 | 18:00 | 5 |

### 5/12/2015 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| High Risk Enforcement | Draper PD | LASO SEB | 8:00 | 18:00 | 10 |

### 5/19/2015 — B side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| High Risk Enforcement | Draper PD | LASO SEB | 8:00 | 18:00 | 10 |

### 6/9/2015 — A side

| Course | Location | Instructor | Begin | End | Hrs |
|---|---|---|---|---|---|
| High Risk Enforcement | Draper PD | LASO SEB | 8:00 | 18:00 | 10 |

Appendix 1

Draper Police Department Training Calendar - 2015

| 6/16/2015 | B side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| High Risk Enforcement | Draper PD | LASO SEB | 8:00 | 18:00 | 10 |

| 7/21/2015 | A side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| EVO - Skills Course | EVO Range | EVO Cadre | 7:00 | 15:00 | 8 |
| Peer Support | Draper PD | Peer Support Cadre | 16:00 | 17:00 | 1 |

| 7/28/2015 | B side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| EVO - Skills Course | EVO Range | EVO Cadre | 7:00 | 15:00 | 8 |
| Peer Support | Draper PD | Peer Support Cadre | 16:00 | 17:00 | 1 |

| 8/11/2015 | B side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| Handgun Day Shoot | Camp Williams | Firearms Cadre | 8:00 | 12:00 | 4 |
| ACLU/Libertas | City Council Room | ACLU | 13:00 | 15:00 | 2 |
| COPS | | Sgt. Evans | 15:00 | 16:00 | 1 |
| DT | | DT Cadre | 16:00 | 18:00 | 2 |

| 8/18/2015 | A side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| Handgun Day Shoot | Camp Williams | Firearms Cadre | 8:00 | 12:00 | 4 |
| ACLU/Libertas | City Council Room | ACLU | 13:00 | 15:00 | 2 |
| COPS | | Sgt. Evans | 15:00 | 16:00 | 1 |
| DT | | DT Cadre | 16:00 | 18:00 | 2 |

| 9/1/2015 | B side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| PT - Physical Fitness Test | Draper PD | Carpenter | 13:00 | 15:00 | 2 |
| EVO - Pursuit Driving | EVO Range | EVO Cadre | 16:00 | 23:00 | 7 |

| 9/8/2015 | A side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| PT - Physical Fitness Test | Draper PD | Carpenter | 13:00 | 15:00 | 2 |
| EVO - Pursuit Driving | EVO Range | EVO Cadre | 16:00 | 23:00 | 7 |

| 10/13/2015 | A side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| COP training | DPD | COP Committee | 8:00 | 13:00 | 5 |
| Patrol Rifle | Camp Williams | Patrol Rifle Cadre | 13:30 | 18:00 | 4.5 |

| 10/20/2015 | B side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| COP training | DPD | COP Committee | 8:00 | 13:00 | 5 |
| Patrol Rifle | Camp Williams | Patrol Rifle Cadre | 13:30 | 18:00 | 4.5 |

| 11/10/2015 | A side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| UCJIS | Draper PD | Records Supervisor | 8:00 | 9:00 | 1 |
| SIMULATOR/Firearms | Salt Lake County Range | Firearms Cadre | 10:00 | 15:00 | 5 |
| Search and Seizure | Draper PD | Detectives | 16:00 | 18:00 | 2 |

| 11/17/2015 | B side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| UCJIS | Draper PD | Records Supervisor | 8:00 | 9:00 | 1 |
| SIMULATOR/Firearms | Salt Lake County Range | Firearms Cadre | 10:00 | 15:00 | 5 |
| Search and Seizure | Draper PD | Detectives | 16:00 | 18:00 | 2 |

| 12/8/2015 | A side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| Taser | Draper PD | Taser Instructors | 8:00 | 10:00 | 2 |
| ASP Baton | Draper PD | ASP Instructors | 10:00 | 12:00 | 2 |
| OC | Draper PD | Less Lethal Cadre | 13:00 | 15:00 | 2 |
| Arrest Control | TBD | DT Cadre | 15:00 | 18:00 | 3 |

| 12/15/2015 | B side | | | | |
|---|---|---|---|---|---|
| Course | Location | Instructor | Begin | End | Hrs |
| Taser | Draper PD | Taser Instructors | 8:00 | 10:00 | 2 |
| ASP Baton | Draper PD | ASP Instructors | 10:00 | 12:00 | 2 |
| OC | Draper PD | Less Lethal Cadre | 13:00 | 15:00 | 2 |
| Arrest Control | TBD | DT Cadre | 15:00 | 18:00 | 3 |

