# 1.04 Course Description

- ASP tactical baton is designed as a defensive impact weapon
- The program is simple to learn and easy to understand
- Provides efficient defensive impact weapon tactics for law enforcement without long hours of training
- Provides techniques that work 90% of the time on 90% of subjects and retains the ability to disengage or escalate
- Works effectively for all law enforcement officers
- The training incorporates drills which simulates the stress of street encounters
- Provide you with a basic understanding of the conditions in which the baton may be used, justification for use and how to document these actions

DRAPER-CHT-0352



# 1.05 Program Standards

- The ASP Instructor certification program is based on modern, court defensible police standards for less lethal use of force

- The ASP Tactical Baton programs are designed to meet three standards of training

  - The techniques work on the s reet not just in the classroom
  - The techniques are court defensible and are backed by the nation's most experienced use of force consultants
  - The program is administratively feasible for use in a contemporary law enforcement agency



DRAPER-CHT-0354



# 1.06 Safety

- SAFETY IS THE ULTIMATE RESPONSIBILITY OF THE INSTRUCTOR
- No functional firearms or other weapons allowed in the training area
- No jewelry
- Mouth guards are required
- Shoes should have good lateral and linear support
- Only ASP batons will be used
- The training area will be kept clear
- The Trainer will have a safety set
- All activity will stop on the whistle
- Participants will only strike areas covered by a training bag or protective training suit
- Batons will be kept in scabbards or duty belts when not in use

DRAPER-CHT-0355



ASP Baton Certification (ABC) Program

Section 2: Control Theory

DRAPER-CHT-0356



# 2.01 Overview

- The ability to use force against the public is permitted to law enforcement under the 4th Amendment

- As a result of the responsibility, the use of force comes under close scrutiny by both the public and the courts

DRAPER-CHT-0357

# 2.02 Confrontational Continuum

- In an attempt to define and clarify appropriate circumstances for the use of force, the Confrontational Continuum was developed

- The Continuum provides the law enforcement administrator with a realistic means of evaluating force usage, while providing the street officer with reasonable guidance in determining what level of force is needed

- The Continuum was developed in a effort to explain to law enforcement personal the proper response to assailant's actions and designed as a mechanism for explaining the level of force that was employed and the circumstances under which it was exercised

- Specific Agencies have diverse labels and techniques for its force options, however the order of escalation and evaluation of techniques used, are generally consistent among agencies

- The physical process of arrest occurs after control has been achieved. Force must cease when control has been effected. Restraint after control must be viewed as part of al use of force training

# 2.06 Use of Force Evaluations

- The goal of a law enforcement officer in a confrontation is to control the subject.

- Control is not a 50/50 balance. The officer must win and not just 50% of the time. If have the confrontation result in a failure to control the subject, the officer and the general public are put in critical danger.

- Each technique employed in a confrontation must be evaluated in terms of its likelihood to gain control compared to its likelihood to cause damage. This does not mean that officers must exhaust every lower option before moving to a higher level response. Such thinking is both naive and dangerous. The officer only needs to use a reasonable force option.

- In evaluating techniques, a final consideration must be made to insure the safety of the officer. This involves the officer's ability to instantly disengage or escalate in response to a confrontation based on the totality of the situation.

OVERHEAD A

THE CONFRONTATIONAL CONTINUUM

# Force Continuum

**Totality of the Situation**
Officer/Subject Factors   Multiple Officers
Age                       Multiple Subjects
Gender
Size
Fitness
Skill Level

**Special Circumstances**
Close Proximity to a Weapon
Specific Knowledge
Injury or Exhaustion
Ground Position
Disability
Imminent Danger

**Control Theory**
The Goal is Control
Control is not 50/50
You need Advantage for Control
Evaluate Propensity for Control v Damage
Ability to Disengage or Escalate is Imperative

Officer Reaction

Assailant Action

Force Options

| Dialogue | Escort | Pain | Mechanical | Baton | Firearm |
|----------|--------|------|------------|-------|---------|

# 2.11 Documentation

## REPORT DOCUMENTATION

- The type of call which first brought the officer in contact with the subject
- The number of persons involved in the situation
- The time of day, physical setting and type of situation
- What subject said to the officer
- The subject's demeanor and attitude
- What the officer said
- The subject's actions and officers reaction
- A detailed report of the officers injuries, including photographs when Possible
- A detailed report of the subject's injuries, including photographs when possible
- Names, addresses, and telephone numbers of neutral witnesses not involved in the confrontation

DRAPER-CHT-0361



DRAPER-CHT-0362



# Overview

- The ASP Tactical Batons are defensive police impact weapon

- The baton provides uniform officers with quick access to an impact weapon which is always carried

- The concealable nature of the baton makes it ideal for plainclothes or undercover work

- The opening of the baton also presents a clear statement and warning prior to the application of force by an officer

DRAPER-CHT-0363

# 3.07 Maintenance and
# 3.08 Adjustment



ASP BATON EXPLODED VIEW

- The baton should be kept dry. If exposed to elements it should be opened and dried with a soft cloth. No **lubricant** should be placed on the shaft surfaces

- The baton should periodically be checked for wear and hairline cracks

- The cap should be checked for tightness and the o-ring lubricated with break-free

