

DRAPER-CHT-0450



DRAPER-CHT-0451



DRAPER-CHT-0452



## Blended Sprays

Blends provide the combined physiological effect of each ingredient. Blends produce a reaction that appears more powerful than any single formula.

DRAPER-CHT-0453



# SYNTHETIC OC

◢ ADVANTAGE

◢ **Consistent in its pungency.**

◢ DISADVANTAGE

◢ **Requires additional costly testing to ensure consistency.**

◢ **Is no more consistent than natural OC that has been tested for consistency.**

◢ **More costly overall.**

◢ **Stigma of laboratory produced versus "natural".**

DRAPER-CHT-0454



DRAPER-CHT-0455



- Solvents and emulsifiers are essential in producing OC formulations.

- Many formulations (particularly OIL Base) contain as much as 95% solvents.

- Some Solvents may have the potential to cause corneal burns and eye damage.



Excerpts from "SAX's Properties of Industrial Materials" eighth edition, volume II, by Richard J. Lewis, Sr.

ARMOR HOLDINGS, INC.

DRAPER-CHT-0457



DRAPER-CHT-0458



# Material Safety Data Sheet

May be used to comply with OSHA's Hazard Communication Standard,
29CFR1910. 1200 Standard must be consulted for specific requirements.

**FIRST DEFENSE®**

**QUICK IDENTIFIER**

Common Name (used on label and list)
5039, 5149, 5069, 5089, 5099, 5721, 5746, 5846L

## SECTION 1 -

Manufacturer
Name  *Defense Technology Corporation of America*

Address
Post Office Box 340

City, State, and ZIP  *Casper, Wyoming 82602*

Signature of Person
Responsible for Preparation (Optional)

Emergency
Telephone No.  (800) 424-9300

Other
Information
Calls  (307) 235-8321

Date
Prepared  2/15/99

## SECTION 2 - HAZARDOUS INGREDIENTS / IDENTITY

| Hazardous Component(s) (chemical & common name(s)) | OSHA PEL | ACGIH TLV | Other Exposure Limits | % (optional) | CAS NO. |
|---|---|---|---|---|---|
| Capsaicinoids | N/A | N/A | N/A | .18% | 404-86-4 |
| Propylene Glycol USP | N/A | N/A | N/A | 13% | 57-55-6 |
| Specially Denatured Alcohol (SDA) 40B | 1000 ppm | 1,000 ppm | 1,000 ppm | 28% | 64-17-5 |
| Distilled H₂O | N/A | N/A | N/A | 58% | N/A |

Nitrogen is the exclusive propellant.
There are no HCFC's or CFC's

U.S. Patent 5,215,708

**CAPSAICIN**
**0.18%**

**PROPYLENE**
**GLYCOL**
**13%**

**ETHANOL**
**28%**

**WATER**
**58%**

ARMOR HOLDINGS, INC.

DRAPER-CHT-0459



*Armor Holdings, Inc. Training Division*

*Less-Lethal Programs*

# HAUSER

Project: C70513
Date: July 25, 1996
Page 1 of 1
PO # 7293

**CLIENT:** Defense Technology Corp. of America
2136 Oil Drive
Casper, WY 82604-1511

Attn: Dave DuBay

**SAMPLES:** One (1) sample was received 7/23/96 labeled as:

1. Pepper Spray lot # OC560

**ANALYSIS:** Analysis was conducted for the percent of capsaicinoids present in the samples using an Aldrich standard purchased by HCR. Analysis was accomplished by High Pressure Liquid Chromatography (HPLC). Lot standard #3127E was also run for number verification. Ethanol and propylene glycol concentrations were determined by Gas Chromatography. Karl Fischer Coulometry determined water content.

