

DRAPER-CHT-0561



# Departments use of force

Force continuum
a) Uniformed Presence
b) Verbal
c) Taser
d) Soft hand
e) Chemical
f) Impact
g) Firearms



# Deadly Force

- Utah Code 76-2-404
- Elements
  - 1) Peace officer or...
  - 2) Execution...competent court?
  - 3) Probable cause to believe...
  - 4) Felony offence, poses a threat of..
  - 5) To prevent...
  - 6) Verbal warning

DRAPER-CHT-0563

# The 4 Basic firearms safety RULES

1) All Weapons are ALWAYS loaded

2) Never point your weapon at anything your not willing to destroy

3) Keep your finger off the trigger until you are ready to fire

4) Be sure of your backstop and beyond

DRAPER-CHT-0564



Laser rule

DRAPER-CHT-0565



DRAPER-CHT-0566



DRAPER-CHT-0567



DRAPER-CHT-0568



DRAPER-CHT-0569



DRAPER-CHT-0570



Figure 4-9. Sight Picture at Long-range Engagements.

LONG RANGE ENGAGEMENTS

DRAPER-CHT-0571



DRAPER-CHT-0572



DRAPER-CHT-0573



BZO

36 YARDS FROM MUZZEL
REAR SIGHT SET AT 8/3
FRONT SIGHT MANIPULATED TO ZERO

DRAPER-CHT-0574



DRAPER-CHT-0575



# Trigger control

- Grip
- Trigger finger
- Breathing
- Sling

DRAPER-CHT-0576



DRAPER-CHT-0577



DRAPER-CHT-0578



DRAPER-CHT-0579



DRAPER-CHT-0580



# Basic Tactics

- Search and Scan
- Cover and Concealment
- Movement forward and backwards
- Speed: Stealth, Dynamic and Officer rescue
- Obsticals
- Corners: Pie, Dynamic, Muzzle position

DRAPER-CHT-0581



DRAPER-CHT-0582



# COVER

## PROTECTION FROM SMALL ARMS FIRE

| Material | Minimum Thickness (in inches) |
|---|---|
| Concrete | 7 |
| Broken stone (rubble) | 20 |
| Dry sand | 24 |
| Wet sand | 35 |
| Logs (oak) | 40 |
| Earth (packed) | 48 |

DRAPER-CHT-0583



DRAPER-CHT-0584



# 5 Shooting Stances

- Off Hand
- Kneeling
- Sitting
- Prone
- "Rice Paddy Squat"

DRAPER-CHT-0585



DRAPER-CHT-0586



SITTING

DRAPER-CHT-0587



DRAPER-CHT-0588



DRAPER-CHT-0589



Magazine Change

- Magazine Position
- Rifle Position
- Shooting Grip
- Indexing Magazine
- Magazine Release
- Seat and Slap
- Charge Weapon

DRAPER-CHT-0590



# Disassembly and Reassembly

## Type of weapon

- M-16/AR-15
- M-14/M1A
- FN-FAL/L1A1
- KALISHNIKOV

DRAPER-CHT-0591



# AR-15

- NOMENCLATURE/CONTROLS
- DISASSEMBLY
- ADVANTAGES
- DISADVANTAGES
- CARE AND CLEANING
- INSPECTION

DRAPER-CHT-0592



# Care and Cleaning

- Equipment
- Solvents
- Rods/Cables
- Tooth Brush
- Patches
- Q-Tips
- Pipe Cleaners

DRAPER-CHT-0593



Inspection

- Function Test
- Muzzle
- Chamber
- Internal parts
- Magazine
- Sling Swivels
- Ammunition

DRAPER-CHT-0594



DRAPER-CHT-0595

# I Have some for You

What are the four basic rules?

Give me an example of a current Use of Force Continuum.

What does the acronym BRASS mean?

Give an example of why you would transition to your sidearm.

Give an example of a sling technique.

What are the three type of magazine changes?

DRAPER-CHT-0596



DRAPER-CHT-0597

# Bibliography
## CPL. TJ HERBERT



USMC Scout/Sniper Inst. School 1/87

L.E.T.C 1993, 1996

Clint Smith, Thunder Ranch

Bennie Cooley, Dept. of Energy SWAT

Gene Zink H&K International

Dennis Tueller, SLCPD

Bank Miller, SIG Arms Academy

Colt M16 Armorer course

DRAPER-CHT-0598