**EXHIBIT 7**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>    Plaintiff,<br><br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>    Defendants. | Civil No. 2:14-cv-00375 |

DEPOSITION OF: JASON SCOTT
DATE: November 20, 2015

Reported by: Donna M. Ward, CSR, RPR

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1

1   long before that conversation took place roughly?
2       A.   It was after he'd already left, Mr. Chatwin,
3   and I was just taking pictures of the scene.
4       Q.   When you say -- you also said something about
5   when you say he left or he wasn't there, what do you mean
6   by that?
7       A.   I believe that probably an ambulance or
8   somebody took him or maybe the police officers took him.
9   I don't know who took him away but he was gone.
10      Q.   Did you know where he was at all?
11      A.   No, I didn't ask either.
12      Q.   You didn't see him?
13      A.   Huh-uh, I didn't see them take him away.  At
14  the time, I wasn't really, you know, paying attention.  I
15  mean, I was paying attention but I didn't realize it was
16  as important of a moment as it was I guess to try to
17  remember everything.  I mostly was just concerned about
18  the person on the ground.  I just didn't know what was
19  going on and I was also concerned by the behavior, just
20  thinking, you know, psychology wise, why these people
21  aren't reacting or why are they reacting the opposite way
22  I would react.  It seemed like they were jolly and giggly
23  and kind of like different than I would be if I had just
24  seen a person either -- if that person fell down on their
25  own, I guess they might think that's funny but I guess I

64

1  don't.  If they somehow took him to the ground and he got
2  hurt, that's also not the way I'd react.  Either way, I'd
3  be down there checking on the guy.
4      Q.   So go ahead and tell us more about what you
5  mean by -- what did you say giggly?
6      A.   They had all smiles and they were all like
7  pretty pleased with themselves with whatever happened.
8      Q.   How do you know that?
9      A.   Smiles and joking back and forth and giggly
10 like they were, you know, and then when I came over
11 there, they went more quiet and then they, you know.
12     Q.   So when -- where were you when you observed
13 them being jolly and giggly?
14     A.   When I came back.  When Mr. Chatwin was
15 already gone and they were just there at the aftermath
16 when everything had kind of finished and they were just
17 going through his car and talking to each other.
18     Q.   What -- when you say they, who was they?
19     A.   The police officers.
20     Q.   How many were there?
21     A.   At that point, I think there was four.
22     Q.   What was their gender?
23     A.   I think there was only one female and the
24 rest were male.
25     Q.   Do you -- did you hear -- when you say joking

65

```
 1          A.    Yeah, it's kind of strange.
 2          Q.    From the case number, the handwriting from
 3    the case number down to the bottom where the signature
 4    is --
 5          A.    Uh-huh.
 6          Q.    -- do you know whose handwriting that is?
 7          A.    Yeah, all of that's mine.
 8          Q.    Okay.
 9          A.    It's interesting, this form show officers and
10    they're closer to me than to the car, so they're back to
11    the car and this one says face in the gutter.  I didn't
12    know if his head was quite in the gutter or if it was in
13    the sidewalk five years later.
14          Q.    Okay.  I'm going to read -- I'm going to read
15    the language on this starting with Steve and I.
16          A.    Okay.
17          Q.    You tell me at the end if I've read it
18    correctly.
19          A.    Uh-huh.
20          Q.    "As Steve and I were leaving his house, I
21    witnessed the suspect, who appeared to be unconscious,
22    with his hands handcuffed behind his back, his face was
23    facing south.  The police officers were laughing in a
24    group.  One was opening the white Honda Civic in the
25    driveway.  No officers were attending to the suspect or
```

82

1  moving him."  Did I read that correctly?
2  　　　A.　　Correct.
3  　　　Q.　　And then to the right of that, it says
4  underneath a stick figure, it says:  "Head downhill, face
5  in gutter."  Did I read that correctly?
6  　　　A.　　Correct.
7  　　　Q.　　Is this the witness statement to which you
8  were referring a little while ago when you talked about
9  someone calling you to have you make a statement?
10 　　　A.　　Uh-huh.
11 　　　Q.　　Is that a yes?
12 　　　A.　　Yes.  I wondered if this is done at the scene
13 seeing that it's from Draper City Police Department.
14 　　　Q.　　Well, that's my question.  I'd like to
15 determine if this is the statement or not.  It says up at
16 the top Draper City Police Department Witness Statement
17 and then it says Case No. 2010-003060.
18 　　　A.　　Yeah, sounds more likely that they asked for
19 my statement.
20 　　　Q.　　But you don't know?
21 　　　A.　　I don't remember that.
22 　　　Q.　　Do you remember filling this out, this
23 statement out?
24 　　　A.　　I do remember drawing his body.  I don't
25 remember the rest but I do remember filling out some kind

