# EXHIBIT 8

```
                    IN THE THIRD DISTRICT COURT - SALT LAKE

                       SALT LAKE COUNTY, STATE OF UTAH


    ─────────────────────────────────────────────────────────────

    STATE OF UTAH,              :

         PLAINTIFF.             :

    VS.                         :     CASE NO. 101401517FS

    JOSEPH CHATWIN,             :

         RESPONDENT.            :

    ─────────────────────────────────────────────────────────────

                    PRELIMINARY HEARING - FEBRUARY 8, 2011

                                    BEFORE

                       THE HONORABLE CHARLENE BARLOW

    ─────────────────────────────────────────────────────────────




                         Transcribed by Lisa Freebairn
```

1

```
 1    Q    How long were you with Salt Lake City?
 2    A    Twenty-one years.
 3    Q    And what are your, or what were your duties at Draper
 4  City on May 18th of last year?
 5    A    I was working a traffic patrol assignment.  I'm
 6  assigned to the traffic unit.
 7    Q    And that day did you respond to 12534 South 150 East?
 8    A    I, I did.
 9    Q    Can you, can you explain to the Court why you
10  responded there?
11    A    Yes.  There was an ATL broadcast, an attempt to
12  locate on a vehicle that had left the state liquor store in
13  Draper.  The broadcast was a person in a white vehicle was
14  leaving the store, was intoxicated, and the clerk at the store
15  got a license plate number.  Dispatch ran that number and said
16  it was located in Draper City and so I went and waited near
17  that address to see if the vehicle returned to the home
18  address.
19    Q    I see.  And did you ever locate that vehicle?
20    A    I did.
21    Q    What kind of vehicle was it?
22    A    It was a white Honda, I believe.
23    Q    And were there any occupants in that vehicle?
24    A    There was one.
25    Q    But, and I guess I say occupants.  Was there someone
```

5

```
1    Q    Okay.  Now you say that you, you directed that way?
2    A    Yes.
3    Q    Is he resisting you at all at that point?
4    A    At, standing in front of me he was.
5    Q    Okay.
6    A    Directed him away from me, as soon as that happened,
7  I imagine due to his level of intoxication, everything just
8  went limp.
9    Q    Everything on him?
10   A    Yes.
11   Q    Okay.  Does he go on the ground?
12   A    Yes.
13   Q    Does he receive any injuries (inaudible)?
14   A    He hit his ear and his left side of his face on the,
15 on the driveway.
16   Q    Okay.  And can you describe how forcefully he hits
17 the ground?  I mean, I don't know, that's kind of a vague
18 question, if-
19   A    - yeah, I don't know.
20   Q    I mean-
21   A    - I mean, it seemed like he hit his head pretty hard.
22   Q    Okay.  And what do you do at that point?
23   A    At that time I, Dave, Officer Harris was coming back.
24 I told him, I said, He's hit the ground.  Let's call medical.
25 You can see he's got a little cut or something.  He started to
```

37