# EXHIBIT 10

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

 3                         -ooOoo-

 4    JOSHUA CHATWIN,            : CIVIL NO. 2:14-cv-375

 5          Plaintiff,          : DEPOSITION OF:
                                  DAVID HARRIS
 6    v.                        :
                                  TAKEN: December 9, 2015
 7    DRAPER CITY; Draper City  :
      Police Department;          Judge Dale A. Kimball
 8    OFFICER J. PATTERSON, in  :
      his individual and
 9    official capacity;        :
      OFFICER HEATHER BAUGH,
10    in her individual and
      official capacity;
11    OFFICER DAVID HARRIS, in
      his individual and
12    official capacity;
      OFFICER KURT IMIG, in
13    his individual capacity;
      SUPERVISOR TBA; and JOHN
14    DOES 1-10

15          Defendants.

16    _____

17

18                         -ooOoo-

19

20          Deposition of DAVID HARRIS, taken on behalf

21    of the plaintiff, at 201 South Main Street, Suite

22    1300, Salt Lake City, Utah, before PHOEBE S.

23    MOORHEAD, Certified Shorthand Reporter for the State

24    of Utah, pursuant to Notice.

25
```

DEPOSITION OF DAVID HARRIS

18

1  talk with anyone to prepare for this deposition?

2      A.  No.

3      Q.  Did you do anything else to prepare for your

4  deposition besides read this report?

5      A.  Yes.

6      Q.  What did you do?

7      A.  I read the -- the transcript from the

8  preliminary hearing; and I went over some -- the

9  interrogatories; and I read the city policy on

10 contacting the fire department.

11     Q.  All right.  So I'm going to ask you a couple

12 questions, and I'm actually going to jump down to the

13 bottom of the page.  It says here -- if you start with a

14 paragraph that says -- it's the fourth paragraph, single

15 sentence paragraph from the bottom, starting

16 with "Joshua."  Do you see that?

17     A.  Yes.

18     Q.  It says, "Joshua refused a BBT and was

19 arrested for DUI at 11:56."  And the next paragraph

20 says, "I searched the Honda in preparation for the state

21 tax impound."  Do you see that?

22     A.  Yes, ma'am.

23     Q.  What happened with Mr. Chatwin in between that

24 time line of your narrative there?

25     A.  Oh, so I arrested him, then went -- he was

1    turned over to Officer Patterson.

2        Q.  What do you mean by "turned over"?

3        A.  I had him -- I just had Josh stand by him --

4    Josh Patterson stand by him while I went to prepare my

5    vehicle and to prepare the Honda for impound.

6        Q.  All right.  So it says here you located -- I'm

7    going to continue to read that paragraph.  "I located a

8    sealed bottle of Popov Vodka in a brown sack on the rear

9    floor, passenger side.  When I turned from photographing

10   the vehicle and bottle, I noticed that Joshua was lying

11   with on the ground.  He was not conscious, but he was

12   breathing.  I called for medical at 1159 hours."  So

13   let's just talk about that one for a minute.

14            Did you hear or see anything while you were

15   looking through the vehicle involving Joshua Chatwin or

16   Officer Patterson?

17       A.  Involving Josh, yes.  I found the evidence,

18   the vodka in the vehicle and inventory in the vehicle.

19   Nothing with the interaction.

20       Q.  Right.  So -- and you understand, that's why

21   we're here today?

22       A.  Yes.

23       Q.  Is because of the incident on May 18, 2010?

24       A.  Yes, ma'am.

25       Q.  All right.  And I did forget to tell you from

DEPOSITION OF DAVID HARRIS

23

1    hands reach, but in the same yard.

2         Q.  All right.  So where was Mr. Chatwin the last

3    time you saw him, before you went to search his car?

4         A.  I believe he was on the lawn.

5         Q.  In what position?  Was he standing?

6         A.  Standing.

7         Q.  And he was on the lawn -- as you face the

8    house, which side of the lawn -- of the driveway?

9              MR. HAMILTON:  Objection.  Form.

10             THE WITNESS:  The left side.

11   BY MS. MARCY:

12        Q.  Was he on the side of the driveway anywhere?

13             MR. HAMILTON:  Objection.  Form.

14             THE WITNESS:  I didn't understand what you

15   mean by that.

16   BY MS. MARCY:

17        Q.  Okay.  Where in the yard on the grass was he

18   standing?

19        A.  In front of the home, left side of the

20   driveway.

21        Q.  Okay.  When you turned around, and you saw

22   Mr. Chatwin, where was his head?

23        A.  In the gutter.

24        Q.  What position was his body in?

25        A.  Face down.  And I don't remember which

DEPOSITION OF DAVID HARRIS

24

1    direction his feet were going.

2         Q.   Do you remember what part of his head was in

3    the -- was touching the gutter?

4         A.   No.

5         Q.   Did you see any blood emanating from

6    Mr. Chatwin?

7         A.   Yes.

8         Q.   Where was the blood located?

9         A.   In his ear.

10        Q.   So you could see his ear?

11        A.   Yes.

12        Q.   While he was lying on the ground?

13        A.   Yes.

14        Q.   So was it his left ear?  Or his right ear?

15        A.   His left ear.

16        Q.   Was the left ear facing up, away from the

17   gutter?

18        A.   I don't think it was facing up.  I think he

19   was face down, and I could see the left ear.

20        Q.   Well, that's what I mean, now.  I'm saying --

21   if he's -- if he's -- you said here in the report that

22   he was not conscious, right?  But breathing.

23        A.   Correct.

24        Q.   So he's lying in the gutter, and you see blood

25   coming out of his left ear.  Was -- but it wasn't -- you

1    who had -- who was bleeding -- no.  I believe I said

2    that.  I know we called for an unconscious person.

3         Q.  Did you tell the -- what would you call them?

4    A dispatcher?

5         A.  Yes, ma'am.

6         Q.  All right.  Did you tell the dispatcher that

7    the arrestee had been subject to force?

8         A.  No.

9         Q.  It says here -- in the next paragraph here, it

10   says, "After a few minutes of waiting, I asked that

11   medical hurry."  Do you see that there?

12        A.  Yes.

13        Q.  Why did you -- so that -- well, does that mean

14   you called them a second time?

15        A.  I called dispatch a second time.

16        Q.  Why did you feel like you needed to ask them

17   to hurry?

18        A.  They were taking a long time to get there.  I

19   felt it was a long time to get there.

20        Q.  And why -- why did you think that was a long

21   time?

22        A.  Because I wanted them to get there quick.

23        Q.  Were you worried?

24        A.  Yes, I was worried.

25        Q.  About Mr. Chatwin's condition?

1          A.   Yes.

2          Q.   Why were you worried about Mr. Chatwin's

3     condition?

4          A.   Because he had been knocked unconscious and

5     was bleeding from out of his ear.

6          Q.   The next line, it says, "Joshua eventually

7     regained consciousness."   How much time from the time

8     that you saw him unconscious until the time he regained

9     consciousness passed?

10         A.   From -- from when I saw him to when he gained

11    consciousness?

12         Q.   Yes.

13         A.   A minute.

14         Q.   You're sure it was about a minute?

15         A.   I'm guessing -- it seems like it was about a

16    minute.

17         Q.   But you can't be sure it was a minute?

18         A.   No.

19         Q.   Or about a minute?

20         A.   Pardon me?

21         Q.   Or it could have been -- could it have been

22    longer than a minute?

23         A.   Could have been.

24         Q.   It says here, "We helped Joshua lean against

25    the side of my vehicle."   Was that -- did I read that

1    Q.  All right.  So down at the bottom, it says

2  here -- if you look at the very bottom paragraph, where

3  it starts with "The suspect was lying on his stomach,"

4  do you see that?

5    A.  Yes.

6    Q.  All right.  It says, "We checked to make sure

7  he was conscious and breathing.  And for his safety, we

8  tried to keep him in that position until medical

9  arrived.  I stayed kneeling beside him and kept telling

10  him that medical was on the way to help him.  The

11  suspect then kept trying to roll over, so we sat him up

12  against Officer Harris's patrol vehicle to steady him

13  and try to prevent any injury and make him more

14  comfortable."

15         Now, when he says -- he says there, "to make

16  sure he was conscious."  I thought you said he was

17  unconscious.

18         MR. HAMILTON:  Objection.  Form.

19         THE WITNESS:  He was unconscious, and then he

20  became conscious.

21  BY MS. MARCY:

22    Q.  Okay.  Do you -- do you remember Mr. Patterson

23  staying kneeling beside Mr. Chatwin and telling him

24  medical was on the way to help him?

25    A.  Yes.

1    Q.  How many times did he say that to Mr. Chatwin?

2    A.  I don't know how many times.  I do remember

3  him saying that.

4    Q.  So did Mr. Patterson stay there the entire

5  time, next to Mr. Chatwin?

6         MR. HAMILTON:  Objection.  Form -- foundation.

7  What time period are we talking about?

8         MS. MARCY:  In this paragraph here.

9         MR. HAMILTON:  Before they moved him?

10        MS. MARCY:  Where he says, "I stayed kneeling

11 beside him and telling him that medical was on his way

12 to help him."

13        THE WITNESS:  He stayed kneeling beside him

14 until we actually moved him to my car.

15 BY MS. MARCY:

16   Q.  And where were you during that time that he

17 stayed kneeling beside him?

18   A.  I was, I believe, standing.  He was the only

19 one that kneeled down, until we actually moved

20 Mr. Chatwin.

21   Q.  Where was Officer Baugh during that time?

22   A.  I don't remember.

23   Q.  Do you know?

24   A.  I don't.

25   Q.  Now, Mr. Patterson says here that "to prevent

DEPOSITION OF DAVID HARRIS

31

1    any injury" -- it looks like he's saying -- "we

2    tried" -- up above, the second line there, "We tried to

3    keep him in that position until medical arrived."  What

4    did you and Officer -- or Mr. Patterson do to try to

5    keep him in that position until medical arrived?

6         A.   Said, "Please don't move.  We've got medical

7    on the way.  Please don't move."

8         Q.   As he's in the gutter?

9         A.   Yes, ma'am.

10        Q.   Now, if you were concerned about moving him,

11   initially, then why did you end up moving him against

12   the vehicle?

13        A.   Because he continued to move and try to sit

14   up.

15        Q.   How did he do that?  He was still in

16   handcuffs, right?

17        A.   Yes.

18        Q.   How did he -- how did he try to move to stand

19   up?

20        A.   Rolling was the big thing, trying to get feet

21   under him -- or legs under him.  Trying to get into a

22   sitting position.

23        Q.   So walk me through that.  When you say he was

24   "rolling," what do you mean?  Was it side by side?

25        A.   Yes.

1    Q.  Did you ever know if anyone talked to a little

2  girl at the scene?

3    A.  I knew that the sergeants had arrived to talk

4  to several people.  I didn't know what particular

5  people.

6    Q.  Okay.  Will you look at Exhibit 5, now,

7  please?

8         (Whereupon, Exhibit No. 5 was introduced.)

9         THE WITNESS:  Okay.

10 BY MS. MARCY:

11   Q.  Do you recognize Exhibit 5?  Any part of

12 Exhibit 5?  Take your time looking through that.

13   A.  I recognize quite a bit of it.

14   Q.  All right.  Well, let's just -- let's just go

15 through these quickly.

16        Do you know who took these photographs?

17   A.  I know who took some of them.

18   Q.  All right.  Will you tell me who took some of

19 the photographs?

20   A.  I did.

21   Q.  Which ones?  I'm sorry?

22   A.  I did.

23   Q.  Okay.  Will you tell me which photographs you

24 took?

25   A.  I believe I took the first one, the second

1   one; no idea on the next two; no idea on the two after

2   that; nor the next two.  I believe I took the two with

3   the Honda.

4       Q.  So the Honda -- we previously marked each

5   photograph, and it looks like it's not there.  But the

6   Honda, I'll tell you, is "I" and "J."  So you're talking

7   about the page with the picture of the white car?

8       A.  Yes, ma'am.

9       Q.  Okay.

10      A.  And I believe I took the next two with the

11  bottle of vodka and Josh leaning against the truck.  And

12  I believe I took the next two with the scraped knees and

13  the shot from above.

14      Q.  And that -- yeah.  That looks -- we labeled

15  that "N," as in --

16      A.  No idea on the next two; and no idea on the

17  next four.

18      Q.  All right.  So why -- why did you take these

19  photographs?

20      A.  To document the injuries.

21      Q.  All right.  And for what purpose, to document

22  them?

23      A.  When somebody gets injured in the course of an

24  arrest, I want it documented what was done.

25      Q.  But why do you feel like you have to document

DEPOSITION OF DAVID HARRIS

46

1   time frame are we talking about?

2   BY MS. MARCY:

3       Q.  From the time Mr. Chatwin -- if you have to

4   tell me the continuum of time -- from the time you see

5   Mr. Chatwin's head at the bottom of the driveway until

6   the paramedics arrived, where were you in that continuum

7   of time in relation to Mr. Chatwin?

8       A.  I was either next to him, touching him, or

9   within feet of him.

10      Q.  And when you say, "touching him," what were

11  you doing when you were touching him?

12      A.  Moving him from the gutter to leaning against

13  my vehicle.

14      Q.  Aside from moving him, did you touch him any

15  other time, until the paramedics arrived?

16      A.  I don't believe so.

17      Q.  If you look at the next pictures that you

18  took, we would call those "M" and "N," "M" being the top

19  where the knees show the markings.

20      A.  Yes.

21      Q.  When you took that photograph, did you notice

22  whether those -- those injuries were new or old?  Could

23  you determine that?

24      A.  I -- I don't remember, but I think I took them

25  because they were new.  They looked new.

DEPOSITION OF DAVID HARRIS

72

1      Q.  Did you ever interview Mr. Chatwin about the

2   incident on May 18, 2010?

3      A.  After it happened?

4      Q.  Right.  In other words, did you ever ask him

5   what happened, any details about the incident, where he

6   was -- I'll use the words Officer Patterson -- "placed"

7   on the ground?

8      A.  I did not.

9      Q.  All right.  Going to -- look at your

10  preliminary hearing transcript.  That would be Exhibit

11  9.

12          (Whereupon, Exhibit No. 9 was introduced.)

13          THE WITNESS:  Okay.

14  BY MS. MARCY:

15     Q.  All right.  If you'll go to page 25.

16     A.  Okay.

17     Q.  Is this where you're talking about you were

18  searching the vehicle before you saw that Mr. Chatwin

19  was on the ground?  This is part of it, right?

20     A.  Yes.

21     Q.  All right.  So starting with Line 3, you

22  answered:

23          I gathered a -- gathered my camera, went

24          and began searching the vehicle.  I would

25          guess I was at that for two or three minutes,

1          I would guess.

2          Q.   Okay.  Go ahead, please.

3          A.   Turned around and Mr. Chatwin was laying

4          down on the ground, right down where the

5          driveway meets the road.

6          Now, my question is -- I notice here that

7 Mr. Hill did not ask you any questions about whether

8 anything happened to bring your attention to

9 Mr. Chatwin lying down on the ground.  So my question

10 is:  Did anything draw attention to you that

11 Mr. Chatwin was lying down on the ground?  Such as a

12 noise or any words by, for instance, Mr. Patterson at

13 the time or Officer Baugh?

14     A.   No.

15     Q.   So you just happened to turn around and see

16 him on the ground?

17     A.   Yes, ma'am.

18       MS. MARCY:  I don't have anything else.

19       MR. HAMILTON:  I got some follow-up questions.

20                EXAMINATION

21 BY MR. HAMILTON:

22     Q.   Sergeant Harris, you said that you went to the

23 police academy in 1984; is that correct?

24     A.   Yes.

25     Q.   Why did you want to become an officer?   A

DEPOSITION OF DAVID HARRIS

74

1    police officer.

2         A.   To help people.   It sounded fun.

3         Q.   To help people?   And it sounded interesting to

4    you?

5         A.   Yes.

6         Q.   And did you get into the profession to injure

7    somebody?

8         A.   No, sir.

9         Q.   To use force and cause an injury?

10        A.   No, sir.

11        Q.   You were a police officer for -- with Salt

12   Lake City for 21 years; and then you said that you went

13   and started working for the railroad --

14        A.   Yes.

15        Q.   -- for a time.   And then you got furloughed,

16   and that's when you went back to Draper City; is that

17   correct?

18        A.   Yes.

19        Q.   And when you went back to Draper City, did you

20   still have those same motives and intentions to help

21   people and serve people?

22        A.   Yes.

23        Q.   And you've now been with Draper City for nine

24   years?

25        A.   Just about nine years.

1      Q.  Okay.  So when this incident happened back on

2  May 18th, 2010, you had been with Draper City for

3  approximately four years at that point in time?

4      A.  Yes.

5      Q.  And at that point in time, you were an

6  officer, not a sergeant, correct?

7      A.  Correct.

8      Q.  And tell me how you received the call that day

9  that brought you into interaction with Mr. Chatwin.

10     A.  Dispatch had broadcast an attempt to locate

11 for a vehicle that had been at the Draper City Liquor

12 Store.  The clerk there had said a person had come in,

13 and she had refused sales to the person, because he was

14 intoxicated.  She was concerned enough that she --

15 after -- when the person left the store -- sales were

16 refused, he left, she went out and got a license plate

17 number for the car and called dispatch, and dispatch

18 broadcast the information.

19     Q.  And what did you do after you received that

20 information?

21     A.  I heard the broadcast, and I went and parked

22 near 12450 South and just -- by the intersection of 150

23 East.

24     Q.  At some point, did you locate the vehicle that

25 had been described by dispatch?

DEPOSITION OF DAVID HARRIS

76

1    A.   Yes.

2    Q.   And when was that?

3    A.   It was -- it was in the -- late morning or

4    early afternoon, I believe.  About noon.

5    Q.   And after you located that vehicle, did you

6    notice anything about the way that vehicle -- that

7    vehicle was being operated?

8    A.   I did.  It made a right-hand turn onto 150

9    East.  It signaled the turn properly, made the turn.  As

10   I pulled in to get to 150 East, it got to -- it was kind

11   of in the center of the road and made an abrupt turn

12   from the center of the road instead of pulling to the

13   right.  Made a right-hand turn to the driveway without a

14   signal.

15   Q.   And did you, at that point, initiate a stop?

16   A.   It was already stopped.  But, yes, I pulled in

17   behind the car and called out that I was at that address

18   with the car that was the subject of the ATL.

19   Q.   Did you make contact with the driver?

20   A.   I did.

21   Q.   And was that driver Mr. Chatwin?

22   A.   It was.

23   Q.   And when you had your first initial

24   interaction with Mr. Chatwin, how did he seem?

25   A.   Very quiet.  He seemed intoxicated.

DEPOSITION OF DAVID HARRIS                                    77

1      Q.  Why do you say that he seemed intoxicated?

2      A.  He rolled the window down.  I could smell

3   alcohol.  He had trouble -- I asked for document -- I

4   asked if he had been drinking.  He didn't answer.  I

5   asked for documents.  He provided an ID card.  However,

6   he had trouble identifying documents from his glove box,

7   the registration and the insurance documentation.

8      Q.  At some point, did Mr. Chatwin just hand you

9   the keys without saying anything?

10     A.  He did.

11     Q.  And at some point, did you decide to

12  administer field sobriety tests?

13     A.  Yes.  From the odor of the alcohol and that

14  interaction, I called for another car to come and waited

15  for them to get there before I administered the test.

16     Q.  And who -- what other car arrived?  Who

17  arrived?

18     A.  Officer Patterson arrived, and then Officer

19  Baugh.

20     Q.  Did you administer field sobriety tests?

21     A.  Yes.

22     Q.  Let me draw your attention to what's been

23  marked as Exhibit No. 4 and Exhibit No. 8.  I believe

24  they're in this pile right in front of you.

25     A.  Okay.

1      Q.   During -- after you had him perform that test,

2  did you have him perform any other tests?

3      A.   Yes.   The one-legged stand test.

4      Q.   How was his performance on that test?

5      A.   He began the test as I was demonstrating it.

6  He raised his hands, and I said, "That's not what I

7  instructed you to do."   He told me that was what I

8  instructed.

9            I said, "Would you like me to give the

10  instructions again?"

11            He said, no, he understood how to do it.   And

12  he performed the test by raising his hands -- his arms

13  so they went straight out from his shoulders, and then

14  raised his leg with the thigh parallel to the ground and

15  the foot dangling down.   And I just let him complete it.

16  And he put his foot down three times while he counted

17  off the 30 seconds.

18      Q.   So with his performance in these tests, did

19  they indicate anything to you, specifically?

20      A.   Impairment.

21      Q.   And did you notice anything about his behavior

22  or his attitude?

23      A.   His attitude changed on the last test.   He was

24  very cooperative up to that point.

25      Q.   How did it change?

DEPOSITION OF DAVID HARRIS

87

```
 1                      FURTHER EXAMINATION
 2   BY MS. MARCY:
 3        Q.  Sergeant Harris -- and I just realized at the
 4   end of the deposition, I've been calling you "officer."
 5   I apologize.  Sergeant Harris.  You can cross out all
 6   the "officers" at the beginning.
 7        A.  I don't care.
 8        Q.  When you just testified that Mr. Chatwin's
 9   attitude changed during the last field sobriety test --
10        A.  Yes, ma'am.
11        Q.  You said he became argumentative?
12        A.  Yes.
13        Q.  What did you mean by that?
14        A.  When I -- I explained to him, I said, "That's
15   not what I demonstrated.  Would you like me to
16   demonstrate it again?"
17            He told me, "No.  That is what you
18   demonstrated, and I know how to do it."
19        Q.  Anything else that he said or did that you
20   would classify as argumentative?
21        A.  No.  It was just arguing about the procedure,
22   the field sobriety test.
23        Q.  Did he -- so did he yell at you?
24        A.  No.
25        Q.  Did he yell any vulgarities at you?
```

1       A.  No.

2       Q.  Did he fight you?

3       A.  No.

4       Q.  Was he squirming around?

5       A.  No.

6       Q.  Did he take any aggressive actions whatsoever

7   towards you?

8       A.  No.

9           MS. MARCY:  Okay.  That's all I have.

10          MR. HAMILTON:  We ask for the opportunity to

11  read and sign.  You can have that transcript sent to me.

12          (Proceedings concluded at 11:13 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

DRAPER-CHT-4155









DRAPER-CHT-4156





DRAPER-CHT-4157

DRAPER-CHT-4158







DRAPER-CHT-4159



DRAPER-CHT-4160





DRAPER-CHT-4161





DRAPER-CHT-4163





DRAPER-CHT-4164

DRAPER-CHT-4165



