# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN, | |
| Plaintiff, | |
| v. | Civil No. 2:14-cv-00375 |
| DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10, | |
| Defendants. | |

DEPOSITION OF: MEHDI MAHMOUDI
DATE: November 20, 2015

Reported by: Donna M. Ward, CSR, RPR

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1

```
 1   describes different kinds of documents; correct?
 2        A.   Uh-huh.
 3        Q.   Do you happened to have any of those
 4   documents to your knowledge?
 5        A.   No.
 6        Q.   Okay, so when you received this, you didn't
 7   actually read it; correct?
 8        A.   No.
 9        Q.   But after having reading it, do you think
10   that you would have any documents that would be relevant
11   to this stuff listed here?
12        A.   No, I don't.
13        Q.   Okay, so do you remember on May 18th, 2010,
14   witnessing some events in your neighborhood?
15        A.   I witnessed partially, yes.
16        Q.   Okay, so what I'd like you to do for me, if
17   you don't mind, just kind of -- if you could from start
18   to finish tell me the story of what you witnessed that
19   day.
20        A.   Okay.  I was going home and I had a flat
21   tire.  I had a van and I was changing tires with the
22   spare tire and then I -- all of a sudden, I heard a
23   noise, so I looked around and saw a man lay down face
24   down on the ground and I saw I believe three police
25   officers around standing there, and it was a matter of a
```

                                                              10