**EXHIBIT 15**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

 3                           -ooOoo-

 4   JOSHUA CHATWIN,              : CIVIL NO. 2:14-cv-375

 5         Plaintiff,             : DEPOSITION OF:
                                    HEATHER BAUGH
 6   v.                           :
                                    TAKEN: December 9, 2015
 7   DRAPER CITY; Draper City    :
     Police Department;            Judge Dale A. Kimball
 8   OFFICER J. PATTERSON, in    :
     his individual and
 9   official capacity;          :
     OFFICER HEATHER BAUGH,
10   in her individual and
     official capacity;
11   OFFICER DAVID HARRIS, in
     his individual and
12   official capacity;
     OFFICER KURT IMIG, in
13   his individual capacity;
     SUPERVISOR TBA; and JOHN
14   DOES 1-10,

15         Defendants.

16   _____

17

18                           -ooOoo-

19

20         Deposition of HEATHER BAUGH, taken on behalf

21   of the plaintiff, at 201 South Main Street, Suite

22   1300, Salt Lake City, Utah, before PHOEBE S.

23   MOORHEAD, Certified Shorthand Reporter for the State

24   of Utah, pursuant to Notice.

25
```

```
 1              And then in the bottom left, on the very
 2    bottom, this time, very bottom, it says, "Adopted
 3    2013/03/28."  Do you see that?
 4         A.   I do.
 5         Q.   All right.  Then at the end of that, it says,
 6    "Lexipol, LLC"?
 7         A.   Correct.
 8         Q.   Do you know who Lexipol is?
 9         A.   I do not.
10         Q.   And is it fair to say, based on that date,
11    that these are the policies of the Draper City Police
12    Department on the use of force on March 28, 2013?
13         A.   Correct.
14         Q.   All right.  Now, have you seen this policy
15    before?
16         A.   The Draper City use of force?
17         Q.   Yeah.  This exact one I'm showing you now.
18         A.   I have.  It does not apply to me.
19         Q.   But you still have to be familiar with it?
20         A.   I do not.
21         Q.   I thought you said you had to be familiar with
22    the Draper City Police Department --
23         A.   I am familiar with the policies.  Some do
24    apply, and some do not apply to me as an animal control
25    officer.
```