**EXHIBIT 16**



# Alpine Court Reporting

## Joshua Chatwin
## vs.
## Draper City, et al.
## Civil No. 2:14-cv-375

## Deposition of: Kenneth R. Wallentine
Date Taken: June 28, 2016

Alpine Court Reporting
Location in Salt Lake City and Provo
801-691-1000

Kenneth R. Wallentine
June 28, 2016

Page 43

1   Q.   Is that why you say here, "This policy
2 was similar to many policies that were commonly in
3 use throughout the state of Utah at the time"?
4   A.   Correct.
5   Q.   Is there any other reason that you would
6 know they were commonly in use?
7   A.   Any other reason than what I explained
8 here?
9   Q.   Yeah. I mean, you said you're aware.
10 How do you know that the majority of those were
11 the same?
12   A.   Prior to -- prior to 2010, I don't recall
13 just exactly what year this happened, but a
14 discussion arose first with the Chiefs of Police
15 Association, which, back then, I was a member of.
16 In one of the association meetings, a discussion
17 emerged about the state of policy in the state of
18 Utah. And independently of that, I had been doing
19 some work with a couple of agencies.
20       I had actually done a policy manual -- an
21 entire policy manual for one agency and was
22 working on some individual policies for another
23 agency when a friend of mine said to the chiefs
24 association, "Look, I've been looking at other
25 states that have uniform policy approaches and I

Kenneth R. Wallentine
June 28, 2016

Page 50

1   A.   It has been in the last few years, but I
2   can't tell you exactly when. I haven't been
3   employed there for some years, so --
4   Q.   Were they -- was POST part of that
5   committee you were talking about that revised the
6   policies on the use of force?
7   A.   There was not a POST member of the
8   committee, but there were people from POST who
9   were involved in most of the discussions. When it
10  came to one policy, in particular, POST was a core
11  member of the group.
12  Q.   For what policy?
13  A.   Pursuit.
14  Q.   Okay. Who was on that committee?
15  A.   Terry Keefe.
16  Q.   Where were they from?
17  A.   Terry Keefe at the time was the president
18  of the Utah Chiefs of Police Association.
19  Q.   And, I'm sorry, what time was this, about
20  when that was again?
21  A.   It was in the time frame of the late --
22  what do you call those -- aughts -- '08, '09, '10,
23  that time period. It took a while for this
24  process to unfold. Terry Keefe, he was the chief
25  of police at Layton Police Department. Paul --

Kenneth R. Wallentine
June 28, 2016

Page 52

1   prepared by an official committee that was
2   sanctioned by the State, by Peace Officers
3   Standards and Training. But this group to which I
4   reference official, sanctioned by the State, no.
5   This was a group that was collaboratively
6   assembled by the executives of the Utah Chiefs of
7   Police Association and the Utah Sheriffs'
8   Association soliciting input from some other
9   groups.
10           I mean, there are -- Utah -- you have
11  chiefs and sheriffs, but there are also -- there's
12  this family through outliers of unique law
13  enforcement agencies. And we had some of those
14  folks involved. Sid Groll, G-R-O-L-L, also
15  participated in those discussions. He was the
16  chief of -- is the chief -- one, he's not retired.
17  He is the Chief of Law Enforcement for the Utah
18  Department of Natural Resources. There are two
19  law enforcement agencies housed in that body.
20      Q.  So did you -- so just -- I know I said we
21  were going to talk about Draper, but I can be a
22  sidetrack Sally sometimes. So the purpose of the
23  committee was what originally?
24      A.  Originally -- the committee originally
25  was formed to try and provide some uniformity, as

Kenneth R. Wallentine
June 28, 2016

Page 53

1  well as some -- as well as to ensure that the
2  state of policies in use by Utah agencies on
3  critical issues were representative of the best
4  practices at the time.  That they were not
5  outdated.
6       Q.   And that included use of force?
7       A.   Yes, it did.
8       Q.   And then once everybody met, what do they
9  do with their collaboration?
10      A.   Early on in the process, Chief Keefe
11 brought in a group from California that was
12 providing policy services throughout the state of
13 California and a couple of other states.  And then
14 the focus of the committee shifted to reviewing
15 this particular group's policies, their processes
16 for creating and maintaining policies, and
17 assessing whether this group's work would be a
18 good fit in the state of Utah in making a decision
19 about whether the group wanted to pursue some kind
20 of relationship with this particular group or
21 whether it would be best that the chiefs and
22 sheriffs went off to another provider.
23           There are different providers in the law
24 enforcement world of policy services.  And so the
25 committee looked at -- different members of the

Kenneth R. Wallentine
June 28, 2016

Page 120

1    Q.   -- his opinion.
2    A.   I agree with -- so page 4, again using
3    the court numbers, I agree with his general
4    characterization of the policy.  You know, we've
5    spoken about that that it is essentially a
6    vernacular restatement.
7    Q.   So you think it is a -- when he uses the
8    word conclusory here, do you think it's a
9    conclusory statement?
10   A.   I don't know that that's conclusory.
11   It's really -- no, I wouldn't use that term.  Then
12   he goes on and essentially says the same thing a
13   couple of different ways.  I certainly agree that
14   having a policy is but a part -- he says the first
15   step in preparing an officer to make a force
16   decision.  I agree with that.  I agree that
17   training is critical.  I certainly agree that the
18   2013 policy is more comprehensive than any of its
19   factors (a) through (q).
20        I don't agree that the training at the
21   police academy is meant to provide just the
22   minimum amount of training necessary.  That's
23   certainly not the objective of the State of Utah
24   and Peace Officers Standards and Training.
25   Q.   Is there a written objective anywhere

Alpine Court Reporting
801-691-1000