# EXHIBIT 18

Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111
Telephone: 801-322-2516

John K. Johnson (#3815)
Jkjohnson1080@hotmail.com
**JOHN K. JOHNSON, LLC**
10 West 300 South, Suite 800
Salt Lake City, Utah 84101
Telephone: 801-915-2616

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>    Plaintiff,<br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>    Defendants. | DECLARATION OF<br>KIRK M. TORGENSEN<br><br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball |

I, Kirk M. Torgensen, declare and state as follows:

1.  I am over the age of 18 and have personal knowledge of the facts contained herein.

{01041362-1}

2. As the Chief Deputy Attorney General in 2010, I was involved with the Utah Chiefs of Police Association for the purposes of refining and revamping the members' use of force policies.

3. I was associated with the Utah Chiefs of Police Association from 2001-2014.

4. I attended many of their meetings during that time and was very involved in their legislative efforts.

5. As a former associate of that organization, I recognize the distinctive characteristics of the logo of the Utah Chiefs of Police Association.

6. Draper City Police Department was a member of that organization in 2010.

7. I downloaded and copied the attached document, the current membership list of the Utah Chiefs of Police Association, from that organization's website that contains the same logo.

8. That document lists Draper City Police Department as a member of the Utah Chiefs of Police Association.

I declare under criminal penalty that the foregoing is true and correct.

DATED this 1st day of September 2016.

_____
KIRK M. TORGENSEN
*Declarant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September 2016, I caused a true and accurate copy of the foregoing Declaration of Kirk Torgensen to be filed via the Court's ECF system, which in turn sent copies to counsel of record in accordance with the Court's protocols.

/s/ Michelle Carter

# EXHIBIT A

# Utah Chiefs of Police Association

About Us | Calendar | Contact | Login

Directory | Training | Programs | Retired Chiefs | Links | Blog

Search:

## Upcoming Events

**SEP 18 Sun** — 8:00 am Utah Sheriff's Conference

**SEP 21 Wed** — 10:00 am Utah Chiefs of Police Board Meeting

**NOV 1 Tue** — 8:00 am Utah Chiefs Mid-Winter Conference

View Calendar →
+ Add  8+ Add

NULINE Scans
We can convert your 35mm slides and film negatives to DVDs!
We now transfer VHS and camcorder tapes to DVD & cassette tapes to CD!
844-567-6691 • www.nulinescans.com
100% Money Back Guarantee - FREE pickup and delivery

GET NOTICED
Contact us to advertise here!

VERSATERM

## Active Members

Sort By: Agency/Company ▼   Search Members

108 Members Found

| Agency | Name | Contact | City |
|---|---|---|---|
| Hurricane PD | Lynn Excell | 435 635-9663 | Hurricane |
| Ivins Public Safety Department | Robert Flowers | 435 674-5503 | Ivins |
| Kamas City PD | Brad Smith | 435-783-4344 | Kamas |
| Kanab PD | Tom Cram | 435 644-5854/5807 | Kanab |
| Kaysville PD | Sol Oberg | 801 546-1131 | Kaysville |
| LaVerkin PD | Ben Lee | 435 635-0427 | LaVerkin |
| Layton City PD | Allen Swanson | 801 497-8300 | Layton |
| Lehi PD | Darren Paul | 801 768-7110 | Lehi |
| Lindon City PD | Cody Cullimore | 801-769-8600 | Lindon |
| Logan PD | Gary Jensen | 435 716-9300 | Logan |
| Lone Peak PD | Brian Gwilliam | 801 756-9800 | Highland |
| Mantua PD | Jim Jones | 435 723-7054 | Mantua |
| Mapleton PD | John Jackson | 801 491-8048 | Mapleton |
| Moab PD | Mike Navarre | 435 259-8938 | Moab |
| Monticello PD | Clayton Black | 435 587-3732 | Monticello |
| Moroni City PD | Justin Aagard | 435-436-8911 | Moroni |
| Mt. Pleasant PD | Jim Wilberg | 435 462-2724 | Mt. Pleasant |
| Murray PD | Craig Burnett | 801 264-2531 | Murray |
| Naples PD | Mark J. Watkins | 435 789-9449 | Naples |
| Nephi PD | Michael H. Morgan | 435 623-1626 | Nephi |
| North Ogden PD | Kevin Warren | 801 782-7219 | North Ogden |
| North Park PD | Kim Hawkes | 435 753-7600 | North Logan |
| North Salt Lake PD | Craig Black | 801 936-3880 | North Salt Lake |
| Ogden City PD | Mike Ashment | 801 395-8221 | Ogden |

| | | | |
|---|---|---|---|
| Orem PD | Gary Giles | 801 229-7062 | Orem |
| Park City PD | Wade Carpenter | 435 615-5505 | Park City |
| Parowan PD | Ken Carpenter | 435 477-8144 | Parowan |
| Payson PD | Brad Bishop | 801 465-5240 | Payson |
| Perry PD | Mike Jones | 435 723-6461 | Perry |
| Pleasant Grove PD | Mike Smith | 801 785-3506 | Pleasant Grove |

<< Previous    Page 2 of 4    Next >>

**Mission Statement:**
Promoting Effective, Professional Law Enforcement Service Within The State Of Utah Through Unity And Leadership

Copyright © 2016 Utah Chiefs of Police Association

# Utah Chiefs of Police Association

Directory | Training | Programs | Retired Chiefs | Links | Blog

About Us | Calendar | Contact | Login

Search:

## Upcoming Events

- **SEP 18 Sun** — 8:00 am Utah Sheriff's Conference
- **SEP 21 Wed** — 10:00 am Utah Chiefs of Police Board Meeting
- **NOV 1 Tue** — 8:00 am Utah Chiefs Mid-Winter Conference

View Calendar →  + Add  8+ Add

## Active Members

Sort By: Agency/Company ▼ ↑↓     Search Members

108 Members Found

| Agency | Name | Contact | City |
|---|---|---|---|
| Pleasant View PD | D. Scott Jackson | 801 782-6736 | Pleasant View |
| Price PD | Kevin Drolc | 435 636-3190 | Price |
| Provo PD | John King | 801 852-6200 | Provo |
| Richfield PD | John Evans | 435 896-8484 | Richfield |
| Riverdale PD | Scott Brenkman | 801 394-6616 | Riverdale |
| Roosevelt PD | Rick Harrison | 435 722-2330 | Roosevelt |
| Roy PD | Carl Merino | 801 774-1055 | Roy |
| Salem PD | Brad James | 801 423-2770 | Salem |
| Salina PD | Eric Pratt | 435 529-3311 | Salina |
| Salt Lake Airport PD | Craig Vargo | 801 575-2470 | Salt Lake City |
| Salt Lake City PD | Mike Brown | 801 799-3001 | Salt Lake City |
| Sandy City PD | Kevin Thacker | 801 568-7214 | Sandy |
| Santa Clara Public Safety | Bob Hansen | 435 652-1122 | Santa Clara |
| Santaquin-Genola City PD | Rodney Hurst | 801 754-1070 ext. 11 | Santaquin |
| Saratoga Springs PD | Andrew Burton | 801 766-6503 | Saratoga Springs |
| SLCC DPS | Shane Crabtree | 801 957-4571/4011 | Salt Lake City |
| Smithfield City PD | Travis Allen | 435 563-8501 | Smithfield |
| Snow College Public Safety | Bob Wright | 435 283-7170 | Ephraim |
| South Jordan City PD | L. Jeff Carr | 801 254-4708 | South Jordan |
| South Ogden PD | Darin Parke | 801 622-2800 | South Ogden |
| South Salt Lake PD | Jack Carruth | 801 412-3609 | South Salt Lake |
| Southern Utah University PD | Rick Brown | 435 586-7793 | Cedar City |
| Spanish Fork PD | Steve Adams | 801 804-4700 | Spanish Fork |
| Spring City PD | Zach Barnes | 435 462-2244 | Spring City |

NULINE Scans — We can convert your 35mm slides and film negatives to DVDs! We now transfer VHS and camcorder tapes to DVD & cassette tapes to CD! 844-567-6691 · www.nulinescans.com

GET NOTICED — Contact us to advertise here!

VERSATERM

| | | | |
|---|---|---|---|
| Springdale/ Zion Canyon PD | Garen Brecke | 435 772-3434 | Spingdale |
| Springville PD | J. Scott Finlayson | 801 489-9421 | Springville |
| St. George PD | Marlon Stratton | 435 627-4301 | St. George |
| Stockton PD | Travis Romney | 435-255-2294 | Stockton |
| Sunset PD | Ken Eborn | 801 825-1620 | Sunset |
| Syracuse PD | Garret Atkin | 801 825-4400 | Syracuse |

<< Previous     Page 3 of 4     Next >>

**Mission Statement:**
Promoting Effective, Professional Law Enforcement Service Within The State Of Utah Through Unity And Leadership

Copyright © 2016 Utah Chiefs of Police Association

# Utah Chiefs of Police Association

Directory | Training | Programs | Retired Chiefs | Links | Blog

About Us | Calendar | Contact | Login

Search:

**Upcoming Events**

SEP 18 Sun — 8:00 am Utah Sheriff's Conference

SEP 21 Wed — 10:00 am Utah Chiefs of Police Board Meeting

NOV 1 Tue — 8:00 am Utah Chiefs Mid-Winter Conference

View Calendar →
+ Add   G+ Add

## Active Members

Sort By: Agency/Company ▼ ↑↓

Search Members

108 Members Found

| Agency | Name | Contact | City |
|---|---|---|---|
| Tooele City PD | Ronald D. Kirby | 435 882-8900 | Tooele |
| Tremonton PD | Dave Nance | (435) 734-3800 | Tremonton |
| University of Utah PD | Dale Brophy | 801 581-7619 | Salt Lake City |
| UTA PD | Fred Ross | 801 287-2601 | Salt Lake City |
| Utah Chiefs of Police Association | Frank Budd | (801) 718-1569 | Morgan |
| Utah Chiefs of Police Association | Frank Budd | 801-718-1569 | Morgan |
| Utah State University PD | Steven J. Mecham | 435 797-1939 | Logan |
| UVU PD | John Brewer | 801 863-8014 | Orem |
| Vernal PD | Dylan Rooks | 435 789-5835 | Vernal |
| Veterans Administration PD | Teri Sommers | 801-584-1287 | Salt Lake City |
| Washington City Police Department | Jim Keith | 435 986-1515 | Washington City |
| Weber State Univeristy PD | Dane LeBlanc | 801 626-6460 | Ogden |
| Wellington PD | Lee R. Barry | 435 637-5213 | Wellington |
| West Bountiful PD | Todd Hixson | 801 292-4487 | West Bountiful |
| West Jordan PD | Doug Diamond | 801 256-2000 | West Jordan |
| West Valley City PD | Lee W. Russo | 801 963-3226 | West Valley City |
| Willard PD | Jean Loveland | 435 734-9881 | Willard |
| Woods Cross PD | Greg Butler | 801 292-4422 | Woods Cross |

<< Previous    Page 4 ▼ of 4    Next >>

NULINE Scans — We can convert your 35mm slides and film negatives to DVDs! We now transfer VHS and camcorder tapes to DVD & cassette tapes to CD! 844-567-6691 • www.nulinescans.com

GET NOTICED — Contact us to advertise here!

VERSATERM





**Mission Statement:**
Promoting Effective, Professional Law Enforcement Service Within The State Of Utah Through Unity And Leadership

Copyright © 2016 Utah Chiefs of Police Association