```
           IN THE UNITED STATES DISTRICT COURT

      FOR THE DISTRICT OF UTAH, CENTRAL DIVISION




JOSHUA CHATWIN,                            )
                                           )CASE NO.
                      PLAINTIFF,           )2:14-cv-00375
                                           )
Vs.                                        )
                                           )
DRAPER CITY; OFFICER J. PATTERSON,         )
IN HIS INDIVIDUAL AND OFFICIAL             )
CAPACITY; OFFICER DAVID HARRIS, IN         )
HIS INDIVIDUAL AND OFFICIAL                )
CAPACITY; OFFICER HEATHER BAUGH, IN        )
HER INDIVIDUAL AND OFFICIAL                )
CAPACITY; AND JOHN DOES 1-10.              )
                                           )
                      DEFENDANTS.          )
_____    )
```

Deposition of Kathy Torrence

Taken: November 19, 2015

Reported by: Linda J. Smurthwaite, RDR

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1

```
 1         Q.    Yes.
 2         A.    I would have to look back in the paperwork.
 3         Q.    Okay.  So I would like it if you could just
 4    go through and tell me, from start to finish, what
 5    happened that day for you?
 6         A.    Where do you want me to start, when I got out
 7    of bed?
 8         Q.    Sure.
 9         A.    Okay.  I got out of bed, I don't remember
10    what I did before that.  I got ready to go.  I went out
11    -- got ready to go run errands, and I was looking out my
12    window to see if I had any weeds in my flower bed.  When
13    I looked across the street, that's when I saw the cop had
14    pulled in behind Josh.
15         So I stood there and watched everything that
16    transpired.  They gave him a sobriety test, then they
17    handcuffed him and then they threw him to the ground, and
18    then the paramedics came, and all the other supervisors
19    came.  And everything that went with that.
20         Q.    Okay.  So let's break it down.
21         A.    Okay.
22         Q.    I'll ask you as we go.  So, what time did you
23    wake up that morning, do you remember?  You hadn't just
24    woken up when you saw what was --
25         A.    No, I probably got up around 9, 9:30.
```

15