## Gregson, Ashley

**From:** Gregson, Ashley
**Sent:** Wednesday, September 14, 2016 5:21 PM
**To:** 'Lisa A. Marcy'
**Cc:** jkjohnson1080@hotmail.com; Hamilton, R. Blake; Jennifer Hunter; Michelle Carter
**Subject:** RE: Chatwin v. Draper, et al. - Reply in Support of Motion for Partial Summary Judgment

Thank you, Lisa. We will plan to file on October 3rd.

Ashley

**From:** Lisa A. Marcy [mailto:LMarcy@clydesnow.com]
**Sent:** Wednesday, September 14, 2016 4:45 PM
**To:** Gregson, Ashley <AGregson@djplaw.com>
**Cc:** jkjohnson1080@hotmail.com; Hamilton, R. Blake <BHamilton@djplaw.com>; Jennifer Hunter <JHunter@clydesnow.com>; Michelle Carter <MCarter@clydesnow.com>
**Subject:** RE: Chatwin v. Draper, et al. - Reply in Support of Motion for Partial Summary Judgment

Ashley,

Yes, my concern is now obviated.

Lisa

**From:** Gregson, Ashley [mailto:AGregson@djplaw.com]
**Sent:** Wednesday, September 14, 2016 4:43 PM
**To:** Lisa A. Marcy <LMarcy@clydesnow.com>
**Cc:** jkjohnson1080@hotmail.com; Hamilton, R. Blake <BHamilton@djplaw.com>; Jennifer Hunter <JHunter@clydesnow.com>; Michelle Carter <MCarter@clydesnow.com>
**Subject:** RE: Chatwin v. Draper, et al. - Reply in Support of Motion for Partial Summary Judgment

Lisa,

I haven't received a response to my below email from yesterday. Since the Court has now set oral argument on our summary judgment motion in November, will you grant us the two week extension to October 3rd?

Thanks,

Ashley

**From:** Gregson, Ashley
**Sent:** Tuesday, September 13, 2016 1:46 PM
**To:** 'Lisa A. Marcy' <LMarcy@clydesnow.com>
**Cc:** jkjohnson1080@hotmail.com; Hamilton, R. Blake <BHamilton@djplaw.com>; Jennifer Hunter <JHunter@clydesnow.com>; Michelle Carter <MCarter@clydesnow.com>
**Subject:** RE: Chatwin v. Draper, et al. - Reply in Support of Motion for Partial Summary Judgment

Lisa,

I appreciate that you are trying to be accommodating. Our deadline is currently set for Monday, September 19th, so I was requesting two additional weeks. While an extension to the 26th (one additional week) would be helpful, two weeks are truly needed considering the lengthy opposition (nearly 800 pages with exhibits), which includes 52 additional disputed facts to which we will have to respond. If you were expecting oral argument next month, I think the chances of that happening were slim even with no changes to the briefing schedule simply because I know our calendar is also quite full.

Let me know if you are willing to reconsider and give us two weeks.

Thanks,

Ashley


**From:** Lisa A. Marcy [mailto:LMarcy@clydesnow.com]
**Sent:** Tuesday, September 13, 2016 10:35 AM
**To:** Gregson, Ashley <AGregson@djplaw.com>
**Cc:** jkjohnson1080@hotmail.com; Hamilton, R. Blake <BHamilton@djplaw.com>; Jennifer Hunter <JHunter@clydesnow.com>; Michelle Carter <MCarter@clydesnow.com>
**Subject:** RE: Chatwin v. Draper, et al. - Reply in Support of Motion for Partial Summary Judgment

Ashley,

I want to be as accommodating as possible; however, I am concerned that much time will extend the date for oral argument and may throw off the limine and pretrial dates-the judge will likely not accelerate his decision on the msj, and the timeline is already tight. My schedule from mid-November to mid-December is really packed, so I can agree to Sept 26, That is an extra 11 days.

Lisa


ClydeSnow

201 South Main Street, Suite 1300
Salt Lake City, UT 84111
P: 801.322.2516
F: 801.521.6280
Of Counsel lmarcy@clydesnow.com

CONFIDENTIALITY NOTICE This electronic mail transmission, and any documents, files, or previous e-mail messages attached to it, is intended only for the use of the person or entity to whom it is addressed and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution, use of any of the information, or the taking of action in reliance on the contents of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving it in any manner.

📧 Please consider the environment before printing this email

**From:** Gregson, Ashley [mailto:AGregson@djplaw.com]
**Sent:** Tuesday, September 13, 2016 9:55 AM
**To:** Lisa A. Marcy <LMarcy@clydesnow.com>
**Cc:** jkjohnson1080@hotmail.com; Hamilton, R. Blake <BHamilton@djplaw.com>
**Subject:** Chatwin v. Draper, et al. - Reply in Support of Motion for Partial Summary Judgment

Lisa,

Blake will be out of town in depositions for most of the month of September, so we could use some additional time to prepare our reply memorandum. Would you be willing to stipulate to extend our deadline to Monday, October 3rd?

Thanks,

Ashley

## Ashley Gregson | Attorney at Law

Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900 | Salt Lake City, UT 84111
Phone: 801.415.3000 | Fax: 801.415.3500 | AGregson@djplaw.com



This email message is for the sole use of the intended recipient(s) and may contain privileged or confidential information. Unauthorized use, distribution, review or disclosure is prohibited. If you are not the intended recipient, please contact AGregson@djplaw.com by reply email and destroy all copies of the original message.

Please consider the environment before printing this e-mail.

SALT LAKE CITY | LEHI | OGDEN | ST. GEORGE | LAS VEGAS