R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
bhamilton@djplaw.com
agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>                 Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>                 Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball<br>Magistrate Judge Pead |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), based upon the stipulated motion submitted by Plaintiff and Defendants, and good cause appearing, the Court hereby ORDERS that Defendants' deadline to file a Reply Memorandum in Support of their Motion for Partial Summary Judgment shall be extended to October 3, 2016.

SLC_2974176.1

DATED this __ day of September, 2016.

**BY THE COURT:**

 

_____
Dustin B. Pead
United States Magistrate Judge