IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>                  Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>                  Defendants. | ORDER GRANTING STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball<br>Magistrate Judge Pead |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), based upon the stipulated motion submitted by Plaintiff and Defendants, and good cause appearing, the Court hereby ORDERS that Defendants' deadline to file a Reply Memorandum in Support of their Motion for Partial Summary Judgment shall be extended to October 3, 2016.

DATED this 26th day of September, 2016.

                                              BY THE COURT:

                                              _____
                                              Dustin B. Pead
                                              United States Magistrate Judge