IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>  Plaintiff,<br><br>V.<br><br>DRAPER CITY; DRAPER CITY<br>POLICE DEPARTMENT; POLICE<br>CHIEF MAC CONNOLE; OFFICER<br>J. PATTERSON, in his<br>individual and official<br>capacity; OFFICER DAVID<br>HARRIS, in his individual<br>and official capacity;<br>OFFICER HEATHER BAUGH, in<br>her individual and official<br>capacity; and JOHN DOES 1-10,<br><br>  Defendants. | Civil No. 2:14-cv-00375 |

DEPOSITION OF: JASON SCOTT
DATE: November 20, 2015

Reported by: Donna M. Ward, CSR, RPR

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1

```
 1    don't.  If they somehow took him to the ground and he got
 2    hurt, that's also not the way I'd react.  Either way, I'd
 3    be down there checking on the guy.
 4         Q.   So go ahead and tell us more about what you
 5    mean by -- what did you say giggly?
 6         A.   They had all smiles and they were all like
 7    pretty pleased with themselves with whatever happened.
 8         Q.   How do you know that?
 9         A.   Smiles and joking back and forth and giggly
10    like they were, you know, and then when I came over
11    there, they went more quiet and then they, you know.
12         Q.   So when -- where were you when you observed
13    them being jolly and giggly?
14         A.   When I came back.  When Mr. Chatwin was
15    already gone and they were just there at the aftermath
16    when everything had kind of finished and they were just
17    going through his car and talking to each other.
18         Q.   What -- when you say they, who was they?
19         A.   The police officers.
20         Q.   How many were there?
21         A.   At that point, I think there was four.
22         Q.   What was their gender?
23         A.   I think there was only one female and the
24    rest were male.
25         Q.   Do you -- did you hear -- when you say joking
```

65

```
 1        A.    Uh-huh.
 2        Q.    You don't in -- in this statement, you don't
 3   put anything about a person pacing back and forth;
 4   correct?
 5        A.    No, but at -- at that point, I believe the
 6   laughing and stuff was after, so this isn't -- remember
 7   there's two -- two things that happened, one, I'm driving
 8   by, I see the person in the gutter; two, I come back to
 9   the scene and talk to the officers.
10        Q.    Okay, so are you saying that in this
11   statement you combined the two incidents?
12        A.    Yeah, pretty much.
13        Q.    Okay, so when you say Steve and I were
14   leaving his house --
15        A.    I have a hard time with that, because I don't
16   believe I was leaving at this point, but, again, you
17   know, you can remember things differently five years
18   later.
19        Q.    Okay.  "I witnessed the suspect who appeared
20   to be unconscious with his hands handcuffed behind his
21   back."
22        A.    Uh-huh.
23        Q.    "His face was facing south.  The police
24   officers were laughing in a group.  One was opening the
25   white Honda Civic in the driveway.  No officers were
```

102