DEPOSITION OF DAVID HARRIS                            1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

 3                         -ooOoo-

 4   JOSHUA CHATWIN,              : CIVIL NO. 2:14-cv-375

 5        Plaintiff,              : DEPOSITION OF:
                                    DAVID HARRIS
 6   v.                           :
                                    TAKEN: December 9, 2015
 7   DRAPER CITY; Draper City     :
     Police Department;             Judge Dale A. Kimball
 8   OFFICER J. PATTERSON, in    :
     his individual and
 9   official capacity;           :
     OFFICER HEATHER BAUGH,
10   in her individual and
     official capacity;
11   OFFICER DAVID HARRIS, in
     his individual and
12   official capacity;
     OFFICER KURT IMIG, in
13   his individual capacity;
     SUPERVISOR TBA; and JOHN
14   DOES 1-10

15        Defendants.

16   _____

17

18                         -ooOoo-

19

20        Deposition of DAVID HARRIS, taken on behalf

21   of the plaintiff, at 201 South Main Street, Suite

22   1300, Salt Lake City, Utah, before PHOEBE S.

23   MOORHEAD, Certified Shorthand Reporter for the State

24   of Utah, pursuant to Notice.

25
```

DEPOSITION OF DAVID HARRIS 46

1 time frame are we talking about?
2 BY MS. MARCY:
3     Q. From the time Mr. Chatwin -- if you have to
4 tell me the continuum of time -- from the time you see
5 Mr. Chatwin's head at the bottom of the driveway until
6 the paramedics arrived, where were you in that continuum
7 of time in relation to Mr. Chatwin?
8     A. I was either next to him, touching him, or
9 within feet of him.
10     Q. And when you say, "touching him," what were
11 you doing when you were touching him?
12     A. Moving him from the gutter to leaning against
13 my vehicle.
14     Q. Aside from moving him, did you touch him any
15 other time, until the paramedics arrived?
16     A. I don't believe so.
17     Q. If you look at the next pictures that you
18 took, we would call those "M" and "N," "M" being the top
19 where the knees show the markings.
20     A. Yes.
21     Q. When you took that photograph, did you notice
22 whether those -- those injuries were new or old? Could
23 you determine that?
24     A. I -- I don't remember, but I think I took them
25 because they were new. They looked new.