Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
**CLYDE SNOW & SESSIONS, P.C.**
201 South Main Street, 13th Floor
Salt Lake City, Utah  84111
Telephone: 801-322-2516

John K. Johnson (#3815)
jkjohnson1080@hotmail.com
**JOHN K. JOHNSON, LLC**
10 West 300 South, Suite 800
Salt Lake City, Utah  84111
Telephone: 801-915-2616

*Attorneys for Plaintiff Joshua Chatwin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>    Plaintiff,<br>v.<br><br>DRAPER CITY; *et al.,*<br><br>    Defendants. | CERTIFICATE OF SERVICE OF PLAINTIFF'S SECOND SUPPLEMENTAL DISCLOSURES<br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball |

I hereby certify that on the 7th day of November 2016, I caused a true and correct

copy of Plaintiff's Second Supplemental Disclosures, Bates Nos. P-Chatwin-000399-000403,

and this Certificate of Service to be hand delivered to the following:

{01074691-1}

R. Blake Hamilton
Ashley M. Gregson
Durham, Jones & Pinegar
111 East Broadway, Suite 900
Salt Lake City, Utah  84111

DATED this 7th day of November 2016.

    CLYDE SNOW & SESSIONS

    */s/ Lisa A. Marcy*
    Lisa A. Marcy
    *Attorneys for Plaintiff Joshua Chatwin*