R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 E. Broadway, Suite 900
PO Box 4050
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
Email: bhamilton@djplaw.com
            agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

---

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

---

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>                    Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>                    Defendants. | **DEFENDANTS' PRETRIAL DISCLOSURES and OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES**<br><br><br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball |

---

        Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Defendants Draper

City, Officer Patterson, Officer Harris, and Officer Baugh (collectively, "Defendants") hereby

submit their Pretrial Disclosures and their Objections to Plaintiff's Pretrial Disclosures.  Based

upon information currently available, Defendants disclose the following:

**<u>WITNESSES</u>**

Defendants <u>expect</u> to call the following witnesses:

1. Joshua Patterson

2. Sgt. David Harris

3. Heather Baugh

4. Deputy Chief John Eining

5. Ken Wallentine

6. Christopher Lawrence

7. Alan Goldman, M.D.

Defendants <u>may</u> call the following witnesses:

1. John E. Butler, M.D.

2. Janessa Huff

3. Juanita A. Gonzales

4. Steve Merrin

5. Sgt. Kurt Imig

6. Officer Todd Crane

7. Officer J. Barnes

8. Officer Clinton Fackrell

9. Officer Chad Carpetner

10. Captain Jason Kamp

11. Heathyr Best

2

12. Mike Washburn

13. Chris Middlemiss

14. Tiffany Berardi

15. Tiffany Wilson, GM, or other Manager at Perry Brothers Honda World

16. Manager at Guadalahonky's & Co.

17. Manager at Fast PC Solutions, LLC

18. Manager at Laser Stop, LLC

19. Manager at Rock Creek Pizza

20. Manager at O'Currance, Inc.

21. Manager at Z'tejas

22. Manager at Educators Mutual Insurance

23. Manager at Lube Management Corp.

24. Manager at Brightstar Wireless, Inc.

25. Manager at Slaymaker Group/Wingers Diner

26. Manager at Convergys Corp.

27. Managr at Larry Miller Subaru

28. Manager at Spirit Wireless

29. Manager at American Satellite Co.

30. Manager at Discount Tire

31. Records/Evidence Custodian, Draper City

32. Records Custodian for any other exhibits

**EXHIBITS**

Defendants <u>expect</u> to use the following exhibits:

1. DUI Report Form, DRAPER-CHT-00064-67

2. Citation, DRAPER-CHT-00068

3. Draper City Police Report, DRAPER-CHT-00069-86

4. Field Training Manual, DRAPER-CHT-0668-688

5. Draper City Police Report, DRAPER-CHT-4060-4094

6. Expert reports of Ken Wallentine

7. Rebuttal reports of Ken Wallentine

8. Expert report of Chris Lawrence

9. Rebuttal report of Alan Goldman

Defendants <u>may</u> use the following exhibits:

1. Transcript from Preliminary Hearing, DRAPER-CHT-00001-63

2. Search Warrant, DRAPER-CHT-00087-88

3. Blood Test Lab Results, DRAPER-CHT-00089

4. 10/29/2009 Assorted Draper City Policies, DRAPER-CHT-00090-155

5. 2011 Monthly Training Calendar, DRAPER-CHT-0156-159

6. 2011 Defensive Tactic Dept. Training Outline, DRAPER-CHT-0160-165

7. April 2011 Defensive Tactic Dept. Training, DRAPER-CHT-0166-167

8. Draper Police 2012 Yearly Training, DRAPER-CHT-0168-170

9. June 2012 Firearms Agenda, DRAPER-CHT-0171

4

10. November 2012 Defensive Tactics Dept. Training, DRAPER-CHT-0175-179

11. Draper City Use of Force Policy, DRAPER-CHT-0180-192

12. November 2012 Defensive Tactics Dept. Training Outline, DRAPER-CHT-0193-197

13. November 2012 Defensive Tactics Dept. Training Outline, DRAPER-CHT-198-202

14. Draper City Police Firearms Spreadsheet, DRAPER-CHT-201-205

15. 2013 Draper City Dept. Yearly Training, DRAPER-CHT-206-208

16. 1/15/2013 Draper City Police Training Roster, DRAPER-CHT-209

17. November 2012 Defensive Tactics Dept. Training, DRAPER-CHT-0213-217

18. 6/18/2013 Draper City Police Firearms, DRAPER-CHT-0218

19. 2/12/2013 Draper City Police Firearms, DRAPER-CHT-0220-223

20. Draper PD Defensive Tactics Training Outline, DRAPER-CHT-0254-260

21. 4/21/2015 Draper PD Training Roster – Legal Update, DRAPER-CHT-0262

22. 2014 Draper PD Yearly Training, DRAPER-CHT-0305-307

23. 2015 Draper PD Yearly Training, DRAPER-CHT-308-309

24. 5/5/2009 Draper PD Defensive Tactics, DRAPER-CHT-0412

25. Confrontation Management: The 10 Commandments of Officer Survival, DRAPER-CHT-0413-414

26. 12/11/2012 Draper City Police Training Roster First Aid/CPR, DRAPER-CHT-0599

27. 12/18/2012 Draper City Police Training Roster First Aid/CPR, DRAPER-CHT-0600

28. Draper PD 2012 Yearly Training Record, DRAPER-CHT-0601-606

29. Draper PD 2014 Yearly Training Record, DRAPER-CHT-0607-609

5

30. Citizen Complaint Investigation regarding Officer Patterson, DRAPER-CHT-0610-616

31. Citizen Complaint Investigation regarding Officer Patterson, DRAPER-CHT-0617-620

32. January 2014 Training Rosters, DRAPER-CHT-0694-701

33. December 2012 Training Rosters, DRAPER-CHT-0713-714

34. Unified State Lab Bureau of Forensic Toxicology blood test, DRAPER-CHT-4095

35. Charging Information, DRAPER-CHT-4096-4099

36. Arrest Warrant, DRAPER-CHT-4100-4101

37. Witness Statement Heathyr Best, DRAPER-CHT-4102

38. Witness Statement Jason Kamp, DRAPER-CHT-4103

39. Forensic Toxicology Statement, DRAPER-CHT-4104

40. Witness Statement Mike Washburn, DRAPER-CHT-4105

41. Witness Statement Chris Middlemiss, DRAPER-CHT-4106

42. Witness Statement Janessa Huff, DRAPER-CHT-4107

43. Witness Statement Mehdi Mahmoudi, DRAPER-CHT-4108

44. Witness Statement Kathy Torrence, DRAPER-CHT-4109

45. Witness Statement Heidi Merrin, DRAPER-CHT-4110

46. Witness Statement Jason Scott, DRAPER-CHT-4111

47. Witness Statement Steve Merrin, DRAPER-CHT-4112

48. DPD Training Assessment for Sworn Staff, DRAPER-CHT-4115-4123

49. DPD Training Assessment Non-Sworn Staff, DRAPER-CHT-4124-4132

50. DPD Training Assessment for Specialty Assignments, DRAPER-CHT-4133-4146

51. 2015 Employee Training Assessment and Career Path Plan, DRAPER-CHT-4147-4154

52. Photograph, DRAPER-CHT-4155

53. Photographs, DRAPER-CHT-4156

54. Photographs, DRAPER-CHT-4157

55. Photographs, DRAPER-CHT-4158

56. Photographs, DRAPER-CHT-4159

57. Photographs, DRAPER-CHT-4160

58. Photographs, DRAPER-CHT-4161

59. Photograph, DRAPER-CHT-4162

60. Photographs, DRAPER-CHT-4163

61. Photographs, DRAPER-CHT-4164

62. Photographs, DRAPER-CHT-4165

63. Interoffice Memo regarding Officer Patterson, DRAPER-CHT-4167-4168

64. Letter of Commendation regarding Officer Patterson, DRAPER-CHT-4169-4171

65. 2013 Draper City Employee Performance Appraisal, Heather Baugh, DRAPER-CHT-4179-4182

66. 2011 Draper City Employee Performance Appraisal, Heather Baugh, DRAPER-CHT-4185-4188

67. 2010 Draper City Employee Performance Appraisal, Heather Baugh, DRAPER-CHT-4190-4193

7

68. Sept. 2008 Draper City Employee Performance Appraisal, Heather Baugh, DRAPER-CHT-4195

69. 2009 Draper City Employee Performance Appraisal, Heather Baugh, DRAPER-CHT-4196-4199

70. May 2008 Draper City Employee Performance Appraisal, Heather Baugh, DRAPER-CHT-4202-4203

71. June 2008 Draper City Employee Performance Appraisal, Heather Baugh, DRAPER-CHT-4204-4216

72. Dec. 2007 Draper City Employee Performance Appraisal, Heather Baugh, DRAPER-CHT-4218

73. June 2007 Draper City Employee Performance Appraisal, Heather Baugh, DRAPER-CHT-4220

74. Oct. 2007 Draper City Police Dept. Evaluation Report, DRAPER-CHT-4222

75. Oct. 2014 Draper City Employee Performance Appraisal, DRAPER-CHT-4223-4226

76. Oct. 2012 Draper City Employee Performance Appraisal, DRAPER-CHT-4227-4230

77. Dec. 2007 Draper City Employee Performance Appraisal, DRAPER-CHT-4231

78. August 2014 Letter of Commendation, Heather Baugh, DRAPER-CHT-4232

79. March 2013 Letter of Commendation, Heather Baugh, DRAPER-CHT-4233

80. February 2012 Letter of Commendation, Heather Baugh, DRAPER-CHT-4234-4236

81. Acknowledgement of Draper City PD policy manual, DRAPER-CHT-4257

82. 3/8/2013 Supervisor Training Certificate of Completion, David Harris, DRAPER-CHT-4643

83. 12/17/13 Letter of Commendation to Sgt. Harris, DRAPER-CHT-4649

84. 5/8/07 Letter of Commendation Officer Harris, DRAPER-CHT-4642-4652

85. 3/13/07 Letter of Commendation Officer Harris, DRAPER-CHT-4653-4655

86. Draper City PD Policy Manual Acknowledgement Form, Harris, DRAPER-CHT-4676

87. 10/28/14 Draper City Employee Performance Appraisal/Review, Harris, DRAPER-CHT-4690-4693

88. 11/21/13 Draper City Employee Performance Appraisal/Review, Harris, DRAPER-CHT-4695-4698

89. 6/14/13 Draper City Employee Performance Appraisal/Review, Harris, DRAPER-CHT-4701

90. 10/26/2012 Draper City Employee Performance Appraisal/Review, Harris, DRAPER-CHT-4703-4706

91. 10/21/2011 Draper City Employee Performance Appraisal, Harris, DRAPER-CHT-4714-4717

92. 11/1/10 Draper City Employee Performance Appraisal, Harris, DRAPER-CHT-4722-4726

93. 9/1/08 Employee Performance Evaluation, Harris, DRAPER-CHT-4727

94. 2/13/09 Employee Performance Evaluation, Harris, DRAPER-CHT-4728-4731

95. 4/14/08 Employee Performance Evaluation, Harris, DRAPER-CHT-4735-4736

96. 4/19/08 Draper City Employee Evaluation, Harris, DRAPER-CHT-4737-4749

97. 7/19/08 Employee Performance Evaluation, Harris, DRAPER-CHT-4751-4752

98. 5/15/07 Employee Performance Evaluation, DRAPER-CHT-4758

99. Photograph, DRAPER-CHT-4764

100. Photograph, DRAPER-CHT-4765

101. Photograph, DRAPER-CHT-4766

102. Photograph, DRAPER-CHT-4767

103. Photograph, DRAPER-CHT-4767

104. Photograph, DRAPER-CHT-4768

105. Photograph, DRAPER-CHT-4769

106. Photograph, DRAPER-CHT-4770

107. Case Dockets regarding Plaintiff, DRAPER-CHT-4771-5002

108. 4/21/2009 Police Report regarding Josh Chatwin, DRAPER-CHT-5003

109. 7/8/10 Police Report regarding Josh Chatwin, DRAPER-CHT-5004-5006

110. 4/8/11 Police Report regarding Kathy Torrence, DRAPER-CHT-5007-5008

111. 8/20/11 Police Report regarding Kathy Torrence, DRAPER-CHT-5009-5010

112. 9/9/11 Police Reports regarding Kathy Torrence, DRAPER-CHT-5011-5014

113. 9/18/11 Police Report regarding Kathy Torrence, DRAPER-CHT-5015-5016

114. 10/8/11 Police Report regarding Kathy Torrence, DRAPER-CHT-5017-5018

115. 7/3/12 Police Report regarding Josh Chatwin, DRAPER-CHT-5019

116. 1/24/13 Police Report regarding Jason Scott, DRAPER-CHT-5022-5023

SLC_3042357.1

117.    2/23/2013 Police Report regarding Josh Chatwin, DRAPER-CHT-5024

118.    3/7/2013 Police Report regarding Kathy Torrence, DRAPER-CHT-5025

119.    7/31/2013 Police Report regarding Josh Chatwin, DRAPER-CHT-5026-5027

120.    1/11/14 Police Report regarding Josh Chatwin, DRAPER-CHT-5028-5029

121.    5/26/15 Police Report regarding Josh Chatwin, DRAPER-CHT-5032-5034

122.    10/3/04 Police Report regarding Josh Chatwin, DRAPER-CHT-5040-5045

123.    4/22/05 Police Report regarding Josh Chatwin, DRAPER-CHT-5048-5049

124.    4/9/06 Police Report Regarding Josh Chatwin, DRAPER-CHT-5054-5055

125.    10/21/06 Police Report Regarding Kathy Torrence, DRAPER-CHT-5056-5058

126.    6/25/07 Police Report regarding Kathy Torrence, DRAPER-CHT-5059-5060

127.    7/16/07 Police Report regarding Josh Chatwin, DRAPER-CHT-5061-5064

128.    4/9/09 Police Report regarding Josh Chatwin, DRAPER-CHT-5065-5067

129.    Josh Chatwin Employment Records, Convergys, DRAPER-CHT-5068-5075

130.    Josh Chatwin Employment Records, Honda World, DRAPER-CHT-5076-5080

131.    Josh Chatwin Employment Records, Discount Tire, DRAPER-CHT-5081-5114

132.    Josh Chatwin Employment Records, Guadalahonky's, DRAPER-CHT-5115

133.    Josh Chatwin Employment Records, Jiffy Lube, DRAPER-CHT-5116-5126

134.    Josh Chatwin Employment Records, Laserstop, DRAPER-CHT-5127-5128

135.    Josh Chatwin Employment Records, O'Currance, DRAPER-CHT-5129-5171

136.    Photographs of Sgt. Harris' Truck, DRAPER-CHT-5193-5207

137.    Trevor Petersen 1099-MISC, DRAPER-CHT-5209

11

138.     Trevor Petersen Earnings Summary, DRAPER-CHT-5210

139.     Private Ops Invoices, DRAPER-CHT-5211-5214

140.     9/23/2015 Trevor Petersen Application, DRAPER-CHT-5215-5224

141.     Trevor Petersen Honesty Pledge, DRAPER-CHT-5225

142.     Trevor Petersen Independent Contractor Agreement, DRAPER-CHT-5228

143.     9/25/15 Process Service Certification Test, DRAPER-CHT-5241-5242

144.     4/7/16 Letter from Court OPS to BCI, DRAPER-CHT-5250

145.     6/8/11 Hearing Graphs, DRAPER-CHT-5255-5257

146.     6/11/2016 Letter from Alan Goldman, DRAPER-CHT-5258-5260

147.     Photographs of the scene, DRAPER-CHT-5261-5281

148.     Josh Chatwin Renaissance Ranch Records, DRAPER-CHT-5282-5479

149.     7/17/15 Police Report regarding Kirk Torgensen, DRAPER-CHT-5491-5497

150.     Private Ops invoice, DRAPER-CHT-5498

151.     Blank Letter of Engagement and Understanding, DRAPER-CHT-5499-5501

152.     Blank Acknowledgement and Agreement, DRAPER-CHT-5502

153.     Court Docket regarding Kirk Torgensen, DRAPER-CHT-5516-5518

154.     Kirk Torgensen Arrest Mugshots, DRAPER-CHT-5519-5520

155.     Signed Plea Information, Kirk Torgensen, DRAPER-CHT-5521

156.     Jail Release Agreement, Kirk Torgensen, DRAPER-CHT-5522-5523

157.     Information, DRAPER-CHT-5524-5527

158.     Minutes regarding Change of Plea, Plea in Abeyance, DRAPER-CHT-5528

159.    News Article involving Kirk Torgensen, DRAPER-CHT-5529-5530

160.    News Article involving Kirk Torgensen, DRAPER-CHT-5531-5534

161.    News Article involving Kirk Torgensen, DRAPER-CHT-5535-5538

162.    News Article involving Kirk Torgensen, DRAPER-CHT-5539-5543

163.    Cyber Ops Scene Inspection Photos, DRAPER-CHT-5544-5615

164.    United Fire Authority Records, DRAPER-CHT-5620-5625

165.    Josh Chatwin Valley Mental Health Records, DRAPER-CHT-5630-5651

166.    Josh Chatwin medical records from Dr. Reichert, DRAPER-CHT-5655-5674

167.    Josh Chatwin brain scan images, DRAPER-CHT-5675

168.    5/20/2010 Discharge Instructions, Chatwin-002

169.    Any exhibits disclosed by Plaintiff.

170.    Any documents used as deposition exhibits.

Defendants note that their Motion for Partial Summary Judgment is currently pending before the Court.  Therefore, Defendants reserve the right to supplement or amend these disclosures as necessary to conform their trial strategy in light of any future orders from the Court and to meet their disclosure obligations under Rule 26.

### OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES

Pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure, Defendants object to Plaintiff's Pretrial Disclosures as follows:

### Witnesses

13

Defendants object to the use of the deposition of Trevor Peterson as proposed in Plaintiff's Pretrial Disclosures.  Plaintiff has not designated which portions of the deposition he intends to use if Mr. Peterson is unavailable to offer live testimony.  If Plaintiff does not intend to play the entire deposition for the jury, Plaintiff must disclose the specific lines of testimony he intends to use so that Defendant may make counter-designations if necessary.

**Exhibits**

Defendants may object to the admissibility of the exhibits Plaintiff intends to offer at trial as follows:

1.     Medical Records of Joshua Chatwin (Chatwin-003 – 107; 109 – 116; 117 – 133): Hearsay, Fed. R. Evid. 802, this exhibit contains out of court statements being offered for the truth of the matter asserted; Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that this exhibit is what it claims to be; this exhibit contains medical records from multiple separate medical providers, which should be separated into individual exhibits for purposes of trial.

2.     Preliminary Hearing Transcript (Chatwin-134 – 230): Hearsay, Fed. R. Evid. 802, this exhibit contains out of court statements being offered for the truth of the matter asserted; Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that the exhibit is what it claims to be.

3.     Photographs (Chatwin-231 – 245): Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that each of the photographs is

14

what it claims to be; this exhibit contains numerous photographs, which should be separated into individual exhibits for purposes of trial.

4.      Portions of Draper City Police Department Policies and Procedures (Chatwin-385 – 398): Hearsay, Fed. R. Evid. 802, this exhibit contains out of court statements being offered for the truth of the matter asserted; Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that this exhibit is what it claims to be.

5.      Draper City Police Department Records (DRAPER-CHT-63 – 88, 90 – 4059): Hearsay, Fed. R. Evid. 802, this exhibit contains out of court statements being offered for the truth of the matter asserted; Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that this exhibit is what it claims to be; this exhibit contains multiple separate documents, including one lone page of hearing testimony, which should be separated into individual exhibits for purposes of trial.

6.      Photographs of the scene (DRAPER-CHT-4155 – 4166): Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that each of the photographs is what it claims to be; this exhibit contains numerous photographs, which should be separated into individual exhibits for purposes of trial.

7.      Photographs (DRAPER-CHT-4764 – 4770): Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that each of the photographs is what it claims to be; this exhibit contains numerous photographs, which should be separated into individual exhibits for purposes of trial.

15

Defendants may object to the admissibility of the exhibits Plaintiff may rely upon at trial as follows:

1.      Criminal Information/Discovery, including witness statements (Chatwin-246 – 277; DRAPER-CHT-4060 – 4114): Hearsay, Fed. R. Evid. 802, this exhibit contains out of court statements being offered for the truth of the matter asserted; Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that this exhibit is what it claims to be; this exhibit contains multiple separate documents written by different authors, including pleadings and witness statements, which should be separated into individual exhibits for purposes of trial.

2.      DPD Training Assessment, January 1, 2015, to December 31, 2016 (DRAPER-CHT-4115 – 4154): Hearsay, Fed. R. Evid. 802, this exhibit contains out of court statements being offered for the truth of the matter asserted; Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that this exhibit is what it claims to be; this exhibit contains multiple separate documents which should be separated into individual exhibits for purposes of trial.

3.      Third District Court Docket, West Jordan Department, State of Utah v. Joshua Scott Chatwin, Case No. 101401517 (DRAPER-CHT-4839 – 4854): Hearsay, Fed. R. Evid. 802, this exhibit contains out of court statements being offered for the truth of the matter asserted; Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence sufficient to support a finding that this exhibit is what it claims to be.

4.      Employment records at time of incident (DRAPER-CHT-5117 – 5126): Hearsay,

Fed. R. Evid. 802, this exhibit contains out of court statements being offered for the truth of the

matter asserted; Authenticity/Foundation, Fed. R. Evid. 901, Plaintiff must produce evidence

sufficient to support a finding that this exhibit is what it claims to be.

DATED this 29th day of November, 2016.

DURHAM JONES & PINEGAR, P.C.


/s/ R. Blake Hamilton
R. Blake Hamilton
Ashley M. Gregson
ATTORNEYS FOR DEFENDANTS

17

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 29th day of November, 2016, via electronic filing upon the following:

Lisa A. Marcy
CLYDE SNOW & SESSIONS
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, UT 84111

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101


/s/ Sarah Peck
Secretary

18

SLC_3042357.1