Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
CLYDE SNOW & SESSIONS, P.C.
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111
Telephone: 801-322-2516

John K. Johnson (#3815)
jkjohnson1080@hotmail.com
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, Utah  84111
Telephone: 801-915-2616

*Attorneys for Plaintiff Joshua Chatwin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>　　Plaintiff,<br><br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>　　Defendants. | MOTION FOR PRO HAC VICE ADMISSION AND CONSENT OF LOCAL COUNSEL<br><br><br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball |

　　Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of Dominic Gianna as pro hac vice counsel for plaintiff Joshua Chatwin and consent to serve as local counsel. The application

{01084421-1}

for pro hac vice admission is attached as Exhibit A to this motion, an Electronic Case Filing Registration Form as Exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

DATED this 13th day of December 2016.

                              CLYDE SNOW & SESSIONS

                              /s/ Lisa A. Marcy
                              Lisa A. Marcy
                              *Attorneys for Plaintiff Joshua Chatwin*