## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney:   Dominic J. Gianna                    Telephone: 504-569-1805
Firm Name:          Aaron & Gianna, PLC
Business Address:   201 St. Charles Avenue
                    Suite 3800
                    New Orleans, LA 70170

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | |
|---|---|---|
| Louisiana | 6063 | Admitted October 1974 |
| Supreme Court of the United States | | Admitted January 1991 |
| US Court of Appeals Tenth Circuit | | Admitted November 2010 |
| US Court of Appeals Fifth Circuit | | Admitted January 1976 |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
X  No          ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:                        _____ none

Case Name: DeFrietas v. Horizon Investment & Management et al
Case Number: 2:06-cv-00926
Admission Date: December 29, 2009

(Attach list of other cases separately if more space is needed.)

I certify that I am a member in good standing of all bars to which I have been admitted. I further agree to read and comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. This certification that the foregoing is true and correct is made under penalty of perjury.

_/s/ Dominic J. Gianna_                                    12/12/16
Signature                                                  Date

Non resident United States attorneys and attorneys employed by agencies of the federal government are exempt from the pro hac vice fee. All other attorneys must pay a fee of $250.00 concurrent with this application. This application must be filed as an attachment to a motion for admission and consent filed by local counsel.

If you have not previously registered for CM/ECF in the District of Utah, please attach a completed Electronic Case Registration Form with this application to receive your login and password.