Lisa A. Marcy (#5311)
lmarcy@clydesnow.com
CLYDE SNOW & SESSIONS, P.C.
201 South Main Street, 13th Floor
Salt Lake City, Utah 84111
Telephone: 801-322-2516

John K. Johnson (#3815)
jkjohnson1080@hotmail.com
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, Utah 84111
Telephone: 801-915-2616

*Attorneys for Plaintiff Joshua Chatwin*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>Plaintiff,<br><br>v.<br><br>DRAPER CITY; DRAPER CITY POLICE DEPARTMENT; POLICE CHIEF MAC CONNOLE; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>Defendants. | ORDER FOR PRO HAC VICE ADMISSION<br><br><br>Civil No. 2:14-cv-375<br>Judge Dale A. Kimball |

It appearing to the Court that Petitioner meets the pro hac vice admission requirements of D.U. Civ. Rule 83-1.1(d), the motion for the admission pro hac vice of Dominic Gianna in the United States District Court, District of Utah, in the subject case is GRANTED.

{01084430-1}

DATED this _____ day of December 2016.

                              BY THE COURT:

                              _____
                              U.S. District Judge