# EXHIBIT A

```
          IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF UTAH
                   CENTRAL DIVISION
----------------------------------------------------
                                )
JOSHUA CHATWIN,                 )
                                )
          Plaintiff,            )
                                )
vs.                             )  Case No. 2:14-cv-00375
                                )
DRAPER CITY; OFFICER J.         )  Judge Dale A. Kimball
PATTERSON, in his               )
individual and official         )
capacity; OFFICER DAVID         )
HARRIS, in his individual       )
and official capacity;          )
OFFICER HEATHER BAUGH, in       )
her individual and              )
official capacity; and          )
JOHN DOES 1-10,                 )
                                )
          Defendants.           )
                                )
----------------------------------------------------
```

VIDEOTAPED DEPOSITION OF:   KIRK TORGENSEN

Taken:   June 17, 2016

Reported by: Kelly Sommerville, RPR

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1

```
 1        Q.    You think -- do you believe it's important
 2   to also train on that factor?
 3        A.    Critical.
 4        Q.    And you're obviously critical of the 2010
 5   policy for not including that as one of the factors
 6   that an officer should look at when making a
 7   determination on their use of force, true?
 8        A.    The lack of understanding what impairment
 9   brings to the --
10        Q.    Yes.
11        A.    Yes, it's true.
12        Q.    And you, in your report, are also critical
13   of the fact that Officer Patterson, you couldn't find
14   any indication that he had received training with
15   respect to alcohol and drugs being -- being an
16   impairment and a factor that he should have been taught
17   by Draper City?
18        A.    Yeah.  I looked very carefully to see if
19   Patterson acknowledged having received any training
20   from Draper PD with respect to any use of force issue,
21   and there was no evidence that he had received any, and
22   that concerned me.
23        Q.    Sir, do you -- do you drink alcohol?
24        A.    I do.
25        Q.    Have you ever used drugs before?
```