# EXHIBIT C

involved, sentences may be imposed one after another (consecutively), or they may run at the same time (concurrently). In sentencing me, the judge is not required to follow the recommendations of any other person. The judge must impose sentence within the following limits:

| OFFENSE | JAIL | FINE | |
|---|---|---|---|
| Class A Misdemeanor | 0 - 365 days | $0.00 - $2,500.00 | plus maximum 90% surcharge. |
| ✓ Class B Misdemeanor | 0 - 180 days | $0.00 - $1,000.00 | plus maximum 90% surcharge. |
| Class C Misdemeanor | 0 - 90 days | $0.00 - $750.00 | plus maximum 90% surcharge. |
| Infraction | none | $0.00 - $750.00 | plus maximum 40% surcharge. |

Certain crimes require added fees or other conditions of sentencing. Most often, a maximum of 90% surcharge must be added. Some penalties for certain crimes may be greater, or enhanced, if there are other convictions for similar crimes. I understand these consequences and have no questions about them.

IMMIGRATION/DEPORTATION:

I understand that if I am not a United States citizen, my guilty plea(s) may subject me to deportation.

ENTRY OF GUILTY PLEA

I enter this plea knowingly and voluntarily. No promises or threats have been made to force me to change my plea. I am not under the influence of alcohol or drugs or anything that would impair my judgment right now. I have read this document or had it read to me. I understand its contents and adopt each statement in it as my own. By signing this document I am saying that I ENTER A PLEA OF GUILTY TO:

D.U.I. (41-6a-502) ; No Interlock (41-6a-518.2(3))
Name of crime(s) and class of crime(s)

Statement of specific comprising elements of each offense and special terms if applicable (plea negotiation, no contest plea, etc.):

on May 18, 2010, in Salt Lake County, State of Utah I drove a vehicle w/o a mandated interlock + was under the influence of alcohol greater than .08.

I understand that if I want to withdraw my guilty (or no contest) plea(s), I must file a written motion to withdraw my plea(s) before sentence is announced. I understand that for a plea held in abeyance, a motion to withdraw from the plea agreement must be made within 30 days of pleading guilty or no contest. I will only be allowed to withdraw my plea if I show that it was not knowingly and voluntarily made. I understand that any challenge to my plea(s) made after sentencing must be pursued under the Post-Conviction Remedies Act in Title 78B, Chapter 9, and Rule 65 C of the Utah Rules of Civil Procedure.

4/28/11
Date

Defendant's Signature

Defendant's Attorney

District Judge

10/10 guilty plea 1 cd