# EXHIBIT D

**3RD DIST. COURT - WEST JORDAN**
**SALT LAKE, STATE OF UTAH**
**STATE OF UTAH vs. CHATWIN, JOSHUA SCOTT**

**CASE NUMBER** 101401517 - State Felony

CURRENT ASSIGNED JUDGE: L DOUGLAS HOGAN

**Parties**

| Relationship | Party | Represented By |
|---|---|---|
| Plaintiff | STATE OF UTAH | MANDY L ROSE |
| Defendant | JOSHUA SCOTT CHATWIN | JOHN K JOHNSON |

**Charges**

| | Offense | Offense Date |
|---|---|---|
| Charge 1 | 76-5-102.8 - DISARMING A PEACE OFFICER 1st Degree Felony (amended) to 1st Degree Felony<br>**Disposition:** April 28, 2011 Dismissed (w/o prej) | May 18, 2010 |
| Charge 2 | 76-5-102.5 - ASSAULT BY PRISONER 3rd Degree Felony<br>**Disposition:** April 28, 2011 Dismissed (w/o prej) | May 18, 2010 |
| Charge 3 | 41-6A-502 - DRIVING UNDER THE INFLUENCE OF ALC/DRUGS Class B Misdemeanor<br>**Plea:** April 28, 2011 Guilty<br>**Disposition:** April 28, 2011 Guilty | May 18, 2010 |
| Charge 4 | 76-8-305 - INTERFERING W/ LEGAL ARREST Class B Misdemeanor<br>**Disposition:** April 28, 2011 Dismissed (w/o prej) | May 18, 2010 |
| Charge 5 | 53-3-227(3)(A) - DRIVE ON SUSP/REVOCATION/DEN ALC RELATED Class B Misdemeanor<br>**Disposition:** April 28, 2011 Dismissed (w/o prej) | May 18, 2010 |
| Charge 6 | 41-6A-530 - DRIVING ON ALCOHOL RESTRICTIONS Class B Misdemeanor<br>**Disposition:** April 28, 2011 Dismissed (w/o prej) | May 18, 2010 |
| Charge 7 | 41-6A-518.2(3) - INTERLOCK RESTRICTED DRIVER OPERATING VEHICLE W/O IL SYSTEM Class B Misdemeanor<br>**Plea:** April 28, 2011 Guilty<br>**Disposition:** April 28, 2011 Guilty | May 18, 2010 |

**Events**

| Date | Event |
|---|---|
| January 01, 1900 | BO/ARR<br>set on 03/17/2011 |
| July 07, 2010 | Case filed by rosema |
| July 07, 2010 | Filed: Information |
| July 07, 2010 | WARRANT for Case 101401517 ID 13093747 |
| July 07, 2010 | Warrant Ordered |
| July 07, 2010 | Warrant Issued |
| July 09, 2010 | INITIAL APPEARANCE set on 07/12/2010 |
| July 09, 2010 | Warrant Recalled |
| July 12, 2010 | ROLL CALL set on 07/26/2010 |
| July 12, 2010 | Minutes for Initial Appearance |
| July 15, 2010 | Filed: Response to Request for Discovery |
| July 15, 2010 | Filed: Request for discovery |
| July 15, 2010 | Filed: Appearance of counsel, entry of not guilty plea, request for new Roll Call date jury trial demand |
| July 15, 2010 | ROLL CALL resched: |
| July 29, 2010 | PRELIMINARY HEARING set on 09/07/2010 |

| | |
|---|---|
| July 29, 2010 | Minutes for Roll Call |
| August 02, 2010 | Filed: Response to Supplemental Request for discovery |
| September 07, 2010 | PRELIMINARY HEARING set on 11/04/2010 |
| September 07, 2010 | Minutes for Preliminary Hearing |
| October 27, 2010 | PRELIMINARY HEARING resched: |
| October 27, 2010 | NOTICE for Case 101401517 ID 13351413 |
| October 28, 2010 | Filed: Motion to continue preliminary hearing |
| January 07, 2011 | Filed: ORDER OF CONTINUANCE |
| January 07, 2011 | Filed: STIPULATED MOTION TO CONTINUE |
| January 07, 2011 | PRELIMINARY HEARING set on 02/08/2011 |
| February 08, 2011 | Minutes for Preliminary Hearing |
| February 09, 2011 | Final Exhibit List |
| February 24, 2011 | Filed: State's motion to dismiss count I and II of the information |
| March 17, 2011 | LAW & MOTION HEARING continued |
| March 17, 2011 | BO/ARR Continued |
| March 17, 2011 | PRETRIAL CONFERENCE set on 04/28/2011 |
| April 28, 2011 | Information amended |
| April 28, 2011 | Charge 1 amended to 1st Degree Felony |
| April 28, 2011 | Charge 1 Disposition is Dismissed |
| April 28, 2011 | Charge 2 Disposition is Dismissed |
| April 28, 2011 | Charge 3 Disposition is Guilty |
| April 28, 2011 | Charge 4 Disposition is Dismissed |
| April 28, 2011 | Charge 5 Disposition is Dismissed |
| April 28, 2011 | Charge 6 Disposition is Dismissed |
| April 28, 2011 | Charge 7 Disposition is Guilty |
| April 28, 2011 | Minutes for Change of Plea |
| April 28, 2011 | SENT/SLCP set on 06/21/2011 |
| April 28, 2011 | Filed: Statement of Defendant entering a guilty plea. |
| April 28, 2011 | Filed: Amended Information. |
| June 14, 2011 | **** PRIVATE **** Filed: Pre Sentence Investigation Report |
| June 21, 2011 | Fine Account created |
| June 21, 2011 | Minutes for SENTENCE, JUDGMENT, COMMITME |
| June 21, 2011 | Filed: Judgment and Commitment |
| July 08, 2011 | Filed: CJS/Stay Report: Ordered & Approved Scram to be worn for 90 days. |
| August 31, 2011 | Fee Account created |
| August 31, 2011 | Fine Payment |
| September 06, 2011 | Filed: CJS/Stay Report: Update for the Court. Deft is in compliance with terms of probation also completed 90 AA mtgs in 90 days. Has completed 12 hours of c/s and also attending substance abuse treatment thru Valley Mental Health. |
| September 07, 2011 | Filed: Prob Progress/Violation Rep: Approved & Ordered:Acknowledged. |
| September 28, 2011 | Fine Payment |
| December 27, 2011 | Filed: SLCO Criminal Justice Service Stay Report (Approved and Ordered 5,000.00 BW to issue) |
| December 27, 2011 | Filed: Affidavit in Support of Order to Show Cause |
| December 27, 2011 | Filed: Order to Show Cause |
| December 27, 2011 | ORDER TO SHOW CAUSE SLCP on 01/17/2012 |
| December 29, 2011 | Filed: SLCO Criminal Justice Services Stay Report (Approved and Ordered SLCO to Prepare Affidavit/OSC |
| January 17, 2012 | Filed: Post Sentencing |
| January 18, 2012 | Post Sentencing |
| March 27, 2012 | Filed: Salt Lake County Criminal Justice Services Stay Report (Approved and Ordered No Action) |

| | |
|---|---|
| May 25, 2012 | Fee Account created |
| May 25, 2012 | Fee Account created |
| May 25, 2012 | Fee Payment |
| May 29, 2012 | Filed: Request for Recording - John K Johnson |
| July 10, 2012 | Judgment Entered - Amount $820.47 |
| August 21, 2012 | WALK IN HEARING set on 09/10/2012 |
| August 22, 2012 | Filed: Community Service Paperwork |
| August 29, 2012 | WALK IN HEARING Cancelled |
| August 29, 2012 | WALK IN HEARING set on 09/11/2012 |
| August 29, 2012 | NOTICE for Case 101401517 ID 14726486 |
| September 11, 2012 | Minutes for REVIEW HEARING |
| September 11, 2012 | Case Closed |
| September 12, 2012 | Filed: Case Closed. |

**Account Summary**

| Account | Details | | | |
|---|---|---|---|---|
| REVENUE DETAIL - TYPE: FINE | Amount Due: | $ | 200.00 | |
| | Amount Paid: | $ | 200.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: INTEREST | Amount Due: | $ | 0.00 | |
| | Amount Paid: | $ | 0.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: AUDIO TAPE COPY | Amount Due: | $ | 10.00 | |
| | Amount Paid: | $ | 10.00 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |
| REVENUE DETAIL - TYPE: POSTAGE-COPIES | Amount Due: | $ | 2.47 | |
| | Amount Paid: | $ | 2.47 | |
| | Amount Credit: | $ | 0.00 | |
| | | | **Balance:** | *** $ 0.00** |

**Account Adjustments**

| Date | Amount | Reason |
|---|---|---|
| July 10, 2012 | -* $ 800.00 | Adjusted to zero and set to State Debt Collection |
| July 10, 2012 | * $ 20.47 | Criminal post judgment interest |
| July 10, 2012 | -* $ 20.47 | Adjusted to zero and set to State Debt Collection |