# EXHIBIT A

# OFFICER REPORT

| | | |
|---|---|---|
| | IN#: LG1613543 | Page: 1 of 1 |
| Report Date: 07/08/2010 | Report #Id: R1244954 | Case#: 2010-004334 |

Activity Codes: **407-WARRANT ARREST**
Offenses:
Division Reporting:   Disposition: **I INACTIVE**
OCC. ON: **07/08/2010**
BETWEEN: **22:48 AND 00:00**   Loc. of Occurrence: **12534 S 150 E DRAPER, UTAH 84020**

## ADDITIONAL PEOPLE INVOLVED

Codes: V-Victim, S-Suspect, A-Arrestee, R-Reporting Party, W-Witness, O-Involved Other, M-Mother, F-Father, G-Guardian

| O1 | Name: **CHATWIN, JOSHUA SCOTT** | Sex: **M** | Age: **28** | DOB: |
|---|---|---|---|---|
| | AKA: | Race: **W** | Eth: **N** | Ht: **0'0"** |
| | Addr (Home): **12534 S 150 E** | Hair: | Eye: | Wt: |
| | CSZ: **DRAPER UTAH, 84020** | | HP: **(801) 518-9880** | WP: |
| | | | CP: **(801) 518-9880** | OP: |

Clothing Worn:

## NARRATIVE

INITIAL / C. FACKRELL 9D38 / 2010-004334 / 07-08-2010

On 07-08-2010 at 2245 hours I responded with other Draper City Police Officers to 12534 South 150 East on a warrant service. Joshua Chatwin had several outstanding felony warrants for his arrest. The main warrant was out of Draper for disarming a peace officer felony one, bail set at $50000.00.

Officers made contact with Joshua in the backyard of this address. He was taken into custody without incident. I transported and booked him into Salt Lake County Jail.

No further information.

CLOSED.

## REPORTING OFFICER

| Officer's Name | P# | Assmt. | Signature |
|---|---|---|---|
| **C. FACKRELL** | **9D38** | | |

## OFFICER INVOLVEMENTS

| Involvement | Officer's Name | P# | Assmt. |
|---|---|---|---|
| **SUPERVISOR** | | | |

DRAPER-CHT-5004