# EXHIBIT B

# OFFICER REPORT

| | |
|---|---|
| IN#: LG1698178 | Page: 1 of 1 |
| Report Date: 07/08/2010 | Report #Id: R1250011 | Case#: 2010-004334 |

Activity Codes: **708-ASSIST OFFICER, 621-K-9 DEPLOYED /NO BITE, 608-K-9 INFLUENCED APPREHENSION**

Offenses:
Division Reporting:                                         Disposition: **I INACTIVE**
OCC. ON: **07/08/2010**
BETWEEN: Loc. of Occurrence: **12534 S 150 E DRAPER, UT 84020**
**22:48 AND 23:22**

## NARRATIVE

BEGLARIAN, 9K39, 2010-004334, SUPPLEMENTAL.

On 07-08-10 at 2248 hours I was requested to assist Detective Fackrell on serving a felony warrant at 12534 S 150 E. Detective Fackrell was looking for Joshua Chatwin, who had an outstanding Felony 1 warrant for Disarming a Police Officer.

I deployed my PSD 'Yasso' and went to the rear of the residence. Yasso is trained in suspect apprehension. While Detective Fackrell and officers were attempting contact at the front door of the home, Officer Lees and I were set up on containment in the rear of the home in case Joshua fled on foot.

While waiting the backyard of the home, I could smell a fresh cigarette burning. I looked over into an open shed in the backyard and saw Joshua standing there smoking a cigarette, attempting to hide. I ordered Joshua to 'show me his hands' and to prone out on the ground' or I would send the police dog and he would be bit. Joshua complied with my commands and was taken into custody without incident.

No further.

### REPORTING OFFICER

| Officer's Name | P# | Assmt. | Signature |
|---|---|---|---|
| **BEGLARIAN** | **9K39** | | |

### OFFICER INVOLVEMENTS

| Involvement | Officer's Name | P# | Assmt. |
|---|---|---|---|
| **SUPERVISOR** | | | |

DRAPER-CHT-5005