# EXHIBIT C

# C  CRIME REPORT

| | | |
|---|---|---|
| Report Date: **07/08/2010** | IN#: **LG1651194**<br>Report #Id: **R1267587** | Page: 1 of 1<br>Case#: **2010-004335** |

| CODE | OFFENSE DESCRIPTION |
|---|---|
| 3599.1 | Paraphernalia |

Weapons, Force / Means used: **DRUGS**
Apparent Motive: **DRUG RELATED**

OCC. ON: **07/08/2010 AT 22:48**
REPORTED: **07/08/2010 at 22:48**

Connecting Reports:
Activity Codes:  **719-DRUG OFFENSE**
Investigative divisions, units, persons notified:
Case Clearance/Disposition: **INACTIVE**
Location of Crime:  **12534 S 150 E, DRAPER UT**

## ADDITIONAL PEOPLE INVOLVED

Codes: V-Victim, S-Suspect, A-Arrestee, R-Reporting Party, W-Witness, O-Involved Other, M-Mother, F-Father, G-Guardian

| S1 | Name: **CHATWIN, JOSHUA SCOTT** | Sex: **M**  Age: **28** | DOB: |
| | AKA: | Race: **W**  Eth: **N** | Ht: **0'0"** |
| | Addr (Home): **12534 S 150 E** | Hair:  Eye: | Wt: |
| | CSZ: **DRAPER UTAH, 84020** | HP: **(801) 518-9880** | WP: |
| | | CP: **(801) 518-9880** | OP: |

Clothing Worn:

## PROPERTY DETAILS

| Owner | Quan. | Stat. | Code | Manufacturer | Model | Color/Desc | Serial# | Value |
|---|---|---|---|---|---|---|---|---|
| S1 | 1 | SEIZED | 1905 DRUG/NARCOTIC EQUIPMENT - PIPE | GLASS MARIJUANA PIPE | | GLASS MARIJUANA PIPE | | 1.00 |

Total Property Value: **1.00**

## NARRATIVE

INITIAL, D. JOHNSON, 9059, 2010-004335

On July 8, 2010, at 2248 hours, I assisted Detective Fackrell on an attempted warrant service at 12534 S 150 E (Case #2010-004334). The warrant was issued for Joshua Chatwin 1-29-82 for Disarming a Police Officer - Felony 1 - Bail $50000. Officer Beglarian located Joshua in the backyard of the home. I went into the backyard and observed Joshua in the prone position in the backyard.

I took Joshua into custody. As I was searching Joshua, I located a glass pipe in his right pocket. The pipe had been used to smoke marijuana. I seized the pipe.

At the request of Detective Fackrell, I booked the pipe into evidence (Locker #C). Detective Fackrell requested this case be forwarded to him.

Case Active To Detective Fackrell.

## REPORTING OFFICER

| Officer's Name | P# | Assmt. | Signature |
|---|---|---|---|
| **DEREK JOHNSON** | 9059 | | |

## OFFICER INVOLVEMENTS

| Involvement | Officer's Name | P# | Assmt. |
|---|---|---|---|
| **SUPERVISOR** | | | |

DRAPER-CHT-5006