R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 E. Broadway, Suite 900
PO Box 4050
Salt Lake City, UT  84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
Email: bhamilton@djplaw.com
          agregson@djplaw.com

ATTORNEYS FOR DEFENDANTS

---

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION

---

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>          Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>          Defendants. | **DEFENDANTS' PROPOSED JURY INSTRUCTIONS**<br><br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball |

Pursuant to the Court's November 30, 2016 Trial Order [D.E. 90] Defendants Draper

City, Officer Patterson, Officer David  Harris, and Heather Baugh ("Defendants") hereby request

that in addition to the parties' Joint Proposed Jury Instructions, the Court give the proposed

SLC_3072688.1

instructions attached hereto as **Exhibit A**.  An additional copy of the Defendants' proposed

instructions will be emailed to chambers in Word format.

      DATED this 28th day of December, 2016.

                                **DURHAM JONES & PINEGAR, P.C.**


                                /s/ R. Blake Hamilton
                                R. Blake Hamilton
                                Ashley M. Gregson
                                ATTORNEYS FOR DEFENDANTS

SLC_3072688.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 28th day of December, 2016, via electronic filing upon the following:

Lisa A. Marcy
CLYDE SNOW & SESSIONS
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, UT 84111

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

Dominic J. Gianna
Aaron & Gianna, PLC
201 St. Charles Ave.
Suite 3800
New Orleans, LA 70170

/s/ Carrie Watters
Assistant

3

SLC_3072688.1