# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

JOSHUA CHATWIN,                        )
                                       ) CASE NO.
                       PLAINTIFF,      ) 2:14-cv-00375
                                       )
Vs.                                    )
                                       )
DRAPER CITY; OFFICER J. PATTERSON,     )
IN HIS INDIVIDUAL AND OFFICIAL         )
CAPACITY; OFFICER DAVID HARRIS, IN     )
HIS INDIVIDUAL AND OFFICIAL            )
CAPACITY; OFFICER HEATHER BAUGH, IN    )
HER INDIVIDUAL AND OFFICIAL            )
CAPACITY; AND JOHN DOES 1-10.          )
                                       )
                       DEFENDANTS.     )
                                       )

Videotaped Deposition of Trevor Petersen

Taken:  July 13, 2016

Reported by: Linda J. Smurthwaite, RDR

*Intermountain Court Reporters*
*Murray, UT 84107*
*(801) 263-1396*



1

1   A.   Independent contractor.
2   Q.   And when you were asked to start up Cyber
3   OPS, were you still an independent contractor at that
4   point in time?
5   A.   That is correct.
6   Q.   At any point in time were you an actual
7   employee of Court OPS?
8   A.   No, I was not.
9   Q.   So when you said that you were the director
10  of investigations for Cyber OPS, that meant you were an
11  independent contractor at that point in time?
12  A.   Yes.
13  Q.   And again, you had no ownership in the
14  company of Cyber OPS?
15  A.   At that time I did not.
16  Q.   And you never ended up having any ownership
17  in Cyber OPS?
18  A.   No, I did not.
19  Q.   You never were an officer of Cyber OPS?
20  A.   No, I was not.
21  Q.   You were just an independent contractor
22  employed by Court OPS?
23  A.   Yes, sir.
24  Q.   Or retained by Court OPS?
25  A.   Yes, sir.

25