R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT  84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

ATTORNEYS FOR DEFENDANTS

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>                    Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>                    Defendants. | **STIPULATION TO AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball |

Plaintiff Joshua Chatwin and Defendants Draper City, Joshua Patterson, David Harris, and Heather Baugh (collectively "Defendants") have reached a settlement and jointly stipulate and move this Court for an order dismissing Plaintiff's claims with prejudice. Each party shall bear its own costs and attorneys' fees.

SLC_3088619.1

2

DATED this 18th day of January, 2017.

                                                       **DURHAM JONES & PINEGAR, P.C.**

                                                       /s/ R. Blake Hamilton
                                                       R. Blake Hamilton
                                                       Ashley M. Gregson
                                                       ATTORNEYS FOR DEFENDANTS

                                                       **CLYDE SNOW & SESSIONS**

                                                       /s/ Lisa Marcy
                                                       Lisa Marcy
                                                       ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 18th day of January, 2017, via electronic mail upon the following:

Lisa A. Marcy
CLYDE SNOW & SESSIONS
One Utah Center, Thirteenth Floor
201 South Main Street
Salt Lake City, UT 84111

John K. Johnson
JOHN K. JOHNSON, LLC
10 West 300 South, Suite 800
Salt Lake City, UT 84101

Dominic J. Gianna
Aaron & Gianna, PLC
201 St. Charles Ave.
Suite 3800
New Orleans, LA 70170

/s/ Melani Thatcher
Paralegal