R. BLAKE HAMILTON (Bar No. 11395)
ASHLEY M. GREGSON (Bar No. 13716)
**DURHAM JONES & PINEGAR, P.C.**
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500

ATTORNEYS FOR DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| JOSHUA CHATWIN,<br><br>Plaintiff,<br><br>v.<br><br>DRAPER CITY; OFFICER J. PATTERSON, in his individual and official capacity; OFFICER DAVID HARRIS, in his individual and official capacity; OFFICER HEATHER BAUGH, in her individual and official capacity; and JOHN DOES 1-10,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:14-cv-00375<br>Judge Dale A. Kimball |

In accordance with the Stipulation to and Motion for Order of Dismissal with Prejudice signed by the parties and for good cause appearing, it is hereby ORDERED that Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

DATED this 18th day of January, 2017.

SLC_3088641.1

BY THE COURT:

_____
Dale A. Kimball
United States District Court
District of Utah

Approved as to Form:

CLYDE SNOW & SESSIONS

/s/ Lisa A. Marcy
Lisa A. Marcy
ATTORNEY FOR PLAINTIFF

2