Appendix 1

# UNCONVENTIONAL SHOOTING POSITIONS/GROUND SHOOTING TO STANDING

Officer Scott Adams

June 9, 2011

DRAPER-CHT-0310

GOAL:

The objective of this training is to teach and instruct officers on how to safely draw, fire, and stand when an officer has fallen or been pushed to the ground, where deadly force may be needed. Also teach and instruct how to handle firearms in a safe and controlled manner while moving from an ground position to a standing position.

OBJECTIVES:

Draper Police Officers will:

- Understand the need to be able to draw and fire from a prone/ground position.
- Understand the reason and tactics used to come to a standing position from the prone/ground position.
- Understand the different shooting positions other then standing.
- Understand and demonstrate that anytime an officer falls to their back their knees should automatically come up, just like ground fighting.
- The officer should be zipped up.

ITEMS and MATERIALS:

Instructor:
- Eye Protection
- Ear Protection
- Clip board (notes)

Officer:
- Eye Protection
- Ear Protection
- Knee pads (Optional)
- Duty Vest
- Duty Belt
- On-duty handgun
- 3 Magazines
- 21 rounds (7 rounds each magazine)

OUTLINE:

Phase One:

-Dry Fire-

**INSTRUCTION**

Start from the ground position (on back).
Draw their weapon (keeping it pointed down range).
Bring the weapon in between their knees (NO Lasering).
Roll to the right side, dry fire.
Roll to the middle, dry fire.
Roll to the left, dry fire.
Roll to their non shooting side and come to a defensive sitting position, dry fire (opposite for left hand shooters).
With support hand and foot planted on the ground pull leg through to a kneeling position, dry fire and reload.
When it is safe the officer will stand, scan, breathe and holster. (KEEPING THEIR WEAPON DOWN RANGE AT ALL TIMES)
REPEATE UNTIL OFFICERS DEMONSTRATE THEY CAN DO THIS SAFELY.


Phase Two:
-Live Fire-
**INSTRUCTION (7 rounds each mag, 3 mags total)**
Start from the ground position (on back).
Draw their weapon (keeping it pointed down range).
Bring the weapon in between their knees (NO Lasering).
Roll to the right side, dry fire 1 rounds.
Roll to the middle, dry fire 1 round.
Roll to the left, dry fire 1 rounds.
Roll to their non shooting (weak) side and come to a defensive sitting position. 1 round (opposite for left hand shooters)
With support hand and foot planted on the ground pull leg through to a kneeling position. 3 rounds (Failure Drill) and reload.
When it is safe the officer will stand.... scan, breathe and holster. (KEEPING THEIR WEAPON DOWN RANGE AT ALL TIMES)



Annual CEW User Update

Version 19
April, 2013

DRAPER-CHT-0313

# Annual Certification Requirements

- Each agency must determine the contents of each continuing and update training
- TASER's minimum requirements for annual user recertification include:
  - Review of this entire presentation including notes
  - Review of current law enforcement warnings
  - Firing two cartridges



TASER
TRAINING ACADEMY
©1999-2013 TASER International Inc.



# Contents

- ECD Smart Use Guidelines: Legal Update
- Medical and Safety Refresher
- Tactical Consideration Update

**WARNING**

**Conducted Electrical Weapon**
- Can temporarily incapacitate target.
- Can cause death or serious injury.
- Obey warnings, instructions and all laws.
- Comply with current training materials and requirements.
- See www.TASER.com.

Be sure to read the notes for each slide

TASER
TRAINING ACADEMY
©1999-2013 TASER International Inc.



CEW Smart Use
Considerations

TASER does not provide legal advice.

DRAPER-CHT-0316

# 4th Amendment Risk Benefit Standard



"[I]n judging whether [officer's] actions were reasonable, we must consider the risk of bodily harm that [officer's] actions posed to [suspect] in light of the [suspect's] threat to the public that [officer] was trying to eliminate."

*Scott v. Harris*, 550 U.S. 372, 383 (2007)

DRAPER-CHT-0317

# 4th Amendment – CEW Probe Mode

CEW in dart mode constitutes an "intermediate, significant level" of force that must be justified by a strong government interest[1]

- Pepper spray and batons are also intermediate force options.

CEW against a non-violent misdemeanant who appeared to pose no immediate threat and who was given no warning was unconstitutional excessive force[2]



©1999-2013 TASER International Inc.

# 4th Amendment

"It is an excessive and unreasonable use of force for a police officer repeatedly to administer electrical shocks with a [CEW] on an individual who no longer is armed, has been brought to the ground, has been restrained physically by several other officers, and no longer is actively resisting arrest."*

TASER
TRAINING ACADEMY
©1994-2013 TASER International Inc.

# CEW Probe Mode Guidance

(**Generally**) To use CEW in probe mode officer must reasonably perceive subject to be:

- An immediate threat of harm/injury, or

- Fleeing or flight risk from serious offense crime and the officer is justified in tackling the person.

Consider necessity of a verbal warning before deploying the CEW.

Be aware of foreseeable primary risks and risks of secondary injury, especially falls from heights or on hard surfaces, ignition of flammables, or effects of intermittent clothing disconnects.

TASER
TRAINING ACADEMY
©1999-2013 TASER International Inc.

# X26 CEW Drive-Stun Guidance
## (Using Force ONLY to Gain Volitional Compliance)

Using X26 CEW for volitional compliance (when feasible):

- Reasonably perceive person is "actively resisting"

- Have a reasonable belief person is capable of volitional compliance to commands

- Avoid conflicting commands

- Give a warning of the imminent application of force

- Must give adequate time for volitional compliance to warning:

  - Time "to recover from extreme pain" experienced,

  - Opportunity to "gather herself,"

  - Opportunity to "consider her refusal to comply" with officer's commands/directives before next force application

- Always prepare clear, complete, unambiguous reports.

©1999-2013 TASER International Inc.

TASER
TRAINING ACADEMY



# X26 CEW Drive-Stun Guidance
(Using Force ONLY to Gain Volitional Compliance)

Person must be given a reasonable opportunity to comply with officer's directives prior to each X26 CEW drive-stun application.

For example, the 9th Cir.[1] has found that 3 X26 CEW drive-stun applications in rapid succession provided no time for an actively resisting pregnant female to recover from the extreme pain she experienced, gather herself, and reconsider her refusal to comply.

This does **NOT** apply to multi-electrode CEWs including the X2 and X3 CEWs.*

©1999-2013 TASER International Inc.

# Additional Force Factors



- Court may consider "the availability of [less injurious] alternative methods of capturing or subduing a suspect." 1

- Court may consider what officers knew about the suspect's health, mental condition, or other relevant frailties. *2

- Officer should give a warning before force when appropriate.

©1999-2013 TASER International Inc.

DRAPER-CHT-0323

# Considerations to Avoid CEW Excessive Force Liability

Force decision must reasonably consider (as time and circumstances reasonably permit):

- Officer's reasonable perceptions of subject's actions or behaviors the officer is attempting to stop, thwart, or control

- Officer's objective for using force
  - Use CEW only to accomplish lawful objectives

- Quantum of Force:
  - Foreseeable risks of injuries or harm to subject resulting from force to be used
  - Foreseeable secondary risks of injury

- (When necessary) Give warning and reasonably perceive subject capable of complying with demands

©1993-2013 TASER International Inc.

DRAPER-CHT-0324

# Considerations to Avoid CEW Excessive Force Liability

- Follow "targeting guidelines" when feasible and use 5-second "window of opportunity" to restrain and "cuff under power"

- Every CEW trigger pull or 5 seconds of discharge must be justified under the specific circumstances of the incident

- CEW use is within:
  - Law (correctly applied legal standards of care) and
  - Agency Policy and Training

- Do not use CEW for:
  - verbal defiance
  - belligerence
  - punishment
  - horse play



TASER
TRAINING ACADEMY

©1999-2013 TASER International Inc.

V19 April 13

TASER TRAINING ACADEMY

# Considerations to Avoid CEW Excessive Force Liability

- Fully document
  - Subject's threats, behaviors, and actions
  - Each use or application of force
  - Each CEW trigger pull or 5-second discharge
  - Each mode of CEW use
  - Each injury or allegation of injury
- Avoid multiple, repeated, prolonged, extended, or continuous CEW exposures[1] unless necessary to counter reasonably perceived threat(s) and it is justifiable
  - always document your justifications

©1999-2013 TASER International Inc.



Brief Overview of Selected Portions of Medical and Safety

Review TASER's CEW Research Index and other documents and materials contained on the Training DVD and on TASER's website.

©1999-2013 TASER International Inc.

# CARDIAC

CEW cardiac risks are not zero.

CEW cardiac risks are sufficiently remote that making accurate risk or probability estimates are very difficult.

©1999-2013 TASER International Inc.

## CARDIAC

Experts have identified the following key factors related to CEW cardiac risks:

– Dart-to-heart ("DTH") distances,

– Amount of delivered electrical charge

The further a CEW dart is away from the heart and the lower the delivered electrical charge the lower the risk of the CEW affecting the heart.

©1999-2013 TASER International Inc.

DRAPER-CHT-0329

# CARDIAC

To reduce cardiac risks (when possible):

- Target the back
- Avoid targeting chest
- Avoid prolonged and repeated exposures

V19 Annual

TASER
TRAINING ACADEMY

©1999-2013 TASER International Inc.

# Avoid Extended Durations

Several law enforcement groups have set out 15 seconds (multiple applications or continuous) of CEW exposure as a significant safety point:

- Police Executive Research Forum (PERF), Community Oriented Policing Services (COPS), and US Department of Justice (DOJ) (March 2011)
- Int'l Association of Chiefs of Police (IACP) (April 2010)
- American Academy of Emergency Medicine (AAEM) (May 2011)
- National Institute of Justice (NIJ) (May 2011)
- Civil Rights Division, DOJ (December 2012)



TASER
TRAINING ACADEMY
©1999-2013 TASER International Inc.

DRAPER-CHT-0331

# Physiologically or Metabolically Compromised Persons



- Law-enforcement personnel are called upon to deal with individuals in crises that are often physiologically or metabolically compromised and may be susceptible to arrest-related death ("ARD")

- The subject may already be at risk of death or serious injury as a result of pre-existing conditions, individual susceptibilities, or other factors

- **Any physiologic or metabolic change may cause or contribute to death or serious injury**

- Follow your agency's guidance and policies when dealing with physiologically or metabolically compromised persons

©1999-2013 TASER International Inc.



DRAPER-CHT-0333

# Know Your CEW Trigger Operation: Continuous Discharge

- Remember, if you hold the trigger back, the X26 CEW will continue to discharge after the 5-second cycle until you release the trigger, as long as the battery charge is sufficient to support discharge

  – Does not apply to X2/X26P CEWs with APPM

- Holding the trigger back may result in continuous, extended, or prolonged CEW discharges and allegations of excessive force or elevated or cumulative subject injury

TASER

©1999-2013 TASER International Inc.

V19 Annual

TASER TRAINING ACADEMY

# TARGETING

**Avoid intentionally targeting the CEW on sensitive areas of the body such as the head, throat, breast, chest or area of the heart, genitals, or known pre-existing injury areas without legal justification.**

• The preferred target areas are below the neck area for back shots and the lower center mass (below chest or heart area) for front shots

  – Avoid sensitive areas

TASER
TRAINING ACADEMY
©1999-2013 TASER International Inc.

DRAPER-CHT-0335



# Preferred Target Zone Rear
## (when possible)

Below-neck (blue zone)

– Large muscles

– Avoid head

*The back is always the preferred target area when reasonably practicable under the totality of circumstances of the incident.*

# Preferred Target Zone Front
## (when possible)

Lower torso (blue zone below chest)

- More effective
  - Split the belt line
  - Larger muscles
- Reduces risk of hitting sensitive body areas (see current product warnings)
- Increases dart-to-heart (DTH) safety margin distances
- Do not intentionally target genitals

©1999-2013 TASER International Inc.

# Probe Placement

- Deploy per department SOP
- Greater probe spread generally increases effectiveness
  - "Incapacitation by all measures was found to be a function of spread; generally increasing in effectiveness up to spreads between 9 and 12 in. There were notable differences between front and back exposures, with front exposures not leading to full incapacitation of the upper extremities regardless of probe spread."[1]
  - If practical, minimum four-inch spread to have some effect
  - Narrow probe spreads typically are more effective if one probe is above the belt and the other probe is below the belt

©1999-2013 TASER International Inc.

TASER TRAINING ACADEMY

# Neuro-Muscular Incapacitation (NMI)

- There are different levels of NMI ranging from limited area effects to significant body lockup

- The greater probe spread, the higher likelihood of NMI

- CEWs may not achieve total NMI incapacitation

- Subject may maintain muscle control, particularly in arms and legs (depending on many factors, including probe locations)

- Be prepared with other force options including a drive-stun follow up to spread NMI over a wider area if necessary and reasonably appropriate

- Drive stun alone usually will not achieve NMI, only localized pain



TASER

©1999-2013 TASER International Inc.

# Injuries From Falls

- NMI frequently causes subject to fall

- Falls are often uncontrolled and subject is often unable to protect or catch himself

- Falls, even from ground level, can cause serious injuries or death

- Consider the environment (including the ground surface) and the likelihood of a fall related injury

- Consider intermittent connections/effects, such as intermittent clothing disconnects

©1993-2013 TASER International Inc.

TASER TRAINING ACADEMY

DRAPER-CHT-0340

# Controlling/Cuffing Under Power

You can go hands on with the subject during the 5-second cycle without feeling the effects of the NMI

– Electricity generally follows the path of least resistance

– Do not place hands on or between probes



TASER
TRAINING ACADEMY
©1999-2013 TASER International Inc.

# Controlling/Cuffing Under Power



©1999-2013 TASER International Inc.

- Use each 5-second CEW cycle as a "window of opportunity" to establish control/cuff while the subject is affected

- Move in, control, and handcuff subject while the CEW is cycling during the 5-second "window of opportunity"

# Controlling/Cuffing Under Power

- Be aware that emotionally disturbed persons (EDPs), focused, intoxicated, deaf, and excited delirium individuals may not comply with verbal commands

- The need for multiple 5-second cycles, or extended or prolonged CEW exposures, may be avoided or reduced by "controlling/cuffing under power" during the "window of opportunity" the 5-second CEW cycle provides

©1999-2013 TASER International Inc.

## Avoid Extended, Repeated, or Prolonged TASER CEW Applications[1] Where Practicable

- Each trigger pull and/or 5-second cycle or discharge must be legally justified

- Avoid extended, repeated, or prolonged CEW applications where practical

- The application of the CEW is a physically stressful event

- Attempt to minimize the physical and psychological stress to the subject



TASER
TRAINING ACADEMY
©1999-2013 TASER International Inc.

# Avoid Extended, Repeated, or Prolonged TASER CEW Applications Where Practicable

- Only apply the number of 5-second cycles reasonably necessary to capture, control or restrain the subject

- Human studies have not shown that CEW applications affect or impair breathing patterns

- If circumstances require extended duration or repeated discharges, the operator should carefully observe the subject and provide breaks in the CEW stimulation when practicable

V19 Annual[?]

TASER
TRAINING ACADEMY
©1999-2013 TASER International Inc.

TASER TRAINING ACADEMY

# Be Careful of Distractions

- There are incidents/cases where officers have been accused of using excessive CEW exposures caused by distractions (including by nearby family members, bystanders, incident witnesses), stress, etc.

- Be alert to and avoid potential or occurring distractions and stress induced hesitations that result in unnecessary additional 5-second CEW cycles or extended exposures

- Distraction and stress may result in the officer inadvertently holding the trigger down unintentionally which may result in a constant electrical discharge of unintended duration

TASER
TRAINING ACADEMY
©1999-2013 TASER International Inc.

# Clearly Record the Incident



- If available, use on-officer point of view ("POV") incident recording equipment

- When safe, consider using your radio to establish record of significant events with dispatch time logs (call in):

  – Immediately at end of CEW use

  – Immediately upon subject being handcuffed

  – Person's perceived medical status and condition and any changes

©1999-2013 TASER International Inc.

DRAPER-CHT-0348



DRAPER-CHT-0349



ASP Baton Certification (ABC) Program

Section 1: Course Introduction

DRAPER-CHT-0350



# Course Description

- 8 Hour hands on participatory seminar
- Trained operational use of the ASP tactical baton
- Focus on:
  1. Portation (Carrying)
  2. Presentation (Drawing)
  3. Striking techniques
  4. Mechanical function
  5. Maintenance

DRAPER-CHT-0351