- The tip should be tight and loctite should be applied to secure it

- Worn grips should be replaced

- Worn or loose retaining clips should be replaced

  ✓ To increase the force necessary to open the baton widen the clip

  ✓ To lessen the force necessary to open the baton push the clip together

DRAPER-CHT-0364

# Lever Loc Baton



- The Lever Loc baton uses Two internal tube-stops, Two pairs of opposing stainless steel locking lugs, and a Stainless retention post
- This allows the Lever Loc baton to be opened and closed by hand
- The Lever Loc consists of only 16 parts
- It is closed with a simple clockwise twist of the shafts
- The baton is compatible with all existing Tactical Baton® caps and scabbards

DRAPER-CHT-0365

# 3.10 Rotating Scabbards



- The scabbard may be rotated to 12 positions or locked upright

- The slide bar can be adjusted to a variety of belt widths and locks into place

- The retaining clip can be adjusted for baton retention

- Closed batons should be drawn out of the top not the side of the scabbard. While extended batons are drawn out of the side

- Federal scabbard are designed with a closed face

DRAPER-CHT-0366



ASP also makes a full line of accessories for the batons

DRAPER-CHT-0367



ASP Baton Certification (ABC) Program

Section 4: Body Mechanics

DRAPER-CHT-0368



# Principles of Human Movement

- The ability to use basic body mechanics dramatically increases the officers ability to control a confrontation, while decreasing the chance of injury

- The foundation is the PYRAMID concept of defensive measures

- Hand position is the first line of defense. They must kept above the waist in front of the body and not over extended

- Officers must remain relaxed. Tense muscles cannot engage in dynamic movement and expend greater energy

- Officers should remain centered while decentralizing there assailant maintaining a position of advantage

PYRAMID CONCEPT

1. Wide Base
2. Deep Base
3. Low Center
4. Head Over Center

DRAPER-CHT-0369



COMPONENTS OF POWER

RIGIDITY PRESENTS TREMENDOUS PROBLEMS DURING A CONFRONTATION. IT IS TIED TO TENSION, FEAR, NERVOUSNESS AND LACK OF CONFIDENCE.

DRAPER-CHT-0372



DRAPER-CHT-0373



COMPONENTS OF POWER

GENERATED THROUGH CONTINUOUS REPETITION. CAN MAKE UP FOR LACK OF STRENGTH.

DRAPER-CHT-0374



COMPONENTS OF POWER

WORKS IN CONJUNCTION WITH THE OTHER COMPONENTS OF POWER. THE STRONGEST OFFICER POSSESSES LITTLE POWER WHEN OFF BALANCE OR EXHAUSTED.

DRAPER-CHT-0375



COMPONENTS OF POWER

Kevin Parsons, PhD

KEEP IT SHORT & SIMPLE!

DRAPER-CHT-0376



ASP Baton Certification (ABC) Program

Section 5: Training Terminology

DRAPER-CHT-0377



DRAPER-CHT-0370



DRAPER-CHT-0371

# Training Terminology

- CLEARANCE STRIKE: Baton strikes coming from the reaction side

- FINE MOTOR SKILLS: Complex movement of small muscle groups

- FORGIVING TECHNIQUES: Skills that are effective even when not done exactly right

- GROSS MOTOR SKILLS: Simple movements of the large muscle groups

- HARD BATON: Expandable baton

- REACTION SIDE: Side of the officers that is bladed closest to the subject

- SOFT BATONS: (Foam) Padded training batons.

- UNIVERSAL CUE: A direction that applies in all circumstances

- WEAPON SIDE: Dominant side of the officer's body

DRAPER-CHT-0378



ASP Baton Certification (ABC) Program

Section 6: Training Format

DRAPER-CHT-0379

# 6.01 Warm-Up and Warm-Down



- All training sessions will be preceded by an adequate warm-up (Daily Dozen)

    1) A warm-up emphasizing flexibility and agility without bouncing or jerking. The warm-up will be repeated after extended breaks

    2) A warm-down will be done after strenuous activity to reduce stiffness and soreness

DRAPER-CHT-0380

# 6.02 Progressive Training

- Techniques are taught using a four part progressive format to ensure that all participants gain competency during the session
- Structured to a set deliberate 8 strike pace:

  1) By the numbers: 1-2-3 to introduce the skill

  2) Slow to form: 4-5-6 to concentrate on the form

  3) Full speed and power: 7-8 add speed and power

  4) Simulation: Realism under stress

DRAPER-CHT-0381

# 6.05 Drill Formations

- Five basic formations

1) **Line:** Two lines facing each other

2) **Wheel:** Two circles, with one inner circle and one outer circle. Dynamic movement is added

3) **Post:** Students perform a specified technique moving in a zigzag pattern between the bags

4) **Circle:** A single student will enter a circle to perform techniques against bag holders or training suits

5) **Three minute:** 2 officers one with a bag and the other with a soft baton. The drill is run for 3 minutes with the subject being taken to the ground, stabilized and restrained

DRAPER-CHT-0382

# 6.06 Verbalization

- The verbal exchange in any confrontation is very important. Verbalization practice during training is critical
- Verbalization helps the subject understand what is expected
- Verbalization also helps bystanders understand what the officer is trying to do. It turns bystanders into witnesses
- All verbalization should be documented in officers reports

DRAPER-CHT-0383



# 6.07 Stances

- Interview stance: Designed to be a natural, comfortable way for officers to stand all the time
  - PYRAMID concept
  - Hands above the waist with the baton in the weapon hand
  - Maintain safe separation of two arms length

- Combat stance: Maximizes the availability of the baton while putting you in the best defensive position
  - PYRAMID concept
  - Commands are BACK stay BACK

- Reaction side: First line of defense (Checks or redirects assaults)
  - Hand is at eye level, arm at 45 angle
  - Used to create safe separation with the cheek and redirection
  - Command is BACK

- Weapon side: Weapon delivery system (Grips the baton or firearm)
  - Hold baton at jaw level pointing the end cap at the subject arm at 45 angle resting the baton on your shoulder
  - Used to stop or impede
  - Command is DOWN

# 6.09 Safe Separation

- Separation of 2 arms length allows officers to deal with sudden assaults

- To maintain separation officers must deal with the subjects momentum, re-establish distance, and if necessary strike MDS

- Separation can be established by 2 techniques
  1) Check: Stopping the forward movement of a subject
  2) Redirect: To control and change the direction of a subjects attack



DRAPER-CHT-0385



# 6.10 Stabilization and 6.11 Restraint

- When the aggression and resistance cease, the officer should move to a position of advantage and stabilize the subject to facilitate restraints

- The officer can then use two types of restraints to secure the subject
  1) Hard restraints: Tactical handcuffs
  2) Soft restraints: Disposable

DRAPER-CHT-0386



ASP Baton Certification (ABC) Program

Section 7: Basic Baton Skills

DRAPER-CHT-0387



# 7.01 Portation and 7.02 Presentation

- The ASP tactical baton can be carried on either the reaction or weapon side of the body. It should be drawn with that hand

- The baton is always carried in the closed mode tip down

- After drawing the baton, it is always held in the weapon hand while delivering strikes with a full hand grip

- Officers will then assume either a interview stance or a combat stance depending on the threat level

DRAPER-CHT-0388

# 7.05 ASP Modes



- The baton is used in two modes determined by the distance to the threat encountered by the officer.
  - Closed mode
  - Open mode
- All techniques are designed to deliver one or more strikes to the center mass of the presented threat to disable the assailant's Delivery System
  - Arm
  - Body
  - Leg
- All techniques are to be delivered at a 45 angle down and in the open mode with the last 3 inches of the baton.
- Do not target strikes to the head, neck, spine, sternum or groin.

DRAPER-CHT-0389

# 7.07 Opening the ASP Tactical Baton



- Opening the ASP baton provides a distinctive audible CLICK and visual presentation

- A full 45° angle extension of the arm will open and lock both the Friction Loc and Lever Loc baton. The Lever loc may also be open and locked by pulling on the extended tip.

- Opening the baton to the sky provides for maximum visibility but requires the swing be stopped and reversed to execute a strike.

- Opening to the ground provides minimal visibility but allows the opening swing into an immediate strike

DRAPER-CHT-0390

# 7.08 Closing the ASP Tactical Baton



○ When closing the Friction Loc baton the officer widens his stance and bends both knees, keeping his eyes on the subject.

○ The baton is closed by striking down on a non-giving surface in two ways.

  ^ Finger close
  ^ Combat close

○ The Lever lock baton is closed by turning both shifts clockwise to collapse the baton. The Lever Loc should not be struck against a non-giving surface to close.



ASP Baton Certification (ABC) Program

Section 8: Baton Strikes

DRAPER-CHT-0392



# Baton Strikes

- Baton techniques must be kept simple and easy to remember in order to be effective
- The higher the officers stress level, the less capable they are to perform complex defensive measures
- Baton techniques must be simple, forgiving and easily performed
- After use of the baton technique the subject must be restrained

DRAPER-CHT-0393



# 8.01 Closed Mode Strikes

- Closed mode strikes are close contact techniques with a aggressive subject
- The Techniques are designed to provide safe separation
- There are 3 closed mode strikes:

DRAPER-CHT-0394



# 8.01a Weapon Strike

CLOSED MODE WEAPON STRIKE

- The baton is held in a full hand grip with the thumb across the tip
- The Strike is delivered at a 45° downward angle at the center mass of the target
- The primary striking surface is the cap

DRAPER-CHT-0395

# 8.01b Reaction Strike



CLOSED MODE REACTION STRIKE

- This strike is designed to return the baton to the Weapon side
- The baton is held in a full-hand grip with the thumb across the tip
- The Strike is delivered at a 45° downward angle at the center mass of the target
- The primary striking surface is the cap

DRAPER-CHT-0396



# 8.01c Straight Strike

CLOSED MODE STRAIGHT STRIKE

- The strike is executed from the weapon side
- The baton in a vertical position with the tip up
- The strike is delivered at a 45° downward angle at the center mass of the target
- The primary striking surface is the fist or (knuckles of the weapon hand)

DRAPER-CHT-0397



# 8.02 Open Mode Strikes

- Open mode strikes are long range techniques that provide additional safe separation and increase the ability to disengage

- There are 3 open mode strikes:

DRAPER-CHT-0398



# 8.02a Weapon Strike

OPEN MODE WEAPON STRIKE

- This is the most powerful and most often used strike
- The strike is performed at a 45° angle striking with the last 3 inches of the baton
- Allow the baton to dwell for the benefit of the fluid shock
- Officer should strike as hard as possible as long as resistance continues

DRAPER-CHT-0399

# 8.02c Reaction Strike



OPEN MODE REACTION STRIKE

- This strike is less powerful and designed to return the baton to the Weapon Side

- This strike is designed to be a clearance strike to move the subject away

- The weapon hand is palm down striking at a 45° angle with the last 3 inches of the baton at center mass of the body

DRAPER-CHT-0400



# 8.02d Straight Strike

OPEN MODE STRAIGHT STRIKE

- The strike is used to create distance
- The reaction hand grips the end shaft palm down
- The weapon hand is then thrust forward as the baton is thrust downwards at a 45° angle towards the center mass of the subject
- The striking surface is the middle shaft of the baton

DRAPER-CHT-0401

# Draper City Police Department

## Firearms Block Training

### 06/10/2005 and 06/24/2005

DEPARTMENT POLICY

<u>USE OF FORCE</u>

It is imperative that officers act within the boundaries of legal guidelines and ethics, good judgment, and accepted practices whenever using force in the course of duty. Department Policies concerning the use of force and firearms are intended to offer general guidelines so that officers can be confident in their lawful exercise of such force. These policies do not cover every possible situation. The policy offers a foundation on which to base critical decisions regarding the use of force.

**Deadly Force - Statutory Authority**

<u>Authority to Use Deadly Force</u>

Peace officer's use of deadly force:

A peace officer, or any person acting by his command in his aid and assistance, is justified in using deadly force when:

- the officer is acting in obedience to and in accordance with the judgment of a competent court in executing a penalty of death;

- effecting an arrest or preventing an escape from custody following an arrest, where the officer reasonably believes that deadly force is necessary to prevent the arrest from being defeated by escape; and
  - the officer has probable cause to believe that the suspect has committed a felony offense involving the infliction or threatened infliction of death or serious bodily injury;" and
  - the officer has probable cause to believe the suspect poses a threat of death or serious bodily injury to the officer or to others if apprehension is delayed;

- the officer reasonably believes that the use of deadly force is necessary to prevent death or serious bodily injury to the officer or another person.

If feasible, a verbal warning should be given by the officer prior to any use of deadly force under Subsection (1) (b) or (1) (c)." (76-2-404 Utah Code)"

**Justification for Use of Deadly Force**

Justification for the use of deadly force must be limited to what reasonably appear to be the facts known or perceived by an officer at the time the officer decides to use such force.

Facts unknown to an officer, no matter how compelling, cannot be considered at a later-date to justify the use of such force.

DRAPER-CHT-0402

Considerations in Use of Deadly Force

Deadly force shall ONLY be exercised when all reasonable alternatives have been exhausted or appear impractical.  Officers should consider:

- Other methods of affecting an arrest.
- The direction in which the firearm is to be discharged because of the possibility that innocent persons or property may be struck.
- The age of the suspect and the offense committed.
- Light conditions (extreme caution must be used at night or when other conditions obscure the officer's vision).
- The danger of firing while running or jumping.

## Use of Force Other Than Deadly Force

### Statutory Guidelines

Force in Arrest (76-2-403)

Any person is justified in using any force, except deadly force, which he reasonably believes to be necessary to affect an arrest or to defend him self or another from bodily harm while making an arrest.  (Utah Code)

Fleeing or Resisting Person

An arrest is an actual restraint of the person arrested or submission to custody.  The person shall not be subjected to any more restraint than is necessary for his arrest and detention.  (77-7-1 Utah Code)  If the arrested person flees, forcibly resists, or jeopardizes the officers' safety or the safety of others, the officer may use force which the officer believes to be reasonably necessary to affect an arrest or to retain custody by preventing escape.  The officer is never authorized to use punitive force or punitive measures while affecting an arrest or preventing an escape.  Deadly force is authorized only under the criteria contained in § D50-02-01.00.

Preventing Escape from Confinement

"An inmate who is housed in a secure correctional facility and is in the act of escaping from that secure correctional facility or from the custody of a peace or correctional officer is presumed to pose a threat of death or serious bodily injury to an officer or others if apprehension is delayed."
An inmate who is housed in a secure correctional facility, and is in the act of escaping from a correctional officer or a peace officer who has custody of the individual outside the secure facility is also presumed to pose a threat of death or serious bodily injury to an officer or others if apprehension is delayed.

"Secure correctional facility" means any prison, penitentiary, or other institution operated by the department or under contract for the confinement of offenders, where force may be used to restrain them if they attempt to leave the institution without authorization." **(64-13-1 (9) Utah Code)"**

Arrest with a Warrant

The possession of a warrant of arrest does not provide the officer any additional powers to use force. The use of force or deadly force guidelines are the same whether or not a warrant exists.

Misdemeanants and Juveniles

An officer shall not use deadly force to effect an arrest or prevent the escape of one known by the officer to be a misdemeanant or a juvenile unless such person is attempting to escape by use of a deadly weapon or otherwise indicates that they will endanger human life or inflict great bodily harm unless arrested without delay or in situations where deadly force is necessary for the immediate protection or safety of the officer or others.

Incidents Resulting in Death or Injury of a Person

Sergeant's Responsibilities

The patrol Sergeant responding to the scene shall be responsible for the following duties:

The Sergeant arriving at the scene will obtain the basic facts of the incident. The Sergeant will incorporate this information in their report. The scene will be protected by sealing off the immediate area and, if possible, removing unauthorized persons - including police officers not required at the scene. The Sergeant will escort and maintain control of the officer(s) weapon(s) and magazines until it can be examined in the loaded state by the follow up officer assigned.

The involved officer will not be required to fill out the initial report. A Detective case investigator will fill out the initial report before going off duty.


## FIREARMS

### Authorized Firearms

- Officers may carry the Department-issued handgun, Glock 40 Caliber, which will not be modified in any manner, except that an approved compatible grip adapter may be used. The Training Unit must approve any other modifications.

- Officers may carry the department issued shotgun, Remington 870, which will not be modified in any manner, except that a shell sleeve may be added to the rear stock. The training unit must approve any other modifications. The Training Unit will require an officer to attend specific training with theses weapons to be carried, to insure safety and proficiency with the weapon. Officers must qualify yearly prior to the carrying of each weapon.

### Firearms Qualifications Requirements

- Every sworn officer must qualify a minimum of once every 12 months with a Department-approved handgun. Officers _failing_ to meet this standard will be subjected to administrative review which may result in suspension of police powers.

- Qualification Standards: The course of fire to be used for handgun qualification will be established by the Training sergeant and approved by the Chief of Police.

- Ammunition: Only Department-issued service ammunition is authorized for use in weapons, either on or off duty. This ammunition will not be modified in any way. The Department will provide all ammunition for Department training.

Restrictions On The Use Of Firearms

- Warning shots are prohibited. Discharging a firearm at a moving vehicle or from a moving vehicle is generally prohibited

## **OPTIONAL SIDEARM**

The Draper City Police Department will be instituting an optional sidearm weapons policy:

Officers may also carry another approved firearm, that they are currently qualified with, as their primary service weapon or as an off duty weapon. Officers are responsible to provide these weapons. They will not be issued equipment at this time. Officers that choose to participate in this program will be responsible for servicing and repairs or replacements at the Officer's cost.

Officers participating in this program must realize that even though the firearm may be their personal property; if it is used on or off duty it is subject to inspection and seizure (i.e. an officer involved shooting, I.A. investigations, Disciplinary action) and all other requirements of Draper City Police Department Policy. These firearms may not be altered, have any modifications or extra equipment except as allowed by Draper City Police Policy unless approved in writing by the Draper City Chief of Police.

Officers will only use department approved ammunition in these firearms. Officers in uniform are required to have an approved, full size frame pistol on their duty belt. Officers in uniform must also have a black basket weave holster with at least two retention points and black basket weave magazine holders to carry their pistol and magazines in. Officers will be responsible to purchase additional equipment needed to meet these standards at there own expense.

Pistols used in uniform or on official police business may not have any type of decorative grips or scrolling, such as Ivory grips. Pistols may only be factory blue, black or stainless steel finishes. Black factory finishes of other type will generally be acceptable, but subject to approval by the Department Armorer.

Plain clothes officers on official business, such as Detectives and Officers testifying in court must have their firearm secured in a holster with two retention points and concealed in some way. Officers may only carry one pistol visible on their person. The Draper City Police Department strongly recommends that all pistols carried off duty are carried in a holster with at least two retention points. Officers who are deemed to carrying their pistol off duty in an unsafe fashion will be ordered to secure the pistol and may be subject to disciplinary action.

Officers must qualify with any alternate pistol at least once a year.  Officers will have to show Department Firearms Instructors that they are proficient in the deployment of additional safety mechanisms and de-cocking levers inherent in some of these pistols to be allowed to carry them.  Proficiency will be decided by the Firearms Instructor and the Training unit after observation during qualification.

The approved list of alternative firearms is:

> All Glock model pistols in .40 and .45 caliber except "long slide" versions.

> All compact frame model Glock pistols in 9MM, .40 and .45 caliber

> All Colt 1911 Model, .45 Caliber pistols, except "long slide" versions

> All Springfield Armory .45 Caliber pistols, except "long slide" versions

> All Kimber Arms .45 Caliber pistols, except "long slide" versions.

> All Sig Saeur .40 and .45 caliber pistols, except "long slide" versions.

> All Sig Saeur 9MM compact frame pistols, except .380 caliber versions

> No other pistols will be approved for alternate carry at this time.

**SAFETY RULES:**

1. All guns are always loaded.
2. Keep your finger off the trigger until your sights are on the target.
3. Never point your weapon at anything you are not willing to destroy.
4. Make sure of your backstop and beyond.

**DRILLS:**

➢ Stance – Good fighting stance
   Isosceles and Weaver (difference and pros vs. cons)
➢ Draw stroke: 5 steps
   1. Hand on weapon, weak hand on stomach, thumb break
   2. Remove weapon from holster
   3. Lift weapon, cant muzzle forward
   4. Raise weapon, weak hand meets with weapon, sights on target
   5. Fire weapon
➢ Draw, front sight, squeeze trigger
➢ Trigger reset

**COURSES OF FIRE:**

<u>DRILL #1 – Precision shooting</u>

| | |
|---|---|
| Objective: | Instill a smooth draw and the use of front sight and trigger squeeze |
| Course: | Target acquisition, 1 round in 2 to 4 seconds |
| Distance: | 5 yard line (move to 7 yard line) |
| Weapons: | Glock 22 or personal handgun |
| Rounds: | 12 rounds |
| Time: | 1 hour |

The targets will be placed on the cardboard. 5 color coded circles will be on the target. The officer will be in the holster. On the command of a color, the officers will draw their weapons, acquire the matching color and fire one round at the designated color, for one precision shot. This will start out at 4 seconds. Once the officers are accustomed to this, the time will get shorter.

<u>DRILL #2 – Precision shooting</u>

| | |
|---|---|
| Objective: | Instill a smooth draw and the use of front sight and trigger squeeze |
| Course: | 1 round in 2 seconds |
| Distance: | 5 yard line (move to 7 yard line) |
| Weapons: | Glock 22 or personal handgun |
| Rounds: | 12 rounds handgun |
| Time: | 1 hour |

The head portion of the target will be divided into two sections (1-2), about 4 inches square. On command of a number, the officer will draw their weapon from the holster, come up on target to whichever number is given, use the front sight and squeeze the trigger for one precision headshot. (Incorporate moving forward while shooting.)

# Firearms Qualification and Specialized Training 2005
# Lesson Plan

0800 hrs TO  1700 hrs –Instructors: Sgt. Allred, Corporal Herbert, Corporal Carpenter

Meet Camp Williams Alternate Pistol Ranges

- Review of State use of force and deadly force statutes
- Review of departmental policies and procedures
- Review of weapons system, nomenclature, and operation
- Review of five rules of safe weapon handling

First course of fire; Basic marksmanship and pistol handling and sighting -- Instructor cadre

- Stance -- appropriate shooting stance, weight over heels, low center of gravity, "fighting stance"
- Draw stroke - Affirmative grip on weapon.  Affirmative "break of thumb snap and any other retention devices.  Pull straight up on weapon.  Punch weapon toward target as support hand meets with weapon hand.  Appropriate use of Weaver Stance or Isosileys stance.
- Dry Fire Practice focusing on Trigger reset
- Front sight and squeeze/surprise break practice
- **Colored Target Live Fire Drill**

Second Course of Fire; Combat Shooting. Shooting and reloading under stress.  -- Instructor Cadre

- El Presidente Drill

- Dozier Drill

- Battlefield Pick-up Drill

- Stress Shoot – Shooter vs. Shooter – Steel Targets

- **ALL LIVE FIRE DRILLS**

Third Course of fire;  Target Recognition and Confirmation, Use of Cover and Concealment

- Shoot/Don't Shoot Targets

- Shooting from cover and concealment

- Department Qualification

- **ALL LIVE FIRE DRILLS**

## DOZIER DRILL

| Name | Time | Score | Penalty | Total Score |
|------|------|-------|---------|-------------|
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |
|      |      |       |         |             |

## FIND YOUR SHOTGUN DRILL

| Name | Time | Score | Penalty | Total Score |
|------|------|-------|---------|-------------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Draper City Police Department Firearms Qualification – June 2006

0800hrs – CampWilliams Alternate Pistol Range
- classroom review of use of force and deadly force Utah State Law and Department Policy
- Lecture overview of basic firearms skills; stance, draw stroke, front sight, five rules of firearm safety

0830hrs – 1000hrs - Two "cold" hand gun qualifications using department issue ammunition

1000hrs – 1015hrs – Break

1015hrs – 1100hrs – Dozier Drill (Tim, please insert course of fire here)

1100hrs – 1200hrs – Shotgun Qualification, alternate handguns, alibi qualifications

1200 – 1300 hrs – LUNCH BREAK

1300hrs – Simmuntion Drills/Scenarios – Lecture and Safety Brief

- Edge weapon scenario – One officer
- ~~Domestic in progress – turns to barricade – turns to Active violence against role~~ players inside – Two Officers
- **Traffic Stop – Initiate stop, role player approaches police vehicles, returns to role player vehicle and grabs and threatens with choice of firearm, club or bat, or machete – Two Officers**

# Draper City Police Dept.
# Defensive Tactics
# 05.05.2009

-Make sure to that students switch partners often.
-Make sure Females are being worked with by all students.

Standing Search and Cuffing
Standing Search Take Down

Kneeling Search and Cuffing
Kneeling Search Take Down

Weapon Retention (Front)
Same Side Grab
Opposite Side Grab

Weapon Retention (Rear)
**Same Side Grab**
**Opposite Side Grab**

Ground Tactics

**Curled Defensive Sitting**
**Defensive Sitting to Standing**

Bridging/Arching
Leaning on Shoulders
Trying to Punch
Choking
Attempting to Pin Arms

Cross-body
Side Headlock
Lying across chest

# Confrontation Management: The 10 commandments of officer survival

### The Ten Commandments of Officer Survival

#1 - Thou Shalt Not <u>Not</u> Train.

#2 - Thou Shalt Not Defeat Thyself.

#3 - Thou Shalt Not Give Up.

#4 - Thou Shalt Not Fear Fear.

#5 - Thou Shalt Not Telegraph Your Intentions.

#6 - Thou Shalt Not Lose The Street Fight.

#7 - Thou Shalt Not Invite Disaster.

#8 - Thou Shalt Not Kill Unless It Is Absolutely necessary.

#9 - Thou Shalt Not Settle For Mediocrity.

#10 - Thou Shalt Not Presume Compliance.

Commandment #1

Thou Shalt Not......<u>Not</u> Train.

My friend, Officer Jeff Chudwin once commented to me, **"The military trains and trains and trains and rarely fights, whereas police officers fight and fight and fight, but rarely train."**

There are a few theories that "try" to explain why most police do not train with the same integrity and intensity as their military cousins. The only valid one is that budget restraints and time restraints make it difficult. **But that's still no excuse.** One of my students from the RCMP, Luc Cantera, runs 4 times a week, shoots, grapples and spars on a regular basis. His perspective: He wants to be ready any time, any place and at a moments notice.

Imagine, for a moment, getting seriously injured during a call. Imagine the impact on your confidence, pride and attitude. Imagine if you were hurt and couldn't train or possibly go to work for several weeks. And imagine if when you "physically" recovered you were gun-shy. Imagine all this.

This scenario is a fantasy of course (or perhaps a nightmare). But it need not be. "Totality" in your training is simply about being thorough, about taking violence seriously and training appropriately. I always tell my students, "If I am to lose, let me lose to the superior fighter. Let me lose because he was better than I was. Not because I was worse than him."

Coach Bear Bryant said, "**The will to win, compares little with the will to prepare to win.**" That 's one of my favorite quotes. Training is part of the job and you better take it seriously, because today's sociopath is far more dangerous than ever before. Defensive tactics skills are perishable. **If you don't use them, you'll lose them** and the absence of your physical confidence when you need it most, could be the difference between you going home or to the hospital**.**

You can't not train and expect to be your best at a moment's notice. Boxers agree to fight 3 months in advance to prepare for a contest. We don't have that luxury. "**You can't fake endurance.**"

Remember this: most calls involve subjects who <u>will</u> comply, **but not because they think <u>you</u> are very skilled at self-protection**, they comply because they choose to, because you are the police. Understanding the difference is crucial. The motivated resister is responsible for officer injuries. Ask yourself this: "Did I control my last physical confrontation because of my superior training, or did I control it because my opponent lacked training?"

Policing with integrity is a huge responsibility. If you are going to be given that **responsibility,** you better have the **ability** to **respond**. A police officer is warrior of peace and must train like a warrior. Take every aspect of your training seriously: cardiovascular, strength, stamina, simple close quarter skills, control & cuffing tactics, weapon retention and drawing and shooting - anything that enhances your survivability.



## ASP TACTICAL BATON CERTIFICATION

Name: Dave Harris    IBM# 8048    Date: 2-17-07

1.  A defensive tactic may be evaluated by balancing:

    a.  Control vs. Injury
    b.  Threat vs. Control
    c.  Attitude vs. Action
    d.  Age vs. Size
    e.  Action vs. Reaction

2.  The first force option is:

    a.  Baton
    b.  Pain Compliance
    c.  Firearm
    d.  Dialogue
    e.  Escort

3.  Officer/Subject factors include all of the following except:

    a.  Age
    b.  Weapon proximity
    c.  Fitness
    d.  Gender
    e.  Size

4.  Special Circumstances include all the following except:

    a.  Special knowledge
    b.  Disability
    c.  Ground position
    d.  Imminent danger
    e.  Multiple Officers or subjects

5.  A report documenting the use of force should include all the following except:

    a.  Time of day
    b.  Officer's injuries
    c.  Neutral witness
    d.  Vague statements
    e.  Subject's demeanor and attitude

6.  As per policy, the following statements regarding the ASP baton are true except:

    a.  Recertification is yearly
    b.  Reports are required if utilized against a subject
    c.  Medical assessment is required for a subject restrained by the ASP
    d.  Certification allows officers to use other types of tactical batons

7.  Parts of the ASP baton include all of the following except:

    a.  Handle
    b.  Cap
    c.  Grip
    d.  Blade
    e.  Retaining clip

DRAPER-CHT-0415

8.  When carried in the pocket, scabbard or belt, the ASP baton is positioned:

    a.  Tip down
    b.  Concealed
    c.  Tip up
    d.  Handle
    e.  Blade open

9.  The two ASP baton modes are:

    a.  Weapon and Reaction
    b.  Ready and Loaded
    c.  Open and Closed
    d.  Interview and Combat
    e.  Combat and Collapsed

10. ASP baton non-target areas include all of the following except:

    a.  Head
    b.  Groin
    c.  Arm
    d.  Spine
    e.  Sternum

11. The primary striking surface of the ASP baton in the open mode weapon strike is the:

    a.  Cap
    b.  Blade
    c.  Handle
    d.  Center of shaft assembly
    e.  Last 3 inches of the shaft assembly

12. All ASP baton strikes are delivered at an angle of:

    a.  45 degrees
    b.  90 degrees
    c.  80 degrees
    d.  0 degrees
    e.  B or C

13. All of the following are components of the Pyramid Concept except:

    a.  Low Center
    b.  Endurance
    c.  Head over center
    d.  Deep base
    e.  Wide base

14. All of the following are components of Power Generation except:

    a.  Balance
    b.  Flexibility
    c.  Speed
    d.  Focus
    e.  Decentralization

DRAPER-CHT-0416

15. The hand that draws the firearm is referred to the ASP baton training as the:

    a.  Weak hand
    b.  Weapon hand
    c.  Combat hand
    d.  Strong hand
    e.  Reaction hand

16. Two methods for safe separation from an attacking assailant are:

    a.  Withdraw and withstand
    b.  Open and closed
    c.  Drop and roll
    d.  Check and redirect
    e.  Interview and combat

17. The ASP is opened to the:

    a.  Front or rear
    b.  Left or right
    c.  Sky or ground
    d.  A and B
    e.  A and C

18. The Open Mode reaction strike is primarily used as a:

    a.  Combat strike
    b.  Power strike
    c.  Closing strike
    d.  Clearance strike
    e.  A or B

19. All of the following are trained ASP Baton strikes except:

    a.  Closed mode side
    b.  Rapid response
    c.  Closed mode weapon
    d.  Closed mode straight
    e.  Open mode weapon

20. The total number of trained ASP Baton strikes are:

    a.  5
    b.  6
    c.  7
    d.  8
    e.  9



DRAPER-CHT-0418



DRAPER-CHT-0419





DRAPER-CHT-0421



DRAPER-CHT-0422



DRAPER-CHT-0423



DRAPER-CHT-0424



DRAPER-CHT-0425



**OBJECTIVES**

- Explain the history and the modern use of aerosol projectors for law enforcement and corrections.

- Identify the levels of OC production and be able to state the differences between oil based and water based formulations.

- Describe the different delivery systems and explain the recommended spray patterns.

- Discuss the viability of OC Aerosol sprays and the effects.

ARMOR HOLDINGS, INC.



## OBJECTIVES

- Explain the different levels of contamination and how each level will effect an individual differently.

- Identify where OC can be utilized on the force continuum as an alternative to other force options.

- Demonstrate the proper technique for drawing, stance and gripping methods when deploying OC.

- Explain and demonstrate the proper decontamination procedures for an individual exposed to OC.



DRAPER-CHT-0428



# HISTORY

◄ The first use of pepper as a weapon during the wars between India and China.

◄ The U.S. military developed an OC compound, but found no effective method of delivery for military use.

◄ OC was carried by postal workers as a dog repellent, 0.35% strength.

ARMOR HOLDINGS, INC.

DRAPER-CHT-0429



## HISTORY

- The first commercial OC product for law enforcement was developed.

- The FBI began a study of OC, it concluded with the adoption of OC for use by their special agents in 1990.

- An incident occurred establishing the potential consequences of a flammable product.

ARMOR HOLDINGS, INC.

DRAPER-CHT-0430



DRAPER-CHT-0431



DRAPER-CHT-0432



DRAPER-CHT-0433



DRAPER-CHT-0434



WTO RIOT, SEATTLE
Sizing the Situation

ARMOR HOLDINGS, INC.

DRAPER-CHT-0435



DRAPER-CHT-0436



DRAPER-CHT-0437



DRAPER-CHT-0438



DRAPER-CHT-0439



DRAPER-CHT-0440



DRAPER-CHT-0441

# Definitions

- – a mixture of an essential oil and a resin found in nature.

- – oil of capsicum.

- – the heat or intensity.

- – a group of compounds, naturally occurring within the fats, oils, and waxes of the pepper plant. The amount of theses compounds determines the pungency of the pepper.





# Definitions

- – the most prevalent of the 7 compounds found within the Capsaicinoids and considered to be the <u>ACTIVE</u> ingredient in OC.

- – a measurement of heat as perceived from the burning sensation when placed on the tongue.

- – a liquid substance capable of dissolving or dispersing one or more other substances.

ARMOR HOLDINGS, Inc.

DRAPER-CHT-0443

# Definitions

- – a substance that creates an emulsion, or a mixture of mutually insoluble liquids in which one is dispersed in droplets throughout the other – <u>bonds two or more liquids together.</u>

- – the ingredient(s), other than the OC, which comprise the OC Formulation – carries the OC from the <u>canister to the target.</u>

- – the gas or liquid, which pressurizes the canister and propels the carrier and agent to the target.



ARMOR HOLDINGS, INC.



DRAPER-CHT-0445



DRAPER-CHT-0446



DRAPER-CHT-0447



Oil Based OC

▲ Requires greater volume of *solvents* to dilute and suspend the OC.

▲ Some *solvents* may ultimately propose health risks.

▲ Oil Based formulations have increased decontamination time.'



DRAPER-CHT-0449