**RESULTS:** The samples were found to contain the following:

| Sample # | % Capsaicinoids (w/w) | % Ethanol (w/w) | % Propylene Glycol (w/w) | % Water (w/w) |
|---|---|---|---|---|
| OC560 | 0.18 | 30 | 12 | 58 |
| Std. Lot # 3127E | 2.0 | | | |

**REPORT PREPARED BY:**

_James Vardas_
Associate Chemist

**ANALYSIS PERFORMED BY:**

James Vardas
Associate Chemist

**REPORT REVIEWED BY:**

_Dan Timmons_
Staff Chemist

OC Aerosol Projectors Basic ICP                                   23                                   Revised 02/07/99

DRAPER-CHT-0460



§ KALSEC

## Pure Food Guarantee

To: DEFENSE TECHNOLOGY

Address: 1855 SOUTH LOOP  CASPER, WY  82601

Subject to the conditions herein provided and in consideration of the purchase by the above customer, all shipments made by KALSEC®, Inc. to, or on the order of, the above customer, are hereby guaranteed, as of the date of such shipment or delivery, to be on such date, not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act and not an article which may not, under the provisions of section 404 or 505 of the act, be introduced into commerce.

This guarantee is subject to the following conditions:

It is subject to revocation on ten (10) days notice in writing to the above customer.

Customer shall give prompt notice to the undersigned of any claim by said customer or any third party arising out of any alleged breach of this guarantee and said undersigned, in the event of a claim by any third party, for damages alleged to be caused by a breach of said guarantee, shall have the option to assume the defense of the same by its counsel.

Date: January  6, 1995.

KALSEC® Inc.

Gary Kleinobar
Vice President

Food
Grade
Ingredients

Evaluating
Ingredients

ARMOR HOLDINGS



**INDUSTRIAL ALCOHOL DIVISION**

ONE McCORMICK LANE, WESTON, MISSOURI 64098 / TELEPHONE 1-816-640-2077 / FAX 816-640-3902

January 9, 1995

**Attn: Dave DuBay**
Defense Technology
Casper, WY 82602

**Attn: Defense Technology Consumer**

This letter is to state that the SDA-40-B, 190 proof alcohol, purchased from us by Defense Technology is manufactured by Midwest Grain Products Co. of Atchison, KS. The 190 proof alcohol used before denaturing is certified to be USP alcohol.

The denaturant, bitrex, is added to the alcohol as a detourant and is not harmful.

Regards,

Kim Franklin
Industrial Alcohol Supervisor

**Food Grade Ingredients**

**Specially Denatured Alcohol (Ethanol)**

ARMOR HOLDINGS, INC.



Van Waters & Rogers Inc.
subsidiary of Univar

January 06, 1995

Defense Technology Corp of America
1719 South Loop
Casper WY, 82602

To: Customers of Defense Technology,

Van Waters & Rogers Inc. has become the largest chemical
distributor in North America. We are the industry leader in
high purity packaging for the food, pharmaceutical and electronics
industry.

Van Waters & Rogers Inc. is a distributor of " Propylene
Glycol USP/FCC " material. We have been supplying Defense
Technology with this food grade material for over two years from
our Casper Branch.

Sincerely,

Larry Ribordy
Branch Supervisor

Food
Grade
Ingredients

ARMOR HOLDINGS INC

Propylene
Glycol

DRAPER-CHT-0463



# PROPELLANTS

◄ Nitrogen: An inert gas that is part of our atmosphere and is non-flammable.

◄ Compressed Air: Not compatible with water based formulations due to corrosion.

◄ Isobutane: Extremely flammable.

Note: MAH aerosols use Nitrogen.

ARMOR HOLDINGS, INC.



DRAPER-CHT-0465



DRAPER-CHT-0466



DRAPER-CHT-0467



DRAPER-CHT-0468



## Assembly

◄ Tested formulation is selected and brought to the fill line.

◄ Machinery is confirmed clean and adjusted.

◄ Parts are visually inspected.

◄ Cans are filled, valves are seated and sealed, then crimped and pressurized.

DRAPER-CHT-0469



# Assembly

- Cans are submerged for three minutes in 140°F water bath to check internal pressures and possible leaks.

- Filled cans are stored inverted for no less than 3 days to identify any seal defects.

DRAPER-CHT-0470



# LABELING:

- ◄ All units are serialized.

- ◄ All serial numbers are referred back to the inspection log and coinciding production lot.

- ◄ All units contain the manufacturing Lot Number.

- ◄ All units are stamped with date of manufacture.



DRAPER-CHT-0472



DRAPER-CHT-0473



CLASSIFICATION

◢ OC is classified as an _____ a substance which causes localized heat, redness, swelling, and pain to all contaminated skin and tissues.

◢ The Department of Transportation classifies OC as an irritant, but OC *is* _not_ classified as a chemical irritant.

ARMOR HOLDINGS

DRAPER-CHT-0474



Physiological Effects

- Involuntary closure of the eyes resulting in temporary visual impairment.

- Involuntary closure of the eyes is one of the primary benefits, this occurs when capsaicin contacts the nerve endings in the eye.

- Capsaicin is a vasodilator.

DRAPER-CHT-0475



## Physiological Effects

- Pain and discomfort from OC causes a burning sensation and inflammation of the eyes, mucous membranes, and contaminated skin.

- Secretion of excessive mucous, rhinorrhea.

- Shortness of breath, dyspnea.

- Tightness of the chest associated with a gripping pain.

DRAPER-CHT-0476



DRAPER-CHT-0477



DRAPER-CHT-0478



DRAPER-CHT-0479



DRAPER-CHT-0480



POWDER

◄ Primarily effects the respiratory system.

◄ Ideal for effecting crowds.

◄ Ideal for large areas.

◄ Highest degree of cross contamination.

◄ Grossly effected by environmental factors like wind and ventilation.

DRAPER-CHT-0481



DRAPER-CHT-0482



DRAPER-CHT-0483



DRAPER-CHT-0484



# BALLISTIC STREAMS

◄ Causes temporary visual impairment due to involuntary closure of the eye.

◄ Target Specific ... must contact the subject's eye for maximum effectiveness.

◄ Minimal effects to the respiratory system (a secondary effect).

ARMOR HOLDINGS, INC.

DRAPER-CHT-0485



DRAPER-CHT-0486



DRAPER-CHT-0487



DRAPER-CHT-0488



DRAPER-CHT-0489



# FOAM SYSTEM

- For indoor applications ... provides the least amount of cross contamination.
- Extremely target specific.
- Suited for sensitive areas where minimal cross contamination is desired: hospitals, courtrooms, etc.



# FOAM SYSTEM

◁ The least desired and expected effect is to the respiratory system.

◁ Provides minimal standoff distance and usually deployed in close quarters.

◁ Potential throwback, slippery surfaces, increased collateral contamination, and increased decontamination times.



DRAPER-CHT-0492



DRAPER-CHT-0493





DRAPER-CHT-0495



DRAPER-CHT-0496



DRAPER-CHT-0497



MK-21 & MK-46 Riot Extinguishers

ARMOR HOLDINGS, INC.

DRAPER-CHT-0498



# Hydraulic Needle Effect

DRAPER-CHT-0499



DRAPER-CHT-0500



# Deployment Considerations

- ## Cross Contamination
- ## Environmental Factors
  - ↗ Wind & Rain
  - ↗ Fans or Ventilation
  - ↗ Heat & Humidity
  - ↗ Mechanical Disturbance

First Defense and Mace products are non-flammable.

ARMOR HOLDINGS

DRAPER-CHT-0501



# Target Area
## Spray Volume

- The primary target when deploying OC is the facial area assuring coverage of the eyes, brow, and mouth.

- One should discharge OC using multiple bursts ensuring delivery directly onto the target area.

ARMOR HOLDINGS, INC.





ARMOR HOLDINGS, INC.

# Deployment Considerations

- the subject - *determine that the subject is contaminated or that the OC is ineffective and other measures are necessary.*
- them to get on the ground - *end command with "Do it now".*
- their response - *repeat steps 1-3 if required, escalate, or de-escalate.*
- use handcuffing and approved control techniques.
- check subject - *start decontamination.*

DRAPER-CHT-0505



DRAPER-CHT-0506



Two-Hand Stance

DRAPER-CHT-0507



DRAPER-CHT-0508



Two-Hand With Index

ARMOR HOLDINGS, INC.

DRAPER-CHT-0509



One-Hand Stance



DRAPER-CHT-0511



Two-Hand Conceal

ARMOR HOLDINGS, INC.

DRAPER-CHT-0512



DRAPER-CHT-0513



DRAPER-CHT-0514



# Level One
## Contamination

- Direct physical contact of the OC or chemical formulation.

- The result of direct contact to the facial area – *spraying a subject directly in the face.*

DRAPER-CHT-0515



- Allow officer to close their eyes tightly.

- Spray a liberal (2-3 second) burst across their brow and upper eye lid.

- Instruct them to immediately open their eyes and blink until they are contaminated with the formulation.

LEVEL ONE



DRAPER-CHT-0517



DRAPER-CHT-0518



DRAPER-CHT-0519



# Level Two Contamination

- Indirect or secondary contact.

- The result of attempting to control another person, or object that has had a Level 1 contamination – *moving in to control a subject who has just been contaminated.*

ARMOR HOLDINGS, INC.



- Liberally spray a drag "dummy" or similar training aid.

- Instruct the officer(s) to physically engage, secure and transport it, forcing contact to the expose surface, contaminating them.

ARMOR HOLDINGS, INC

LEVEL TWO



DRAPER-CHT-0522



DRAPER-CHT-0523



- Liberally spray a fogger within a confined area.

- Instruct officer(s) to enter the contaminated area and perform a duty related function.

LEVEL THREE

DRAPER-CHT-0524



DRAPER-CHT-0525



DRAPER-CHT-0526



Personal Decontamination

Step 1: Remove subject from contaminated area and establish verbal rapport.

Expose subject to fresh air and face into the wind.

Have the subject stay still, encourage to breath normally and relax as much as possible.

DRAPER-CHT-0527



Personal Decontamination

▸ Step 4- If it is practical before transporting apply relief such as Cool-It or spray with water dispensers such as First Relief.

▸ Use a wet paper towel pressed on faced followed by a dry towel.

▸ Unqualified personnel should not remove contact lenses.



## Personal Decontamination

- When available, have subject flush eyes with copious amounts of cool water.
- Encourage subject to force open their eyes in order to flush out the OC particulates.
- Non-oil-based soap, shampoo or detergent can be used to help remove resin from the skin.
- DO NOT use any creams, salves, or oils.

ARMOR HOLDINGS, INC.

DRAPER-CHT-0529



# RECOVERY

▲ Usually an individual will recover within one hour, but vast improvements should be noted within 20-30 minutes.

▲ Anyone not exhibiting significant improvement after one hour should be closely monitored to ensure continued recovery.

ARMOR HOLDINGS, INC.

DRAPER-CHT-0530



DRAPER-CHT-0531



DRAPER-CHT-0532

# DECON DON'TS

- Don't allow a person to rub their eyes.
- Don't use creams, salves, or lotions.
- Don't over-expose during training.
- Don't allow individuals to leave the training area unsupervised.
- Don't use a commercial eye wash.
- Never deny a request for medical attention.

ARMOR HOLDINGS, INC.



# Physical Area Decontamination

- Ventilate through open doors and windows or by using high-speed fans.

- The ingredients can be washed down any drain. OC is biodegradable.

- Wipe exposed surfaces, use non-oil based soap.

- Clothes may laundered as normal.

- Exposed food should be discarded.

ARMOR HOLDINGS, INC
Sudden In-Custody Death
Sudden in-custody death is not a new phenomenon nor is it attributable to the use of OC. Rather, sudden in-custody death can occur at any time for a variety of reasons.
Recognition of risk indicators.
Bizarre / Violent Behavior
Obesity
Drugs and Alcohol
Ineffectiveness of spray
Use of positional restraint techniques

# AERODYNAMIC PARTICULATE SIZE ANALYSIS OF FIRST DEFENSE PEPPER SPRAY

David K. DuBay, Director of Research, AHI

Rusty Rush, Associate Director of Toxicology, Springborn Laboratories

OC particulate size of the ballistic stream delivery system for the duty size canisters is of a size that would be trapped in the respiratory system prior to reaching the pulmonary area where $O^2 / CO^2$ exchange takes place.

*HEALTH RISK ANALYSIS*



# HEALTH RISK ANALYSIS OF FIRST DEFENSE USING AN ACUTE WHOLE-BODY INHALATION EXPOSURE



David K. DuBay, Director of Research, AHI

Rusty Rush, Associate Director of Toxicology, Springborn Laboratories

The potential acute health risk of using First Defense, a water based formulation, from an inhalation exposure (being inhaled) would appear to be extremely minimal.



## HEALTH RISK ANALYSIS OF FIRST DEFENSE® PEPPER SPRAY USING AN ACUTE WHOLE-BODY INHALATION EXPOSURE

### INTRODUCTION

### BACKGROUND

## HEALTH RISK ANALYSIS



# Policy and Procedures

◄ Comprehensive polices should be in place.

◄ Policy should address the justification for use.

◄ Correlation to the agency's Use of Force Continuum.

◄ Qualifications for certifying authorized users.

◄ Reporting requirements.

AGENCY POLICY

ARMOR HOLDINGS, INC.

DRAPER-CHT-0538

# Risk Management to Avoid Civil Liability

- Only officers trained in the use of OC, should be permitted to carry it.

- Sound policies and procedures should be in place.

- Training should require some type of exposure.

- Provide decontamination whenever possible.

- Avoid positional restraint if possible.

- Provide medical attention when required.



ARMOR HOLDINGS INC

DRAPER-CHT-0539



DRAPER-CHT-0540

## Training Guidelines

- Initial training involving recruits or sworn personnel must be comprehensive and should include exposure.
- Emphasis should be on the following:
  - Department policy and procedures.
  - Drills and practice using inert training units.
  - First aid and decontamination.
  - Exposure and practical drills.
  - Train with delivery system used, including high volume delivery systems.

ARMOR HOLDINGS, INC.

INITIAL
TRAINING

DRAPER-CHT-0541

# Training Guidelines

▶ Students should be required to successfully draw, hold and deploy the units on a designated target surface.

▶ Students should demonstrate the ability to evaluate and react.

▶ Students should successfully complete a written examination scoring 80% or greater.

INITIAL TRAINING

ARMOR HOLDINGS, INC.

DRAPER-CHT-0542



- Controlled spray and contamination.
- Job related drills demonstrating the officer's ability to function.
- Threat identification with the ability to control the suspect.
- Position of chemical distress.
- Followed by a short walk to allow the respiratory system to return to normal.
- Proceed to decontamination station.

ARMOR HOLDINGS, INC.

DRAPER-CHT-0543



DRAPER-CHT-0544



# Why Expose ?

- Mental Preparation and Safety
  -

- Creates confidence in product
- May reduce punitive uses
- Enhances courtroom testimony

DRAPER-CHT-0545





DRAPER-CHT-0547



DRAPER-CHT-0548



DRAPER-CHT-0549



DRAPER-CHT-0550



MK-21 & MK-46 Riot Extinguishers

ARMOR HOLDINGS, INC.

DRAPER-CHT-0551



DRAPER-CHT-0552



DRAPER-CHT-0553



DRAPER-CHT-0554



# DRAPER CITY POLICE
## Patrol Rifle Training
## Qualification

TJ Herbert
DRAPER CITY P.D.
12/16/2003



DRAPER-CHT-0555



DRAPER-CHT-0556

# Training objectives

- The student will know the departments policy on the use of force.
- Student will verbalize the 4 Basic firearms safety rules
- Student will define what is meant by "Laser rule"
- The student will state when a rifle should be employed
- The student define sight picture
- Student will verbalize the fundamentals of marksmanship
- The student will demonstrate proper sling techniques and rifle positions
- The student will demonstrate proper transition drills and tactics.

DRAPER-CHT-0557

# Objectives continued

- The student will demonstrate what is meant by a stable shooting platform.

- The student will demonstrate the 5 shooting stances.

- The student will demonstrate a proper magazine change.

- The student will demonstrate a correct technique for disassembly and reassembly of issued rifle.

- The student state the proper cleaning and inspection process of Issued Rifle and Mag.

- On a prescribed course of fire the student will complete the course with a passing score. 80%

DRAPER-CHT-0558



# Purpose

Why do we carry pistols?



DRAPER-CHT-0560