83

```
 1   interested in the situation than everyone else did and
 2   everyone else seemed to be more blocking that person from
 3   me.
 4        Q.   So your recollection today is that, when you
 5   drove by, that there was an officer, a female officer,
 6   pacing back and forth and the other officers were
 7   attempting to calm her down?
 8        A.   Correct.
 9        Q.   And that, when you went in the home, because
10   of that you made a decision that you'd better go out and
11   take some pictures because you think -- thought that that
12   person seemed to be acting guilty?
13        A.   Correct.
14        Q.   And that this must have been an incident of
15   police brutality?
16        A.   Brutality is probably the wrong word, but --
17   but there's definitely an incident and I felt like, you
18   know, I may be a part of something that I need to witness
19   and, you know, make sure I was there.
20        Q.   You would -- you would agree with me that
21   that recollection is different than what you wrote on the
22   day in question with respect to this police or witness
23   statement where you wrote that the police officers were
24   laughing in a group and they were opening the white Honda
25   car in the driveway; correct?
```

101

```
 1         A.    Uh-huh.
 2         Q.    You don't in -- in this statement, you don't
 3   put anything about a person pacing back and forth;
 4   correct?
 5         A.    No, but at -- at that point, I believe the
 6   laughing and stuff was after, so this isn't -- remember
 7   there's two -- two things that happened, one, I'm driving
 8   by, I see the person in the gutter; two, I come back to
 9   the scene and talk to the officers.
10         Q.    Okay, so are you saying that in this
11   statement you combined the two incidents?
12         A.    Yeah, pretty much.
13         Q.    Okay, so when you say Steve and I were
14   leaving his house --
15         A.    I have a hard time with that, because I don't
16   believe I was leaving at this point, but, again, you
17   know, you can remember things differently five years
18   later.
19         Q.    Okay.  "I witnessed the suspect who appeared
20   to be unconscious with his hands handcuffed behind his
21   back."
22         A.    Uh-huh.
23         Q.    "His face was facing south.  The police
24   officers were laughing in a group.  One was opening the
25   white Honda Civic in the driveway.  No officers were
```

102

```
 1   attending to the suspect or moving him."
 2        A.   Uh-huh.
 3        Q.   According to this statement, it seems like
 4   the suspect was present at the time that you saw the
 5   officers open the white Honda door and --
 6        A.   And they probably were.  They were going
 7   through the Honda at the point where I was driving by.
 8        Q.   Okay, so they --
 9        A.   And they also were going through it when I
10   came back.
11        Q.   Okay, so they were going through the Honda --
12        A.   This Honda was so important.
13        Q.   So you would agree with me, sir, that with
14   respect to this witness statement, no where in this
15   witness statement do you put that an officer was pacing
16   back and forth?
17        A.   I did not, but it doesn't -- there's often
18   things that you see you don't write down.
19        Q.   And you would agree with me that you didn't
20   put that other officers were trying to calm down that
21   officer?
22        A.   No, I didn't put that down, but I remember
23   it.
24        Q.   And you didn't -- don't put anywhere in this
25   witness statement that you were driving to the house?
```

103

| Draper City Police Department WITNESS STATEMENT | Case Number 2010 - 003060 | |
|---|---|---|
| Name Jason Scott | Date of Birth 05/23/75 | Home Phone (801) 802-5995 |
| Street Address 4076 Lake Vista Drive | | Work Phone |
| City Saratoga Springs | State UT  Zip Code 84045 | Mobile Phone |
| Driver's License/ID Number 162109641 | E-mail Address | |

**Details of Events:**

[Sketch showing: "car", "cluster of police officers", "head down hill", "face in gutter"]

Steve + I were leaving his house. I witnessed the suspect who appeared to be unconscious with his hands handcuffed behind his back his face was facing south. The Police officers were laughing in a group. One was opening the white Honda Civic in the Driveway. No officers were attending to the suspect or moving him.

Plaintiff's EXHIBIT NO. 2
11-20-15
Scott

Pursuant to Rule 1102, Utah Rules of Evidence and Section 76-8-504.5, Utah Code Annotated: You are hereby notified that the statements made herein may be presented to a magistrate or judge in lieu of your sworn testimony at a preliminary examination. Any false statement you make and that you do not believe to be true may be subject to criminal punishment as a Class A Misdemeanor.

I have read and understand the statement above: [signature]   Date: